# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

STATE OF MISSOURI, ET AL.,

V.             SUMMONS IN A CIVIL CASE

KAMALA D. HARRIS,

CASE NO: 2:14−CV−00341−KJM−KJN

TO: **Kamala D. Harris**
Defendant's Address:

> Office of the Attorney General
> 2550 Mariposa Mall, Room 5090
> Fresno, CA 93721-2271

**YOU ARE HEREBY SUMMONED** and required to serve on

**Sherrie Marie Flynn**
**Coleman & Horowitt, LLP**
**499 W. Shaw Ave., Suite 116**
**Fresno, CA 93704**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARIANNE MATHERLY
CLERK

/s/  H. Kaminski

(By) DEPUTY CLERK



ISSUED ON 2014−02−04 08:44:31.0, Clerk
USDC EDCA

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE February 5, 2014 @ 2:35 p.m. |
| NAME OF SERVER (PRINT) Robert Dimmick | TITLE Reg. California Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Terri Bradevick, Legal Support Supervisor

☐ Returned unexecuted: _____

☒ Other (specify): Served at office of Attorney General 2550 Mariposa Mall, Room 5090, Fresno, CA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $35— | TOTAL $35.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 5, 2014
Date

Signature of Server: [signed] Robt Dim—

Address of Server: PO Box 26531 Fresno CA 93729