STATE OF MISSOURI, ET AL.
Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 2:14-CV-00341-KJM-KJN

KAMALA D. HARRIS
Defendant(s)/Respondents(s).

**IMPORTANT**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

☐ **CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____    Signature: _____

Print Name: _____
☐ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Counsel for * _____

☑ **DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: February 19, 2014    Signature: *Susan Smith*

Print Name: Susan K. Smith
☐ Plaintiff/Petitioner ☑ Defendant/Respondent
☑ Counsel for * Attorney General Kamala D. Harris

*If representing more than one party, counsel must indicate name of each party responding.*

# CERTIFICATE OF SERVICE

| Case Name: | **State of Missouri v. Kamala D. Harris** | No. | **2:14-CV-00341-KJM-KJN** |
|---|---|---|---|

I hereby certify that on February 19, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## DECLINE OF JURISDICTION
## OF UNITED STATES MAGISTRATE JUDGE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 19, 2014, at Los Angeles, California.

| Angela Artiga | /S/ Angela Artiga |
|---|---|
| Declarant | Signature |

51461187.doc