```
Case 2:14-cv-00341-KJM-KJN   Document 11   Filed 02/21/14   Page 1 of 4
```

KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
SUSAN K. SMITH, State Bar No. 231575
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 897-2105
  Fax: (213) 897-1071
  E-mail: Susan.Smith@doj.ca.gov
*Attorneys for Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF MISSOURI, ex rel., CHRIS KOSTER, Attorney General of Missouri,**<br><br>Plaintiff,<br><br>v.<br><br>**KAMALA D. HARRIS, in her official capacity as Attorney General of California,**<br><br>Defendant. | 2:14-CV-00341-KJM-KJN<br><br>**STIPULATION TO AMEND COMPLAINT AND TO EXTEND TIME TO ANSWER AND/OR RESPOND TO AMENDED COMPLAINT; PROPOSED ORDER**<br><br>Courtroom: 3, 15th floor<br>Judge: Hon. Kimberly J. Mueller<br>Action Filed: 02/03/2014 |

Defendant Attorney General Kamala D. Harris and Plaintiff State of Missouri, through their attorneys of record, stipulate as follows:

WHEREAS, Plaintiff filed its "Complaint to Declare Invalid and Enjoin Enforcement of AB1437 and 3 CA ADC §1350(d)(1) for Violating the Commerce and Supremacy Clauses of the United States Constitution" ("Complaint") on February 3, 2014;

WHEREAS, Defendants' time to answer or respond to this Complaint is February 26, 2014;

WHEREAS, Plaintiff would like to amend its Complaint and Defendant would like to extend the time to answer or otherwise respond to the amended Complaint;

1

1  AND WHEREAS, THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING:

2  Plaintiff State of Missouri will amend its Complaint by March, 5, 2014;

3  Defendant shall be allowed to answer and/or respond to the amended Complaint by April 2, 2014;

5  The parties jointly request that this Court grant the relief sought by this stipulation.

Dated:  February 21, 2014                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


/s/ Susan K. Smith
SUSAN K. SMITH
Deputy Attorney General
*Attorneys for Attorney General Kamala D. Harris*


Dated:  February 21, 2014                    Respectfully submitted,


/s/ John Andrew Hirth
John Andrew Hirth
Office of the Missouri Attorney General
*Attorneys for State of Missouri*

Dated:  February 21, 2014                    Respectfully submitted,


/s/ Sherrie Marie Flynn
Sherrie Marie Flynn
Coleman & Horowitt
*Attorneys for State of Missouri*

2

Stip to Amend Complaint and to Extend Time to Answer and/or Respond to Amended Complaint; Proposed Order
(2:14-CV-00341-KJM-KJN)

**[PROPOSED] ORDER**

Good cause appearing for the requested extension, as set forth in the foregoing Stipulation, it is hereby ordered:

Plaintiff shall be allowed to amend its Complaint by March 5, 2014;

Defendants shall answer and/or respond to the amended Complaint by April 2, 2014.

**IT IS SO ORDERED**.

Dated:_____          _____
                                     Honorable Kimberly J. Mueller
                                     United States District Judge

3

Stip to Amend Complaint and to Extend Time to Answer and/or Respond to Amended Complaint; Proposed Order
(2:14-CV-00341-KJM-KJN)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **State of Missouri v. Kamala D. Harris** | No. | **2:14-CV-00341-KJM-KJN** |

I hereby certify that on <u>February 21, 2014</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO AMEND COMPLAINT AND TO EXTEND TIME TO ANSWER AND/OR RESPOND TO AMENDED COMPLAINT; PROPOSED ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 21, 2014</u>, at Los Angeles, California.

| Angela Artiga | /s/ Angela Artiga |
|---|---|
| Declarant | Signature |

51463489.doc