

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

THE STATE OF MISSOURI, ex rel., Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa,

Plaintiff(s),

v.

KAMALA D. HARRIS, solely in her official capacity as Attorney General of California; KAREN ROSS, solely in her official capacity as Secretary of the California Department of Food and Agriculture,

Defendant(s).

Case No. 2:14-cv-0341 KJM KJN

I, __Jacob J. Larson__, attorney for __Plaintiff Terry E. Branstad, Governor of the State of Iowa__, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Iowa Attorney General's Office |
| Address: | Lucas State Office Bldg |
| | 321 E. 12th St., Ground Flr. |
| City: | Des Moines |
| State: | Iowa        ZIP Code: 50319 |
| Voice Phone: | (515) 281-5341 |
| FAX Phone: | (515) 242-6072 |

Internet E-mail: jacob.larson@iowa.gov

Additional E-mail: _____

I reside in City:    Des Moines              State:    Iowa

I was admitted to practice in the    Supreme Court of Iowa    (court) on    September 19, 2008    (date). I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I  have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____
_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:            Sherrie M. Flynn

Firm Name:       Coleman & Horowitt, LLP

Address:         499 West Shaw, Suite 116

City:            Fresno

State:    California        ZIP Code:    93704

Voice Phone:  (559) 248-4820

FAX Phone:    (559) 248-4830

E-mail:    sflynn@ch-law.com

Dated:    3/6/14        Petitioner:    /s/ Jacob J. Larson

**ORDER**

     IT IS SO ORDERED.

Dated:  March 10, 2014

                                                       UNITED STATES DISTRICT JUDGE