

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

THE STATE OF MISSOURI, ex rel.,
CHRIS KOSTER, Attorney General of
Missouri

        Plaintiff,

v.

KAMALA D. HARRIS, in her official
capacity as Attorney General of California.

        Defendant.

Case No.  2:14-CV-341-KJM-KJN

    I, Robert D. Tambling, attorney for the State of Alabama and Luther Strange, Attorney General for the State of Alabama, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

    In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Office of the Alabama Attorney General |
| Address: | 501 Washington Avenue |
| City: | Montgomery |
| State: | AL    ZIP Code: 36130 |
| Voice Phone: | (334) 242-7445 |
| FAX Phone: | (334) 242-2433 |
| Internet E-mail: | rtambling@ago.state.al.us |
| Additional E-mail: | aatcheson@ago.state.al.us; consumerfax@ago.state.al.us |
| I reside in City: | Montgomery    State:  AL |

I was admitted to practice in the US District Court for the Middle District of Alabama on August 14, 1984.  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I **have not** concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        Sherrie M. Flynn

Firm Name:   Coleman & Horowitt, LLP

Address:     499 West Shaw Avenue, Suite 116

City:        Fresno

State:       CA            ZIP Code:   93704

Voice Phone: (559) 248-4820

FAX Phone:   (559) 248-4830

E-mail:      sflynn@ch-law.com

Dated: March 6, 2014        Petitioner: /s/ Robert D. Tambling

**ORDER**

IT IS SO ORDERED.

Dated:  March 10, 2014.

_____
UNITED STATES DISTRICT JUDGE