1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MARK R. BECKINGTON, State Bar No. 126009
   Supervising Deputy Attorney General
3  SUSAN K. SMITH, State Bar No. 231575
   Deputy Attorney General
4    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013
5    Telephone: (213) 897-2105
     Fax: (213) 897-1071
6    E-mail: Susan.Smith@doj.ca.gov
   *Attorneys for Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel., CHRIS KOSTER, Attorney General of Missouri, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KAMALA D. HARRIS, in her official capacity as Attorney General of California, et al., <br><br> Defendants. | 2:14-CV-00341-KJM-KJN <br><br> **STIPULATION TO EXTEND TIME TO ANSWER AND/OR RESPOND TO AMENDED COMPLAINT; PROPOSED ORDER** <br><br> Courtroom: 3, 15th floor <br> Judge: Kimberly J. Mueller <br> Action Filed: 02/03/2014 |

All parties, through their attorneys of record, stipulate as follows:

WHEREAS, Plaintiff Missouri filed its original Complaint to Declare Invalid and Enjoin Enforcement of AB1437 And 3 CA ADC §1350(d)(1) for Violating the Commerce and Supremacy Clauses of The United States Constitution ("Complaint") on February 3, 2014;

WHEREAS, Plaintiffs Missouri, Nebraska, Alabama, Oklahoma, Kentucky, and Iowa filed their "First Amended Complaint to Declare Invalid and Enjoin Enforcement of AB1437 and 3 CA

1

ADC §1350(d)(1) for Violating the Commerce and Supremacy Clauses of the United States Constitution ("Amended Complaint") on March 5, 2014;

WHEREAS, the Court ordered upon the Parties' prior stipulation that Defendants' time to answer or respond to the Amended Complaint is April 2, 2014;

WHEREAS, Plaintiffs notified Defendants of their intent to file a second amendment complaint on or around March 12 and secured Defendants' consent to such amendment on condition that Defendants would have until April 9 to answer or otherwise respond;

WHEREAS, Plaintiffs no longer intend to file a second amended complaint but understand that Defendants reasonably relied on the schedule to which Plaintiffs had agreed;

AND WHEREAS, THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING: Defendant shall be allowed to answer and/or respond to the First Amended Complaint by April 9, 2014;

The parties jointly request that this Court grant the relief sought by this stipulation.

Dated: March 21, 2014                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/ Susan K. Smith
SUSAN K. SMITH
Deputy Attorney General
*Attorneys for Attorney General Kamala D. Harris*

Dated: March 21, 2014                    Respectfully submitted,

Sherrie M. Flynn
Coleman & Horowitt, LLP
*Local Counsel for all Plaintiffs*

/s/ John Andrew Hirth
John Andrew Hirth
Office of the Missouri Attorney General
*Lead Counsel on behalf of all Plaintiffs.*

2

Stip to Amend Complaint and to Extend Time to Answer and/or Respond to Amended Complaint; Proposed Order
(2:14-CV-00341-KJM-KJN)

## [PROPOSED] ORDER

Good cause appearing for the requested extension, as set forth in the foregoing Stipulation, it is hereby ordered:

Defendants shall answer and/or respond to the amended Complaint by April 9, 2014.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Kimberly J. Mueller
United States District Judge

3

Stip to Amend Complaint and to Extend Time to Answer and/or Respond to Amended Complaint; Proposed Order
(2:14-CV-00341-KJM-KJN)

# CERTIFICATE OF SERVICE

Case Name: **State of Missouri v. Kamala D. Harris**       Case No.   2:14-CV-00341-KJM-KJN

I hereby certify that on March 21, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO ANSWER AND/OR RESPOND TO AMENDED COMPLAINT; PROPOSED ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 21, 2014, at Los Angeles, California.

| Angela Artiga | /S/ Angela Artiga |
|---|---|
| Declarant | Signature |

51483033.doc