1  DARRYL J. HOROWITT  #100898
   SHERRIE M. FLYNN #240215
2  COLEMAN & HOROWITT, LLP
   Attorneys at Law
3  499 W. Shaw Avenue, Suite 116
   Fresno, California 93704
4  Telephone: (559) 248-4820
   Facsimile:  (559) 248-4830
5
   *Local Counsel for Plaintiffs*
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                            FRESNO DIVISION

11 | THE STATE OF MISSOURI, ex rel., Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa, | NO.   2:14-cv-00341-KJM-KJN

   **ERRATA RE:**
   **CERTIFICATE OF GOOD**
   **STANDING FOR THOMAS BATES**

                   Plaintiff,

              v.

   KAMALA D. HARRIS, solely in her official capacity as Attorney General of California; KAREN ROSS, solely in her official capacity as Secretary of the California Department of Food and Agriculture,

                   Defendants.

1

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that due to an inadvertent oversight, the Certificate of Good Standing (Document 24-1) to the Pro Hac Vice Application, ECF Registration and Consent to Electronic Service, Proposed Order for Thomas Bates (Document 24) was incorrect.

    Attached hereto as Exhibit A is the correct copy of the Certificate of Good Standing for Thomas Bates.

Dated: March 25, 2014        COLEMAN & HOROWITT, LLP

By:  /s/ Sherrie M. Flynn
       SHERRIE M. FLYNN
       *Local Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **ERRATA RE:** **CERTIFICATE OF GOOD STANDING FOR THOMAS BATES**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 25, 2014, Fresno, California.

/s/ Sherrie M. Flynn

SHERRIE M. FLYNN

3

F:\CLIENTS\13003 - Missouri A.G\05 - Oklahoma v. Harris\Ntc Errata re Cert of Good RE TB.wpd
3/25/14

**ERRATA**

# EXHIBIT A

# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, Michael S. Richie, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that Thomas Alan Bates, of Okahoma City, OK, was admitted to practice in the Supreme Court of the State of Oklahoma upon Examination, on September 29, 1994, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 14th day of March, 2014.

MICHAEL S. RICHIE, CLERK
SUPREME COURT OF OKLAHOMA

S-E-A-L

By: *Susan Hampton*