| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |  | PRO HAC VICE APPLICATION,<br>ECF REGISTRATION AND CONSENT<br>TO ELECTRONIC SERVICE,<br>PROPOSED ORDER |
|---|---|---|

The State of Missouri, ex rel., Chris Koster, Attorney General, The State of Oklahoma, ex rel., E. Scott Pruitt, Attorney General, et al.,

           Plaintiff(s),

v.

Kamala D. Harris, et al.,

           Defendant(s).

Case No.  2:14-cv-341-KJM-KJN

I, __P. CLAYTON EUBANKS, Oklahoma Bar # 16648__, attorney for __Plaintiff, The State of Oklahoma, ex rel., E. Scott Pruitt, Attorney General__ hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Oklahoma Attorney General's Office |
| Address: | 313 NE 21st Street |
| City: | Oklahoma City |
| State: | OK           ZIP Code: 73105 |
| Voice Phone: | (405) 522-8992 |
| FAX Phone: | (405) 522-4534 |
| Internet E-mail: | Clayton.Eubanks@oag.ok.gov |
| Additional E-mail: | fc.docket@oag.ok.gov |
| I reside in City: | Oklahoma City      State: OK |

I was admitted to practice in the <u>Oklahoma Supreme Court</u> (court) on <u>September 28, 1995</u> (date).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application.  I am not currently suspended or disbarred in any other court.

I   have ☐ / have not ☒   concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        <u>Sherrie M. Flynn</u>

Firm Name:   <u>Coleman & Horowitt, LLP</u>

Address:     <u>499 West Shaw, Suite 116</u>

City:        <u>Fresno</u>

State:       <u>CA</u>            ZIP Code:   <u>93704</u>

Voice Phone: <u>(559) 248-4820</u>

FAX Phone:   <u>(559) 248-4830</u>

E-mail: <u>SFlynn@ch-law.com</u>

Dated:       <u>March 24, 2014</u>        Petitioner:   <u>/s/   P. Clayton Eubanks</u>

**ORDER**

IT IS SO ORDERED.

Dated:   March 27, 2014.

_____
UNITED STATES DISTRICT JUDGE