

| UNITED STATES DISTRICT COURT | PRO HAC VICE APPLICATION, |
| EASTERN DISTRICT OF CALIFORNIA | ECF REGISTRATION AND CONSENT |
| | TO ELECTRONIC SERVICE, |
| | PROPOSED ORDER |

The State of Missouri, ex rel., Chris Koster, Attorney General, The State of Oklahoma, ex rel., E. Scott Pruitt, Attorney General, et al.,

        Plaintiff(s),

v.

Kamala D. Harris, et al.,

        Defendant(s).

Case No.  2:14-cv-341-KJM-KJN

I, THOMAS BATES, Oklahoma Bar # 15672, attorney for Plaintiff, The State of Oklahoma, ex rel., E. Scott Pruitt, Attorney General, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| Firm Name: | Oklahoma Attorney General's Office |
| Address: | 313 NE 21st Street |
| City: | Oklahoma City |
| State: | OK | ZIP Code: | 73105 |
| Voice Phone: | (405) 522-1863 |
| FAX Phone: | (405) 522-0669 |
| Internet E-mail: | Tom.Bates@oag.ok.gov |
| Additional E-mail: | fc.docket@oag.ok.gov |
| I reside in City: | Oklahoma City | State: | OK |

I was admitted to practice in the   Oklahoma Supreme Court   (court) on   September 29, 1994   (date).  I am presently in good standing and eligible to practice in said court.   A certificate of good standing from the court in my state of primary practice is attached to this application.   I am not currently suspended or disbarred in any other court.

I  have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        Sherrie M. Flynn

Firm Name:   Coleman & Horowitt, LLP

Address:     499 West Shaw, Suite 116

City:        Fresno

State:       CA            ZIP Code:   93704

Voice Phone: (559) 248-4820

FAX Phone:   (559) 248-4830

E-mail: SFlynn@ch-law.com

Dated:   March 24, 2014          Petitioner:   /s/   Thomas Bates

**ORDER**

IT IS SO ORDERED.

Dated: April 1, 2014.

_____
UNITED STATES DISTRICT JUDGE