Brian M. Boynton          (SBN 222193)
Francesco Valentini       (SBN 255264)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
brian.boynton@wilmerhale.com

Randall R. Lee           (SBN 152672)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Ave., Suite 2100
Los Angeles, CA  90071
(213) 443-5300
(213) 443-5400 (fax)
randall.lee@wilmerhale.com

Attorneys for Proposed Defendant-Intervenor
ASSOCIATION OF CALIFORNIA EGG FARMERS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The STATE OF MISSOURI, ex rel. Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANDSTAD, Governor of the State of Iowa,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture,<br><br>Defendants. | CASE NO. 2:14-cv-00341-KJM-KJN<br><br>**CORPORATE DISCLOSURE STATEMENT OF PROPOSED DEFENDANT-INTERVENOR ASSOCIATION OF CALIFORNIA EGG FARMERS** |

Pursuant to Federal Rule of Civil Procedure 7.1, Proposed Defendant-Intervenor Association of California Egg Farmers ("ACEF") hereby states that ACEF is a not-for-profit corporation incorporated under the laws of California.  ACEF has no parent company, and no publicly held corporation has an ownership interest in ACEF.

DATED:   April 8, 2014                  Respectfully submitted,

                                         /s/ Brian M. Boynton
                                        Brian M. Boynton          (SBN 222193)
                                        Francesco Valentini       (SBN 255264)
                                        WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                        1875 Pennsylvania Avenue, N.W.
                                        Washington, D.C.  20006
                                        (202) 663-6000
                                        (202) 663-6363 (fax)
                                        brian.boynton@wilmerhale.com

                                        Randall R. Lee           (SBN 152672)
                                        WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                        350 South Grand Ave., Suite 2100
                                        Los Angeles, CA  90071
                                        (213) 443-5300
                                        (213) 443-5400 (fax)
                                        randall.lee@wilmerhale.com

                                        Attorneys for Proposed Defendant-Intervenor
                                        THE ASSOCIATION OF CALIFORNIA EGG
                                        FARMERS