BRUCE A. WAGMAN (CSB No. 159987)
BWagman@schiffhardin.com
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

J. SCOTT BALLENGER
Scott.ballenger@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
Telephone:   (202) 637-2145
Facsimile:    (202) 637-2201

PETER A. BRANDT (CSB No. 241287)
pbrandt@humanesociety.org
REBECCA CARY (CSB No. 268419)
rcary@humanesociety.org
THE HUMANE SOCIETY OF THE
UNITED STATES
2100 L Street, NW
Washington, D.C.  20037
Telephone:   (202) 452-1100
Facsimile:    (202) 676-2357

*Counsel for Proposed Defendant-Intervenor*
*The Humane Society of the United States*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel., Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa,<br><br>                     Plaintiffs,<br><br>     v. | Case No. 2:14-cv-00341-KJM-KJN<br><br>**CORPORATE DISCLOSURE STATEMENT OF PROPOSED DEFENDANT-INTERVENOR THE HUMANE SOCIETY OF THE UNITED STATES** |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -   CASE NO. 2:14-CV-00341-KJM-KJN
CORPORATE DISCLOSURE STATEMENT OF PROPOSED DEFENDANT-INTERVENOR
THE HUMANE SOCIETY OF THE UNITED STATES

1  KAMALA D. HARRIS, in her official
   capacity as Attorney General of California;
2  KAREN ROSS, in her official capacity as
   Secretary of the California Department of
3  Food and Agriculture,

4          Defendants.

5

6       Pursuant to Federal Rule of Civil Procedure 7.1, Proposed Defendant-Intervenor The

7  Humane Society of the United States ("HSUS") hereby states that HSUS is a not-for-profit

8  corporation incorporated under the laws of Delaware. HSUS has no parent company, and no

9  publicly held corporation has an ownership interest in HSUS.

10

11  Dated:  April 9, 2014                         SCHIFF HARDIN LLP

12

13                                                  /s/ Bruce A. Wagman
                                                       Bruce A. Wagman
14

15                                                J. SCOTT BALLENGER
                                                  Scott.ballenger@lw.com
16                                                LATHAM & WATKINS LLP
                                                  555 Eleventh Street, NW, Ste. 1000
17                                                Washington, D.C.  20004
                                                  Telephone:   (202) 637-2145
18                                                Facsimile:    (202) 637-2201

19                                                PETER A. BRANDT
                                                  pbrandt@humanesociety.org
20                                                REBECCA CARY
                                                  rcary@humanesociety.org
21                                                THE HUMANE SOCIETY OF THE
                                                  UNITED STATES
22                                                2100 L Street, NW
                                                  Washington, D.C.  20037
23                                                Telephone:   (202) 452-1100
                                                  Facsimile:    (202) 676-2357
24
                                                  Attorneys for Proposed Defendant-Intervenor
25                                                *The Humane Society of the United States*

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -                                            CASE NO. 2:14-CV-00341-KJM-KJN
CORPORATE DISCLOSURE STATEMENT OF PROPOSED DEFENDANT-INTERVENOR
THE HUMANE SOCIETY OF THE UNITED STATES