Causes of mortality in laying hens in different housing systems in 2001 to 2004

Oddvar Fossum[1,*], Désirée S. Jansson[1], Pernille Engelsen Etterlin[2] and Ivar Vågsholm[3]

[1]Department of Animal Health and Antimicrobial Strategies, National Veterinary Institute (SVA), SE-751 89 Uppsala, Sweden

[2]Department of Pathology and Wildlife Diseases, National Veterinary Institute (SVA), SE-751 89 Uppsala, Sweden

[3]Office of Science and Quality, National Veterinary Institute (SVA, SE-751 89 Uppsala, Sweden.

Email:

OF - oddvar.fossum@sva.se

DSJ - desiree.s.jansson@sva.se

PEE - pernille.engelsen@sva.se

IV – ivar.vagsholm@sva.se

*Corresponding author

RJN - 152

Abstract

Background: The husbandry systems for laying hens were changed in Sweden during the years 2001 -2004, and an increase in the number of submissions for necropsy from laying hen farms was noted. Hence, this study was initiated to compare causes of mortality in different housing systems for commercial laying hens during this change.

Methods: Based on results from routine necropsies of 914 laying hens performed at the National Veterinary Institute (SVA) in Uppsala, Sweden between 2001 and 2004, a retrospective study on the occurrence of diseases and cannibalism, i.e., pecking leading to mortality, in different housing systems was carried out. Using the number of disease outbreaks in caged flocks as the baseline, the expected number of flocks with a certain category of disease in the other housing systems was estimated having regard to the total number of birds in the population. Whether the actual number of flocks significantly exceeded the expected number was determined using a Poisson distribution for the variance of the baseline number, a continuity correction and the exact value for the Poisson distribution function in Excel 2000.

Results: Common causes of mortality in necropsied laying hens included colibacillosis, erysipelas, coccidiosis, red mite infestation, lymphoid leukosis and cannibalism. Less common diagnoses were Newcastle Disease, pasteurellosis and botulism. Considering the size of the populations in the different housing systems, a larger proportion of laying hens than expected was submitted for necropsy from litter-based systems and free range production compared to hens in cages (P<0.001). The study showed a significantly higher occurrence of bacterial and parasitic diseases and cannibalism in laying hens kept in litter-based housing

**RJN - 153**

systems and free-range systems than in hens kept in cages (P<0.001). The occurrence of viral diseases was significantly higher in indoor litter-based housing systems than in cages (P<0.001).

Conclusions: The results of the present study indicated that during 2001-2004 laying hens housed in litter-based housing systems, with or without access to outdoor areas, were at higher risk of infectious diseases and cannibalistic behaviour compared to laying hens in cages. Future research should focus on finding suitable prophylactic measures, including efficient biosecurity routines, to reduce the risk of infectious diseases and cannibalism in litter-based housing systems for laying hens.

Background

The Swedish Animal Welfare Act from 1988 mandated a switch from conventional battery cages for laying hens to alternative housing systems i.e. litter-based housing systems, including free range, and enriched cages. A fundamental requirement according to the new Swedish legislation was that laying hens should be able to behave naturally, e.g. have access to nests, perches and dust baths.

   The change of housing systems started slowly, but during the years 2001-2004 practically all the remaining conventional battery cages, equivalent to about 80 % of the population of layers in 2001, were exchanged for alternative housing systems. During the same period, the number of routine necropsies of laying hens submitted to The National Veterinary Institute (SVA) in Uppsala, Sweden increased noticeably compared to the years before. Results from necropsies from this period have for that reason been compiled in an effort to analyse the effects of the change in housing systems on bird health. The results will probably have relevance outside Sweden, as a decision has been taken in the European Union to ban conventional battery cages by 2012 (1).


Methods

The study was based on results from necropsies of commercial laying hens submitted to SVA for routine examinations from all parts of Sweden in connection with disease associated with increased mortality in the flocks. Other diseases, parasite infections or lesions not leading to a manifest increase of mortality are not included in this study. During the study period (January 1, 2001 to December 31, 2004) four different hybrids were used; Lohmann Selected

**RJN - 155**

Leghorn, Lohmann Brown, Hy-Line White and Hy-Line Brown. At the time of the study, laying hens in Sweden were vaccinated against Marek's disease, avian encephalomyelitis and infectious bronchitis during the rearing period and against infectious bronchitis regularly during the laying period. Most laying hens intended for litter-based housing systems were also immunised against coccidiosis early during the rearing period.

In Sweden, there were three veterinary diagnostic laboratories, including SVA, which performed necropsies on farm animals during the study period. Numbers of poultry necropsies performed by the other laboratories (Kallay TB and Linder A, AnalyCen Nordic AB, personal communication) were compared to those of SVA. The share of SVA was 78% of all chicken necropsies during the period 2001 to 2004. During the study period, SVA´s share of laying hen necropsies remained stable.

The criteria for inclusion in this study were the following: 1) The laying hens must come from a flock with increased mortality. 2) The number of submitted hens should be three or more. 3) There should be information about the housing system, age of the birds, flock size, and disease history in the flock. All birds were necropsied according to a routine protocol of SVA. Histological, bacteriological, virological, parasitological and chemical examinations were performed having regard to disease history and gross pathological findings. These examinations were performed according to routine methods used at SVA. In some cases additional diagnostic tests were required such as PCR and virus isolation for Newcastle Disease virus, and serology to detect antibodies against avian leukosis virus. The protocols for necropsy, microbiological and chemical examinations (in Swedish) are available from the corresponding author upon request.

The housing systems used in Sweden during the study period were: 1) single-tiered floor systems with manure bins, with or without regular removal of manure, 2) multi-tiered floor systems (aviaries) with litter belts for regular removal of manure, 3) conventional battery cages, and 4) furnished cages (cages with perches, nests and dust bathing areas). A review of housing systems in use is given by R. Tauson (2).

In the single-tiered floor systems the maximum bird density allowed was 7.5 or 9 birds per $m^2$ available area (depending on the body weight) while the maximum density in aviaries was 7 birds per $m^2$ available area or 20 birds per $m^2$ floor area. The required area in single nests was 0.0125 $m^2$ per bird and in colony nests 0.010 $m^2$ per bird. For all housing systems at least 15 cm perch per hen was required. The conventional cages should according to the regulations in force during the time of the study offer an available area of at least 600 $cm^2$ per bird while furnished cages in addition should have a nest and a dust bathing area of 200 $cm^2$ each (3). Ten birds per cage was the largest group size in furnished cages at the time of the study. Hens in free-range systems, including organic laying hens, were housed in either single-tiered floor systems or multi-tiered aviary systems, and the birds had access to outside pens and/or pasture. In organic production the maximal number of hens allowed during the study period was 7 per $m^2$ available floor area (4).

Submitted birds were divided into three categories: 1) birds housed in conventional and furnished cages 2) birds housed indoors in litter-based housing systems (single-tiered floor systems and multi-tiered aviary systems), and 3) birds in free range systems with access to outdoor pens and/or pasture, including organic laying hens. Since the numbers of submissions from conventional cages

and furnished cages were small we considered birds from these two systems as one category. Birds from indoor single-tiered floor systems and multi-tiered aviary systems were also regarded as one category since the available annual reports showing the hen populations in Sweden made no distinction between these systems. These two systems are henceforward called litter-based systems. The sizes of flocks included in the study varied from 400 birds to 37,000 birds, and the age of the laying hens ranged from 18 to 78 weeks.

During the study period there was a change in housing systems for Swedish laying hens with a decrease of hens in conventional cage systems and an increase of hens in enriched cages and in litter-based housing systems including organic production. The total number of laying hens per year and the proportions of hens in different housing systems (5) are presented in Table 1.

The length of the egg production period for laying hens in Sweden during the study period was approximately 12 months. For the analysis, we therefore assumed that approximately four production periods were completed for each category during the four-year period. The categories of populations that we compared were the total number of birds in each of the main housing systems (cages, litter based systems and free range) during the four-year period.


Statistical analysis

In this study, the epidemiological units of interest were the flocks from which birds were submitted for necropsy. Thus, the effects of variable numbers of birds in some of the submissions and of repeated submissions from some flocks were reduced. The results of necropsies were divided into major diagnostic categories i.e. bacterial, viral, parasitic diseases, and cannibalism. As more than one

diagnosis was observed in some of the flocks, these flocks were represented in two or more diagnostic categories. On the other hand, several submissions from one single flock showing the same disease were considered as a single "outbreak". Using flocks of laying hens kept in cages from which birds were submitted for necropsy as the baseline, the expected number of flocks with submissions with each of the major diagnoses was estimated for indoor litter based systems and for free-range systems. We assumed that the number of flocks would be proportionate to the total number of birds in the different systems during the four year period. Since the submission of laying hens for necropsy was a rare occasion given the total number of birds, we chose to compare the number of flocks from indoor litter based systems with cage systems, and free-range systems with cage systems. Whether these numbers significantly exceeded the expected numbers was determined looking at the upper 95% confidence level for the expected number assuming a Poisson distribution for the variance of the expected baseline number, a continuity correction, and the exact value for the Poisson distribution function in Excel 2000 (6).

## Results

### Causes of mortality

Altogether 914 laying hens from 172 flocks were included in the study (Table 2). In most submissions one specific disease was predominant i.e. was observed in more than 50% of the submitted laying hens. Less common were cases in which two (or more) diseases contributed substantially to the mortality in a flock (observed in 12% of the flocks) which was usually noticed when birds were submitted from the same flock several times with long intervals. The main disease

categories of the included flocks are given in Table 3. Diseases or problems of other aetiologies than mentioned in the table were infrequent, and were usually not the main cause of increased mortality on flock level at the time of investigation. A summary of these findings is presented in Table 4.

Bacterial diseases

Bacterial diseases appeared to be the most common causes of mortality during the study period (Table 3). The predominating disease in all housing systems was infections caused by Escherichia (E.) coli, i.e. colibacillosis, which was found in 85 flocks. The pathological findings were usually acute or subacute fibrinous salpingitis, oophoritis and peritonitis, or more infrequently pericarditis, perihepatitis, pneumonia and air sacculitis. A relatively high proportion (52%) of the cases of colibacillosis occurred between start of lay and 30 weeks of age. In 50% of the infected flocks cloacal cannibalism or vent pecking was observed in one or more birds submitted for necropsy. Severe cloacal injuries were observed in 19% (out of 312) of the layers with colibacillosis.

Outbreaks of erysipelas, caused by Erysipelothrix (E.) rhusiopathiae, were observed in ten of 129 flocks from indoor litter-based housing systems and in six of 23 flocks from free-range systems but not in any caged flock. The post mortem examinations showed birds with acute, septicaemic disease with splenomegaly and hepatomegaly as the most prominent lesions. Valvular endocarditis, necrotic hepatitis, and necrotic splenitis were observed sporadically.

In four flocks kept in litter-based systems indoors, infections with Pasteurella multocida were diagnosed. No cases of pasteurellosis were observed in caged birds or free-range birds.

RJN - 160

Botulism type C/D was diagnosed on one farm with laying hens kept in aviaries. The birds had shown signs of paralysis and high mortality. Birds from two houses on the farm were submitted for necropsy. Signs of circulatory disturbances/failure such as pale musculature and congested abdominal organs were observed in most of the laying hens and no other gross or microscopic lesions were noted.

Parasitic diseases

Coccidiosis was observed in 18 of 129 flocks housed in litter-based systems indoors, in five of 23 free-range flocks and in two of 20 flocks from cage systems. Most of the outbreaks (76%) occurred in birds younger than 24 weeks.

In five of 129 flocks kept in indoor litter-based housing systems, increased mortality caused by infestation with the poultry red mite (Dermanyssus (D.) gallinae) was demonstrated. In addition, D. gallinae were found in the plumage of birds from another seven flocks from litter-based housing systems including free range. Mites were not detected in birds submitted from cages.

Viral diseases

In total, 22 outbreaks of viral diseases were diagnosed within the frame of the study. Lymphoid leukosis was diagnosed in ten of 129 flocks housed in litter based housing systems, and in six of 20 flocks housed in cages. These outbreaks were observed in birds in the age interval 20-39 weeks during 2001 and 2002. No case of lymphoid leukosis was observed in free-range birds. Marek's disease was diagnosed in two of 129 flocks in litter-based housing systems and in one of 23 free-range flocks during 2001-2002. Newcastle Disease was diagnosed 2004 in

three flocks housed in litter-based housing systems indoors from two closely situated, but separate farms.

Cannibalism

The most common traumatic injuries in the necropsied birds leading to increased mortality were wounds in the cloacal region indicative of vent pecking (cannibalism). Cannibalism was observed in all housing systems and was the main cause of mortality in five of 129 flocks housed in litter based systems indoors and in four of 23 free range flocks. Cannibalism was not observed as the main cause of death in any of the flocks housed in cages.

Differences in occurrence of diseases between housing systems

The results from the statistical analyses are shown in tables 5 and 6.

Discussion

The results of the present study showed that there was a significant difference between housing systems concerning the diagnostic categories and number of flocks from which laying hens were submitted for necropsy to SVA during 2001-2004. Compared to caged flocks, more submissions than expected arrived for necropsy from indoor litter-based housing systems and from farms with hens in free-range systems. Supporting evidence for assuming that the presented results reflected the true health situation of Swedish laying hens during the time of study would be: 1) That the readiness of the poultry farmers to submit laying hens for necropsy was independent of their choice of housing system, and 2) That the farms with different housing systems were evenly distributed in the country.

Based on our long experience from routine diagnostics, we cannot exclude that there may be differences in the owners' willingness to submit birds for necropsy from different housing systems. Available information indicates, however, that the primary cause of the increase of submissions to SVA during the study period were health problems connected to the change in housing systems as there were no other known major changes in the egg production industry during that time. Furthermore, the cost of necropsies remained stable and the market share of SVA did not change substantially. In the second case, regional differences were known to exist, i.e. in some areas of the country litter-based housing systems were more common than in other regions. However, SVA received laying hens for necropsy from all regions of the country, which to some extent reduced the risk for biases due to regional differences.

Bacterial diseases were the most common causes of mortality in laying hens submitted to SVA for necropsy. Similar results have been reported from surveys on health of commercial layers in other countries (7, 8, 9). Bacterial infections seem to be more common in laying hens in litter-based housing systems including free-range birds, than in caged birds (8, 10). Furthermore, Kreienbrock et al. (2003) found that antibiotics were more commonly used in German laying hens kept in litter-based housing systems than in caged birds (10).

The most common bacterial infection diagnosed in this study was colibacillosis, which has been reported from many countries as a frequent cause of disease in commercial laying hens, as well as in hens in experimental trials (7, 9, 11, 12, 13, 14). The dominating lesions observed in our cases were in agreement with reports from other countries (12, 13, 14, 15). An interesting finding in this study was that a high proportion of the birds infected with E. coli showed wounds

RJN - 163

or purulent inflammation in the cloacal region, which indicates that vent pecking was an important predisposing factor. Mortality caused by cannibalism was also common in these flocks. Similar observations have been reported from commercial flocks, as well as from experimental trials (9, 16, 17, 18).

Infections with E. rhusiopathiae and P. multocida were observed in hens in litter-based systems, with or without free-range, but not from hens in cages. Erysipelas has previously been reported sporadically in laying hens in different housing systems from several countries (8, 19, 20, 21, 22). Our finding concur with reports from Germany indicating that there is a higher risk of erysipelas in laying hens housed in litter-based housing systems (including free-range) than in caged birds (10, 19).

The first case of botulism in laying hens in Sweden was diagnosed in hens housed in an aviary system in 2003. Worldwide, reports of botulism in laying hens are very rare with only a few outbreaks reported in the literature (23, 24), whereas the disease has more often been observed in broilers (25). Huin and Sakaguchi showed that keeping broilers on litter increased the risk of botulism compared to housing in cages (26), and this may explain the difference between laying hens and broilers concerning the number of reports in recent years. The Swedish outbreak of botulism may indicate an increased risk associated with litter-based housing systems for laying hens.

This study showed an apparent difference between litter-based housing systems and cages concerning submissions due to coccidiosis. During the study period many commercial pullets were reared in cages because of a shortage of litter-based rearing systems. The fact that these cage-reared birds usually were not vaccinated against coccidiosis may explain many of the outbreaks during the

RJN - 164

study period. However, it cannot be excluded that suboptimal administration of the vaccine may explain some of the cases. Probably, the risk of coccidiosis can be further reduced by adjusting the way pullets are reared to the conditions they meet in the production units. It is also very important to ensure that the vaccination of pullets intended to produce in litter based systems offers sufficient immunity.

The poultry red mite, D. gallinae, caused increased mortality in several flocks in the litter-based systems. This parasite is widespread on poultry farms in Europe (27, 28, 29, 30, 31, 32), and mortality as a consequence of mite infestation occurs sporadically (27, 28, 30, 31). However, the most common effects of mite infestation are the reduced welfare of the birds and the economic loss due to reduced egg production (29, 31). Free range systems have been reported to be more commonly affected by mites than other housing systems (30, 32). Kreienbrock et al. 2003, observed a more frequent use of acaricides in German laying hen farms with litter-based systems than in farms with cages (10) which concur with our results.

With the exception of lymphoid leukosis, the occurrence of viral diseases leading to mortality was low in the Swedish population of commercial laying hens during the study period. Probably, this was a consequence of vaccination and other prophylactic measures, including screening and eradication of viruses from the breeder population. The differences in occurrence of viral diseases between cage and litter-based housing systems were not as obvious as for parasitic and bacterial diseases. Concerning lymphoid leukosis, the occurrence in the adult laying hens was probably not influenced by the housing system, considering the importance of vertical transmission of the virus, and the development of age

resistance (33). The number of flocks affected by lymphoid leukosis during the study period was unusually high for Sweden, since this disease is not normally present in the Swedish commercial breeding population and commercial laying hens. The outbreaks reported in this study reflect an accidental infection of parents flock of one laying hen hybrid prior to the start of the study.

Cannibalism was one of the main causes of death in laying hens housed in indoor litter-based systems and in free range systems in this study, but it appeared to be a minor problem in caged laying hens. Data from both experimental and commercial flocks from several countries have shown that cannibalism is one of the most severe threats to egg production in both litter-based housing systems and in cages (8, 9, 10, 16, 17, 18 27, 34, 35). Several workers have shown that there is a greater risk for a cannibalistic behaviour to occur in larger groups (16, 18, 36, 37, 38). On Swedish laying hen farms with aviary housing systems, flock sizes between 20,000 and 35,000 birds are not uncommon. Beak trimming, which is a common prophylactic measure against cannibalism in many countries, is not allowed in Sweden according to the Swedish Animal Welfare Act. Consequently, cloacal pecking and cannibalism must be considered to be important health risks in large flocks. The low occurrence of cannibalism in the Swedish cage systems may, at least partly, be explained by the small average group size at the time of study.

Overall, laying hens from flocks housed in litter-based systems and free-range systems were comparatively more frequently submitted for necropsy to SVA during the years 2001-2004, indicating a higher risk for increased mortality in these systems than in cages. Comparisons of mortality, health and performance of

laying hens housed in cages and litter-based systems have been performed on an experimental basis (small scale experiments and experimental farms with up to 10 000 birds) by several workers (16, 34, 39, 40, 41, 42) in different countries and results from large-scale investigations comprising commercial laying hens in different housing systems have been reported from Germany (8, 10), Switzerland (35, 43), Denmark (44) and The Netherlands (45). The results from the experimental trials show great variations, but the field surveys generally point to increased risk of disease and mortality in litter-based and free-range systems compared to cages agreeing with the findings in this study.

In this study, we have identified several disease problems being associated with the different housing systems. It is, however, important to emphasize that the results reflect the unique situation in Sweden during the years 2001-2004, when the change of housing systems from conventional battery cages was at its peak. Several new types of aviary systems were introduced, and the knowledge and experience of keeping large flocks of laying hens in aviaries was limited. Additionally, during the study period many new egg laying farms were established by people with no or little prior experience of keeping commercial laying hens, and these producers often chose the new aviary systems. Hence, the health status of birds in free range and litter based systems should improve as more experience and knowledge are gained. Preliminary results of necropsies of laying hens after 2004 (not included in this study) indicate that the health situation in the laying hen population has markedly improved (46).

Conclusions

Data from the present study suggested that during the change in housing systems for laying hens in Sweden in 2001-2004, there were significant differences in bird health between housing systems, with birds in litter-based housing systems and free-range systems showing more health problems than caged laying hens. To increase the safety of the egg production in litter-based housing systems and free-range systems it is necessary to pay much attention to management and preventive measures, such as biosecurity and vaccinations. Adequate education of personnel responsible for running the operations is crucial.

## Competing interests

The authors declare that they have no competing interests.

## **Authors' contributions**

PEE participated in necropsy work. IV participated in the design of the study and performed the statistical analyses. DSJ and OF participated in designing the study, performed necropsies and drafted the manuscript. All authors read, edited and approved the final manuscript.

## References

1.   Communities Council of Europe. Council Directive 1999/74/EC. Official Journal of the European Communities L 203/53. 1999 [http://eur-lex.europa.eu/en/index.htm]

2.   Tauson R: Management and housing systems for layers – effects on welfare and production. Worlds Poult Sci J 2005, 61:477-487.

3.   Jordbruksverkets författningssamling SJVFS 2003:6, L100

**RJN - 168**

4.   Krav [http://krav.se/regler]

5.   EuroEgg and Business AB [http://eurobusiness.se/egg/prodhonsdia-
egg.htm]

6.   Armitage P, Berry G: Statistical methods in medical research 2nd Ed.
Edited by Blackwell Scientific Publications, London, UK 1987; 559 pp.

7.   Van Emous RA, Fiks-Van Niekerk Th. G.C.M: Inventory on commercial
layer farms with aviaries and free range. Animal Research - Animal
Sciences Group-Wageningen UR. Practical Scientific Report 7:2003.

8.   Petermann S: Legehennen in alternativen Haltungssystemen- Prachtische
Erfahrungen. Dtsch. Tierärztl. Wschr. 2003, 110:220-224.

9.   Hegelund L, Hermansen JE, Sörensen JT, Horsted T: Ökologisk
aegproduktion: Produktion, sundhed, velfaerd og
naeringsstofhusholdning. DJF rapport Husdyrbrug nr.71. Juni 2006.

10.  Kreienbrock L, Schneider B, Schäl J, Glaser S: EpiLeg - Orientierende
epidemiologische Untersuchung  zum Leistungsniveau und
Gesundheitsstatus in Legehennenhaltungen verschiedener
Haltungssysteme. Institut fur Biometrie, Epidemiologie und
Informationsverarbeitung (IBEI), Hannover. Zwischenbericht : Deskriptive
Auswertung (Stand: 1. September 2003)

11.  Dhillon AS, Jack OK: Two outbreaks of colibacillosis in commercial caged
layers. Avian Dis 1996, 40:742-746.

12.  Jordan FT, Williams NJ, Wattret A, Jones T: Observations on salpingitis,
peritonitis and salpingoperitonitis in a layer breeder flock. Vet Rec 2005,
5: 573-77.

13. Vandekerchove D, De Herdt P, Laevens H, Pasmans F: Colibacillosis in caged layer hens: characteristics of the disease and the etiological agent. Avian Pathol 2004, 33:117-127.

14. Bisgaard M, Dam A: Salpingitis in poultry. II Prevalence, bacteriology, and possible pathogenesis in egg-laying chickens. Nord Vet Med 1981, 33:81-89.

15. Landman WJ, Cornelissen RA: Escherichia coli salpingitis and peritonitis in layer chickens: an overview. Tijdschr Diergeneeskd 2006, 15:814-822.

16. Abrahamsson P, Tauson R: Aviary Systems and conventional cages for laying hens. Acta Agric Scand 1995, 45:191-203.

17. Abrahamsson P, Fossum O, Tauson R: Health of laying hens in an aviary system over five batches of birds. Acta Vet Scand 1998, 39:367-379.

18. Weitzenburger D, Vitz A, Hamann H, Distl O: Effect of furnished small group housing systems and furnished cages on mortality and causes of death in two layer strains. Br Poult Sci 2005, 46:553-559.

19. Mazaheri A, Lierz M, Hafez HM: Investigation on the pathogenicity of Erysipelothrix rhusiopathiae in laying hens. Avian Dis 2005, 49:574-576.

20. Mutalib AA, King JM, McDonough PL: Erysipelas in caged laying chickens and suspected erysipeloid in animal caretakers. J vet Diagn Invest 1993, 5:198-201.

21. Bisgaard M, Norrung V, Tornoe N: Erysipelas in poultry. Prevalence of serotypes and epidemiological investigations. Avian Pathol 1980, 9:355-362.

22. Eriksson H, Jansson D, Fossum O, Chirico J, Gunnarsson A: Erysipelas in layers – a growing problem in aviary and organic housing systems. In:

Proceedings of the XIII Congress of the World Veterinary Poultry Association: 19-23 July 2003, Denver. p. 130.

23. Cygan Z, Barcz I, Sikorski T: Enzootia botulizmu w stadzie kur – niosek. Med Wet 1981, 37:583-586.

24. Gama NMSQ, Nagamatsu M, Baldassi L, Gama JRQ: Botulismo em aves de postura na regiâo noroeste do estado Sâo Paulo. Ars vet 1992, 8:58-63.

25. Dohms JE: Ch. 23. Botulism. In Diseases of Poultry. 11th edition. Edited by Saif YM, Barnes HJ, Glisson JR, Fadly AM, McDougald LR, Swayne DE. Iowa State Press; 2003:785-791.

26. Hyun SH, Sakaguchi G: Implication of coprophagy in pathogenesis of chicken botulism. Nippon Juigaku Zasshi 1989, 51:582-586.

27. Swarbrick O: **Clinical problems in "free range layers".** Vet Rec 1986, 118: 363.

28. Guy JH, Khajavi M, Hlalel MM, Sparagano O: Red mite (Dermanyssus gallinae) prevalence in laying units in Northern England. Br Poult Sci 2004, 45 (Suppl 1):15-16.

29. Kilpinen O, Roepstorff A, Permin A, Norgaard-Nielsen G, Lawson LG, Simonsen HB: Influence of Dermanyssus gallinae and Ascaridia galli infections on behaviour and health of laying hens (Gallus gallus domesticus). Br Poult Sci 2005, 46:26-34.

30. Fiddes MD, Gresly S Le, Parsons C Epe, Coles GC, Stafford KA: Prevalence of the poultry red mite (Dermanyssus gallinae) in England. Vet Rec 2005, 157:233-235.

**RJN - 171**

31. Wojcik AR, Grygon-Frankiewicz B, Zbikowska E, Wasielewski L: Invasion of Dermanyssus gallinae (De Geer, 1778) in poultry farms in the Torun region. Wiad Parazytol 2000, 46:511-515.

32. Höglund J, Nordenfors H, Uggla A: Prevalence of the red poultry mite, Dermanyssys gallinae, in different types of production systems for egg layers in Sweden. Poult Sci 1995, 74:1793-1798.

33. Fadly AM, Payne LN: Ch. 15. Leukosis/sarcoma group. In Diseases of Poultry. 11th edition. Edited by Saif YM, Barnes HJ, Glisson JR, Fadly AM, McDougald LR, Swayne DE. Iowa State Press. 2003: 465-516.

34. Hansen I: Ethological studies of laying hens in aviaries and cages. PhD thesis. Dept. Animal Sci. Agricultural University of Norway. 1993.

35. Morgenstern, R., Lobsieger C.H. 1993: Health of laying hens in alternative systems in practice. In Proceedings of the 4th Europeen Symposium on Poultry Welfare. Edinburgh, pp. 81-86.

36. Nicol CJ, Gregory NG, Knowles TG, Parkman ID, Wilkens LJ: Differential effects of increased stocking density, mediated by increased flock size, on feather pecking and aggression in laying hens. Appl Anim Behav Sci 1999, 65:137-152.

37. Keeling LJ: Feather pecking and Cannibalism in layers. Poult. Int June 1995, 34:46-50

38. Allen J, Perry GC: Feather pecking and cannibalism in a caged layer flock. Br Poult Sci 1975, 16:441-51.

39. Amgarten M: Swiss layers perform well in alternative housing. Poultry Misset 1989 April/May: 8-9.

RJN - 172

40. Tanaka T, Hurnik JF: Comparison of behaviour and performance of laying hens housed in battery cages and an aviary. Poult Sci 1992, 71:235-243.

41. Taylor AA, Hurnik JF: The long-term productivity of hens in battery cages and an aviary. Poult Sci 1996, 75:47-51.

42. Michel V, Huonnic D: A comparison of welfare, health and production performance of laying hens in cages and aviaries. Br Poult Sci 2003, 44:775-776.

43. Meierhans D, Amgarten, M, Guler HP, Strasser M: The economical consequences of the introduction of alternative housing systems for laying hens in Switzerland. In Proceedings XIX WPSA Poultry Congress, Amsterdam, The Netherlands, 1992, p. 190.

44. Bang Jensen H: Effektivitetskontrollen. Det Danske Fjerkraeråd- beretning 2006.

45. Van Horne PLM: Production and economic results of commercial flocks with white layers in aviary systems and battery cages. Br Poult Sci 1996, 37:255-261.

46. Engström.B: Health situation in poultry in the Nordic Countries 2007. In: Nordic Poultry Conference 2007 Nov. 21-23 Uppsala, Sweden (Report).

Table 1. Percentage of commercial laying hens in different housing systems in Sweden in 2001-2004[1].
The total number of hens varied between 5,042 to 5,904 million birds per year.

| Year/ Housing system | 2001 | 2002 | 2003 | 2004 | 2001-2004 |
|---|---|---|---|---|---|
| Conventional battery cages | 66.5 | 52.3 | 26.0 | 13.5 | 38.6 |
| Furnished cages | 7.5 | 12.6 | 24.2 | 24.8 | 17.6 |
| Litter-based systems[2] | 22.6 | 31.2 | 43.8 | 55.0 | 38.7 |
| Free range[3] | 3.4 | 3.9 | 6.0 | 6.7 | 5.1 |
| Total | 100 | 100 | 100 | 100 | 100 |

[1]The table is based on data collected in May to August each year (5).

[2]Includes single-tiered floor systems and multi-tiered aviary systems.

[3]Flocks housed in litter-based systems indoors, with access to outdoor pens and pasture, including organic flocks.

RJN - 174

Table 2  Numbers and percentage of commercial laying hen flocks submitted for necropsy to SVA and included in the study.

| Housing systems | 2001 | | 2002 | | 2003 | | 2004 | |
|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % |
| Cages[1] | 5 | 41.7 | 6 | 9.1 | 4 | 9.5 | 5 | 9.6 |
| Litter-based systems[2] | 5 | 41.7 | 54 | 81.8 | 32 | 76.2 | 38 | 73.1 |
| Free range[3] | 2 | 16.6 | 6 | 9.1 | 6 | 14.3 | 9 | 17.3 |
| Total | 12 | 100 | 66 | 100 | 42 | 100 | 52 | 100 |

[1]Includes conventional battery cages and enriched cages.

[2]Includes single-tiered floor systems and multi-tiered aviary systems.

[3]Flocks housed in litter-based systems indoors, with access to outdoor pens and pasture, including organic flocks.

Table 3. Occurrence of diseases (divided into main categories) in laying hen flocks submitted to SVA in 2001-2004.

| Housing system | Total no. of flocks[1] | Bacterial diseases | | Viral diseases | | Parasitic diseases | | Cannibalism | |
|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % |
| Cages[2] | 20 | 13 | 65.0 | 6 | 30.0 | 2 | 10.0 | 1 | 5.0 |
| Litter-based systems[3] | 129 | 94 | 72.9 | 15 | 11.6 | 23 | 17.8 | 24 | 18.6 |
| Free range[4] | 23 | 17 | 73.9 | 1 | 4.4 | 5 | 21.7 | 6 | 26.1 |

[1]No. of examined flocks. Note that each flock may have several diagnoses.

[2]Includes conventional battery cages and enriched cages.

[3]Includes single-tiered floor systems and multi-tiered aviary systems.

[4]Flocks housed in litter-based systems indoors, with access to outdoor pens and pasture, including organic flocks.

Table 4. List of miscellaneous diagnoses in 173 necropsied laying hens, not included in main diagnostic categories and the statistical analysis.

| Diagnosis | No. of hens | Housing of the birds (no. of flocks) | | |
| --- | --- | --- | --- | --- |
| | | Cages[1] | Litter-based systems[2] | Free range[3] |
| Visceral gout | 29 | 1 | 10 | 1 |
| Unknown cause of death | 23 | 6 | 17 | 0 |
| Dehydration and cachexia | 17 | 0 | 6 | 0 |
| Trauma | 16 | 2 | 12 | 2 |
| Hepatic lipidosis and liver rupture | 11 | 3 | 2 | 0 |
| Circulatory disturbances[4] | 16 | 0 | 3 | 0 |
| Anaemia and haemorrhages, suspected intoxication | 11 | 0 | 0 | 1 |
| Osteoporosis | 10 | 4 | 0 | 0 |
| Egg bound | 7 | 3 | 4 | 0 |
| Hepatitis | 5 | 0 | 4 | 1 |
| Obstipation (straw) | 5 | 0 | 1 | 2 |
| Miscellaneous neoplasms[5] | 4 | 1 | 3 | 0 |
| Other causes of death[6] | 19 | 2 | 17 | 0 |

[1]Includes conventional battery cages and enriched cages.

[2]Includes single-tiered floor systems and multi-tiered aviary systems.

[3]Flocks housed in litter-based systems indoors, with access to outdoor pens and pasture, including organic flocks.

[4]Botulism was later diagnosed from hens in the same flocks.

[5]Neoplasms other than lymphoid leukosis.

[6]Including egg yolk peritonitis (n=4), gastritis (n=2), ovarian cyst (n=2), air sacculitis (n=2), enteritis (n=2), chronic salpingitis (n=1),endocarditis (n=1), intestinal volvulus (n=1), myositis (n=1) ruptured ovary and abdominal hemorrhage (n=2). hepatitis (n=1).

Table 5. Risk analysis regarding main disease categories between laying hen flocks in cages[1] and litter-based systems[2].

| Disease category | Observed no. of flocks from litter-based systems | Expected no. of flocks if same risk as in cages | Excess no. of flocks in litter-based systems compared to cages |
|---|---|---|---|
| Bacterial diseases | 94 | 9 | 85*** |
| Viral diseases | 15 | 4 | 11*** |
| Parasitic diseases | 23 | 1 | 22*** |
| Cannibalism | 24 | 1 | 23*** |
| Total | 129 | 14 | 115*** |

[1]Includes conventional battery cages and enriched cages.

[2]Includes single-tiered floor systems and multi-tiered aviary systems.

Level of significance is denoted by *** $P < 0.001$.

Table 6. Risk analysis regarding main disease categories between laying hen flocks in cages[1] and free range housing[2].

| Disease category | Observed no. of flocks from free range housing | Expected no. of flocks if same risk as in cages | Excess no. of flocks in free range housing compared to cages |
|---|---|---|---|
| Bacterial diseases | 17 | 1 | 16*** |
| Viral diseases | 1 | 1 | 0 |
| Parasitic diseases | 5 | 0 | 5*** |
| Cannibalism | 6 | 0 | 6*** |
| Total | 23 | 2 | 21*** |

[1]Includes conventional battery cages and enriched cages.

[2]Flocks housed in litter-based systems indoors, with access to outdoor pens and pasture, including organic flocks.

Levels of significance are denoted by *** $P < 0.001$



# ECONOMIC IMPACT ON CALIFORNIA OF THE
# TREATMENT OF FARM ANIMALS ACT

**May 16, 2008**

**Promar International**
**1737 King Street, Suite 330**
**Alexandria, VA 22314 USA**
**Tel:(703) 739-9090**
**Fax:(703) 739-9098**

**RJN - 180**

# Economic Impact on California of the
# Treatment of Farm Animals Act

# CONTENTS

| | | |
|---|---|---|
| **SECTION 1:** | **BACKGROUND** | **1** |
| **SECTION 2:** | **THE CALIFORNIA EGG INDUSTRY** | **3** |
| 2.1 | Overview | 3 |
| 2.2 | Costs and returns | 4 |
| 2.3 | Conversion costs | 10 |
| **SECTION 3:** | **FISCAL IMPACTS ON CALIFORNIA** | **12** |
| 3.1 | Input-output analysis | 12 |
| 3.2 | Industry tax payments | 14 |

promar International

## EXECUTIVE SUMMARY

If passed by California voters, the November 2008 ballot initiative – The Treatment of Farm Animals Act – would create wide sweeping and onerous changes, as well as a significant economic burden, for the California egg farm sector. While the proposed act addresses animal confinement for egg-laying hens, pigs during pregnancy and calves raised for veal, the greatest negative impact on the California economy would be the result of the initiative's larger scale effects on egg producers throughout the state. If passed, the measure would force California consumers to pay higher prices for eggs, would result in a $615 million loss in state economic activity, and effectively drive California egg producers out of business.

The California egg farm sector is comprised of approximately 30 farms/companies, nearly all family-owned, that collectively care for 19.4 million layers that in 2007 produced 4.9 billion eggs valued at $323 million. About 95% of national egg production and 90-95% of California output is in modern cage housing systems. Approximately 85% of that national modern cage housing production has by now been independently certified as meeting the animal welfare guidelines established for United Egg Producers by an independent scientific committee.

The central problem with the proposed measure is that, as written, it effectively bans almost all commercial egg production in the state as of 2015, including both modern cage housing and the existing cage-free housing. Currently, about 66% of California's table egg needs are produced in the state. The result of the ballot proposition will be to put most of the California egg farmers and industry out of business, resulting in greater reliance on imports of eggs from the other 49 states and from countries without such onerous regulations.

The cost of current cage-free production methods, many of which effectively would be outlawed by the proposed measure, is at least 25% higher than for modern cage housing production. That is because of higher housing costs, higher feed costs, and higher labor costs. For an egg farm with modern cage housing to maintain its current scale of operation, it would have to build 2 to 4 times as many layer houses as are currently in use, even with current cage-free standards. The proposed initiative would require such low densities that 8 to 16 times as many new layer houses would be needed to produce the same egg output. Finding the capital and the land, and obtaining the necessary permits, would be challenging enough, but the bigger problem is that there is simply no large-scale consumer demand for increased quantities of higher-cost cage-free eggs.

We estimate that egg production costs under the conditions dictated by the proposed measure would be higher than in a modern cage system by 33 cents per dozen or 76% using a University of California costing method. Industry cost accounting systems show an even greater differential. Even without normal markups along the distribution chain such increases would result in a cost structure for California producers that would not be competitive with that of eggs imported from other states. The result will be that most of the California egg farms will go out of business.

Based on the Department of Commerce's RIMS-II input-output model, the California egg industry is estimated to have the following statewide economic impacts:

promar International

| Total economic output | $648 million |
|---|---|
| Total earnings | $108 million |
| Total employment | 3,561 jobs. |

We estimate that 95% of that output and employment would be lost by 2015 as the egg sector gradually contracted to no more than 5% of its current size due to the proposed ballot measure. That means a loss of almost 3,400 jobs statewide and $615 million in economic activity. Many of those lost jobs will cause a loss of medical health coverage as well, adding additional potential burden to the public health system.

In 2007 the egg sector and its employees paid an estimated $11.8 million in taxes to the State, and through related economic activity generated total state tax receipts of more than $22 million. The industry also paid an estimated $4.2 million in local property taxes and generated total property tax receipts of an estimated $6.3 million. We therefore estimate that if 95% of the industry is forced to close, the loss in State tax revenue would be $18.5 million overall and the loss in local property tax revenue would be approximately $5 million annually.

In summary, this ballot proposal would force onerous and wide sweeping changes affecting every aspect of the California egg farming sector, ending the production from 18.4 million hens producing 4.7 billion eggs, and would have widespread and negative effects on consumers, local economies and the local and state tax base.

promar International

### SECTION 1:    BACKGROUND

The ballot for the November 2008 elections in California will include an initiative measure that, if approved by voters, would modify the state's Health and Safety Code by adding the following language:

> "In addition to other applicable provisions of law, a person shall not tether or confine any covered animal, on a farm, for all or the majority of any day, in a manner that prevents such animal from:
> (a) Lying down, standing up, and fully extending his or her limbs: and
> (b) Turning around freely."

Egg-laying hens would be a covered animal under the proposal, and the definitions in the measure state the following:

> "Fully extending his or her limbs" means fully extending all limbs without touching the side of an enclosure, including, in the case of egg-laying hens, fully spreading both wings without touching the side of an enclosure or other egg-laying hens.

Egg farms in California would be the farms most affected by the proposal, with the greatest impact on state and local finances, and on economic activity and employment. (The other covered animals are pigs during pregnancy and calves raised for veal.)

Eggs are an important dietary component as a directly consumed food and as a food ingredient, and they have had the virtue of being a comparatively inexpensive source of protein. Eggs are also an excellent source of choline, a micronutrient whose importance is increasingly recognized by the scientific community; choline is important for fetal brain development, for example.  According to United Egg Producers (UEP), about 95% of commercial egg production in the United States is from modern cage housing, with the other 5% coming from cage-free systems including barn raised and free range hens.  The latter typically sell at retail price premiums of 100% to 200% ($1-2 per dozen) more than standard commercial eggs, which reflects 25-75% higher costs at farm level, and wider margins at the retail level driven by the economics of marketing specialty eggs.

UEP is a national federated cooperative whose members are individual egg farmers from across the United States who produce eggs in both modern cage housing and cage-free, free-range and organic systems.  As part of its mandate it has taken the lead in establishing animal welfare guidelines for egg production. About 85% of US egg production is now independently certified as meeting the UEP standards, which address beak trimming, molting, handling, biosecurity, and housing and space guidelines.  For cage production, white leghorn type hens are required to have a minimum of 67 square inches and brown egg layers 76 square inches under UEP standards.   For cage-free production, 1.5 square feet (216 square inches) is required, subject to downward adjustments to 1.0-1.2 square feet (144-173 square inches) if there are additional perching areas above floor level.

Chickens have wingspans of up to 28 inches when both are extended. Therefore, a reasonable interpretation of the practical effect of the language in the initiative is that each hen, whether caged or cage-free, would be required to have a minimum of 784 square inches of space (28 x 28) which is 5.4 square feet. Such a requirement would make almost all of California's egg production uneconomical, for reasons discussed in the next section, and would outlaw current density levels permitted in cage-free and organic laying houses.

Most consumers would continue to prefer the lowest-cost eggs, which today constitute about 90% of the California table egg market. The two-thirds of the market that California farmers supply could readily be supplied by egg producers in other states or countries not subject to the same space requirement. In concrete terms, the production of 4.7 billion eggs from 18.4 million California hens would be permanently lost. California consumers would lose a source of locally produced eggs and would have to depend on eggs produced hundreds or thousands of miles away. And the virtual disappearance of this industry would have a measurable negative impact on state and local tax revenues.

RJN - 185

## SECTION 2: THE CALIFORNIA EGG INDUSTRY

### 2.1 Overview

California has been one of the leading egg producing states for years. With its large population, there has been a strong demand for locally produced fresh eggs. In 2007 California ranked sixth in egg production after Iowa, Ohio, Indiana, Pennsylvania and Texas with 4.9 billion eggs produced, representing 5.5% of the national total. Collectively these six states accounted for almost half of the 90 billion eggs produced last year.

California's shell egg demand is actually met by a combination of statewide production and out-of-state imports. As indicated in the chart below, out-of-state imports as a percentage of total California shell egg supply have remained relatively stable over the past 5 years at about a third of requirements. During this period, the leading states shipping to California have traditionally been Iowa, Minnesota, and Utah. The first two, 1,800 miles to the east, account for over half of the out-of state supplies. (California exports some eggs to Hawaii and the Pacific Northwest and is also a net importer of liquid or powdered eggs, but data are not available on interstate trade for those categories.)

## California: Shell Egg Supply Sources



The California egg industry is comprised of about 30 farms/companies, mostly family owned businesses. This is similar to industry structure in the rest of the country. According to UEP, there are about 245 egg companies in the United States with flocks of 75,000 hens or more. Of these, at least 60 have more than a million layers. In California, there is a similar range of operational size, with an estimated 7 companies having more than one million hens. The total number of layers in California has declined slightly in recent years, to an average of about 19.4 million in 2007, as illustrated in the first chart on the next page.

RJN - 186

One reason for the decline is that 2005 and 2006 were years of comparatively poor economics for the egg industry both nationally and in California due to an overall imbalance between supply and demand.  The industry goes through these cycles periodically when the size of the layer flock gets ahead of demand growth.  This caused total revenue to decline sharply in those two years as shown in the second chart.  But with higher egg prices in 2007 it bounced back to $323 million and will again be strong in 2008.

## California: Number of Layers



## California Egg Production: Total Value of Industry Sales



## 2.2    Costs and returns

Cost of production can be viewed from the economist's, the accountant's or the businessman's perspective.  Each approach has inherent advantages and limitations.  While

RJN - 187

economists tend to focus on an abstract notion of returns to all factors of production, and accountants and investors gravitate toward profits in their analysis, management's attention is often more on operating rates.

Any company manufacturing a product keeps records of its expenses and from these records it should be possible to calculate some type of production cost per unit of output. Over a given period, the expenditures on labor, material, and utilities are easily determined and can be allocated across the number of units produced. For other inputs, particularly capital equipment, the procedure is not as straightforward, and the conventions that are usually followed depend in part on the applicable tax system.

The financial statements prepared by accountants embody another sort of cost concept. The corporate income statement typically begins with sales revenue. From this one subtracts the "cost of sales"-- raw materials, labor, utilities, etc. -- as well as depreciation and financing costs to arrive at pre-tax income. One then subtracts income taxes leaving net income for the year. Some of this income may be paid out to stockholders as dividends while the balance is retained in the business entity.

The costs tabulated in that context seldom help much, however, in estimating unit production costs for an industry. Questions about the valuation of capital assets, returns made on capital investment, and calculation of profits remain unanswered. Thus, while the accountant's approach may tell how "net income" is defined, it is less useful in asking what it costs to produce a commodity.

Economists resort to an opportunity cost approach in estimating costs of production. The opportunity cost is a concept based on the existence of choice, i.e. an investor has other economic opportunities. One can always sell current assets and invest the money in another business, in long-term government bonds, or some other instrument with a known yield. Therefore, over time all these costs must be covered or the resources will be shifted to other activities.

To calculate opportunity cost, the value of the asset must be known. Various methods can be used to determine the value of egg production facilities as long as one remembers that the value of capital items is directly dependent on the market price of the good or service they produce and that those values and prices are determined simultaneously. Over the long term the cost of the capital investment necessary to produce a particular item will tend to determine that item's price, but in the short-term price may determine the current value of the investment.

The best way to estimate production costs is to look at the books of companies already in production. This sort of confidential information is difficult to obtain, however. One could also commission engineering studies to estimate construction costs and then conduct a cash

promar International

5

RJN - 188

flow analysis and examine relevant tax issues to determine true capital costs.  Fortunately, actual market prices often have much to tell us about costs.

Most industries have some broadly agreed method for tracking costs over time.  In the case of egg production there is a fairly standard set of cost components that are considered by some market analysts.  But they take the process only as far as getting the egg produced. They do not generally include marketing, packaging and distribution costs, which are considerable.   The Urner Barry national survey of Processing, Carton and Transportation (PCT) costs for the fourth quarter of 2007 reported them to be as follows, in cents per dozen:

| | |
|---|---|
| Egg cartons | 8.8 |
| Egg cases | 2.8 |
| Store door delivery | 8.1 |
| Plant operating costs | 9.1 |
| **Total** | **28.8** |

In addition to these PCT costs of 28.8 cents per dozen, marketing costs are estimated at approximately 15 cents per dozen.  In California, one can use an estimate of 45 cents for the sum of PCT and marketing costs.

The chart below provides a comparison among production costs, producer prices, wholesale value (defined here as producer price plus 45 cents) and retail prices.  The production costs are estimated by University of California poultry specialists and are for modern cage housing production.  The producer prices are published by USDA's National Agricultural Statistics Service and are measured at first point of sale, so they represent sales of cage-free and organic as well as modern cage housing eggs.  The wholesale value is our estimate.  The retail prices are Consumer Price Index data from the Bureau of Labor Statistics for Grade AA large eggs in western cities, which are generally 15-20 cents higher than prices for Grade A.

## California Eggs: Prices & Production Costs



The first thing that should be apparent is that the margin that egg farms have between sales price and production cost is pretty narrow and even negative in bad years. If one factors in the additional costs for the various specialty eggs produced in California, those two lines would be even closer together. The second thing is that there are other significant costs and margins throughout the rest of the marketing chain.

There is ample evidence that the cost of cage-free production is significantly higher than in modern cage housing systems. In the European Union, where that change has been taking place for some time, various studies have documented the cost differentials.

In California, a university poultry specialist published a comparison of selected 2005 production costs under different systems. That study estimated that producer costs in California were 27% higher for eggs produced in conventional cage-free housing and 66% higher for free-range egg systems compared to eggs produced in modern cage housing systems.

It is important to note that these California comparisons were for current conventional cage-free systems. The proposed legislation apparently would ban such systems because hens could be touching each other or the sides of the barn structures. Barns with spacing required by the proposed legislation would impose much greater cost increases than described above. The table below provides a comparison of the cost increase for conventional cage-free and the cost increase for what the proposed legislation would dictate.

Estimated Egg Production Costs for Barn and Cage Housing (cents/dozen)

| Item | Modern Cage System | Conventional Barn System | Difference | Proposed Barn System | Difference |
|---|---|---|---|---|---|
| Feed | 22.50 | 24.70 | 2.20 | 24.70 | 2.20 |
| Pullets | 6.60 | 6.60 | 0 | 6.60 | 0 |
| Labor | 3.50 | 5.25 | 1.75 | 5.25 | 1.75 |
| Misc. | 5.00 | 5.00 | 0 | 5.00 | 0 |
| Housing & Equip. Depreciation | 3.30 | 6.50 | 3.20 | 19.50 | 16.2 |
| Housing & Equip. Interest | 2.10 | 4.10 | 2.00 | 12.30 | 10.2 |
| Litter | n/a | 0.40 | 0.40 | 0.40 | 0.40 |
| Additional | n/a | 0.23 | 0.2 | 0.23 | 0.2 |

Economic Impact on California
Preliminary Report

| | | | | | |
|---|---|---|---|---|---|
| Medication | | | 3 | | 3 |
| Additional loss | n/a | 1.10 | 1.1 | 1.10 | 1.1 |
| eggs | | | 0 | | 0 |
| Cost of Land | 0.13 | 1.00 | 0.8 | 1.00 | 0.8 |
| | | | 7 | | 7 |
| Total | 43.13 | 54.88 | +11.75 | 76.08 | +32.95 |

Sources: Don Bell, "A Review of Recent Publications on Animal Welfare Issues for Table Egg Laying Hens," 1/11/2006; and Promar International

The first four columns are reproduced from the study cited in the table footnote and reflect 2005 cost levels. That study assumed space of two square feet per hen for the cage-free system. The proposed initiative would require almost six square feet, or three times as much. We have therefore tripled the Housing & Equipment Depreciation and Interest in the next to last column because these costs will be directly proportional to the space required. Labor costs will probably also be higher per dozen, but we have not adjusted those. The result is a cost of 76.08 cents per dozen compared to 43.13 cents for a modern cage system – an increase of 32.95 cents per dozen or 76%. With current feed costs, the absolute difference per dozen would even be a few cents per dozen greater than illustrated in the table.

Proprietary industry data show a cost differential of this amount even for conventional cage-free production, and it would be much wider under the proposed ballot measure. With such a cost structure, California egg producers could never be competitive with out-of-state eggs, whether produced in cage or cage-free systems.

The fact of the matter is that the market for higher-cost eggs is limited. Some people are willing and able to pay for eggs with special attributes but most are not, even though the category has been growing. Sales of all specialty eggs remain 5% of the national retail market or less, and cage-free eggs are a relatively minor subset of even this small percentage. Therefore it will not make economic sense for egg farms to make the investments needed to comply with the proposed legislation because they will not be able to recover the additional costs through higher prices. Consumers, and the retailers that serve them, will just buy cheaper eggs from out-of-state farmers who will still be using the same modern cage and cage-free housing systems that will be banned in California. The proposed ballot initiative does not – and constitutionally cannot – restrict the movement of eggs into California from other states, and this shift to out-of-state suppliers will certainly take place.

Retail prices reflect what people are willing to pay, and that is not always or necessarily linked to farm level production cost. The chart below shows Agricultural Marketing Service data for the first week of May 2008 on nationwide feature pricing of eggs by retailers, i.e. sale prices of eggs in advertising for the week. Grade A is the basic egg. Grade AA is a slightly higher quality. For specialty eggs, prices jump dramatically. Organic eggs cost three times as much as the basic Grade A egg. Cage-free was $1.00-1.50 per dozen more expensive than Grade AA. These are typical price differentials. Does it cost that much more at farm level

to produce a cage-free egg? No – industry experts put the additional production cost at 25-45 cents/dozen in current cage-free systems.  But there are other costs further along the marketing chain, and retailers have their own strategies for maximizing profits per linear foot of shelf space.  If there is less turnover of organic or cage-free eggs, which reportedly is normally the case, retailers put a higher margin on them.

## National Large Egg Feature Prices: Week of May 2, 2008



The relationships in this recent week are typical of what normally prevails.  The chart below shows the 2007 monthly averages of these USDA-reported feature prices for the three main categories of shell eggs.

### Consumer Egg Prices in 2007 ($/dozen)



**Source: USDA Weekly Retail Shell Egg Feature Report for 17,000 Retail Grocery Stores**

## 2.3   Conversion costs

The cost of current cage-free production methods is 35-65% higher than for modern cage housing production. That is because of higher housing costs, higher feed costs, and higher labor costs.  Existing modern cage system layer houses could be converted to conventional cage-free systems but the capacity of each house would be reduced by 50-80%, depending on how much one is willing to spend, and on the system adopted.

Conversion costs are estimated by industry sources at anywhere from $10 per hen to $30 per hen, depending on the type of building one is starting with and the cage-free system adopted, and probably average $25 per hen.  Thus, even converting 90% of California egg production to conventional cage-free would cost more than $435 million ($25 x 0.9 x 19.4 million).

But there is no rationale for making that investment.  The market demand for cage-free eggs is already being met so the additional eggs would have to be sold as commodity eggs and an egg farm would not recover its additional costs.

Most importantly, a conventional cage-free system does not appear to be permitted by the proposed initiative.  It is challenging to even estimate unit costs for a system that requires hundreds of square inches per hen because there is no commercial experience with such systems.   For an egg farm with modern cage housing to maintain its current scale of operation, it would have to build 2 to 4 times as many layer houses as are currently in use, even with current cage-free standards.  The proposed ballot measure would require such low densities that 8 to 16 times as many new layer houses would be needed to produce the same egg output.  It is clear that if one has to spread fixed costs for land, the facility, labor, and

promar international                    10

RJN - 193

administration over a fraction of current layer numbers, California eggs farmers are not going to be cost competitive with out-of-state operations that are subject to no such constraints.

RJN - 194

## SECTION 3:    FISCAL IMPACTS ON CALIFORNIA

The California egg industry has an important impact on economic activity and employment in the state and thereby makes a significant contribution to state and local budgets through its tax payments.  There are two ways to estimate these impacts.  The broadest is to use the results of the Department of Commerce's input-output model.  The narrower alternative is to work from a sample of actual company data.  We use both approaches in the discussion below.

### 3.1    Input-output analysis

To estimate the impact of egg production on the overall economy of any given geographic area, it is necessary to quantify the relationship between the egg industry and each of the other major components of the area's economy.  So-called input-output (I-O) models are commonly used for this purpose.  Given the great amount of detailed information that is required to build and maintain a national I-O model, there are comparatively few of them in operation.  One of the most elaborate of these models is the Regional Industrial Multiplier System (RIMS II) operated by the Bureau of Economic Analysis (BEA) in the US Department of Commerce.  This is the model used in this analysis.

RIMS II is based on a benchmark I-O table developed by BEA in 1997.  It is comprised of approximately 500 industries.  The model traces the interactions among these industries so that the effect of a given level of output in one industry on all other industries can be measured.  These measures take the form of multipliers or factors that can be applied to output measured in dollars.  They indicate the total economic activity in the state associated with a dollar of sales in that industry.  In addition to measuring the value of output, multipliers are also derived for measuring impacts on earnings and employment.    The employment multiplier is the number of total jobs in the state associated with one million dollars of sales in that industry.

Given the complexity of tracing these effects throughout the economy, some simplification in methodology is required to keep the task manageable.    The first simplifying step in constructing RIMS II was to collapse the nearly 1,200 industries identified in the Census Bureau's North American Industry Classification System (NAICS) to a smaller number of industries.  (NAICS replaced the old Standard Industrial Classification system).  As a result, poultry and egg production are combined as a single industry.

A second important step in estimating multipliers is in defining the geographic region of interest.  The RIMS II model permits the region of inquiry to be as small as an individual county or as large as the entire nation.  The choice of region can have an important effect on the outcome, depending on whether the associated industries are located within the region.  As a general rule, the more broadly the region is defined the greater the likelihood that associated industries are represented within the region and the larger the multipliers.  For this analysis, we have looked at the statewide impacts in California.

RJN - 195

The table below presents the RIMS-II state level multipliers for poultry and egg production. Output multipliers range from 1.4 for several states to 2.8 for Missouri. California's is 2.0 and the national multiplier is 3.5. The earnings multipliers range from 0.17 to 0.45, and California is again in the middle at 0.33. The employment multipliers range from 6.2 in Delaware to 25.2 in Oklahoma, and the national multiplier is 23.6. For California it is 11 jobs per million dollars of sales.

| Poultry and eggs | | | | Poultry and eggs | | | |
|---|---|---|---|---|---|---|---|
| | Final-demand multiplier | | | | Final-demand multiplier | | |
| State | Output ($) | Earnings ($) | Employment (jobs) | State | Output ($) | Earnings ($) | Employment (jobs) |
| Alabama | 2.3258 | 0.3707 | 13.1 | Montana | 2.0680 | 0.3199 | 17.4 |
| Alaska | 1.3122 | 0.1744 | 8.9 | Nebraska | 2.4933 | 0.3859 | 17.7 |
| Arizona | 1.6063 | 0.2582 | 8.1 | Nevada | 1.4058 | 0.2072 | 9.8 |
| Arkansas | 2.5719 | 0.3956 | 16.2 | New Hampshire | 1.6195 | 0.2364 | 14.8 |
| California | 2.0003 | 0.3345 | 11.0 | New Jersey | 1.7064 | 0.2567 | 11.2 |
| Colorado | 2.1844 | 0.3641 | 15.2 | New Mexico | 1.7154 | 0.2587 | 9.2 |
| Connecticut | 1.6043 | 0.2377 | 8.0 | New York | 1.6652 | 0.2408 | 10.9 |
| Delaware | 1.7098 | 0.2116 | 6.2 | North Carolina | 2.4661 | 0.4009 | 12.5 |
| Delmarva | 2.1919 | 0.3446 | 12.4 | North Dakota | 2.1166 | 0.3092 | 15.2 |
| Florida | 1.6697 | 0.2698 | 10.1 | Ohio | 2.6857 | 0.4386 | 24.4 |
| Georgia | 2.5099 | 0.4187 | 11.8 | Oklahoma | 2.5344 | 0.4039 | 25.2 |
| Hawaii | 1.3933 | 0.2101 | 17.0 | Oregon | 2.1126 | 0.3314 | 16.3 |
| Idaho | 2.2475 | 0.3581 | 13.6 | Pennsylvania | 2.3941 | 0.3823 | 19.6 |
| Illinois | 2.7283 | 0.4542 | 21.4 | Rhode Island | 1.3917 | 0.1975 | 16.1 |
| Indiana | 2.7067 | 0.4231 | 23.5 | South Carolina | 1.7758 | 0.2740 | 11.5 |
| Iowa | 2.4927 | 0.3828 | 17.9 | South Dakota | 2.3047 | 0.3445 | 14.5 |
| Kansas | 2.4512 | 0.3685 | 24.4 | Tennessee | 2.7260 | 0.4314 | 17.3 |
| Kentucky | 2.5921 | 0.3925 | 21.8 | Texas | 2.3534 | 0.3955 | 19.8 |
| Louisiana | 2.1206 | 0.3350 | 22.0 | Utah | 2.2839 | 0.3806 | 15.8 |
| Maine | 1.8591 | 0.2929 | 18.4 | Vermont | 1.7700 | 0.2135 | 13.3 |
| Maryland | 2.1961 | 0.3282 | 10.7 | Virginia | 1.9290 | 0.2944 | 17.7 |
| Massachusetts | 1.4888 | 0.2219 | 14.9 | Washington | 2.0663 | 0.3322 | 13.2 |
| Michigan | 1.7259 | 0.2751 | 12.3 | West Virginia | 1.4819 | 0.2058 | 10.8 |
| Minnesota | 2.7032 | 0.4386 | 24.7 | Wisconsin | 2.1999 | 0.3523 | 15.4 |
| Mississippi | 2.4207 | 0.3688 | 15.4 | Wyoming | 1.3616 | 0.1922 | 10.3 |
| Missouri | 2.7844 | 0.4221 | 17.7 | United States | 3.5120 | 0.6508 | 23.6 |

Source:   RIMS-II,   BEA,   Department   of   Commerce

For 2007, USDA's National Agricultural Statistics Service (NASS) reported that the value of egg production in California totaled $323,708,000. This may be an underestimate because it

is measured at the first point of sale. Some egg companies sell directly to retailers or food companies while others may sell to a marketing co-op that undertakes the marketing, packing and distribution. In any case, using the RIMS-II multipliers gives the following statewide impacts:

| Total economic output | $648 million |
| Total earnings | $108 million |
| Total employment | 3,561 jobs |

As discussed above, we would expect the California egg industry to contract to about 5% of its current size by 2015 if the proposed animal confinement regulations are actually implemented. The surviving companies would continue to supply specialty egg products to that segment of consumers willing and able to pay higher prices for specific attributes than they would pay for the basic egg from out-of-state farmers using the same modern cage and cage-free housing systems that their California counterparts would be prohibited from using. This would result in the loss of about 3,400 jobs statewide and about $615 million in economic activity.

## 3.2    Industry tax payments

The California egg industry is responsible for a significant amount of State and local tax revenue. We received actual tax payment data for 2007 from a sample of companies representing about a third of industry output. They were asked to provide figures for the following tax categories:

- California state income tax – 8.84% of net income for general corporations
- Fuel taxes – 18 cents per gallon state, plus some county
- Mill fees – $0.045 cents per case of 30 dozen
- Property tax – variable by county
- Employee state income taxes – as withheld
- California unemployment and disability insurance.

On the assumption that taxes paid by companies not surveyed are proportional to their size, we derived the estimates shown in the middle column of the table below. We rounded each estimate to the nearest $100,000. Total taxes paid by the industry are estimated at $16 million annually, and when one factors in the multiplier effects the total is estimated at $28.4 million.

| State & Local Tax Impacts of Egg Industry | | |
| --- | --- | --- |
| | Egg Industry | Total Impact |
| State corporate income tax | 6,700,000 | 13,400,000 |
| Fuel tax | 600,000 | 1,200,000 |
| Mill fees | 1,500,000 | 1,500,000 |
| State unemployment/SDI | 1,600,000 | 3,200,000 |

| | | |
|---|---|---|
| Employee personal income tax | 1,400,000 | 2,800,000 |
| Total State | 11,800,000 | 22,100,000 |
| Local property taxes | 4,200,000 | 6,300,000 |
| Total | $16,000,000 | $28,400,000 |

Taxes paid to the State by the egg industry make up the largest portion, at $11.8 million. Egg companies pay $4.2 million annually in local property taxes, and ancillary industries raise the total to an estimated $6.3 million.

If 95% of the industry disappears, much of this tax revenue will also disappear. Mill fees would continue to be collected by the State because they are charged on imported eggs as well as those produced in California. And egg distribution functions would continue to be performed by businesses in the state.

We estimate that 90% of the State tax revenue other than mill fees would be lost, i.e. $9.3 million from the egg industry and $18.5 million overall.

Property taxes would continue to be paid on the land portion of egg farms, but not the structures and equipment which have lost all their value. We therefore estimate that property taxes paid would decline by 80% for the egg industry, i.e. by $3.4 million, and by $5.0 million overall.

RJN - 198

# Economic Effects of Proposed Restrictions on Egg-laying Hen Housing in California

July 2008

University of California Agricultural Issues Center

Daniel A. Sumner, J. Thomas Rosen-Molina, William A. Matthews, Joy A. Mench and Kurt R. Richter

Sumner is the director of the University of California Agricultural Issues Center (AIC) and the Frank H. Buck Jr. Professor in the Department of Agricultural and Resource Economics, UC Davis. Rosen-Molina is a research analyst and Matthews is a post-doctoral fellow at AIC. Mench is a Professor in the Department of Animal Science and the director of the Center for Animal Welfare, UC Davis. Richter is a Ph.D. student in the Geography Graduate Group at UC Davis and a research assistant at AIC.

This research was supported with University of California funds. AIC did not seek or receive any outside financial support for this project.

# Economic Effects of Proposed Restrictions on
# Egg-laying Hen Housing in California

July 2008

University of California Agricultural Issues Center

## Executive Summary

A ballot initiative in California that would place restrictions on the housing of commercial egg-laying hens is scheduled for the fall 2008 election. The specific wording of the initiative is imprecise. Nonetheless, informed expectations and careful assessments are that, if passed, the resulting regulations would eliminate the use of cage systems for laying hens in California and may be even more restrictive. If passed, the initiative would mean that remaining egg production in California would be from non-cage systems and could mean that typical non-cage systems would be restricted as well. The restrictions imposed by the new policy would take effect at the beginning of 2015, allowing about six years for adjustment.

The California egg industry has a significant role in California agriculture. It produces almost five billion eggs per year from almost 20 million laying hens. Value of production was about $213 million in 2006, and about $337 million in 2007, due to much higher egg prices. Major production comes from San Diego, San Bernardino and Riverside Counties in Southern California; Merced, Stanislaus and San Joaquin Counties in the Central Valley; and Sonoma County on the North Coast. Production in California has declined substantially since its peak of about nine billion eggs in 1971, when California was shipping eggs to out-of-state consumers. In 2008, California is a substantial net importer of eggs produced in other states, producing about six percent of the national total of table eggs and consuming about 12 percent, based on population share. Shipments into California come from a broad portfolio of states including

i

**RJN - 200**

Iowa, Minnesota, Utah, Missouri, Michigan and several other important sources. A large share of the eggs shipped into California are in liquid form, but about one third of the shell eggs consumed in California are produced out of the state. The relative size and competitive position of the California egg industry are important factors in understanding the likely economic impacts of the initiative.

Non-cage production does occur now in California and in other U.S. states. However, the share of non-cage production is quite small, about 5 percent of the total, including the non-cage eggs that also qualify as organic. (Organic production imposes a number of additional production limits, including the use of organic feed and limits on the use of medicines.) Despite its limited share of production and consumption, a variety of different non-cage systems are in use, and data on the costs of production, prices and marketing in these systems are limited.

The best evidence from a variety of sources suggests that (non-organic) non-cage systems incur costs of production that are at least 20 percent higher than the common cage housing systems. The sources of these added costs per dozen range across the major categories including: (a) higher feed costs (due to more feed consumption per laying hen and fewer eggs per laying hen), (b) higher laying hen mortality, which leads especially to higher pullet cost per dozen eggs amortized over the life of the flock, (c) higher direct housing costs per dozen eggs (because there are fewer hens per flock and fewer marketable eggs over the life of each hen entering the flock), and (d) higher labor costs (due to fewer hens per flock, fewer eggs per hen and more labor per dozen in gathering eggs). In making these assessments, we use cost information from farms that use both cage-free and typical cage systems. Such data allow more direct comparisons of costs than do data comparing specialized farms, which may have different scale economies and hence different costs per dozen eggs for reasons other than the housing system used.

Retail prices for non-organic non-cage eggs are at least 25 percent higher than those for eggs produced in cage systems, reinforcing the information from estimates of cost differentials. The 25 percent differential was measured in April 2008, at a time of very high retail prices for all eggs and when the differential between cage and non-cage eggs had declined. These retail price

ii

comparisons apply to cage and non-cage eggs of the same grade, size, color and brand of eggs and sold in the same supermarkets. Average retail prices of non-cage eggs have often been double the prices of conventionally produced eggs, especially if one does not standardize fully for characteristics of the product and market considerations.

Despite transport costs of feed and of eggs, there is now a national market for eggs in the United States. Based on the evidence we have examined, the California egg industry competes vigorously with egg production in other states. This competition is indicated by the fact that shipments of eggs into California comprise a large and growing share of shell egg consumption in California, as well as the dominant share of liquid egg use in food service and food processing. Thus, any regulation or other factor that raises the costs of egg production in California relative to the cost of egg production in other states will strongly favor expansion of the share of out-of-state eggs in the California market. And, since the proposed restrictions on production methods apply only to eggs produced in California, the regulations implied by a successful initiative would raise costs of California producers by at least 20 percent relative to its out-of-state competitors.

The market impact of such a cost increase hinges on several facts outlined above and on some basic economic principles. First, with six years to adjust to the new market situation and given the less than the two-year life cycle of a typical laying hen flock, there is time for complete adjustments to expand production in other states so that they can meet the new market opportunities in California. Since national egg demand would not change significantly, the anticipated adjustment does not require additional pullets, additional feed or more inputs on a national basis. The relocation of egg production can be relatively rapid. Second, the new market opportunities for shipments into California entail an expansion of production in other states by less than 10 percent, which would be spread across many locations and farms that already have well-established relationships with buyers in California. The implication is that substantial new out-of-state egg supply could be forthcoming within a six-year horizon at little, if any, additional per-unit cost, and much less than the additional cost that a shift to non-cage housing would entail for California producers.

iii

RJN - 202

One consequence of the expansion of shipments of eggs into California at little additional cost is that prices to egg buyers and consumers would increase only slightly. Since more than a third of the shell eggs consumed in California already come from out-of-state, because expansion of production in other states would not entail additional per-unit costs, and because many out-of-state locations and farms already compete in the California market, we would expect little, if any, cost increase and no substantial impact on prices to California consumers.

Within California, a reduction in the number of eggs produced using the typical cage system could also occur within the six-year adjustment horizon. In the egg industry, direct operating costs comprise most of the annual cost of production per dozen eggs. Furthermore, most of the current housing units could not be converted to non-cage housing without significant investment for retrofitting. Therefore, operations could not continue to produce eggs in California without new capital investment, and such investment could not be justified when California costs of production would be far higher than costs in other states.

Our analysis indicates that the expected impact would be the almost complete elimination of egg production in California within the six-year adjustment period. Non-cage production costs are simply too far above the costs of the cage systems used in other states to allow California producers to compete with imported eggs in the conventional egg market. The most likely outcome, therefore, is the elimination of almost all of the California egg industry over a few years.

A small amount of non-cage or other specialty egg production may continue in California. However, since the large farms that now produce most of the eggs in cage systems also produce most of the non-cage eggs, it is unclear if they would remain competitive even in non-cage production. If the farms that produce most of the eggs using the non-cage systems were to eliminate their production using the caged housing systems, their operations would be much smaller and they would fail to capture the economies of scale that currently allow them to be efficient producers of both caged and non-cage eggs. Producers outside California may be able to use the scale economies of their production using cage systems to produce non-cage eggs at lower cost than the remaining California farms that would be only allowed to specialize in this

iv

very small segment of the market. That said, it is likely that there would continue to be some small-scale niche-market producers remaining in California.

The economic logic behind these significant economic results is straightforward. Under new rules that eliminated the use of conventional low-cost cage housing systems, the costs of production in California would be significantly higher than out-of-state farms that have already demonstrated their ability to compete successfully in the California market. Thus the impact of the initiative would not affect *how* eggs would be produced, only *where* eggs would be produced. Furthermore, because out-of-state eggs are already a major share of the California market, and many producers compete actively in this market, no significant consumer price increases would be expected.

Employment and related broader economy-wide information about the egg industry in California is limited. Egg production and on-farm processing likely employs about three thousand workers concentrated in Southern California, the Central Valley and Sonoma County. Egg production is a sizeable part of the local economies, especially in several rural communities. Typically, each job within a farming industry adds an additional job in other local employment, and the egg industry follows a similar pattern. Egg production is particularly important to the rural economy of Merced County, which has a much higher poverty rate than the California average and unemployment rates approximately double the California average. Therefore elimination of egg industry jobs there would be especially troublesome. In addition, besides the overall effects on economic activity and employment, elimination of the egg industry would reduce state and local tax revenues.

Three implications of our analysis should be reinforced. First, the elimination of the cage housing system in California alone would not affect how the eggs consumed in California would be produced. Those eggs would continue to be produced using cage housing systems outside of California. We find that the main implication of the initiative would be on where eggs consumed in California would be produced. Second, imposing additional regulations that effectively eliminated most commercial egg production in California would reinforce the impressions that

v

food producers have about the difficulty of maintaining a dynamic, competitive and sustainable agricultural industry in California. Investment and innovation requires confidence inspired by a climate of security. Severe regulatory dislocation sends another discouraging signal, even to farms, processors, input suppliers and marketers that are not directly connected to the egg industry. This broad impact may be the most significant economy-wide implication of the initiative.

Third, let us consider a scenario beyond the California initiative. If a shift to non-cage production were to be imposed nationwide, the implications are different. We would expect consumer costs to rise substantially, by at least 25 percent, and perhaps much more. Under this scenario, lower-cost eggs produced from caged hens would not be available to supply U.S. consumers, unless it was possible to expand low-cost egg production in Canada or Mexico for shipments to U.S. markets. Egg production in the United States would continue with reduced volumes, but consumers would pay more and consume fewer eggs because of the higher price.

Finally, this study has considered only the economic implications of regulations that would eliminate the use of cage housing systems for egg production in California. We do not analyze implications for animal welfare, except to the extent that additional hen mortality and other hen health problems affect the cost of production. Nor do we analyze perceptions or preferences of the general population concerning egg production systems. Hence, our analysis cannot lead to overall recommendations about the initiative.

This research was supported with University of California funds. AIC did not seek or receive any outside financial support for this project.

vi

**RJN - 205**

# FOOD SAFETY CONCERNS RELATED TO BATTERY CAGE EGGS

**FOOD SAFETY:** *Salmonella*

Raising animals in the crowded, stressful, and unhygienic conditions typical of industrial animal agriculture systems increases the risk of foodborne diseases.[1] High stocking densities—the number of animals confined in a given space—have been associated with elevated risk of farm animal infection with a number of parasites and pathogens that can affect humans: *Yersinia enterocolitica* in goats;[2] *Trichostrongylus* in sheep;[3] *Mycobacterium bovis*,[4] *Brucella*,[5] *Salmonella*,[6] *Neospora*,[7] and *Cryptosporidium* in cattle;[8] *E. coli* O157:H7 in both sheep and cattle;[9] *Ostertagia* in calves;[10] and *Oesophagostomum*,[11] Aujeszky's disease virus, and swine flu virus in pigs.[12] Most relevant to egg production, however, is the foodborne pathogen *Salmonella*. The best available science clearly shows that intensively confining egg-laying hens into cages significantly increases the risk of *Salmonella* infection.

*Salmonella* is the most commonly diagnosed foodborne bacterial illness in the United States[13] and has been deemed the leading cause of food-related death.[14] Eggs are the leading culprit for infecting people with this pathogen.[15] Although a single outbreak in 1994 caused by eggs sickened more than 200,000 Americans,[16] in a more typical year, scientists with the Centers for Disease Control and Prevention (CDC) and U.S. Department of Agriculture (USDA) estimated that eggs may cause around 180,000 cases of *Salmonella* poisoning in the United States[17] at an annual cost in the billions.[18]

Although thousands die from food poisoning every year in the United States, the vast majority suffer only acute, self-limited illnesses. *Salmonella*, however, can result in chronic arthritic joint inflammation[19] and persistent irritable bowel syndrome in children.[20] Because *Salmonella* can infect the ovaries of hens, eggs from infected birds can be laid prepackaged with the bacteria inside.[21] According to research funded by the American Egg Board and published in the August 2008 issue of *Poultry Science*, *Salmonella* can survive sunny-side-up, over-easy, and scrambled egg cooking methods.[22] In a study of *Salmonella* infection rates in California, infants and young children were found to be at especially high risk.[23]

### Caged hens pose significantly higher *Salmonella* risk.

All 27 countries of the European Union are currently phasing out the use of conventional battery cages. To study the public health implications of this move, an EU-wide *Salmonella* survey was launched in which more than 30,000 samples were taken from more than 5,000 operations across two dozen countries. This represents the best available data set comparing *Salmonella* infection risk between different laying hen housing systems. Without exception, for every *Salmonella* serotype grouping reported and for every type of production system examined, there was significantly higher risk of *Salmonella* infection in hens confined in cages.[24]

The extensive EU study found that compared to battery cage egg production, there was 43% lower odds of *Salmonella* Enteritidis contamination in cage-free (barn-raised) egg production, where hens are raised indoors (in systems similar to those in which billions of chickens raised for meat are raised in the United States), 95% lower odds in organic egg production, and 98% lower odds in free-range systems.[25] For *Salmonella* Typhimurium, the most common source of *Salmonella* poisoning in the United States,[26] there was 77% lower odds of infection among hens raised in barns compared to cages and 93% lower odds in those raised in organic and free range systems. For the other *Salmonella* serotypes found, compared to hens in cages, there was 96% lower odds in barn-raised flocks, 98% lower odds in organic flocks, and 99% lower odds in free-ranging birds, translating into at least 25-times greater odds of contamination on factory farms that confine hens in cages compared to cage-free production. The European Food Safety Authority analysis concluded: "Cage flock holdings are more likely to be contaminated with *Salmonella*."[27]

Since this comprehensive survey was completed, four additional studies have been published in the peer-reviewed scientific literature comparing *Salmonella* risk between caged and cage-free laying hen flocks. Without exception, each of the four recent scientific research studies found significantly higher risk of *Salmonella* among hens raised in battery cage production units.[28,29,30,31] New data from France shows 150% greater *Salmonella* risk in caged flocks compared to

RJN - 206

cage-free.[32] British cage operations were recently found to have more than 250% elevated risk compared to cage-free,[33] and new research in Germany shows nearly double the risk for *Salmonella* in caged birds.[34] The latest study, published in March 2008, found that operations confining birds in cages had up to 20-times the odds of harboring *Salmonella* than cage-free facilities.[35]

### Battery cage production factors increase *Salmonella* risk.

Battery-caged hens have consistently been found to be at such higher risk for *Salmonella* infection than uncaged birds for a number of reasons. From the European Food Safety Authority analysis:

"In general, the higher prevalence [of *Salmonella*] in cage flocks might partly be explained by the fact that hens in the more intensive systems have a higher risk of being infected due to a relatively large flock size and higher density of hens. Moreover, cages can be difficult to disinfect and the housing may harbour breeding populations of rodents and other potential vectors such as flies or litter beetles. *Salmonella* has been shown to be more persistent in consecutive cage flocks compared with non-cage flocks in which the infection is more easily cleaned out during the empty period between flocks."[36]

Battery cage production facilities confine greater numbers of birds in a single building, as the caged birds are stacked in vertical tiers, compared with cage-free hens; 100,000 hens or more can be caged in a single battery cage shed. Such high densities of birds can produce a larger volume of contaminated airborne fecal dust, which may be responsible in part for the elevated threats to food safety posed by battery cage operations.[37] The latest national USDA survey of the domestic egg industry found that sheds confining more than 100,000 birds were four times more likely to be contaminated with *Salmonella*. The average number of hens confined in sheds found positive for *Salmonella* in the United States was 109,777.[38]

The preponderance of disease-carrying rodents, flies, and other pests in battery cage sheds is another factor contributing to increased *Salmonella* infection rates in cage compared with cage-free systems. Rodent infestations are closely tied to *Salmonella* rates.[39] According to scientists with the British Food and Environmental Safety Programme, "[t]he deep [manure] pits typical of so many cage houses are ideal nesting grounds for rodents...."[40] Indeed, rodents have been found to be "particularly persistent" in cage operations because they can breed in manure pits and "gain access to feeders, without interference from the birds," who are confined in cages.[41] Other structural aspects of battery cage operations may also play a role in facilitating the rodent-borne spread of infection.[42]

According to the latest edition of <u>Commercial Chicken Meat and Egg Production</u>, the leading poultry science text,[43] one of many disadvantages of battery cage systems is that flies are generally a greater nuisance" compared to cage-free production.[44] More than merely an annoyance, flies are proven vectors for *Salmonella* on egg farms.[45] According to North Carolina State University Professor Emeritus of Entomology Richard C. Axtell, "[b]y far the greatest populations of flies occur in the caged-layer houses that are widely used for commercial egg production.[46] Scientists with the Food and Drug Administration (FDA) agree: "In the poultry industry, the greatest numbers of houseflies and other disease-carrying flies occur in caged-layer houses (poultry houses with laying hens in cages for commercial egg production), where the flies breed in accumulated manure beneath the cages."[47] In contrast, in cage-free chicken houses, flies are "rarely a problem."[48]

*Salmonella* can survive for more than two years in dried fecal matter from chickens,[49] but can often be eliminated from laying hen houses through proper cleaning and disinfection. Experts have noted, however, that battery cage operations "are the most difficult to clean properly"[50] because of the "difficulty to efficiently disinfect the cages."[51] The manure pits common in cage systems, which may not even be cleared between flocks, pose additional hygiene challenges.[52] Determined British Food and Environmental Safety Programme researchers:

"[C]age houses are intrinsically difficult to clean and disinfect to a good standard. Cages are normally organised in 3-12 tier stacks with associated complicated structures including dropping boards/belts drinkers, automatic egg belts, and feeder systems....Residual feed in particular may facilitate the multiplication of Salmonella after

washing, as in many cases older houses have no drainage, and electrical systems may not be waterproof. Because of these limitations, some buildings have only been 'dry-cleaned', which is normally is not satisfactory to achieve elimination of Salmonella."[53]

The Danish Veterinary and Food Administration agrees: "Experience shows that battery cage systems are particularly difficult to clean and disinfect."[54] This is borne out by research performed by the British Veterinary Laboratories Agency, which indicated "that there are particular problems with the disinfection of cage layer farms. This may be due to the larger flocks of birds kept at higher densities, which result in a larger volume of contaminated faecal material and dust, and the difficult access for cleaning in and around the cages."[55]

In comparison, cleaning and disinfecting equipment in cage-free facilities was found to be more than twice as effective in combating Salmonella than attempts to disinfect battery cage operation equipment.[56] Even saturating a battery cage operation with formaldehyde-spiked steam for 24 consecutive hours at more than 140 degrees Fahrenheit—considered the gold standard treatment[57] found to effectively sterilize cage-free houses for Salmonella—may not effectively disinfect battery cage sheds.[58] To combat the rise of food poisoning caused by Salmonella, CDC researchers have called for a "sanitary revolution in farm-animal production."[59] A switch to cage-free egg production is an important step in that direction.

New research published in Poultry Science suggests another reason that chickens raised on bedding rather than in bare, wire cages have lower risk: On bedding, chickens may acquire natural gut flora that competitively prevents Salmonella colonization.[60] Natural microflora would normally be obtained by chicks from their mothers and the environment. In industrial systems, however, chicks are no longer raised by hens, but by incubators before they are confined in barren wire cages, potentially delaying or preventing the development of the normal adult gut flora helpful in preventing Salmonella infection.[61]

Physiological stress may also play a role. In the July 2008 issue of the International Journal of Medical Microbiology, researchers show that stress hormones can increase Salmonella colonization and systemic spread in chickens.[62] The stress hormone noradrenaline can boost the growth rate of Salmonella bacteria by orders of magnitude,[63] and stress-related corticosteroids can impair the immune system.[64] A switch to a cage-free production will move the industry away from the reactive fire-fighting approach to infectious disease, towards a more proactive preventive health approach that makes animals less susceptible—and even resilient—to disease in the first place.[65]

### Increased flock risk directly translates to increased food safety risk.

The recent studies universally showing significantly increased Salmonella rates in dust and manure samples from battery cage operations provide conclusive evidence that a switch to cage-free production will improve the safety of the food supply. USDA researchers have found that "[f]locks with high levels of manure contamination were 10 times as likely to produce contaminated eggs as were flocks with low levels,"[66] concluding that flocks with the highest levels of contamination "appeared to pose the greatest public health threat."[67]

Infected hens can lay infected eggs. There have been six studies comparing Salmonella contamination rates of the eggs themselves from conventional battery cage production versus typical cage-free systems. Half of the studies—one in Australia,[68] one in Brazil[69] and one in Ireland[70]—found no Salmonella in eggs from either system. The other three all found higher infection rates in eggs from caged hens compared to barn-raised birds.[71,72,73] In 1994-1995, a study was conducted at a California egg farm with both cage and cage-free housing systems, including three battery cage sheds and three cage-free barns, and 0.49% of the pooled egg samples from caged hens were positive for Salmonella, compared to 0.24% of the cage-free (barn-raised) samples.[74] Though the farm's free-range eggs were found to have higher rates, this was attributed to exceptional circumstances, in that a creek "entirely composed of sewage effluent" bordered the property.[75] More recently, the U.K. Food Standards Agency tested eggs from grocery stores. While 9 out of the 2,376 egg samples from caged hens came up positive for Salmonella, not a single 1 of the 785 cartons of cage-free eggs tested was contaminated.[76] Testing foreign eggs coming into the country, the scientists found 132 of 1,329 samples

of eggs from caged birds to be tainted with *Salmonella*, but once again, none of the eggs from cage-free facilities that were tested were found to be positive with the pathogen.[77]

Eating eggs from birds confined in cages has been directly tied to human illness. In a 2002 prospective case-control study published in the *American Journal of Epidemiology*, people who recently ate eggs from caged hens were 250% more likely to be poisoned by *Salmonella* compared to people who did not eat eggs from hens kept in cages. Those eating cage-free eggs did not suffer significantly increased risk.[78]

The scholarly scientific record is clear: Confining birds in cages means increased *Salmonella* infection in the birds, their eggs, and the consumers of caged eggs. A key finding of a joint World Health Organization and Food and Agriculture Organization of the United Nations *Salmonella* risk assessment was that "[r]educing flock prevalence results in a directly proportional reduction in human health risk. For example, reducing flock prevalence from 50% to 25% results in a halving of the mean probability of illness per serving [of eggs]."[79]

A switch to cage-free egg production will improve the safety of America's eggs by eliminating the riskiest method of egg production: battery cages.

---

[1] Tauxe, R.V. 2002. Emerging foodborne pathogens. *Int. J. Food Microbiol.* 78, 31–41.

[2] Lanada EB, Morris RS, Jackson R, and Fenwick SG. 2005. Prevalence of Yersinia species in goat flocks. Australian Veterinary Journal 83(9):563-6.

[3] Thamsborg SM, Jørgensen RJ, Waller PJ, and Nansen P. 1996. The influence of stocking rate on gastrointestinal nematode infections of sheep over a 2-year grazing period. Veterinary Parasitology 67(3-4):207-24.

[4] White PC and Benhin JK. 2004. Factors influencing the incidence and scale of bovine tuberculosis in cattle in southwest England. Preventive Veterinary Medicine 63(1-2):1-7.

[5] Salman, M.D., and M.E. Meyer. 1984. Epidemiology of bovine brucellosis in the Mexicali Valley, Mexico: Literature review of disease-associated factors. Am. J. Vet. Res. 45: 1557-1560.

[6] Jones PW, Collins P, Brown GT, and Aitken MM. 1983. *Salmonella* Saint-Paul infection in two dairy herds. The Journal of Hygiene 91(2):243-57.

[7] Sanderson MW, Gay JM, and Baszler TV. 2000. *Neospora caninum* seroprevalence and associated risk factors in beef cattle in the northwestern United States. Veterinary Parasitology 90(1-2):15-24.

[8] Atwill ER, Johnson EM, and Pereira MG. 1999. Association of herd composition, stocking rate, and duration of calving season with fecal shedding of *Cryptosporidium parvum* oocysts in beef herds. Journal of the American Veterinary Medical Association 215(12):1833-8.

[9] Stacey KF, Parsons DJ, Christiansen KH, and Burton CH. 2007. Assessing the effect of interventions on the risk of cattle and sheep carrying *Escherichia coli* O157:H7 to the abattoir using a stochastic model. Preventive Veterinary Medicine 79(1):32-45.

[10] Nansen P, Foldager J, Hansen JW, Henriksen SA, and Jorgensen RJ. 1988. Grazing pressure and acquisition of *Ostertagia ostertagi* in calves. Veterinary Parasitology 27(3-4):325-35.

[11] Thamsborg SM, Roepstorff A, and Larsen M. 1999. Integrated and biological control of parasites in organic and conventional production systems. Veterinary Parasitology 84(3-4):169-86.

[12] Maes D, Deluyker H, Verdonck M, et al. 2000. Herd factors associated with the seroprevalences of four major respiratory pathogens in slaughter pigs from farrow-to-finish pig herds. Veterinary Research 31(3):313-27.

[13] Chittick P, Sulka A, Tauxe RV, and Fry AM. 2006. A summary of national reports of foodborne outbreaks of *Salmonella* Heidelberg infections in the United States: clues for disease prevention. Journal of Food Protection 69(5):1150-3.

[14] Mead PS, Slutsker L, Dietz V, et al. 1999. Food-related illness and death in the United States. Emerging Infectious Diseases 5(5):607-25.

[15] Patrick ME, Adcock PM, Gomez TM, et al. 2004. *Salmonella* Enteritidis infections, United States, 1985-1999. Emerging Infectious Diseases 10(1):1-7.

[16] Hennessy TW, Hedberg CW, Slutsker L, et al. 1996. A national outbreak of *Salmonella* Enteritidis infections from ice cream. The New England Journal of Medicine 334(20):1281-6.

[17] Schroeder CM, Naugle AL, Schlosser WD, et al. 2005. Estimate of illnesses from *Salmonella* Enteritidis in eggs, United States, 2000. Emerging Infectious Diseases 11(1):113-5.

[18] Bryan FL and Doyle MP. 1995. Health risks and consequences of *Salmonella* and *Campylobaeter jejuni* in raw poultry. Journal of Food Protection 58(3):326-44.

[19] Ternhag A, Törner A, Svensson A, Ekdahl K, and Giesecke J. 2008. Short- and long-term effects of bacterial gastrointestinal infections. Emerging Infectious Diseases 14(1):143-8.

[20] Saps M, Pensabene L, Di Martino L, et al. 2008. Post-infectious functional gastrointestinal disorders in children. The Journal of Pediatrics 152(6):812-6.

[21] Gast RK and Beard CW. 1990. Production of *Salmonella* Enteritidis-contaminated eggs by experimentally infected hens. Avian Diseases 34(2):438-46.

[22] Davis AL, Curtis PA, Conner DE, McKee SR, and Kerth LK. 2008. Validation of cooking methods using shell eggs inoculated with *Salmonella* serotypes Enteritidis and Heidelberg. Poultry Science 87(8):1637-42.

[23] Trevejo RT, Courtney JG, Starr M, and Vugia DJ. 2003. Epidemiology of salmonellosis in California, 1990-1999: morbidity, mortality, and hospitalization costs. American Journal of Epidemiology 157(1):48-57.

[24] European Food Safety Authority. 2007. Report of the Task Force on Zoonoses Data Collection on the Analysis of the baseline study on the prevalence of *Salmonella* in holdings of laying hen flocks of *Gallus gallus*. The EFSA Journal 97. www.efsa.europa.eu/EFSA/efsa_locale-1178620753812_1178620761896.htm. Accessed August 26, 2008.

[25] Ibid.

[26] Foley SL, Lynne AM, and Nayak R. 2008. *Salmonella* challenges: prevalence in swine and poultry and potential pathogenicity of such isolates. Journal of Animal Science 86(14 Suppl):E149-62.

[27] European Food Safety Authority. 2007. Report of the Task Force on Zoonoses Data Collection on the Analysis of the baseline study on the prevalence of *Salmonella* in holdings of laying hen flocks of *Gallus gallus*. The EFSA Journal 97. www.efsa.europa.eu/EFSA/efsa_locale-1178620753812_1178620761896.htm. Accessed August 26, 2008.

[28] Namata H, Méroc E, Aerts M, et al. 2008. *Salmonella* in Belgian laying hens: an identification of risk factors. Preventive Veterinary Medicine 83(3-4):323-36.

[29] Mahé A, Bougeard S, Huneau-Salaün A, et al. 2008. Bayesian estimation of flock-level sensitivity of detection of *Salmonella* spp., Enteritidis and Typhimurium according to the sampling procedure in French laying-hen houses. Preventive Veterinary Medicine 84(1-2):11-26.

[30] Snow LC, Davies RH, Christiansen KH, et al. 2007. Survey of the prevalence of *Salmonella* species on commercial laying farms in the United Kingdom. The Veterinary Record 161(14):471-6.

[31] Methner U, Diller R, Reiche R, and Böhland K. 2006. [Occurence of salmonellae in laying hens in different housing systems and inferences for control]. Berliner und Münchener tierärztliche Wochenschrift 119(11-12):467-73.

[32] Mahé A, Bougeard S, Huneau-Salaün A, et al. 2008. Bayesian estimation of flock-level sensitivity of detection of *Salmonella* spp., Enteritidis and Typhimurium according to the sampling procedure in French laying-hen houses. Preventive Veterinary Medicine 84(1-2):11-26.

[33] Snow LC, Davies RH, Christiansen KH, et al. 2007. Survey of the prevalence of *Salmonella* species on commercial laying farms in the United Kingdom. The Veterinary Record 161(14):471-6.

[34] Methner U, Diller R, Reiche R, and Böhland K. 2006. [Occurence of salmonellae in laying hens in different housing systems and inferences for control]. Berliner und Münchener tierärztliche Wochenschrift 119(11-12):467-73.

[35] Namata H, Méroc E, Aerts M, et al. 2008. *Salmonella* in Belgian laying hens: an identification of risk factors. Preventive Veterinary Medicine 83(3-4):323-36.

[36] European Food Safety Authority. 2007. Report of the Task Force on Zoonoses Data Collection on the Analysis of the baseline study on the prevalence of *Salmonella* in holdings of laying hen flocks of *Gallus gallus*. The EFSA Journal 97. www.efsa.europa.eu/EFSA/efsa_locale-1178620753812_1178620761896.htm. Accessed August 26, 2008.

[37] Namata H, Méroc E, Aerts M, et al. 2008. *Salmonella* in Belgian laying hens: an identification of risk factors. Preventive Veterinary Medicine 83(3-4):323-36.

[38] U.S. Department of Agriculture, Animal and Plant Health Inspection Service, Veterinary Services. 2000. *Salmonella enterica* serotype Enteritidis in table egg layers in the U.S. National Animal Health Monitoring System, Layers '99. http://nahms.aphis.usda.gov/poultry/layers99/lay99se.pdf. Accessed August 26, 2008.

[39] Garber L, Smeltzer M, Fedorka-Cray P, Ladely S, and Ferris K. 2003. *Salmonella enterica* serotype Enteritidis in table egg layer house environments and in mice in U.S. layer houses and associated risk factors. Avian Diseases 47(1):134-42.

[40] Carrique-Mas JJ and Davies RH. 2008. *Salmonella* Enteritidis in commercial layer flocks in Europe: legislative background, on-farm sampling and main challenges. Brazilian Journal of Poultry Science 10(1):1-9.

[41] Davies RH. 2005. Pathogen populations on poultry farms. In: Mead GC (ed.), Food Safety Control in the Poultry Industry (Cambridge, England: Woodhead Publishing Limited, p. 114).

[42] Carrique-Mas JJ and Davies RH. 2008. *Salmonella* Enteritidis in commercial layer flocks in Europe: legislative background, on-farm sampling and main challenges. Brazilian Journal of Poultry Science 10(1):1-9.

[43] Dale N. 2002. Book review: Commercial Chicken Meat and Egg Production. The Journal of Applied Poultry Research 11(2):224-5.

[44] Bell DD. 2001. Cage management for layers. In: Bell DD and Weaver WD Jr (eds.), Commercial Chicken Meat and Egg Production, 5th Edition (Norwell, MA: Kluwer Academic Publishers).

[45] Olsen AR and Hammack TS. 2000. Isolation of *Salmonella* spp. from the housefly, *Musca domestica* L., and the dump fly, *Hydrotaea aenescens* (Wiedemann) (Diptera: Muscidae), at caged-layer houses. Journal of Food Protection 63(7):958-60.

[46] Axtell RC and Arends JJ. 1990. Ecology and management of arthropod pests of poultry. Annual Review of Entomology 35:101-26.

[47] Olsen AR and Hammack TS. 2000. Isolation of *Salmonella* spp. from the housefly, *Musca domestica* L., and the dump fly, *Hydrotaea aenescens* (Wiedemann) (Diptera: Muscidae), at caged-layer houses. Journal of Food Protection 63(7):958-60.

[48] Axtell RC and Arends JJ. 1990. Ecology and management of arthropod pests of poultry. Annual Review of Entomology 35:101-26.

[49] Davies RH and Breslin M. 2003. Persistence of *Salmonella* Enteritidis Phage Type 4 in the environment and arthropod vectors on an empty free-range chicken farm. Environmental Microbiology 5(2):79-84.

[50] Gradel KO. 2004. Disinfection of *Salmonella* in poultry houses. Ph.D. thesis, February. University of Bristol Department of Clinical Veterinary Science.

[51] Namata H, Méroc E, Aerts M, et al. 2008. *Salmonella* in Belgian laying hens: an identification of risk factors. Preventive Veterinary Medicine 83(3-4):323-36.

[52] Carrique-Mas JJ and Davies RH. 2008. *Salmonella* Enteritidis in commercial layer flocks in Europe: legislative background, on-farm sampling and main challenges. Brazilian Journal of Poultry Science 10(1):1-9.

[53] Ibid.

[54] The Danish Veterinary and Food Administration. 2004. The national *Salmonella* control programme for the production of table eggs and broilers 1996-2002. FødevareRapport 6, March.

[55] Davies R and Breslin M. 2003. Observations on *Salmonella* contamination of commercial laying farms before and after cleaning and disinfection. The Veterinary Record 152(10):283-7.

[56] Ibid.

[57] Gradel KO. 2004. Disinfection of *Salmonella* in poultry houses. Ph.D. thesis, February. University of Bristol Department of Clinical Veterinary Science.

[58] Gradel KO, Jørgensen JC, Andersen JS, and Corry JEL. 2004. Monitoring the efficacy of steam and formaldehyde treatment of naturally *Salmonella*-infected layer houses. Journal of Applied Microbiology 96(3):613-22.

[59] Crump JA, Griffin PM, and Angulo FJ. 2002. Bacterial contamination of animal feed and its relationship to human foodborne illness. Clinical Infectious Diseases 35(7):859-65.

[60] Santos FB, Sheldon BW, Santos AA Jr, and Ferket PR. 2008. Influence of housing system, grain type, and particle size on *Salmonella* colonization and shedding of broilers fed triticale or corn-soybean meal diets. Poultry Science 87(3):405-20.

[61] Reynolds D. 2004. Tenants of the last 1.5 metres. Microbiologist 5(3):26-30.

[62] Methner U, Rabsch W, Reissbrodt R, and Williams PH. 2008. Effect of norepinephrine on colonisation and systemic spread of *Salmonella enterica* in infected animals: Role of catecholate siderophore precursors and degradation products. International Journal of Medical Microbiology 298(5-6):429-39.

[63] Bailey MT, Karaszewski JW, Lubach GR, Coe CL, and Lyte M. 1999. In vivo adaptation of attenuated *Salmonella* Typhimurium results in increased growth upon exposure to norepinephrine. Physiology and Behavior 67(3):359-64.

[64] Shini S, Kaiser P, Shini A, and Bryden WL. 2008. Biological response of chickens *(Gallus gallus domesticus)* induced by corticosterone and a bacterial endotoxin. Comparative Biochemistry and Physiology. Part B, Biochemistry & Molecular Biology 149(2):324-33.

[65] Soil Association. 2007. Policy document: animal health—the prevention of infectious livestock diseases. Written evidence from the Soil Association to the Royal Society, for the inquiry into infectious livestock diseases, January 2002. www.soilassociation.org/web/sa/saweb.nsf/89d058cc4dbeb16d80256a73005a2866/b8d955cfc228edaf802572a40059f0a9/$FILE/evidence to royal inquiry - infectious livestock diseases.pdf. Accessed August 26, 2008.

[66] Henzler DJ, Kradel DC, and Sischo WM. 1998. Management and environmental risk factors for *Salmonella enteritidis* contamination of eggs. American Journal of Veterinary Research 59(7):824-9.

[67] Ibid.

[68] Barnett JL. 1998. The welfare and productivity of hens in a barn system and cages. A report for the Rural Industries Research and Development Corporation.

[69] Barbosa Filho JAD, Silva MAN, Silva IJO, and Coelho AAD. 2005. Egg quality in layers housed in different production systems and submitted to two environmental conditions. Brazilian Journal of Poultry Science 8(1):23.

[70] Food Safety Authority of Ireland. 2003. Bacteriological safety of eggs produced under the Bord Bia Egg Quality Assurance Scheme (EQAS). www.fsai.ie/surveillance/food_safety/microbiological/eggs_bacteriological.pdf. Accessed August 26, 2008.

[71] Kinde H, Read DH, Chin RP, et al. 1996. *Salmonella* Enteritidis, phage type 4 infection in a commercial layer flock in southern California: bacteriologic and epidemiologic findings. Avian Diseases 40(3):665-71.

[72] U.K. Food Standards Agency. 2004. Report of the survey of *Salmonella* contamination of U.K. produced shell eggs on retail sale. March 18. www.food.gov.uk/multimedia/pdfs/fsis5004report.pdf. Accessed August 26, 2008.

[73] Little CL, Walsh S, Hucklesby L, et al. 2006. Survey of *Salmonella* contamination of non-U.K. produced shell eggs on retail sale in the north west of England and London. Final report – Project B18012, November 15. U.K. Food Standards Agency.

[74] Kinde H, Read DH, Chin RP, et al. 1996. *Salmonella* Enteritidis, phage type 4 infection in a commercial layer flock in southern California: bacteriologic and epidemiologic findings. Avian Diseases 40(3):665-71.

[75] Kinde H, Read DH, Ardans A, et al. 1996. Sewage effluent: likely source of *Salmonella* Enteritidis, phage type 4 infection in a commercial chicken layer flock in southern California. . Avian Diseases 40(3):672-6.
s. Avian Diseases 40(3):665-71.

[76] U.K. Food Standards Agency. 2004. Report of the survey of *Salmonella* contamination of U.K. produced shell eggs on retail sale. March 18. www.food.gov.uk/multimedia/pdfs/fsis5004report.pdf. Accessed August 26, 2008.

[77] Little CL, Walsh S, Hucklesby L, et al. 2006. Survey of *Salmonella* contamination of non-U.K. produced shell eggs on retail sale in the north west of England and London. Final report – Project B18012, November 15. U.K. Food Standards Agency.

[78] Mølbak K and Neimann J. 2002. Risk factors for sporadic infection with *Salmonella* Enteritidis, Denmark, 1997-1999. American Journal of Epidemiology 156(7):654-61.

[79] World Health Organization and the Food and Agriculture Organization of the United Nations. 2002. Risk assessments of *Salmonella* in eggs and broiler chickens. Microbiological risk assessment series 2.
http://www.who.int/entity/foodsafety/publications/micro/en/salmonella.pdf. Accessed August 26, 2008.

RJN - 212

**Higher mortality seen in free-range hens during changeover from battery cages**

2009-01-15



Researchers in Sweden have demonstrated that chickens raised in 'litter-based' coop systems, including free-range chickens, are more susceptible to disease than their caged counterparts, especially immediately after the switch-over from a battery system.

The findings, which are published in the journal Acta Veterinaria Scandinavica, came out of a 2001 to 2004 survey of 914 commercial laying hens and have implications for food safety. However, the researchers emphasise that good management practices are effective at improving the welfare of free-range chickens.

Battery cages were initially adopted in the 1930s as an efficient and productive way to raise chickens: they made egg retrieval and waste removal easier and seemed to decrease parasitism. However, the cages do not provide the birds with enough space to do what chickens do naturally: stand, walk, flap about, perch and make nests.

In response to public concerns for animal welfare, Sweden passed an act in 1988 mandating that laying hens be switched over from battery cages to more humane housing, including free-range and indoor 'litter-based' systems. The EU followed suit in 1999 with a Council Directive (1999/74/EC) phasing out battery cages by 2012.

However, open systems come with their own set of welfare problems. During the switch-over from battery cages, the number of deaths in commercial hens increased enough to merit close investigation. Researchers at Sweden's National Veterinary Institute, led by Dr Oddvar Fossum, examined tissue samples from 914 hens from 172 flocks sent to them over a 4-year period, and compared the incidence of disease and cannibalism (death by pecking) to how the chickens lived. The samples were all from flocks in various regions of Sweden in which the number of deaths had increased after a change in housing type.

Bacterial infection (notably colibacillosis) was the most common cause of death, and was observed more frequently in flocks from litter-based and free-range systems. Poultry red mite parasites were also more common in free-range and indoor chickens. The non-caged birds were also more likely to suffer from pecking injuries: cannibalism was one of the main causes of death

in laying hens housed in indoor litter-based systems and in free-range systems in this study. Hens in indoor, litter-based systems experienced more viral infections.

The findings suggest that bird health differs widely between housing systems, and birds living in litter-based and free-range housing systems experience more health problems than caged hens.

However, the authors emphasise that management is the key issue. Egg-production safety in litter-based and free-range housing systems, where the hens are running about, hiding their eggs and pecking one another, requires a different set of management priorities to battery systems. Preventive measures such as biosecurity and vaccination are essential, and the people who routinely care for the flocks need to be given the appropriate training and education.

The time period of the study is also very important. During the period of switch-over from battery cages to open systems (2001 to 2004), many of the farmers whose flocks were studied did not have enough experience with the alternate housing systems to handle disease prevention or discourage spiteful pecking. 'Several new types of aviary systems were introduced, and the knowledge and experience of keeping large flocks of laying hens in aviaries was limited,' the authors note.

'Birds kept in indoor litter-based and free-range housing are more prone to disease but measures can be taken to counter this,' said Dr Fossum. 'The health of Swedish laying hens kept in these systems has improved as the farmers have become more experienced in managing the new housing systems.'

For more information, please visit:

National Veterinary Institute of Sweden
http://sva.se

Acta Veterinaria Scandinavica
http://www.actavetscand.com/

Category: Miscellaneous
Information Source: Acta Veterinaria Scandinavica
Document Reference: Fossum O., et al. (2009) Causes of mortality in laying hens in different housing systems in 2001 to 2004. Acta Veterinaria Scandinavica (in press).

**RE: Swedish study**

The study shows higher rates of disease in cage-free hens. However, the researchers note:

The time period of the study is very important. During the period of switch-over from battery cages to open systems (2001 to 2004), many of the farmers whose flocks were studied did not have enough experience with the alternate housing systems to handle disease prevention or discourage spiteful pecking. Several new types of aviary systems were introduced, and the knowledge and experience of keeping large flocks of laying hens in aviaries was limited.

'Birds kept in indoor litter-based and free-range housing are more prone to disease but measures can be taken to counter this,' said Dr Fossum. 'The health of Swedish laying hens kept in these systems has improved as the farmers have become more experienced in managing the new housing systems.'

Management is the key issue. Egg-production safety in litter-based and free-range housing systems...requires a different set of management priorities to battery systems. Preventive measures such as biosecurity and vaccination are essential, and the people who routinely care for the flocks need to be given the appropriate training and education.

Also, beak trimming is not permitted in Sweden, so mortality rates do tend to be higher due to cannibalism and associated infection. There is no evidence that the same would be true on US farms, where most producers beak trim.

The attached paper is a meta-analysis of 14 different studies. When beak trim status and strain are properly accounted for, there is no difference in mortality between cage and cage-free housing.

Although mortality in cage-free systems is at times claimed to be higher than in caged systems, research has found that mortality during the laying period is generally low and similar between all housing systems. Studies are beginning to reveal that differences in mortality between systems are not due to the housing system per se, but to management decisions, such as choice of hen strain and whether or not to beak-trim the birds. Indeed, husbandry practices and production methods are critical to hen welfare. In outdoor systems that do not protect hens from predators, for example, mortality can be excessive, but this is not typical, as it would be commercially unwise as well as inhumane to rear chickens outdoors without protection from predation. Similarly, mortality can be high in cage-free flocks with intact beaks if responsible management steps to minimize risk of injurious pecking are not taken, as outlined in detail above. In a systematic review of 14 different studies, in which beak-trimming status and hen strain were accounted for, mortality rate did not differ between cages and aviaries. Mortality can be reduced in cage-free systems by choosing a suitable hen strain, taking necessary steps to prevent feather-pecking and cannibalism, and by protecting free-range flocks from predators.

DOI: 10.1079/WPS200450

# Productivity and mortality of laying hens in aviaries: a systematic review

**V. AERNI[1]\*, M.W.G. BRINKHOF[2], B. WECHSLER[3], H. OESTER[4] and E. FRÖHLICH[4]**

[1]Bächlerenweg 20, CH-3044 Säriswil, Switzerland; [2]Department of Social and Preventive Medicine, Division of Epidemiology and Biostatistics, University of Bern, Finkenhubelweg 11, CH-3012 Bern, Switzerland; [3]Swiss Federal Veterinary Office, Centre for Proper Housing of Ruminants and Pigs, CH-8356 Ettenhausen, Switzerland; [4]Swiss Federal Veterinary Office, Centre for Proper Housing of Poultry and Rabbits, Burgerweg 22, CH-3052 Zollikofen, Switzerland
\*Corresponding author: vera.aerni@bluewin.ch

A systematic review of investigations on productivity, mortality and cannibalism of laying hens housed in aviaries is presented. In Part One we reviewed the studies that compared these parameters between laying hens housed in aviaries and in conventional cages. In Part Two we investigated the relative impact of strain, beak trimming and rearing condition on productivity and mortality in aviaries. The comparative analysis revealed that aviary hens consumed 3.0 % more food than caged hens, and food conversion was 6.7 % higher in aviaries than in cages. On the other hand, the mortality rate and cannibalism rate did not differ significantly between the two housing systems. The analysis of causes of variation in productivity, mortality rate and cannibalism rate in aviaries revealed a strong effect of strain. Beak trimming was associated with a reduced prevalence of cannibalism rates but had no effect on overall mortality. It also reduced egg weight and food consumption. Early access to litter during the rearing period had a positive effect on egg weight; egg mass, food conversion and mortality rate. In conclusion, we found a slightly reduced productivity of aviaries in relation to cages although the mortality rates and the prevalence of cannibalism did not differ between these housing systems. To further improve productivity and reduce mortality of hens housed in aviaries we recommend the choice of suitable strains and the implementation of improved rearing conditions including early access to litter.

**Keywords:** systematic review; laying hens; aviary; housing system; productivity; mortality; strain; beak trimming; rearing

## Introduction

The aviary housing system for laying hens was developed as an alternative to conventional battery cages. In various countries, this new housing system has been assessed with regard to animal welfare health and economic aspects, and these investigations often compared various parameters between hens housed in aviaries and conventional cages. To draw

© World's Poultry Science Association 2005
World's Poultry Science Journal, Vol. 61, March 2005
*Received for publication June 4, 2004*
*Accepted for publication December 12, 2004*

RJN - 216

052797_Journal_1  17-02-2005  10:47  Pagina 131

*Laying hens in aviaries: V. Aerni et al.*

general conclusions, however, each of these studies was neither large enough nor covered a sufficiently wide range of conditions. We therefore made a systematic and quantitative review in which we combined the independent results of these studies. The aim of a systematic review is to produce an up-to-date and reproducible account of the present state of research. Moreover, according to Gates (2002), a quantitative review provides a considerable advance in scientific rigour over traditional narrative or "vote-counting" reviews.

An early type of aviary was already operating in 1979 (Fölsch *et al.*, 1983) and since then, the system was further developed. One of the aviary's best features is the construction of tiers and perches above the littered area, which allows the hens to move and get out of the way both horizontally and vertically. Furthermore, the spatial separation of the areas for eating, drinking, resting, foraging and dust bathing is considered as advantageous (Fröhlich, 1995). The use of the third dimension allows for housing additional birds per square metre of ground surface.

In the present systematic review, which is divided in two parts, we investigated the productivity, mortality and cannibalism rates of hens housed in aviaries. The productivity and mortality are important factors for an economical assessment of a laying hen housing system while mortality and cannibalism rates are also used as indicators of animal welfare.

In Part One, we examined the productivity as well as mortality and cannibalism rate of hens housed in aviaries in relation to hens housed in conventional cages by systematically reviewing comparative studies. Generally, the productivity of aviary hens can be as good as that of caged hens (Appleby and Hughes, 1991; Scientific Veterinary Committee, 1996; Tauson, 2002). However, mortality and cannibalism rates of hens housed in aviaries are commonly considered to be higher or more variable than these of hens housed in cages (Bessei, 1997; Bessei and Damme, 1998; Gerken, 1994; Scientific Veterinary Committee, 1996; Tauson, 2002).

In the Part Two we investigated the relative importance of strain, beak condition (trimmed or not trimmed) and rearing condition (access to litter from day one on or from four weeks onwards) on various productivity traits, such as egg weight, egg mass, food consumption and food conversion ratio as well as on mortality and cannibalism rates. To do so, aviary studies were systematically reviewed. All data were analysed using multiple regression models.

## Methods

### LOCATION AND SELECTION OF RELEVANT STUDIES

Publications on productivity and mortality of laying hens kept in aviaries were located by searching the database WEB of Science and by checking the references of the studies retrieved. Only studies published between 1980 and before the end of 2003 were included. In addition, they had to be written in English, German or French.

To minimise bias in the comparison of aviaries and conventional cages (Part One), we only selected studies that used, within-study, the same strain (or strains), hen age classes and beak-trimming methods in both housing systems. All studies included in the comparative analysis are listed in *Table 1*. The total number of flocks in aviaries and in cages was 36 and 26, respectively.

To evaluate causes for variation in laying hen performance in aviaries (Part Two) we extended the data set used for the comparative analysis (Part One) with publications stemming from studies carried out in aviaries only. The analysis was restricted to flocks without access to an outdoor area. In addition, the publications had to provide information on the strains used, the use of beak trimming (yes/no), the rearing condition, the age of the



**RJN - 217**

*Laying hens in aviaries: V. Aerni et al.*

hens when introduced into the laying house and the duration of the investigation. *Table 2* presents the aviary studies included. One data set is unpublished (Fröhlich, 2003). The total number of flocks was 124. The data sets used in the analyses of Parts One and Two are available at request from the corresponding author.

DATA

*Data collection*
    From the included literature we extracted, where possible, productivity data such as egg weight, egg mass, egg laying rate, food consumption, food conversion ratio as well as figures on mortality and cannibalism. The following five parameters were chosen as predictor variables:
1. Type of housing system, *i.e.* aviary or conventional cage;
2. Type of strain (genotype, hybrid);
3. Beak trimming (yes or no);
4. Rearing condition with respect to the timing of first access to litter. Since chicks of different studies had access to litter either from day one (early litter) or from four weeks onwards (late litter), rearing condition was classified as a categorical variable with two levels.
5. Age of the hens at the end of the investigation, as calculated from the day of housing and the duration of the investigation period.
    Three authors (Kathle and Kolstad, 1996; Leyendecker *et al.*, 2001; Wahlström *et al.*, 1998) were contacted for missing data. The raw data of the study of Wahlström *et al.* (1998) were not available. Information on other factors that may influence the productivity and mortality of laying hens in aviaries, such as hens per m² available area, available litter area per hen housed, start of lay, lighting conditions or air quality was often lacking or inadequately documented in the publications. Consequently, these factors were not included in the analyses.

*Data management*
    Egg mass, egg laying rate and food consumption can be calculated per hen housed or per hen day or per mean hen. These different ways of computation reduced the number of comparable data sets and restricted our analysis to the most often used parameters such as egg mass per hen housed and food consumption per hen day. Egg laying rates were mostly reported without further details, and we therefore analysed this parameter only in Part One, assuming that within study the same method of calculation had been used. We further assumed that the food conversion ratio was calculated either with hen day data or with hen housed data and that means of egg weight were reported.
    In the selected studies the data on egg mass, mortality and cannibalism had been collected over dissimilar time periods, varying between 13 and 73 weeks. For statistical comparison, these parameters were standardised to a rate over a period of four weeks (*i.e.* egg mass/hen housed/four weeks, % dead hens/hen housed/four weeks and % dead hens due to cannibalism/hen housed/four weeks).

*Data analysis*
    The analysis was carried out using the JMP statistical package (Sall *et al.*, 2001). We fitted general linear models to the variation in productivity parameters as well as in mortality and cannibalism rates, and tested the significance of a specified set of predictor variables with F-tests following a stepwise backward procedure (McCullagh and Nelder, 1989). We further tested whether the residuals of each model fitted a normal distribution using the Shapiro-Wilk test. While five productivity parameters, *i.e.* egg weight, egg mass,

RJN - 218

Case 2:14-cv-00341-KJM-KJN   Document 37-1   Filed 04/09/14   Page 68 of 163

egg laying rate, food consumption and food conversion, passed the test for normality, mortality rate and cannibalism rate required a log-transformation and a square root-transformation, respectively.

In Part One, which aimed at comparing laying hen performance between aviaries and cages, we fitted multiple regression models with study (as random factor) and housing system (fixed effect, factor with two levels, *i.e.* aviary and cage) as predictor variables. The inclusion of the factor study statistically controlled for the overall variation in productivity parameters between studies, which may result from a complex variety of sources, including differences in strain use and management procedures. By controlling for such inherent variation between studies, we produced a reasonably unbiased test for the effect of housing system per se. We also tested for significant differences in variance in productivity and mortality parameters between the two housing systems by subjecting the residuals from a statistical model with the factor study only to O'Brien's test of equal variances.

In Part Two, we fitted general linear models to investigate specifically the relative importance of three possible causes for variation in productivity, mortality rate and cannibalism rate in aviaries. These causative factors concerned strain (random factor; 12 levels), beak trimming (fixed effect, two levels: yes or no) and rearing condition (fixed effect, two levels: early litter versus late litter). We further controlled for hen age in all analyses. In addition, the interaction between beak trimming and rearing condition was tested for all parameters. The interaction between strain and beak trimming could only be tested in a subset, which excluded strains with too few data in either beak-trimming class. It was not possible to test the interaction between strain and rearing condition.

## Results

### COMPARISON OF PRODUCTIVITY, MORTALITY AND CANNIBALISM BETWEEN AVIARIES AND CAGES

*Table 3* summarizes the results of the analysis comparing productivity parameters and mortality between aviaries and cages. Controlling for variation between studies, the housing system had a significant effect on egg mass per hen housed ($F_{1,28} = 5.96$, $P < 0.05$), food consumption ($F_{1,39} = 8.48$, $P < 0.01$) and food conversion ($F_{1,37} = 31.89$, $P < 0.0001$). Aviary hens produced less egg mass and consumed more food than caged hens. Food conversion ratio was higher in aviaries than in cages. Egg weight ($F_{1,33} = 0.003$, $P = 0.95$) and egg laying rate ($F_{1,29} = 0.85$, $P = 0.36$) did not differ between the two housing systems. In addition, neither mortality rate ($F_{1,50} = 0.46$, $P = 0.50$) nor cannibalism rate ($F_{1,30} = 0.90$, $P = 0.35$) were significantly associated to the housing system. Finally, the variance in food consumption ($F_{1,49} = 6.90$, $P < 0.02$) and in food conversion ($F_{1,47} = 6.20$, $P < 0.02$) was significantly higher in aviaries than in cages. The variance in egg weight ($F_{1,42} = 0.00$, $P = 0.99$), egg mass ($F_{1,34} = 2.69$, $P = 0.11$), egg laying rate ($F_{1,37} = 0.24$, $P = 0.63$), mortality rate ($F_{1,61} = 0.13$, $P = 0.72$) and cannibalism rate ($F_{1,34} = 2.00$, $P = 0.17$) in aviaries was similar to that in cages (O'Brien's test for equal variances, *Table 3*).

### EFFECTS OF STRAIN, BEAK TRIMMING AND REARING CONDITION ON PRODUCTIVITY PARAMETERS IN AVIARIES

The results of the analysis of productivity parameters, cannibalism rate and mortality rate in relation to strain, beak trimming, rearing condition and hen age (as controlling factor) are listed in *Table 4*.

With the exception of egg mass per hen housed ($F_{7,22} = 1.59$, $P = 0.19$), the productivity parameters, *i.e.* egg weight ($F_{8,22} = 2.78$, $P < 0.05$), food consumption ($F_{9,46} = 2.38$, $P <$



**RJN - 219**

*Laying hens in aviaries: V. Aerni et al.*

0.05) and food conversion ($F_{9,28} = 3.13$, P < 0.01) significantly differed between strains. Strain differences further accounted for part of the variation in mortality rate ($F_{11,98} = 4.51$, P < 0.0001) and in cannibalism rate ($F_{8,44} = 6.36$, P < 0.0001).

We further found significant additive effects of beak trimming on egg weight ($F_{1,22} = 6.44$, P < 0.05), food consumption ($F_{1,46} = 30.68$, P < 0.0001) and cannibalism rate ($F_{1,44} = 4.21$, P = 0.046). Untrimmed laying hens produced heavier eggs, consumed more food and had higher cannibalism rates than trimmed hens. Egg mass ($F_{1,21} = 0.002$, P = 0.97), food conversion ($F_{1,27} = 2.84$, P = 0.10) and mortality rate ($F_{1,97} = 0.00$, P = 0.99) were not significantly affected by beak trimming. The rearing condition had an additive effect on the egg weight ($F_{1,22} = 5.26$, P < 0.05), egg mass ($F_{1,22} = 12.93$, P < 0.01), food conversion ($F_{1,28} = 18.06$, P < 0.001) and mortality rate ($F_{1,98} = 9.62$, P < 0.01). Hens reared on litter from day one onwards had a higher egg weight and egg mass as well as a lower food conversion and mortality rate than hens deprived of litter for the first four weeks of age. Rearing condition was not significantly associated to food consumption ($F_{1,45} = 0.11$, P = 0.74) and cannibalism rate ($F_{1,43} = 0.01$, P = 0.92). We found no indication for an interaction effect between beak trimming and rearing condition on any of the investigated parameters.

Hen age significantly affected egg weight ($F_{1,22} = 13.07$, P < 0.01), mortality rate ($F_{1,98} = 4.72$, P < 0.05) and cannibalism rate ($F_{1,44} = 9.72$, P < 0.01), but none of the remaining productivity parameters (*Table 4*). Older hens had heavier eggs and a higher mortality rate, yet a lower cannibalism rate, than younger hens.

Whether beak trimming had an effect on mortality depending on the strain could only be tested in a subset of the data, which contained the two most common strain types that showed sufficient variation in beak trimming procedure across studies. These hybrids were LSL (no. flocks with - without trimming: 12 - 32) and Hisex White (13 - 6). In the subset, there was a significant interaction effect of strain and beak trimming ($F_{1,54} = 8.80$, P < 0.01) on the mortality rate. A post-hoc Tukey-Kramer HSD (honestly significant difference) test revealed that beak trimming was associated with a higher mortality in the LSL-hybrid, while mortality was essentially unaffected in the Hisex White-hybrid (*Figure 1*).

## Discussion

In Part One, studies that compared productivity as well as mortality and cannibalism rates between aviaries and conventional cages were systematically reviewed. Strain, beak condition and hen age classes were matched in the two systems and within the studies. We further presumed that researchers took care to equal their trials across the two housing systems as good as possible. Therefore, and by taking the variation between studies into account in the analysis, we believe that the results of the comparison between the two housing systems are convincingly unbiased.

We found that aviary hens consumed more food and produced less egg mass per hen housed. The food conversion ratio, as a result, was poorer in aviaries than in cages. It has been supposed that aviary hens consume more food because they need extra energy for maintenance at low ambient temperature or when feather cover is poor (Scientific Veterinary Committee, 1996) or for more locomotor activity (Tauson, 2002; van Niekerk and Ehlhardt, 1995). Alternatively, differences in food consumption may be due to differences in food intake or food wastage. Unfortunately, it was not reported in the reviewed studies whether or not the method of measuring food consumption took losses of food into account. The difference in egg mass is probably due to higher chance of egg losses in aviaries than in cages (Appleby and Hughes, 1991; Scientific Veterinary

RJN - 220

*Laying hens in aviaries: V. Aerni et al.*

Committee, 1996). The variation in food consumption and food conversion revealed to be higher in aviaries than in cages. A possible explanation could be found in the fact that different types of aviaries were used within study. Egg weight and egg laying rate did not significantly differ between systems.

By combining and quantitatively analysing data on mortality and cannibalism rates from the selected studies, we found no differences in the mean values or in variances between aviaries and cages. Thus, we found no support for the supposition of several authors (Bessei, 1997; Bessei and Damme, 1998; Gerken, 1994; Scientific Veterinary Committee, 1996; Tauson, 2002), that mortality and cannibalism rates tend to be higher in aviaries than in cages. Lower mortality rates in aviaries than in cages were reported in a cross-sectional, epidemiological investigation (van Horne, 1996; van Horne *et al.*, 1997). This result, however, could have been biased by confounding factors. For example strains were not evenly distributed between the two housing systems.

The analysis of the comparative investigations further revealed considerable differences among studies regarding mortality and cannibalism rates as well as most productivity traits. This points out the strong influence of confounders, *i.e.* factors other than the housing system, affecting productivity and mortality. Rushen (2003) stressed the importance of recognising the effect of such confounding factors when assessing housing systems.

In Part Two, we investigated the impact of strain, beak condition and rearing condition on productivity as well as mortality and cannibalism rates of hens housed in aviaries. Strain was found to have an influence on the egg weight, the food consumption and the food conversion ratio. The strain further seemed to be an important factor affecting variation in mortality and cannibalism rates of hens housed in aviaries. A relation between strain and mortality of hens housed in alternative systems was also found in the epidemiological study of Häne (1999). Kjaer and Sørensen (2002) experimentally investigated, among other factors, the effect of genotype on feather pecking and cannibalism of hens housed in small-scale free-range systems. They found significant differences in mortality due to cannibalism between genotypes. Thus, to reduce mortality and improve productivity of laying hens kept in aviaries, it is crucial to choose suitable strains.

In their review Hughes and Gentle (1995) concluded that beak trimming has an economic advantage for the producer, because it would reduce mortality by inhibiting cannibalism. They also supposed that beak trimmed laying hens eat slightly less food and have a slightly improved food conversion ratio than untrimmed birds. In accordance to this, we found that trimmed hens consumed 7.5 % less food than untrimmed hens. However, and in contrast to Hughes and Gentle (1995) there was no association of beak trimming and the food conversion ratio. Given these results, one would expect a higher egg mass production in untrimmed hens, yet we did not find a relation between beak trimming and egg mass.

In line with Hughes and Gentle (1995), we found a lower prevalence of cannibalism in trimmed hens, the difference was just significant. On the other hand and consistent with the findings of Häne (1999), total mortality rate was not related to beak trimming. Thus, the effect of beak trimming on cannibalism was not reflected in the mortality rate suggesting a compensative effect. Such a compensative effect was found in a subgroup analysis testing the interaction of beak and strain on mortality. This interaction revealed to be significant and, as shown in *Figure 1*, the influence of beak trimming depends on the strain used. Interestingly, we found that beak trimming may even have a negative effect on mortality in laying hens. However, we are aware that such subgroup analyses have to be interpreted cautiously and that further investigations are needed.

Rearing the hens with early access to litter was associated with a positive effect on egg

**RJN - 221**

*Laying hens in aviaries: V. Aerni et al.*

production as well as on the incidence of mortality. Hens reared on litter from day one on produced heavier eggs and a higher egg mass. Furthermore, they had a lower food conversion and a lower mortality rate than hens having access to litter but from four weeks onwards.

An influence of early access to litter on productivity as well as mortality has also been reported by Johnsen *et al.* (1998). In their experimental study, hens reared on wire for the first four weeks of life had a lower egg production and a higher total mortality rate than hens reared on sand or straw from day one on. Gunnarsson *et al.* (1999) investigated the effect of rearing conditions on behavioural problems in a cohort study of 59 flocks kept in aviaries. In line with our results, they did not find an association of early access to litter and the incidence of cannibalism. Thus, the reducing effect of early access to litter on mortality is likely to be due to factors other than cannibalism.

We selected the factors strain, beak trimming and rearing condition because they were described in the investigations and, furthermore, their influence on productivity and mortality was shown before in single experimental investigations. We implicitly assumed that the results of our study are not confounded by factors such as housing density, start of lay, lighting conditions or air quality, which were incompletely and inadequately reported in the reviewed studies.

To improve the quality of reporting, we suggest that in the field of poultry research reporting guidelines should be adopted. Enhanced reporting of observational studies will facilitate critical appraisal and promote the adequate use of research evidence.

## Conclusions

Performance regarding food consumption and food conversion seems to be slightly poorer in hens housed in aviaries than in hens housed in cages. To identify the causes of these differences, studies measuring both real food intake and food wastage are needed. Since food consumption and food conversion ratio (Abrahamsson and Tauson, 1995; Kathle and Kolstad, 1996) as well as food wastage (Meierhans, 1993) vary considerably between different types of aviaries, it may be possible to improve productivity through technical perfection of this housing system. In contrast to conclusions based on the results of single investigations or narrative reviews, our quantitative review showed that the mortality rate, the variance in mortality as well as the prevalence of cannibalism do not seem to be associated to the housing system. To improve productivity and reduce mortality of hens housed in aviaries, the choice of suitable strains and the implementation of enhanced rearing conditions are likely to be essential. It is therefore recommended to rear laying hens with access to litter from day one on. Besides the positive effect on productivity and mortality, this rearing condition also reduces the prevalence of feather pecking, as shown by Blokhuis (1998), Gunnarsson *et al.* (1999), Huber-Eicher and Sebö (2001) and Johnsen *et al.* (1998).

## Acknowledgements

We are grateful to the Felix–Wankel foundation for financial support.



*Laying hens in aviaries: V. Aerni et al.*

## References

ABRAHAMSSON, P. and TAUSON, R. (1995) Aviary systems and conventional cages for laying hens: effects on production, egg quality, health and bird location in three hybrids. *Acta Agriculturae Scandinavica, Section A, Animal Science* **45**: 191-203.

ABRAHAMSSON, P., FOSSUM, O. and TAUSON, R. (1998) Health of laying hens in an aviary system over fives batches of birds. *Acta Veterinaria Scandinavica* **39**: 367-379.

AMGARTEN, M. and MEIERHANS, D. (1992) *Vergleichende Untersuchungen der Wirtschaftlichkeit verschiedener Haltungssysteme für Legehennen in der Praxis und an der SGS.* Swiss Poultry Husbandry School, Zollikofen, Switzerland.

APPLEBY, M.C. and HUGHES, B.O. (1991) Welfare of laying hens in cages and alternative systems: environmental, physical and behavioural aspects. *World's Poultry Science Journal* **47**: 109-128.

BESSEI, W. (1997) The behaviour of laying hens in aviary systems (a literature review). *Archiv für Geflügelkunde* **61**: 176-180.

BESSEI, W. and DAMME, K. (1998) *Neue Verfahren für die Legehennenhaltung.* Kuratorium für Technik und Bauwesen in der Landwirtschaft e.V. (KTBL), Darmstadt, Germany.

BLOKHUIS, H.J. and WIEPKEMA, P.R. (1998) Studies of feather pecking in poultry. *The Veterinary Quarterly* **20**: 6-9.

BOSCH, J.G.M.J. and VAN NIEKERK, T.G.C.M. (1995) *Aviary housing for laying hens: Health.* ID-DLO Institute for Animal Science and Health, Lelystad, The Netherlands.

EHLHARDT, D.A., DONKERS, A.M.J. and GERRITSEN, C.L.M. (1988) *Alternative improved housing systems for poultry.* Commission of the European Communities, Brussels, Luxembourg.

ENGSTRÖM, B. and SCHALLER, G. (1993) Experimental studies of the health of laying hens in relation to housing system In: *Proceedings of Fourth European Symposium on Poultry Welfare, Edinburgh,* pp. 87-96.

FÖLSCH, D.W., RIST, M., MUNZ, G. and TEYGELER, H. (1983) Entwicklung eines tiergerechten Legehennen-Haltungssystems: Die Volierenhaltung. *Landtechnik:* 255-257.

FRÖHLICH, E. (1995) Erfahrungen mit der Volierenhaltung von Legehennen sowie anderen Alternativen In: *Proceedings of Tagung der Deutschen Veterinärmedizinischen Gesellschaft, Fachgruppe "Tierschutzrecht und Gerichtliche Veterinärmedizin", Stuttgart-Hohenheim,* pp. 111-130.

FRÖHLICH, E. (2003) *Mortalität in verschiedenen Aufstallungssystemen der praktischen Prüfung 1984-1996. Internal report.* Federal Veterinary Office, Centre for Proper Housing: Poultry and Rabbits, Zollikofen, Switzerland.

GATES, S. (2002) Review of methodology of quantitative reviews using meta-analysis in ecology. *Journal of Animal Ecology* **71**: 547-557.

GERKEN, M. (1994) Bewertung von alternativen Haltungssystemen für Legehennen. *Archiv für Geflügelkunde* **58**: 206-213.

GROOT-KOERKAMP, P.W.G., KEEN, A., VAN NIEKERK, T.G.C.M. and SMIT, S. (1995) The effect of manure and litter handling and indoor climatic conditions on ammonia emissions from a battery cage and an aviary housing system for laying hens. *Netherlands Journal of Agricultural Science* **43**: 351-373.

GUNNARSSON, S., KEELING, L.J. and SVEDBERG, J. (1999) Effect of rearing factors on the prevalence of floor eggs, cloacal cannibalism and feather pecking in commercial flocks of loose housed laying hens. *British Poultry Science* **40**: 12-18.

GUNNARSSON, S., ODÉN, K., ALGERS, B., SVEDBERG, J. and KEELING, L.J. (1995) *Poultry health and behaviour in a tiered system for loose housed layers.* Swedish University of Agricultural Sciences. Department of Animal Hygiene, Skara, Sweden.

HÄNE, M. (1999) *Legehennenhaltung in der Schweiz 1998.* Federal Veterinary Office, Centre for Proper Housing: Poultry and Rabbits, Zollikofen, Switzerland.

HILL, J.A. (1981) The aviary system In: *Proceedings of First European Symposium on Poultry Welfare, Kopenhagen,* pp. 115-123.

HUBER-EICHER, B. and SEBÖ, F. (2001) Reducing feather pecking when raising laying hen chicks in aviary systems. *Applied Animal Behaviour Science* **73**: 59-68.

HUGHES, B.O. and GENTLE, M.J. (1995) Beak trimming of poultry: its implications for welfare. *World's Poultry Science Journal* **51**: 51-61.

JOHNSEN, P.F., VESTERGAARD, K.S. and NØRGAARD-NIELSEN, G. (1998) Influence of early rearing conditions on the development of feather pecking and cannibalism in domestic fowl. *Applied Animal Behaviour Science* **60**: 25-41.

KATHLE, J. and KOLSTAD, N. (1996) Non-beaked laying hens housed in aviaries I: production performance in cages and three types of aviaries. *Norwegian Journal of Agricultural Sciences* **10**: 413-424.

KJAER, J.B. and SØRENSEN, P. (2002) Feather pecking and cannibalism in free-range laying hens as affected by genotype, dietary level of methionin + cystine, light intensity during rearing and age at first access to the range area. *Applied Animal Behaviour Science* **76**: 21-39.



**RJN - 223**

*Laying hens in aviaries: V. Aerni et al.*

**LANGE, K.** (1997) Leistungsverhalten verschiedener Hybridherkünfte im Vergleich der Käfig- zur Volierenhaltung. In: Petersen, J. (Ed.) *Jahrbuch für Geflügelwirtschaft 1997*, Verlag Eugen Ulmer, Stuttgart, Germany, pp. 45-49.

**LEYENDECKER, M., HAMANN, H., HARTUNG, J., KAMPHUES, J., RING, C., GLUNDER, G., AHLERS, C., SANDER, I., NEUMANN, U. and DISTL, O.** (2001) Analysis of genotype-environment interactions between layer lines and housing systems for performance traits, egg quality and bone breaking strength. 1st communication: performance traits. *Züchtungskunde* **73**: 290-307.

**McCULLAGH, P. and NELDER, J.A.** (1989) *Generalised linear models.* Chapman and Hall, London.

**MEIERHANS, D.** (1993) *Vergleichsversuch neuer Haltungssysteme für Legehennen. No 12.* Swiss Poultry Husbandry School, Zollikofen, Switzerland.

**MICHEL, V. and HUONNIC, D.** (2003) A comparison of welfare, health and production performance of laying hens reared in cages or in aviaries. *British Poultry Science* **44**: 775-776.

**RUSHEN, J.** (2003) Changing concepts of farm animal welfare: bridging the gap between applied and basic research. *Applied Animal Behaviour Science* **81**: 199-214.

**SALL, J., LEHMANN, A. and CREIGHTON, L.** (2001) *JMP start statistics. A guide to statistics and data analysis.* SAS Institute Inc. / Duxbury, Pacific Grove, CA.

**SCIENTIFIC VETERINARY COMMITTEE** (1996) *Report on the welfare of laying hens.* Commission of the European Communities, Directorate-General for Agriculture, Brussels, Luxembourg.

**TANAKA, T. and HURNIK, J.F.** (1992) Comparison of behavior and performance of laying hens housed in battery cages and an aviary. *Poultry Science* **71**: 235-243.

**TAUSON, R.** (2002) Furnished cages and aviaries: production and health. *World's Poultry Science Journal* **58**: 49-63.

**TAUSON, R. and JANSSON, L.** (1990) Two alternative keeping systems for egg laying hens in comparison with furnished cages In: *Proceedings of 8th European Poultry Conference, Barcelona*, pp. 676-679.

**TAUSON, R., WAHLSTRÖM, A. and ABRAHAMSSON, P.** (1999) Effect of two floor housing systems and cages on health, production, and fear response in layers. *Journal of Applied Poultry Research* **8**: 152-159.

**VAN HORNE, P.L.M.** (1996) Production and economic results of commercial flocks with white layers in aviary systems and battery cages. *British Poultry Science* **37**: 255-261.

**VAN HORNE, P.L.M., VAN NIEKERK, T.G.C.M. and BOSCH, J.G.M.J.** (1997) Production, animal health and economic results of commercial layer flocks in aviary systems In: *Proceedings of 9th International Congress in Animal Hygiene, Helsinki, Finland*, pp. 561-564.

**VAN NIEKERK, T.G.C.M. and EHLHARDT, D.A.** (1995) *Aviary housing for laying hens: Zootechnics.* ID-DLO Institute for Animal Science and Health, Lelystad, The Netherlands.

**WAHLSTRÖM, A., TAUSON, R. and ELWINGER, K.** (1998) Effects on plumage condition, health and mortality of dietary oats/wheat ratios to three hybirds of laying hens in different housing systems. *Acta Agriculturae candinavica Section A-Animal Science* **48**: 250-259.

**WAHLSTRÖM, A., TAUSON, R. and ELWINGER, K.** (2001) Plumage condition and health of aviary-kept hens fed mash or crumbled pellets. *Poultry Science* **80**: 266-271.



**RJN - 224**

*Laying hens in aviaries: V. Aerni et al.*



**Figure 1  Strain-specific variation in the effect of beak trimming on mortality.**

**RJN - 225**

*Laying hens in aviaries: V. Aerni et al.*

**Table 1  Publications included in the comparison of laying hen productivity and mortality in aviaries and cages (Part One).**

| Author | Strain | N flocks | | Remark |
| | | Aviary | Cages | |
| --- | --- | --- | --- | --- |
| Abrahamsson and Tauson (1995) | LSL | 4 | 2 | |
| Bosch and van Niekerk (1995)[1] | LSL | 2 | 2 | Mortality and |
| | Hisex | 2 | 1 | cannibalism data |
| | Isa | 1 | 1 | |
| Ehlhardt et al. (1988) | LSL | 1 | 1 | |
| | Isa | 1 | 1 | |
| Engström and Schaller (1993) [2] | Norbrid | 9 | 3 | Mortality and cannibalism data from Norwegian trial |
| Groot-Koerkamp et al. (1995) | LSL | 1 | 1 | |
| | Isa | 1 | 1 | |
| Hill (1981) | Shaver | 1 | 1 | |
| | Warren | 1 | 1 | |
| Kathle and Kolstad (1996) [2] | Norbrid | 9 | 3 | Productivity data |
| Lange (1997) | LSL | 1 | 1 | |
| | Hisex | 1 | 1 | |
| | Isa | 1 | 1 | |
| | Lohmann[3] | 1 | 1 | |
| Leyendecker et al. (2001) | LSL | 1 | 1 | |
| | Lohmann[4] | 1 | 1 | |
| Michel and Huonnic (2003) | n.m. [5] | 1 | 1 | |
| Tanaka and Hurnik (1992) | Dekalb | 1 | 1 | |
| Tauson and Jansson (1990) | LSL | 2 | 1 | |
| Tauson et al. (1999) | LSL | 1 | 1 | |
| | Lohmann[3] | 1 | 1 | |
| van Niekerk and Ehlhardt (1995) [1] | LSL | 2 | 2 | Productivity data |
| | Hisex | 2 | 1 | |
| | Isa | 1 | 1 | |

[1,2]same superscript indicates same investigation
[3]Lohmann brown
[4]Lohmann tradition
[5]not mentioned

**Table 2  Studies included in the analyses to investigate causes of variation in productivity, mortality and cannibalism in aviaries (Part Two).**

| Study | N[1] | Beak trimmed[2] | Rearing condition[3] |
| --- | --- | --- | --- |
| Abrahamsson and Tauson (1995) | 7 | no | LL |
| Abrahamsson et al. (1998) | 20 | no | 4 EL, 16 LL |
| Amgarten and Meierhans (1992) | 19 | 17 yes, 2 no | EL |
| Ehlhardt et al. (1988) | 2 | yes | EL |
| Engström and Schaller (1993) | 9 | no | EL |
| Fröhlich (2003) | 30 | 16 yes, 14 no | EL |
| Gunnarsson et al. (1995) | 2 | no | 1 EL, 1 LL |
| Kathle and Kolstad (1996) | 9 | no | EL |
| Lange (1997) | 4 | no | EL |
| Leyendecker et al. (2001) | 2 | 1 yes, 1no | EL |
| Meierhans (1993) | 2 | yes | EL |
| Tanaka and Hurnik (1992) | 1 | no | EL |
| Tauson and Jansson (1990) | 2 | no | LL |
| Tauson, et al., (1999) | 2 | no | LL |
| van Niekerk and Ehlhardt (1995) | 11 | yes | 10 EL, 1LL |
| Wahlström et al. (2001) | 2 | no | LL |

[1]N = number of flocks
[2]Beak trimmed = yes, untrimmed = no
[3]Rearing with access to litter from day one = EL, from four weeks onwards = LL

**RJN - 226**

**Table 3**  Least square mean values (LSM), standard error (SE) and test statistics for various productivity parameters as well as mortality and cannibalism rates in relation to housing system and study. Test statistics for each of the predictor variables indicate additive effects, as controlled for significant variation in other predictor variables. Significance for O'Brien's test of equal variance indicates that the parameter variance differ between housing systems.

| Parameter | Housing System | | | | | | Test of system | Study | Test of study | $R^2$ | Test of equal variances |
| | Aviary | | | Cage | | | | | | | |
| | LSM | SE | N | LSM | SE | N | P | N | P | | p |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Egg weight (g) | 60.81 | 1.08 | 25 | 60.83 | 1.09 | 19 | n.s. | 10 | *** | 0.81 | n.s. |
| Egg mass (kg/hen housed/4 weeks) | 1.37 | 0.02 | 20 | 1.42 | 0.02 | 16 | * | 7 | n.s. | 0.34 | n.s. |
| Egg laying rate | 79.39 | 1.62 | 23 | 81.38 | 1.86 | 16 | n.s. | 9 | n.s. | 0.13 | n.s. |
| Food consumption (g/hen/hen day) | 121.18 | 2.07 | 29 | 117.54 | 2.13 | 22 | ** | 11 | *** | 0.67 | ** |
| Food conversion ratio | 2.38 | 0.03 | 28 | 2.22 | 0.04 | 21 | *** | 11 | ** | 0.60 | ** |
| Mortality rate (%/hen housed/4 weeks) | 0.55[1] | 0.12 | 37 | 0.50[1] | 0.13 | 26 | n.s. | 12 | * | 0.27 | n.s. |
| Cannibalism rate (%/hen housed/4 weeks) | 0.08[1] | 0.04 | 22 | 0.05[1] | 0.04 | 14 | n.s. | 5 | *** | 0.70 | n.s. |

[1]data were transformed prior to analysis; however, untransformed data are given in the table
P-value: * $\leq$ 0.05, ** $\leq$ 0.01, *** $\leq$ 0.001
$R^2$: variance explained of the final model
N: differences in sample size for different predictor variables are due to missing data

052797_Journal_1    17-02-2005    10:47    Pagina 141

*Laying hens in aviaries: V. Aerni et al.*

RJN - 227

052797_Journal_1   17-02-2005   10:47   Pagina 142

*Laying hens in aviaries: V. Aerni et al.*

Table 4  Least square mean values (LSM), standard error (SE) and test statistics for various productivity parameters as well as mortality and cannibalism rates in relation to strain, beak trimming, rearing condition and hen age. Test statistics for each of the predictor variables indicate additive effects, as controlled for significant variation in other predictor variables. For units of the parameters see Table 3.

| Parameter | Test strain | Beak trimming | | | | | | Test beak | Rearing condition | | | | | | Test rear. | Test int.[1] | Test age | $R^2$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | no | | | yes | | | | EL | | | LL | | | | | | |
| | P | LSM | SE | N | LSM | SE | N | P | LSM | SE | N | LSM | SE | N | P | P | P | |
| Egg weight | * | 62.90 | 0.80 | 20 | 60.74 | 0.93 | 14 | * | 62.87 | 0.76 | 22 | 60.77 | 0.99 | 12 | * | n.s. | ** | 0.60 |
| Egg mass | n.s. | 1.30 | 0.03 | 19 | 1.30 | 0.04 | 12 | n.s. | 1.36 | 0.03 | 16 | 1.24 | 0.03 | 15 | ** | n.s. | n.s. | 0.43 |
| Food consumption | * | 124.29 | 1.90 | 24 | 115.02 | 1.74 | 33 | *** | 119.45 | 1.74 | 43 | 120.23 | 2.36 | 14 | n.s. | n.s. | n.s. | 0.52 |
| Food conversion | ** | 2.49 | 0.04 | 24 | 2.40 | 0.06 | 15 | n.s. | 2.37 | 0.05 | 24 | 2.57 | 0.05 | 15 | *** | n.s. | n.s. | 0.53 |
| Mortality rate | *** | $0.59^2$ | 0.17 | 65 | $0.59^2$ | 0.18 | 47 | n.s. | $0.47^2$ | 0.16 | 80 | $0.74^2$ | 0.18 | 32 | ** | n.s.[3] | * | 0.38 |
| Cannibalism rate | *** | $0.19^2$ | 0.07 | 31 | $0.08^2$ | 0.07 | 24 | * | $0.13^2$ | 0.06 | 41 | $0.12^2$ | 0.09 | 14 | n.s. | —[3] | ** | 0.61 |

[1] test of interaction between beak trimming and rearing condition
[2] data were transformed prior to analysis; however, untransformed data are given in the table
[3] too few data for statistical analysis
P-value: see legend Table 3
$R^2$: see legend Table 3
N: see legend Table 3

**RJN - 228**



Association of California
Egg Farmers

July 7, 2009

The Honorable Elaine Alquist, Chair
Senate Health Committee
State Capitol, Room 5080
Sacramento, CA 95814

**RE:    AB 1437 (Huffman) As Amended – Oppose, Unless Amended**

Dear Senator Alquist,

Regretfully, we must inform you that the Association of California Egg Farmers must oppose AB 1437 as amended, unless further amendments are made to include statutory housing standards for all enclosure options. We are seeking clear standards for the space required to house egg-laying hens to be in compliance with Proposition 2, the initiative California voters approved last year.

We commend Mr. Huffman for authoring legislation that would ensure California's consumer expectations for animal care and food safety are met, no matter where the eggs are produced.  But first, farmers need to know exactly how much space to provide an egg-laying hen and what housing systems will comply with Proposition 2.

As we have discussed, when they approved Proposition 2, California voters made it clear they want to give egg-laying hens more space. California egg farmers respect the voters' decision, and we want to implement these new mandates. But the requirements are so vague that we don't know what we need to do to comply with Proposition 2. If California farmers don't know how to comply with the initiative, how can we require farmers in other states to comply with it?

We applaud Assembly member Huffman and the initiative's supporters, the Humane Society of the United States, for recognizing that Proposition 2 is too ambiguous and vague. The amendments to AB 1437 clearly recognize that farmers need clear housing standards to know how to comply with Proposition 2 so California producers may continue to farm in California and out-of-state producers may sell and market shelled eggs in California.

However, there are still significant issues that need to be resolved with the amendments to AB 1437. As discussed below, these amendments seem to be based more on political expediency than on a sound foundation for food safety or animal welfare.

The amendments to AB 1437 create an inequitable two-tier system for housing for egg-laying hens to comply with Proposition 2. The amendments would provide clarity and security of codified housing

**RJN - 229**

standards for one housing system – a cage-free system. But they fail to provide the same clarity and security for all other housing systems that comply with Proposition 2.

Instead, the amendments would direct the Department of Public Health to draft regulations for all other housing systems – a process that would add additional costs to the taxpayers for the creation and adoption of these regulations and cause even further delays and uncertainty for egg farmers.

Moreover, the Department of Public Health only expertise in this area is limited to food safety matters. It has no expertise in animal welfare or animal husbandry.  The California Department of Food and Agriculture has the expertise and the statutory responsibility for food safety on milk and milk products and meat products, as well as animal welfare and animal husbandry.

California and out-of-state egg producers need housing standards to be codified for all housing systems so that we will have the certainty needed to make the investments and changes in our business that will be needed to meet the requirements of Proposition 2. Farmers will be required to invest significant capital and time in new housing systems. We will need to obtain the proper permits, alter our animal husbandry practices and train all our employees to comply with whatever Proposition 2 compliant housing system works for each farm.

As a result, egg farmers need the security and stability of codified standards to ensure the rules for complying with Proposition 2 won't be significantly changed by a new Director or a new Administration – but only through the deliberative process of the Legislature.

During this process, we offered amendments to AB 1437 to the author and supporters of Proposition 2 that sought to help implement the initiative's vague requirements by adopting specific minimum housing standards from the European Union. These amendments would have put in place the same internationally recognized and researched housing standards fully adopted by the European Union last year for implementation in 2012. These standards are widely considered to be the most ambitious animal welfare housing standards in the world. Our amendments were designed to comply with and enhance the goals of Proposition 2. Unfortunately, the author chose not to incorporate these amendments.

The amendments we offered also sought to ensure California's cage-free producers had statutory certainty based on United Egg Producers Animal Welfare requirements. The author's amendments on cage-free housing adopt this same concept.

Last November, when they approved Proposition 2, Californians embraced a broad principle to give egg-laying hens more space, a decision California egg farmers respect.  California egg farmers want to continue our proud tradition of providing a locally-grown, safe, fresh, affordable and nutritious source of food for the state's residents. To do that, we need enforceable legislation that provides clear-cut standards for complying with Proposition 2.

We look forward to continuing to work with you, the author and the initiative's supporters to further discuss the standards and how to proceed with AB 1437.

Sincerely,

Debra J Murdock

Debbie Murdock
Executive Director



# FARM BUREAU SAN DIEGO COUNTY

1670 East Valley Parkway, Escondido CA 92027-2409
Phone: (760) 745-3023 • Fax: (760) 489-6348
E-mail: sdcfb@sdfarmbureau.org • Website: www.sdfarmbureau.org

July 6, 2009

The Honorable Elaine Alquist, Chair
Senate Health Committee
State Capitol, Room 5080
Sacramento, CA 95814

ENTERED

RECEIVED
JUL 0 6 2009

**RE:   AB 1437 (Huffman) – Oppose, Unless Amended**

Dear Senator Alquist:

The San Diego County Farm Bureau respectfully asks that you oppose AB 1437 unless it is amended to include statutory housing standards that set the rules for housing space for egg-laying hens.

Last November, when they approved Proposition 2, Californians embraced a broad principle to give egg-laying hens more space, a decision California egg farmers respect. California egg farmers want to continue providing a locally-grown, safe, fresh, affordable and nutritious source of food for the state's residents. To do that, they need enforceable legislation that provides clear-cut standards.

AB 1437 is needed legislation to ensure the expectations of California's consumers for animal care and food safety are met, regardless where the farm products are produced. But first, farmers need to know exactly how much space to provide an egg-laying hen and what housing systems will comply with the initiative.

Please work with the author and the bill's supporters to make AB 1437 an inclusive bill that lays the path on how California and out-of-state producers can comply with Proposition 2.

Sincerely,

Eric Larson
Executive Director



## STANISLAUS COUNTY FARM BUREAU

MICHEL A. ETCHEBARNE, PH.D.
PRESIDENT

WAYNE ZIPSER
EXECUTIVE MANAGER

1201 L Street
Modesto, CA 95354
Phone: (209) 522-7278
Fax: (209) 521-9938

Info@stanfarmbureau.org

*SERVING
AGRICULTURE
SINCE*
**1914**



July 6, 2009

The Honorable Elaine Alquist, Chair
Senate Health Committee
State Capitol, Room 5080
Sacramento, CA 95814

**Sent via FAX to: (916) 324-0283 and (916) 324-0384**

**RE: AB 1437 (Huffman) – Oppose, Unless Amended**

Dear Senator Alquist,

The Stanislaus County Farm Bureau represents nearly 4,000 farming and ranching families in Stanislaus County. We must oppose AB 1437 unless it is amended to include statutory housing standards that provide clear standards for housing space for egg-laying hens.

We commend Mr. Huffman for authoring legislation that would ensure California's consumer expectations for animal care and food safety are met, no matter where the eggs are produced. But first, farmers need to know exactly how much space to provide an egg-laying hen and what housing systems will comply with the initiative. How can California require farmers in other states to comply with the initiative if its own farmers don't know what they need to do to comply?

Last November, when they approved Proposition 2, Californians embraced a broad principle to give egg-laying hens more space, a decision California egg farmers respect. California egg farmers want to continue this proud tradition of providing a locally-grown, safe, fresh, affordable and nutritious source of food for the state's residents. To do that, they need enforceable legislation that provides clear-cut standards for complying with Proposition 2.

We look forward to continuing to work with you, the author and the bill's supporters to further discuss the standards and how to proceed with AB 1437.

Sincerely,

Michel Etchebarne, PhD
President

CC:   Senate Health Committee Members
      The Honorable Dave Cogdill
      The Honorable Jeff Denham
      The Honorable Bill Berryhill
      The Honorable Tom Berryhill
      The Honorable Cathleen Galgiani



**THE HUMANE SOCIETY**
OF THE UNITED STATES

**OFFICERS**

Anita W. Coupe, Esq
Chair of the Board
Jennifer Leaning, M.D., S.M.H.
Vice Chair of the Board
Walter J. Stewart, Esq
B. and Treasurer
Wayne Pacelle
President & CEO
G. Thomas Waite III
Treasurer & CFO
Roger A. Kindler, Esq
General Counsel & CLO
Janet D. Frake
Secretary
Andrew N. Rowan, Ph.D
Executive Vice President
Operations
Michael Markarian
Executive Vice President
External Affairs

**STAFF VICE PRESIDENTS**

Jane Baace
Senior Vice President
Communications
Patricia A. Forkan
Senior Vice President
International
John W. Grandy, Ph.D
Senior Vice President
Wildlife & Habitat Protection
Constance Harriman Whitfield
Senior Vice President
Philanthropy
Heidi Hazard
Chief Investigations Officer
Heidi Prescott
Senior Vice President
Campaigns
Geoffrey L. Handy
Media and Online
Communications
Katherine B. Lozano
Administration &
Animal Care Centers
Jonathan R. Lovvorn, Esq
Animal Protection Litigation
Kathleen C. Miliani
Investigations and Video
Marion Park
Farm Animal Welfare
Nancy Perry, Esq
Government Affairs
Robert G. Roop, Ph.D, SPHR
Human Resources &
Education Programs
Melissa Seide Rubin, Esq
Field & Emergency Services
John W. Snyder
Companion Animals
Martin L. Stephens, Ph.D
Animal Research Issues

**DIRECTORS**

Leslie Lee Alexander, Esq
Patricia Mares Asip
Peter A. Bender
Eric L. Bernthal, Esq
Barbara S. Brack
Anita W. Coupe, Esq
Neil B. Fang, Esq, CPA
Jane Greenspun Gale
Jennifer Leaning, M.D., S.M.H.
Kathleen M. Linehan, Esq
Dwight E. Lowell II
William F. Mancuso
Mary I. Max
Patrick L. McDonnell
Gyl Michdels
Judy Ney
Sharon Lee Patrick
Judy J. Peil
Marian G. Probst
Joshua S. Reichert, Ph.D
Marilyn G. Seyler
Walter J. Stewart, Esq
John E. Taft
Andrew Weinstein
Persia White
David O. Wiebers, M.D

July 3, 2009

Senator Elaine Alquist
Chair, Senate Health Committee
State Capitol
Sacramento, CA 95814

**RE: AB 1437**

Dear Senator Alquist,

On behalf of The Humane Society of the United States and our more than 1.2 million California constituents, I am writing to apprise you of our serious concerns with the recent amendments to AB 1437, proposed by the author. While we have heretofore been advocates for the Assembly-approved version of the bill, the amendments offered today create untenable constitutional problems and undermine the will of the voters who overwhelmingly supported Proposition 2, the Prevention of Farm Animal Cruelty Act.

The cruelty associated with the confinement of egg-laying hens in battery cages has been deemed unacceptable by California voters. In November 2008, Californians overwhelmingly supported Proposition 2 by a 63.5 percent margin. Prop 2 was favored by voters in 47 of California's 58 counties and received more "yes" votes than any other citizen initiative in California history.

AB 1437 as originally drafted was a measure that both backers and opponents of Proposition 2 could find acceptable. But opponents of Proposition 2 have now come to view AB 1437 as it has progressed through the Legislature as a vehicle that can be used to undermine the will of voters. The amendments submitted by the author at the urging of the egg industry – which put nearly $10 million into their unsuccessful fight against Prop 2 – has put the Legislature in the position of pursuing unconstitutional changes to a citizen-approved initiative and modifying core provisons of the initiative. Specifically,

- The legislation now clearly modifies a citizen intiative that does not expressly authorize legislative amendment. In particular, the newly added Sec 25997 of Amendment 5's authorization of state agencies to "develop and adopt regulations regarding housing standards for egg-laying hens" is not permitted by the language of Proposition 2. This is contrary to the California constitution, which plainly provides that "[t]he Legislature ... may amend or repeal an initiative statute by another statute that becomes effective *only when approved by the electors*" unless

Senator Alquist
July 3, 2009
Page 2 of 2

the initiative statute permits amendment or repeal without their approval."
CaliforniaConstitution Art. II § 10(c) (emphasis added).

- The newly proposed finding in Amendment #3 is entirely unnecessary in a bill
  that already has over a page of findings, and may result in the bill being declared
  void by a court under both the California and U.S. Constitutions.

We have worked in good faith with Assemblymember Huffman and the egg
industry to bring forth "safe harbor" language, that is embodied in Sec 25597.1 of
Amendment #5, despite our ongoing legal concerns that such language in and of itself
could constitute an unconstitional modification of Proposition 2. However, we cannot
continue to encourage the passage of the bill if it clearly modifies Proposition 2, and
undermines the initiative process, which proponents were forced to use when special
interests prevented legislative reform of farm animal confinement practices.

As cautious advocates for the original spirit of this legislation, we strongly urge
you not to allow these deleterious amendments to move forward. If these problematic
amendments are taken out, we will continue to work toward the bill's passage.

Please do not hesitate to contact me or our California director, Jennifer Fearing,
with any questions or comments.

Sincerely,

Wayne Pacelle
President & CEO

cc:     Assemblymember Jared Huffman
        Roger Dunstan, Committee Consultant

**RJN - 235**

## Dunstan, Roger

**From:**    Dennis Albiani [DAlbiani@caladvocates.com]
**Sent:**    Thursday, July 02, 2009 5:52 PM
**To:**      Dunstan, Roger
**Cc:**       Debbie Murdock
**Subject:** Additional information - probably too much

Roger,

Thank you for meetin with us today and taking so long.  We discussed so many issues, I wanted to take this opportunity to provide you with additional information n the many issues we covered.

First, is the EU Council Directive.  I cut and pasted the size elements from the directive.  I also believe there is a link below that you can click on to get the entire document.  I also cut and pasted a short description from the EU website so you can see all systems.

You mentioned evaluating stress and animal welfare.  I cut and pasted a blurb article on a Clemson researcher attempting to do this.  Additionally, the scan attached has the pertinent pages from an EU contracted report on an assessment system and the visual is excellent.  The bottom line is that there are downsides to every system and management is very important.  Frankly, California farmers have to be good managers or they are no longer in business so we have some of the nicest farms around.

I also sent you a press clipping from the Sonoma Press Enterprise that shows Arnie standing in one of his houses.  No make up or staging.

There is so much more but I tried to condense it for you to better understand.

 When Californians supported Proposition 2  they had the  intention that hens live better by providing them with more space.  I assume  they  also wanted California producers survive, provide jobs, pay taxes and promote California Grown production - and avoid the "2000 mile egg" including the $CO_2$  and air pollution  that comes along.  We strongly believe and will stand by the discussion that holding out for strong codified standards are necessary for the successful implementation of Proposition 2 more than anything else.  As discussed we need capital, insurance, permits, land and protection from regulatory Balkanization prosecution for attempting to do the right thing.  We are asking that he provide the incentive for constructive negotiations by holding this bill in committee to allow for the many outstanding issues to be addressed.

CHAPTER III

### Provisions applicable to rearing in enriched cages

*Article 6*

Member States shall ensure that after 1 January 2002 all the cages

referred to in this chapter comply at least with the following requirements:

1. laying hens must have:

(a) at least 750 cm2 of cage area per hen, 600 cm2 of which shall be

usable; the height of the cage other than that above the usable

area shall be at least 20 cm at every point and no cage shall

**RJN - 236**

have a total area that is less than2000 cm₂;

Council Directive 1999/74/EC, adopted in 1999, distinguishes three types of rearing systems for laying hens:

- **enriched cages** where laying hens have at least 750 cm² of cage area per hen;
- **non enriched cage systems** where hens have at least 550 cm² of cage area per hen. From 1 January 2003 onwards such cages may not be built anymore or utilised for the first time. By January 2012 at the latest this system must be prohibited;
- **non-cage systems** with nests (at least one for 7 hens), adequate perches and where the stocking density does not exceed 9 laying hens per m² usable area.

Clemson researcher studies impact of cages on laying hens
Clemson Univ. Press Release
June 23, 2009


CLEMSON - A Clemson University animal behaviorist is researching the impact cages and other confinement have on the development and well-being of hens.

"Cages were designed to keep hens clean, safe from predators, protected from adverse weather conditions and easily medicated to prevent disease," said Peter Skewes, the department of animal and veterinary sciences researcher leading the three-year project. "Initially, little thought was given to how cages affected behavioral or emotional needs."

Recently, cage confinement has taken center stage as egg producers and animal protectionists debate the kind of environment laying hens need.

More is at stake than just the comfort of chickens, though the well-being of 284 million U.S. laying hens is no small matter. Nearly 95 percent of the 90 billion table eggs produced in the United States come from high-density cage systems. The value of all egg production in 2007 was $6.68 billion. In South Carolina egg sales tally about $90 million annually. Changing production conditions are bound to affect the bottom the line.

Advocates for animal protection want the elimination of caged-layer egg production. What's needed, say egg industry leaders, is scientific information to analyze the situation and provide the data for alternatives.

Without data, designing management systems may be based on incomplete information about hen physiology and behavior, according to Skewes.

"There isn't a lot of data on the impact of cage systems on neural and behavioral development in chickens. Although some alternative systems are emerging in Europe, there are few alternatives being developed in the United States," said Skewes. (See related video.)

Skewes will compare cage- and non-cage-production systems for more than 900 chickens

**RJN - 237**

at Clemson's Morgan Poultry Center.

Full text: http://tinyurl.com/m9vw5n

Below is the link to the full report of the EU contracted assessment.

http://www.laywel.eu/web/pdf/deliverable%2071%20welfare%20assessment.pdf


Dennis K. Albiani
California Advocates
925 L Street, Suite 1250
Sacramento, CA 95814
(916) 441-5050 (o)
(916) 441-5859 (f)
(916) 799-7564 (c)
DAlbiani@Caladvocates.com

RJN - 238

**NUTRITIONALLY BALANCED FEEDS**



3315 VAN BUREN BLVD. • RIVERSIDE, CALIFORNIA 92503 • TELEPHONE (951) 688-3511 • FAX (951) 688-0407

July 2, 2009

Dear Senate Health Committee

My name is Brad Pope, and I am the owner of Brookhurst Mill. We manufacture & deliver poultry feed to the farmers in the general area of Riverside, Calif. Please help our industry by opposing AB 1437 unless it is amended to include statutory housing standards that provide clear standards for housing space for egg-laying hens.

We commend Mr. Huffman for authoring legislation that would ensure California's consumer expectations for animal care and food safety are met, no matter where the eggs are produced. But first, farmers need to know exactly how much space to provide and egg-laying hen and what housing systems will comply with the initiative. How can California require farmers in other states to comply with the initiative if its own farmers don't know what they need to do to comply?

Last November, when they approved Proposition 2, Californians embraced a broad principle to give egg-laying hens more space, a decision California egg farmers' respect. California egg farmers want to continue this proud tradition of providing a locally-grown, safe, fresh, affordable and nutritious source of food for the state's residents. To do that, they need enforceable legislation that provides clear-cut standards for complying with Proposition 2.

Sincerely,

Brad Pope, President
Brookhurst Mill Inc.
Riverside, Calif.

**RJN - 239**

# CALIFORNIA FARM BUREAU FEDERATION

GOVERNMENTAL AFFAIRS DIVISION

1127-11TH STREET, SUITE 626, SACRAMENTO, CA 95814 · PHONE (916) 446-4647

July 2, 2009

The Honorable Elaine Alquist, Chair
Senate Health Committee
State Capitol, Room 2191
Sacramento, CA 95814

           **RE:    AB 1437 (Huffman) – Oppose, Unless Amended**

Dear Senator Alquist:

Regretfully, we must inform you that the California Farm Bureau Federation (Farm Bureau) must oppose AB 1437 unless it is amended to include statutory housing standards that provide clear standards for housing space for egg-laying hens. Farm Bureau represents approximately 32,000 farm families who make their living caring for the land and livestock to produce food and fiber for consumers throughout our state, nation, and world.

Farm Bureau appreciates Mr. Huffman's interest in authoring legislation that would ensure California's consumer expectations for animal care and food safety are met, no matter where the eggs are produced. But first, farmers need to know exactly how much space to provide an egg-laying hen and what housing systems will comply with the initiative. How can California require farmers in other states to comply with the initiative if its own farmers don't know what they need to do to comply?

Last November, when they approved Proposition 2, Californians embraced a broad principle to give egg-laying hens more space, a decision California egg farmers respect. California egg farmers want to continue this proud tradition of providing a locally-grown, safe, fresh, affordable and nutritious source of food for the state's residents. To do that, they need legislation that provides clear-cut standards for complying with Proposition 2.

We look forward to continuing to work with you, the author and the bill's supporters to further discuss the standards and how to proceed with AB 1437.

Sincerely,

Noelle G. Cremers
Director, Natural Resources and Commodities

CC:    The Honorable Jared Huffman
          Members, Senate Health Committee
          Senate Health Committee Consultant
          Senate Republican Caucus Consultant

RJN - 240



# Riverside County Farm Bureau, Inc.

**21160 Box Springs Road, Suite 102, Moreno Valley, California 92557-8706**
**Telephone 951.684.6732 FAX 951.782.0621** E-mail President@RiversideCFB.com
www.RiversideCFB.com  Affiliated with the California Farm Bureau Federation and the American Farm Bureau Federation

**Board of Directors**

*President*
Grant Chaffin

*Vice Presidents*
Andy Domenigoni
Richard Schmid
Dael Young, Jr.

*Past President*
Brad Scott

Lee Anderson, Jr.
Linden Anderson
George Cordero
Stephen J. Corona
John Demler
Cindy Domenigoni
Ben Drake
Jeff Elrod
Dan Hollingsworth
Ellen Lloyd-Trover
Larry Minor
Alex Sanchez
Tony Schmidt
Greg Young
David Zeiders

*Treasurer*
Tony Schmidt

**Staff**

*Executive Director*
*Corporate Secretary*
Steven A. Pastor

*Office Manager*
Stephanie R. Bell

*Serving
Riverside
County
Agriculture
Since
1917*

July 2, 2009

The Honorable Elaine Alquist, Chair
Senate Health Committee
State Capitol, Room 5080
Sacramento, CA 95814

RE:    **AB 1437 (Huffman) – Oppose, Unless Amended**

Dear Senator Alquist,

Regretfully, we must inform you that the Riverside County Farm Bureau must oppose AB 1437 unless it is amended to include statutory housing standards that provide clear standards for housing space for egg-laying hens.

We commend Mr. Huffman for authoring legislation that would ensure California's consumer expectations for animal care and food safety are met, no matter where the eggs are produced. But first, farmers need to know exactly how much space to provide an egg-laying hen and what housing systems will comply with the initiative. How can California require farmers in other states to comply with the initiative if its own farmers don't know what they need to do to comply?

Last November, when they approved Proposition 2, Californians embraced a broad principle to give egg-laying hens more space, a decision California egg farmers respect. California egg farmers want to continue this proud tradition of providing a locally-grown, safe, fresh, affordable and nutritious source of food for the state's residents. To do that, they need enforceable legislation that provides clear-cut standards for complying with Proposition 2.

We look forward to continuing to work with you, the author and the bill's supporters to further discuss the standards and how to proceed with AB 1437.

Sincerely,

Grant Chaffin, President

CC: RCFB Board
     Senate Health Committee

**RJN - 241**



P.O. Box 1041
Modesto, CA 95353
209-577-3221 tel
209-523-9828 fax

www.jswest.com

June 30, 2009

RECEIVED
JUL 0 2 2009

The Honorable Elaine Alquist
Chair Senate Health Committee
State Capitol Room 5080
Sacramento, Ca  95814

Re:  AB1473 (Huffman) – Oppose, Unless Amended

Dear Senator Alquist:

Our family has been in business for 100 years in the state of California and we are faced with a major decision as a result of passing Proposition 2 last November.

This proposition recommended larger space requirements for egg laying hens, veal calves and pregnant sows.  There were no standards recommended and we have been at a loss to determine what we needed to do to comply with this law.

AB1437 was introduced in the Assembly and passed and is now being heard in the Senate Health Committee.  This bill outlaws any eggs sold in the state that don't comply with Proposition 2 but still does not address space requirements.

Our industry has recommended the Colony Housing System, area per hen requirements as contained in the European Union Council Directive, the most stringent in the world, (74% more space than current housing); in addition to cage free eggs and these systems meet the intent of Proposition 2.  The law states that you cannot confine an egg laying hen for all or the majority of any day in a manner that prevents the hen from lying down, standing up, and fully extending her limbs and turning around freely.

Our goal is to provide the best humane treatment of egg laying hens which California farmers have long subscribed.  We already comply with the most stringent animal protection and egg food safety standards in the country.

Our two advocates, Dennis Albiani and Debra Murdock from the Association of California Egg Farmers have already sent you letters to further discuss the standards and how to amend AB1437.  They will be calling you if you have any questions and would meet with you in person to discuss our recommendations.

Sincerely,

J. S. WEST MILLING COMPANY

D. Gary West
Chairman of the Board

Go West With Confidence

Case 2:14-cv-00341-KJM-KJN   Document 37-1   Filed 04/09/14   Page 92 of 163



**CALIFORNIA
GROCERS
ASSOCIATION**

www.cagrocers.com

President & CEO
Ronald Fong

**OFFICERS**

Chairman of the Board
Bob Ling
United Grocers, Inc.
Commerce

First Vice Chair
George Frahm
Stater Bros. Markets
San Bernardino

Second Vice Chair
Jim Amen
Super A Foods, Inc.
City of Commerce

Treasurer
Mike Silveira
Save Mart Supermarkets
Modesto

Secretary
John Quinn
Food 4 Less-Stockton/
Times Supermarkets
Stockton

Past Chair
Richard E. Morgan, Jr
Holiday/Save-Mor Foods
Cottonwood

June 29, 2009



Honorable Elaine Alquist
Chair, Senate Health Committee
State Capitol, Room 2191
Sacramento, CA  95814

Dear Senator Alquist:

On behalf of the California Grocers Association, I write to express our opposition to Assembly Bill (AB) 1437. The California Grocers Association (CGA) is a non-profit, statewide trade association representing the food industry since 1898. CGA represents approximately 500 retail members operating over 6,000 food stores in California and Nevada, and approximately 300 grocery supplier companies. Retail membership includes chain and independent supermarkets, convenience stores and mass merchandisers

AB 1437 seeks to prohibit California grocers from selling eggs unless the conditions for the egg-laying hens meet the standards established in California's Proposition 2. Our concern is that such a requirement could severely restrict the availability of eggs for California consumers and drastically increase the prices of the limited quantities of eggs still available.

While we understand that conversations continue between the author and interested parties, we must oppose this measure in its current form. Should you have any questions regarding CGA's position, please do not hesitate to contact me.

Sincerely,

KERI ASKEW BAILEY
Vice President, Government Relations
California Grocers Association

cc:    Assemblyman Jared Huffman
       Members, Senate Health Committee
       Senate Republican Caucus



**CALIFORNIA
RESTAURANT
ASSOCIATION**

June 29, 2009

TO:          **Senate Health Committee Members**

FR:          **California Restaurant Association**

RE:          **OPPOSITION to AB 1437 (Huffman) – as introduced
             Senate Health Committee Hearing – July 8, 2009**

The California Restaurant Association (CRA), on behalf of the interests of its more than 22,000 members, is opposed to AB 1437 (Huffman) which prohibits shelled eggs from being sold in California if they are produced by an egg-laying hen that was confined in a cage or place that is not in compliance with Proposition 2. The CRA is concerned that AB 1437 could result in increased food and safety risks, restrict availability of eggs in California and increase the price of eggs to restauranteurs at the worst possible time.

Studies have found cage-free environments cause hens to get sick and injured more often and die at about twice the rate of birds in cages. Furthermore, of concern is the increased cost of eggs for restauranteurs that would arise from AB 1437. The restaurant industry is one of the largest private employers in California, providing work for more than eight percent of the employed in the state.  Even in a good economy, California restauranteurs realize narrow profit margins; on average, for every dollar of sales a restaurant brings in, it keeps less than a nickel in profits.  With the current fiscal crisis, restauranteurs are facing even more extreme economic hardships. Factors such as a failing economy, the recent sales tax increase, an increased minimum wage, the higher costs of materials/products and the ever declining amount of people who eat out, make it even more difficult to make ends meet.  To remain competitive and keep business alive, restauranteurs cannot simply raise prices and must find ways to absorb increased costs given decreased margins.

While we understand that the author has been meeting with interested parties in an attempt to address concerns, we must oppose AB 1437 in its current form.

For these and other reasons, the CRA OPPOSES AB 1437 and we respectfully request your "NO" vote when this measure is before you for consideration.

cc:
Assembly Member Jared Huffman
Mike Webb, Office of Governor Schwarzenegger
Concepcion Tadeo, Senate Health Committee Consultant
Joe Parra, Senate Republican Caucus Consultant



CalChamber™
CALIFORNIA CHAMBER OF COMMERCE

RECEIVED JUN 2 2 2009

June 19, 2009

TO:           Members of the Senate Health Committee

FROM:       Valerie Nera, Policy Advocate

**SUBJECT:    AB 1437 (HUFFMAN) SHELLED EGGS: SALE FOR HUMAN CONSUMPTION:
              COMPLIANCE WITH ANIMAL CARE STANDARDS
              SCHEDULED FOR HEARING – JULY 1, 2009
              OPPOSED**

The California Chamber of Commerce (CalChamber) is **OPPOSED** to **AB 1437 (Huffman),** which prohibits the sale of eggs for human consumption if the hens are confined on a farm or place that is not in compliance the standards established in California's Proposition 2.

CalChamber understands that there are ongoing discussions between the poultry industry and the proponents on the amount of space needed.  Proposition 2 did not include clear standards for the industry to follow.  Until such time that clear standards are laid out and agreed to by the poultry industry, we will remain opposed.  It is unfair to expect compliance with the law if there are no standards in place.

For these and other reasons, the California Chamber of Commerce is **OPPOSED** to **AB 1437 (Huffman)** and respectfully asks for your "NO" vote.

cc:     The Honorable Jared Huffman
        Jennifer Kent, Office of the Governor
        Concepcion Tadeo, Senate Health Committee
        Joe Parra, Senate Republican Caucus
        Sherry Lowenstein, Department of Managed Health Care
        Senate Floor Analysis

VN:fg

Case 2:14-cv-00341-KJM-KJN   Document 37-1   Filed 04/09/14   Page 95 of 163



Association of California
**Egg Farmers**

$\mathbb{RECEIVED}$
JUN 1 7 2009

June 17, 2009

The Honorable Elaine Alquist, Chair
Senate Health Committee
State Capitol, Room 5080
Sacramento, CA 95814

### RE:     AB 1437 (Huffman) – Oppose, Unless Amended

Dear Senator Alquist,

Regretfully, we must inform you that the Association of California Egg Farmers, a statewide trade
association representing California egg farmers, must oppose AB 1437 unless it is amended to include
statutory housing standards that provide clear standards for housing space for egg-laying hens.

We commend Mr. Huffman for authoring legislation that would ensure California's consumer
expectations for animal care and food safety are met, no matter where the eggs are produced. But
first, we need to know exactly how much space to provide an egg-laying hen and what housing systems
will comply with the initiative. How can California require farmers in other states to comply with the
initiative if its own farmers don't know what they need to do to comply?

Last November, when they approved Proposition 2, Californians embraced a broad principle to give
egg-laying hens more space, a decision California egg farmers respect. The question is how much
space?

Clarity on the housing standards issue is even more important now, due to the shifting representations
by the proposition's sponsors. We have met with the authors of Proposition 2 on several occasions,
even traveling across country to their headquarters in Washington D.C, to try to determine how much
space must be provided to egg-laying hens. This only resulted in further confusion because, while
during the campaign their theme was that this was a "moderate measure" designed to give hens a little
more space, they now maintain only cage-free housing would meet the initiative's standards (see
attached letter dated May 29, 2009 from Humane Society of the United States). As you know,
Proposition 2 does not ban cages. In fact, Proposition 2 specifically defines an "enclosure" as being
"any cage, crate, or other structure" which is "used to confine" a hen.

Proposition 2 tells farmers and the farmers' employees they cannot confine an egg-laying hen "for all
or the majority of any day, in a manner that prevents" the hen from "lying down, standing up, and fully
extending" her " limbs" and "turning around freely."

The initiative also says a hen must be able to fully extend "all limbs without touching the side of an
**enclosure**, including, in the case of egg-laying hens, fully spreading both wings without touching the

side of an *enclosure* or other egg-laying hens." (Emphasis added).  By defining an enclosure as "any cage, crate, or other structure," they clearly anticipated a variety of modern hen houses would be adapted and meet the specifications of the law.

The goal, of course, is the humane treatment of egg-laying hens – a goal to which California egg farmers have long subscribed. California egg farmers already comply with the most stringent animal protection and egg food safety standards in the country.

But how do they know exactly what size enclosure is now permitted for egg-laying hens? Do the farmers need to measure each and every hen to comply? Can they use or modify their current housing systems? How many hens may be housed together in any given "cage-free" enclosure?

Since our first meeting with Mr. Huffman on this issue, we have continually discussed how the directives in Proposition 2 are so vague that California egg farmers don't know how much space they need to provide to egg-laying hens to comply with the initiative.  As you know, a farmer or his employee who violates any provision of the new law faces fines of up to $1,000 per violation and/or a jail sentence of up to six months.

California's egg farmers need clear, legally enforceable standards in this legislation because of the substantial financial requirements they may face to comply with Proposition 2, the time and expense involved in obtaining permits and modifying enclosures, the potential for severe criminal penalties and the alterations in husbandry practices that may be necessary.

The state's egg farmers have long been an essential part of California's economy and food supply, generating thousands of jobs and humanely producing 4.9 billion eggs a year.

California egg farmers want to continue this proud tradition of providing a locally-grown, safe, fresh, affordable and nutritious source of food for the state's residents. To do that, they need enforceable legislation that provides clear-cut standards for complying with Proposition 2.

We look forward to continuing to work with you, the author and the bill's supporters to further discuss the standards and how to proceed with AB 1437. Please feel free to contact our advocate, Dennis Albiani, or me at (916) 441-1064 to discuss how to include these standards in this legislation.

Sincerely,

Debra G. Murdock

Debra J. Murdock
Executive Director

Enclosure



**CALIFORNIA**
**GROCERS**
**ASSOCIATION**

www.cagrocers.com

President & CEO
Ronald Fong

**OFFICERS**

Chairman of the Board
Bob Ling
Unified Grocers, Inc.
Commerce

First Vice Chair
George Frahm
Stater Bros. Markets
San Bernardino

Second Vice Chair
Jim Amen
Super A Foods, Inc.
City of Commerce

Treasurer
Mike Silveira
Save Mart Supermarkets
4ento

Secretary
John Quinn
Food 4 Less-Stockton/
Times Supermarkets
Stockton

Past Chair
Richard E. Morgan, Jr
Holiday/Say-Mor Foods
Cottonwood

June 12, 2009

Honorable Jared Huffman
Assemblyman, 6th District
State Capitol, Room 3120
Sacramento, CA 95814

Dear Assemblyman Huffman:

On behalf of the California Grocers Association (CGA), I write to express our
opposition to your Assembly Bill 1437. The California Grocers Association is
a non-profit, statewide trade association representing the food industry since
1898. CGA represents approximately 500 retail members operating over 6,000
food stores in California and Nevada, and approximately 300 grocery supplier
companies. Retail membership includes chain and independent supermarkets,
convenience stores and mass merchandisers

AB 1437 seeks to prohibit California grocers from selling eggs unless the
conditions for the egg-laying hens meet the standards established in
California's Proposition 2. Our concern is that such a requirement could
severely restrict the availability of eggs for California consumers and
drastically increase the prices of the limited quantities of eggs still available.
It is our understanding that you have been meeting in good faith with
interested parties and that you intend to continue to do so.

Unfortunately, while those conversations continue, we must oppose this
measure in its current form. I look forward to continuing to work with you on
this and other important issues. Should you have any questions regarding
CGA's position, please do not hesitate to contact me.

Sincerely,

KERI ASKEW BAILEY
Vice President, Government Relations
California Grocers Association

cc:    Members, Senate Food & Agriculture Committee

1415 L Street, Suite 450  Sacramento, CA 95814  Tel: 916/448.3545   Fax: 916/440.2747
1020 North Lake Street, Burbank, CA 91502  Tel: 818/841-8640   Fax: 818/841-8640

RJN - 248

# THE **HUMANE** SOCIETY
OF THE UNITED STATES

**OFFICERS**

Anita W. Coope, Esq.
*Chair of the Board*
Jennifer Leaning, M.D., S.M.H.
*Vice Chair of the Board*
Walter J. Stewart, Esq.
*Board Treasurer*
Wayne Pacelle
*President & CEO*
G. Thomas Waite III
*Treasurer & CFO*
Roger A. Kindler, Esq.
*General Counsel & CLO*
Janet D. Frake
*Secretary*
Andrew N. Rowan, Ph.D.
*Executive Vice President
Operations*
Michael Markarian
*Executive Vice President
External Affairs*

**STAFF VICE PRESIDENTS**

John Balzar
*Senior Vice President
Communications*
Patricia A. Forkan
*Senior Vice President
International*
John W. Grandy, Ph.D.
*Senior Vice President
Wildlife & Habitat Protection*
Constance Harriman-Whitfield
*Senior Vice President
Philanthropy*
Holly Hazard
*Chief Innovations Officer*
Heidi Prescott
*Senior Vice President
Campaigns*
Geoffrey L. Handy
*Media and Online
Communications*
Katherine B. Liscomb
*Administration &
Animal Care Centers*
Jonathan R. Lovvorn, Esq.
*Animal Protection Litigation*
Kathleen C. Walsh
*Investigations and Video*
Miyun Park
*Farm Animal Welfare*
Nancy Perry, Esq.
*Government Affairs*
Richard G. Patch, Ph.D., SPHR
*Human Resources &
Education Programs*
Melissa Seide Rubin, Esq.
*Field & Emergency Services*
John W. Snyder
*Companion Animals*
Martin L. Stephens, Ph.D.
*Animal Research Issues*

**DIRECTORS**

Leslie Lee Alexander, Esq.
Marsha Mares Asip
Peter A. Bender
Eric I. Bernthal, Esq.
Barbara S. Brack
Anita W. Coope, Esq.
Neil B. Fang, Esq., C.P.A.
Jane Greenspun Gale
Jennifer Leaning, M.D., S.M.H.
Kathleen M. Linehan, Esq.
Dwight F. Lowell II
William F. Mancuso
Mary I. Max
Patrick L. McDonnell
GJ Michaels
Judy Ney
Sharon Lee Patrick
Judy J. Peil
Marian G. Probst
Joshua S. Reichert, Ph.D.
Marilyn G. Seyler
Walter J. Stewart, Esq.
John E. Taft
Andrew Weinstein
Persia White
David O. Wiebers, M.D.

May 29, 2009

Debbie Murdock, Executive Director
Association of California Egg Farmers
1521 I St.
Sacramento, CA 95814

Re: The Prevention of Farm Animal Cruelty Act, CA LEGIS (2008) Proposition 2.

Dear Ms. Murdock,

  Thank you for meeting with us at our Washington, D.C. office on Thursday, May 14, concerning the implementation of California Proposition 2. We very much appreciate the cooperative spirit of the meeting, and we sincerely look forward to working together to ensure a smooth and effective transition to more humane egg-laying hen housing methods in California, and the future success of California's egg farmers.

  As we discussed, Proposition 2 ("the Act") prohibits "confin[ing] any covered animal, on a farm, for all or the majority of any day, in a manner that prevents such animal from: (a) [l]ying down, standing up, and fully extending his or her limbs; and (b) [t]urning around freely." Health & Safety § 25990(a)-(b). The official voter materials make clear that the intent of the Act is to eliminate the confinement of hens and other specified animals in cages/crates, and in the case of hens, to require cage-free housing as opposed to cage confinement.[1]

  We believe the United Egg Producers ("UEP") cage-free standards set out below provide a prescription for egg producers to comply with the Act. The UEP cage-free hen housing guidelines require that:

> A minimum of 1.5 sq. ft. per hen must be allocated to allow normal behavior. In a house with perching/roosting area over a droppings pit/belt, the minimum space can be 1.2 sq. ft. for Brown Egg Layers and 1.0 sq. ft. for White Leghorns. In multi-tier systems with feeders and drinkers on overhead perches/platforms, and in which the overhead perches/platforms provide sufficient space for at least 55% of the hens to perch, then a minimum of 1.0 sq. ft. of available space must be provided. Usable floor space consists of the combined litter and drop-through area including elevated tiers, and covers over belts, but excludes nest space.

---

[1] *See e.g.*
http://yesonprop2.hsus.org/index.php?option=com_content&view=article&id=110:thefacts&catid=35:what&Itemid=75. ("This November 4, Californians should vote YES! on Prop 2 – a modest measure that stops cruel and inhumane treatment of animals, ending the practice of cramming farm animals into cages so small the animals can't even turn around, lie down or extend their limbs."); Synopsis of Experts Opinions on Battery Cages and Hen Welfare, http://www.hsus.org/web-files/PDF/farm/HSUS-Synopsis-of-Expert-Opinions-on-Battery-Cages-and-Hen-Welfare.pdf.

Celebrating Animals | Confronting Cruelty   *Letter: Debbie Murdock, Association of California Egg Farmers*   1

2100 L Street, NW   Washington, DC 20037   **t** 202.452.1100   **f** 202.778.6132   humanesociety.org

Printed on recycled paper.

RJN-249

As The HSUS understands it, all of the varieties of cage-free housing allowed by the UEP guidelines above provide adequate space for birds to take flight, and otherwise make use of vertical space. Thus, the UEP cage-free guidelines set out above allow birds the opportunity to fully extend their limbs as the Act requires. Health & Safety Code § 25990(a); 25991(f) ("Fully extending his or her limbs" means...in the case of egg-laying hens, fully spreading both wings without touching the side of an enclosure or other egg-laying hens."). In addition, each of the square foot allowances in the UEP cage-free standards appear to allow hens the space for "lying down, standing up" and "turning around freely." *Id.* at § 25990(a)-(b).[2]

If you would like additional clarification of whether certain practices are consistent with the Act, The HSUS suggests that you endeavor to obtain an official opinion on the Act from California's Attorney General, as the California legislature does not have the power to enact legislation to clarify Proposition 2.[3] Certain state officials, designated by California Government code section 12519, can request an opinion from California's Attorney General, including State Boards or Commissions, District Attorneys, County Counsels, and Sheriffs.[4] We would be happy to assist you in obtaining such an opinion, and pursuing a request jointly on behalf of The HSUS and egg producers.

We hope the foregoing discussion is helpful, and are committed to continuing to work cooperatively on the implementation of Proposition 2 for the benefit of California's egg producers and consumers. Should you have any questions or concerns, I am available by phone at 301-258-3070.

Sincerely,

*Wayne Pacelle*

Wayne Pacelle
President & CEO

---

[2] Provision for between 1.0 square feet to 1.5 square feet per bird, in the UEP guidelines' above, translates to a range of 144 to 216 square inches of available floor space per bird. This amount of floor space in conjunction with available vertical space (room to fly up) apparently amounts to sufficient space for a hen to stand up, lie down, turn around and fully extend wings. *See Developing Science-Based Animal Welfare Guidelines*, J.A. Mench et al., pg. 3 chart, available at http://animalscience.ucdavis.edu/Avian/mench.pdf

[3] Cal.Const. Art. 2, § 10 (c) ("[t]he Legislature may amend or repeal referendum statutes. It may amend or repeal an initiative statute by another statute that becomes effective only when approved by the electors unless the initiative statute permits amendment or repeal without their approval."); *County of San Diego v. San Diego NORML*, 165 Cal.App.4th 798, (App. 4 Dist. 2008).

[4] *See also*, CA Attorney General Opinions, Frequently Asked Questions, http://ag.ca.gov/opinions/faqs.php.

*Letter: Debbie Murdock, Association of California Egg Farmers*   2

http://www.hsus.org/press_and_publications/press_releases/european_commission_battery_cag es_010808.html





Wildlife
Marine Mammals

search

HSUS >> Press and Publications >> Press Releases

# Humane Society International Applauds European Commission's Decision to Keep Ban on Barren Battery Cages

........................................................................................................ ○○○

**January 8, 2008**

**Humane Society International applauds the European Commission's landmark decision today to ban barren battery cages as scheduled.** The highly significant move for animal welfare shows the intensive farming lobby that public opinion matters.

The European Commission rejected calls by industry lobby groups to delay the ban and instead responded to the wishes of European Union citizens. Some EU member states and some egg industry officials fought for postponement of the ban. Adopted in 1999, The European Union Laying Hens Directive prohibits the use of conventional battery cages beginning Jan. 1, 2012.



Press Releases

Humane Society Magazines
and Newsletters

Humane Bookshelf

Humane Society Press

About Us
Accomplishments
Board, Executive
Staff, Subject Experts
Offices &
Affiliates
Annual Reports &
Financial Statements
Frequently Asked
Questions
Awards,
Employment
Statements of
Policy
Donate
Campaigns & Programs
Animal Cruelty &
Fighting
Factory Farming
Fur
Wildlife Abuse
Puppy Mills
Chimps in
Research
Seal Hunt
Horse Slaughter

RJN - 251



Pets for Life
Wild Neighbors
Animals &
eligion
Legislation
Legislation
verview
Federal
egislation
State Legislation
Ballot Initiatives
Citizen Lobbyist
enter
Action Alerts
News
Legal Action
Legal Action
verview
Current Cases
Victories
Clerkships/Pro
ono Work
News
Emergency Services
Overview
Disaster
reparedness
National Disaster
nimal Response Team
Latest News and
ctivities
DART Training
International
Wayne's Blog
Press Room
Video
Events & Education
Events
Educating Kids
Humane Society
niversity
Gifts & Books
Products &
ervices
Books

**"The confinement of egg-laying hens in battery cages is among the most cruel and inhumane practices in the world of factory farming. It's heartening to see the European Commission rejecting calls for a postponement of the 2012 ban. Congratulations to the European citizens and animal advocacy groups who have supported the 2012 ban," said Wayne Pacelle, The Humane Society of the United States' President and CEO.**

The European Commission's surveys confirm that the majority of EU citizens are willing to "pay more for eggs from a system that is animal welfare friendly" and that they would be "willing to change their usual place of shopping" in order to buy animal welfare friendly products. The LayWel scientific research project, co-financed by the EU, confirmed that barren battery cages are fundamentally problematic for animal welfare.

In the 27 member countries of the EU, more than 200 million hens are confined in battery cages -- tiny pens that constrict their wings and movement. The animals live out their lives in noisy and cramped conditions and never lay eggs in nests. While the 2012 ban will still allow so-called "enriched cages" to be used, it is an important step toward a total ban of cages for laying hens.

In the United Kingdom, supermarket chains Marks and Spencer and Waitrose have already stopped selling eggs from caged hens, and Sainsbury, Morrisons and the Co-op have also announced plans to phase out the sale of battery eggs. In the U.S., major food retailers such as Wolfgang Puck, Burger King and Ben & Jerry's have also all made important movement in the direction of cage-free eggs.

-30-

*Humane Society International is the international arm of The Humane Society of the United States, the nation's largest animal protection organization - backed by 10 million Americans, or one of every 30. For more than a half-century, The HSUS has been fighting for the protection of all animals through advocacy, education, and hands-on programs. Celebrating animals and confronting cruelty -- On the web at humanesociety.org.*

Our Online Community
ceive action alerts, tips,
ws and special offers via
nail.

First Name

Last Name

Your Email here

The documents following this page were
photocopied from the

Senate Rules Committee's

file on this legislation.

RJN - 253

SENATE RULES COMMITTEE                                    AB 1437
Office of Senate Floor Analyses
1020 N Street, Suite 524
(916) 651-1520      Fax: (916) 327-4478

---

### THIRD READING

---

Bill No:    AB 1437
Author:     Huffman (D), et al
Amended:    5/26/10 in Senate
Vote:       21

---

SENATE FOOD & AGRICULTURE COMMITTEE:  4-1, 6/16/09
AYES:  Florez, Maldonado, Hancock, Pavley
NOES:  Hollingsworth

SENATE APPROPRIATIONS COMMITTEE:  Senate Rule 28.8

ASSEMBLY FLOOR:  65-12, 5/26/09 - See last page for vote

---

**SUBJECT:**      Shelled eggs:  sale for human consumption:  compliance with
                  animal care standards

**SOURCE:**       Author

---

**DIGEST:**    This bill prohibits selling shelled eggs for human consumption
in California produced by egg-laying hens on farms not in compliance with
animal care standards.

**ANALYSIS:**    Existing law prevents any person from tethering or
confining, for all or a majority of any day, animals, specifically pigs during
pregnancy, calves raised for veal, or egg-laying hens, in such a way that
prevents the animal from lying and standing, fully extending limbs, and
turning around completely.  This begins on January 1, 2015.

This bill:

1. Prohibits shelled eggs from being sold for human consumption in California if the farm or location for production is not in compliance with California animal care standard beginning January 1, 2015.

2. Allows for a fine not to exceed $1,000 or imprisonment in a county jail not to exceed 180 days or by both the fine and imprisonment.

Comments

In November 2008, voters passed Proposition 2, which addressed confinement of farm animals. The law requires that certain farm animals, including egg-laying hens, have room to move freely.

According to the author's office, requiring all eggs sold for human consumption in California to conform to the animal care standards will protect California's consumer's health and welfare. Reports cited by the author state that egg-laying hens subjected to stress have a greater chance of carrying bacteria or viruses, thus having a greater chance of exposing consumers to food borne bacteria and viruses. Some supporters stated this bill will level the playing field for California egg producers to remain competitive with out-of-state egg producers.

California has a history of establishing animal welfare standards for products consumed here. The Legislature passed SB 1520 (Burton), Chapter 904, Statutes of 2004, which banned the sale of foie gras by prohibiting the sale in California of a product if it is the result of force feeding a bird for the purpose of enlarging the bird's liver beyond normal size.

**FISCAL EFFECT**:   Appropriation: No   Fiscal Com.: Yes   Local: Yes

**SUPPORT:**   (Verified  6/16/10)

2nd Chance for Pets
Alpha Canine Sanctuary
Animal Acres Animal
Animal Place
Animal Protection and Rescue League
Animal Welfare Advocacy
ASPCA

CONTINUED

Avian Welfare Coalition
Bay Animal Hospital
Blackberry Farm
Bon Appétit Management Company
California Animal Association
Center for Food Safety
Center for Science in the Public Interest
Community Market Natural Foods
Compassionate Carnivores
Dr. Bauer's Advanced Wellness
East Bay Animal Advocates
Farm Animal Protection Project
Farm Sanctuary
Finance Tree, Inc
G Town G Ranch
Green Star Solution
Here's Looking at You Baby
Humane Society of Louisiana
Humane Society of the United States
Humane Society Veterinary Medical Association
Internal Medicine
Le Fort's Organic Crops
League of Humane Voters
Loving Touch Animal Massage
Marin Humane Society
Marin Vegetarian Education Group
Middleton Farm
Mt. Barnabe Farm
Natural Pet
Noah's Ark Veterinary Hospital
North Star Pet Assistance
Orange County People for Animals
PAW PAC
Paw Project
Physicians Committee for Responsible Medicine
Planning and Conservation League
Positively Pets!
Restaurant Soltan Banoo
Rocket Dog Rescue
Sausalito Animal Hospital
Sugar Beat Sweets

Tamalpais Pet Hospital
TCM, Inc.
The Grand Slam Diet.com
The New School of Cooking
Tree Axis
Turner's Portable Welding
Urban Cat Project
Vreseis Limited (organic farm)
World Society for the Protection of Animals

**OPPOSITION:**   (Verified  6/16/10)

California Restaurant Association

**ARGUMENTS IN SUPPORT:**   Proponents state that this bill will ensure
standardized basic animal welfare standards for the production of shelled
eggs consumed in California.  While there are currently similar efforts to
Proposition 2 in other states across the nation, this bill will ensure that all
eggs consumed in California are produced by hens raised according to
animal welfare standards that meet the expectations for animal care and food
safety of the California consumer.  Proponents point to the United Egg
Producers cage-free standards to provide a blueprint for compliance with
this bill and Proposition 2 welfare standards.  Further, reports cited by
proponents of the bill state that egg-laying hens subjected to stress are more
likely to have higher levels of pathogens in their intestines and that poor
conditions increase the likelihood that consumers will be exposed to higher
levels of food-borne pathogens.  Therefore, proponents state that this bill
also addresses a health and food safety issue with California eggs which they
feel is not in conflict with the interstate commerce clause.

**ARGUMENTS IN OPPOSITION:**   (No letter on file)

**ASSEMBLY FLOOR**:
AYES:  Adams, Ammiano, Arambula, Beall, Bill Berryhill, Tom Berryhill,
    Blakeslee, Block, Blumenfield, Brownley, Buchanan, Caballero, Charles
    Calderon, Carter, Chesbro, Conway, Cook, Coto, Davis, De La Torre, De
    Leon, Emmerson, Eng, Evans, Feuer, Fletcher, Fong, Fuentes, Fuller,
    Furutani, Galgiani, Gilmore, Hall, Hayashi, Hernandez, Hill, Huber,
    Huffman, Jones, Krekorian, Lieu, Bonnie Lowenthal, Ma, Mendoza,
    Monning, Nava, Nestande, Niello, Nielsen, John A. Perez, V. Manuel

CONTINUED

Perez, Portantino, Price, Ruskin, Salas, Saldana, Skinner, Smyth, Solorio, Swanson, Torlakson, Torres, Torrico, Tran, Yamada
NOES:  Anderson, DeVore, Gaines, Garrick, Hagman, Harkey, Jeffries, Knight, Logue, Miller, Silva, Villines
NO VOTE RECORDED:  Duvall, Audra Strickland, Bass


TSM:nl  6/16/10   Senate Floor Analyses
                SUPPORT/OPPOSITION:   SEE ABOVE
                    **** **END** ****

This SEAL has NOT been filed

SENATE RULES COMMITTEE
Office of Senate Floor Analyses
1020 N Street, Suite 524
(916) 651-1520    Fax: (916) 327-4478    Version:

AB 1437

---

THIRD READING

---

Bill No:    AB 1437
Author:    Huffman (D), et al
Amended:    ~~As introduced~~ 5/26/10 *in Senate*
Vote:    21

---

SENATE FOOD & AGRICULTURE COMMITTEE: 4-1, 6/16/09
AYES: Florez, Maldonado, Hancock, Pavley
NOES: Hollingsworth
*Senate Appropriations Committee: Senate Rule 28.8*
ASSEMBLY FLOOR: 65-12, 5/26/09 - See last page for vote

---

SUBJECT:    Shelled eggs: sale for human consumption: compliance with animal care standards

SOURCE:    Author

---

DIGEST:    This bill prohibits selling shelled eggs for human consumption in California produced by egg-laying hens on farms not in compliance with animal care standards.

ANALYSIS:    Existing law prevents any person from tethering or confining, for all or a majority of any day, animals, specifically pigs during pregnancy, calves raised for veal, or egg-laying hens, in such a way that prevents the animal from lying and standing, fully extending limbs, and turning around completely. This begins on January 1, 2015.

This bill:

1. Prohibits shelled eggs from being sold for human consumption in California if the farm or location for production is not in compliance with California animal care standard beginning January 1, 2015.

RJN - 259

CONTINUED

2.  Allows for a fine not to exceed $1,000 or imprisonment in a county jail
    not to exceed 180 days or by both the fine and imprisonment.

Comments

In November 2008, voters passed Proposition 2, which addressed
confinement of farm animals. The law requires that certain farm animals,
including egg-laying hens, have room to move freely.

According to the author's office, requiring all eggs sold for human
consumption in California to conform to the animal care standards will
protect California's consumer's health and welfare.  Reports cited by the
author state that egg-laying hens subjected to stress have a greater chance of
carrying bacteria or viruses, thus having a greater chance of exposing
consumers to food borne bacteria and viruses.  Some supporters stated this
bill will level the playing field for California egg producers to remain
competitive with out-of-state egg producers.

California has a history of establishing animal welfare standards for products
consumed here.  The Legislature passed SB 1520 (Burton), Chapter 904,
Statutes of 2004, which banned the sale of foie gras by prohibiting the sale
in California of a product if it is the result of force feeding a bird for the
purpose of enlarging the bird's liver beyond normal size.

**FISCAL EFFECT**:   Appropriation: No  Fiscal Com.: Yes  Local: Yes

2006   **SUPPORT**:   (Verified >) 6/16/10

2nd Chance for Pets
Alpha Canine Sanctuary
Animal Acres Animal
Animal Place
Animal Protection and Rescue League
Animal Welfare Advocacy
ASPCA
Avian Welfare Coalition
Bay Animal Hospital
Blackberry Farm
Bon Appétit Management Company
California Animal Association

CONTINUED

Center for Food Safety
Center for Science in the Public Interest
Community Market Natural Foods
Compassionate Carnivores
Dr. Bauer's Advanced Wellness
East Bay Animal Advocates
Farm Animal Protection Project
Farm Sanctuary
Finance Tree, Inc
G Town G Ranch
Green Star Solution
Here's Looking at You Baby
Humane Society of Louisiana
Humane Society of the United States
Humane Society Veterinary Medical Association
Internal Medicine
Le Fort's Organic Crops
League of Humane Voters
Loving Touch Animal Massage
Marin Humane Society
Marin Vegetarian Education Group
Middleton Farm
Mt. Barnabe Farm
Natural Pet
Noah's Ark Veterinary Hospital
North Star Pet Assistance
Orange County People for Animals
PAW PAC
Paw Project
Physicians Committee for Responsible Medicine
Planning and Conservation League
Positively Pets!
Restaurant Soltan Banoo
Rocket Dog Rescue
Sausalito Animal Hospital
Sugar Beat Sweets
Tamalpais Pet Hospital
TCM, Inc.
The Grand Slam Diet.com
The New School of Cooking
Tree Axis

AB 1437
Page 4

Turner's Portable Welding
Urban Cat Project
Vreseis Limited (organic farm)
World Society for the Protection of Animals

**OPPOSITION**:  (Verified >)  6/16/10

~~Association of California Egg Farmers~~  *California Restaurant Association*

**ARGUMENTS IN SUPPORT**:   Proponents state that this bill will ensure standardized basic animal welfare standards for the production of shelled eggs consumed in California.  While there are currently similar efforts to Proposition 2 in other states across the nation, this bill will ensure that all eggs consumed in California are produced by hens raised according to animal welfare standards that meet the expectations for animal care and food safety of the California consumer.  Proponents point to the United Egg Producers cage-free standards to provide a blueprint for compliance with this bill and Proposition 2 welfare standards.  Further, reports cited by proponents of the bill state that egg-laying hens subjected to stress are more likely to have higher levels of pathogens in their intestines and that poor conditions increase the likelihood that consumers will be exposed to higher levels of food-borne pathogens.  Therefore, proponents state that this bill also addresses a health and food safety issue with California eggs which they feel is not in conflict with the interstate commerce clause.

**ARGUMENTS IN OPPOSITION**:   Opponents argue that this bill should include clear standards for housing and space for egg-laying hens.  The standard set forth in Proposition 2 specifies that egg-laying hens may not be confined for a majority of the day in a manner that prevents the hen from lying down, standing up, fully extending her limbs, and turning around freely.  Opponents feel that this bill should specify enclosure size per hen, how many hens per enclosure, and if current housing systems can be used or modified to comply with this bill and Proposition 2.

*No letter on file*

**ASSEMBLY FLOOR**:
AYES:  Adams, Ammiano, Arambula, Beall, Bill Berryhill, Tom Berryhill, Blakeslee, Block, Blumenfield, Brownley, Buchanan, Caballero, Charles Calderon, Carter, Chesbro, Conway, Cook, Coto, Davis, De La Torre, De Leon, Emmerson, Eng, Evans, Feuer, Fletcher, Fong, Fuentes, Fuller, Furutani, Galgiani, Gilmore, Hall, Hayashi, Hernandez, Hill, Huber,

**RJN - 262**

CONTINUED

Huffman, Jones, Krekorian, Lieu, Bonnie Lowenthal, Ma, Mendoza,
Monning, Nava, Nestande, Niello, Nielsen, John A. Perez, V. Manuel
Perez, Portantino, Price, Ruskin, Salas, Saldana, Skinner, Smyth, Solorio,
Swanson, Torlakson, Torres, Torrico, Tran, Yamada
NOES:  Anderson, DeVore, Gaines, Garrick, Hagman, Harkey, Jeffries,
   Knight, Logue, Miller, Silva, Villines
NO VOTE RECORDED:  Duvall, Audra Strickland, Bass

TSMnl  6/30/09  Senate Floor Analyses
SUPPORT/OPPOSITION:   SEE ABOVE
SUPPORT/OPPOSITION:   NONE RECEIVED

**** END ****

**SENATE FOOD and AGRICULTURE COMMITTEE**
**Senator Dean Florez, Chairman**

BILL NO:   AB 1437              HEARING: 6/16/09
AUTHOR:  Huffman          FISCAL: Yes
VERSION: 2/27/09           CONSULTANT: John Chandler

*Shelled eggs: sale for human consumption: compliance with animal care standards.*

## BACKGROUND AND EXISTING LAW

In November 2008, California passed Proposition 2 with 63.5 percent of the vote. Proposition 2 specifies that on January 1, 2015, calves for veal, egg-laying hens, and pregnant pigs be confined only in ways that allow these animals to lie down, stand up, fully extend their limbs and turn around freely. The proposition provides exceptions for transportation, rodeos, fairs, 4-H programs, lawful slaughter, research and veterinary purposes. Failure to comply with the proposition can be punished with misdemeanor penalties, including a fine not to exceed $1,000 and/or imprisonment in jail for up to 180 days.

Currently, California is the fifth largest egg-producing state in the nation with more that 19 million egg-laying hens. Iowa is the largest producer with over 52 million egg laying hens in the state.

SB 1520 (Chapter 904, Statues of 2004) bans the sale and production of foie gras, specifically the forced feeding of an animal to enlarge the liver, by 2012.

In 1998, Proposition 6, which passed with 59.39 percent of the vote, prohibited the slaughter of horses for the purpose of human consumption. Further, it prohibited the export of horses from California for the purpose of human consumption.

## PROPOSED LAW

AB 1437 will prohibit the sale of eggs in California for human consumption that do not meet the animal welfare standards of Proposition 2 by January 1, 2015.

## COMMENTS

1. Proponents state that AB 1437 will ensure standardized basic animal welfare standards for the production of shelled eggs consumed in California. While there are currently similar efforts to Prop. 2 in other states across the nation, AB 1437 will ensure that all eggs consumed in California are produced by hens raised according to animal welfare standards that meet the expectations for animal care and food safety of the California consumer. Proponents point to the United Egg Producers cage-free standards to provide a blueprint for compliance with AB 1437 and Prop. 2 welfare standards. Further, reports cited by proponents of the bill state that egg-laying hens subjected to stress are more likely to have

higher levels of pathogens in their intestines and that poor conditions increase the likelihood that consumers will be exposed to higher levels of food-borne pathogens. Therefore, proponents state that AB 1437 also addresses a health and food safety issue with California eggs which they feel is not in conflict with the interstate commerce clause.

Opponents argue that AB 1437 should include clear standards for housing and space for egg-laying hens. The standard set forth in Prop. 2 specifies that egg-laying hens may not be confined for a majority of the day in a manner that prevents the hen from lying down, standing up, fully extending her limbs, and turning around freely. Opponents feel that AB 1437 should specify enclosure size per hen, how many hens per enclosure, and if current housing systems can be used or modified to comply with AB 1437 and Prop. 2.

3. It is the specified intent of the author of AB 1437 to apply the animal welfare provisions of Prop. 2 to all chickens producing eggs sold to California consumers. Since California does import eggs from out of state, this will impact out-of-state producers. The committee may want to consider if this could be in conflict with the interstate commerce clause.

4. The Senate Rules Committee has doubled referred this bill to the Senate Health Committee as the second committee of referral. Therefore, if this measure is approved by this committee, the motion should include an action to re-refer the bill to the Senate Committee on Health.

## PRIOR ACTIONS

Assembly Floor            65-12
Assembly Appropriations   10-3
Assembly Agriculture       8-0

## SUPPORT



2nd Chance for Pets
Alpha Canine Sanctuary
Animal Acres Animal
Animal Place
Animal Protection and Rescue League
Animal Welfare Advocacy
ASPCA
Avian Welfare Coalition
Bay Animal Hospital
Blackberry Farm
Bon Appétit Management Company
California Animal Association
Center for Food Safety
Center for Science in the Public Interest
Community Market Natural Foods
Compassionate Carnivores

Dr. Bauer's Advanced Wellness
East Bay Animal Advocates
Farm Animal Protection Project
Farm Sanctuary
Finance Tree, Inc
G Town G Ranch
Green Star Solution
Here's Looking at You Baby
Humane Society of Louisiana
Humane Society of the United States
Humane Society Veterinary Medical Association
Internal Medicine
Le Fort's Organic Crops
League of Humane Voters
Loving Touch Animal Massage
Marin Humane Society
Marin Vegetarian Education Group

RJN - 265

Middleton Farm
Mt. Barnabe Farm
Natural Pet
Noah's Ark Veterinary Hospital
North Star Pet Assistance
Orange County People for Animals
PAW PAC
Paw Project
Physicians Committee for Responsible
Medicine
Planning and Conservation League
Positively Pets!

Restaurant Soltan Banoo
Rocket Dog Rescue
Sausalito Animal Hospital
Sugar Beat Sweets
Tamalpais Pet Hospital
TCM, Inc.
The Grand Slam Diet.com
The New School of Cooking
Tree Axis
Turner's Portable Welding
Urban Cat Project
Vreseis Limited (organic farm)
World Society for the Protection of Animals
102 Individuals

**OPPOSITION**

Association of California Egg Farmers

The documents following this page were
photocopied from the files of the

Assembly Republican Caucus.



**THE HUMANE SOCIETY**
OF THE UNITED STATES

**OFFICERS**
Anita W. Coupe, Esq.
*Chair of the Board*
Jennifer Leaning, M.D., S.M.H.
*Vice Chair of the Board*
Walter J. Stewart, Esq.
*Board Treasurer*
Wayne Pacelle
*President & CEO*
G. Thomas Waite III
*Treasurer & CFO*
Roger A. Kindler, Esq.
*General Counsel & CLO*
Janet D. Frake
*Secretary*
Andrew N. Rowan, Ph.D.
*Executive Vice President
Operations*
Michael Markarian
*Executive Vice President
External Affairs*

**STAFF VICE PRESIDENTS**
John Balzar
*Senior Vice President
Communications*
Patricia A. Forkan
*Senior Vice President
International*
John W. Grandy, Ph.D.
*Senior Vice President
Wildlife & Habitat Protection*
Constance Harriman-Whitfield
*Senior Vice President
Philanthropy*
Holly Hazard
*Chief Innovations Officer*
Heidi Prescott
*Senior Vice President
Campaigns*
Geoffrey L. Handy
*Media and Online
Communications*
Katherine B. Liscomb
*Administration &
Animal Care Centers*
Jonathan R. Lovvorn, Esq.
*Animal Protection Litigation*
Kathleen C. Milani
*Investigations and Video*
Miyun Park
*Farm Animal Welfare*
Nancy Perry, Esq.
*Government Affairs*
Robert G. Roop, Ph.D., SPHR
*Human Resources &
Education Programs*
Melissa Seide Rubin, Esq.
*Field & Emergency Services*
John M. Snyder
*Companion Animals*
Martin L. Stephens, Ph.D.
*Animal Research Issues*

**DIRECTORS**
Leslie Lee Alexander, Esq.
Patricia Mares Asip
Peter A. Bender
Eric L. Bernthal, Esq.
Barbara S. Brack
Anita W. Coupe, Esq.
Neil B. Fang, Esq., C.P.A.
Jane Greenspun Gale
Jennifer Leaning, M.D., S.M.H.
Kathleen M. Linehan, Esq.
Dwight E. Lowell II
William F. Mancuso
Mary I. Max
Patrick L. McDonnell
Gil Michaels
Judy Ney
Sharon Lee Patrick
Judy J. Peil
Marian G. Probst
Joshua S. Reichert, Ph.D.
Marilyn G. Seyler
Walter J. Stewart, Esq.
John E. Taft
Andrew Weinstein
Persia White
David O. Wiebers, M.D.

## STATEMENT OF PAUL SHAPIRO
## BEFORE THE ASSEMBLY AGRICULTURE COMMITTEE

### APRIL 29, 2009
### IN SUPPORT OF AB 1437 (HUFFMAN)

On behalf of The Humane Society of the United States, the nation's largest animal protection organization, and our nearly 1.2 million supporters here in California, I'm pleased to testify in favor of AB 1437, the Egg-Laying Hen Welfare Act. Thank you Chairwoman Galgiani, Vice Chair Berryhill and Assemblymember Huffman for your leadership on this bill.

AB 1437 is intended to ensure basic animal welfare standards for the care of hens producing shelled eggs consumed in California.

The state's consumers deserve to be protected from the deleterious public health, food safety, and animal welfare effects of the sale of eggs derived from egg-laying hens who suffer from significant stress and have increased exposure to *Salmonella*, the leading cause of food-borne illness-related death in the United States.

A key finding from the World Health Organization and Food and Agricultural Organization of the United Nations Salmonella Risk Assessment states that reducing flock prevalence of Salmonella results in a direct proportional reduction in human health risk.

There's an abundance of scientific evidence demonstrating that battery cage confinement of laying hens is detrimental to their welfare, and that battery caged hens are significantly more likely to be infected with Salmonella than cage-free hens. In fact, after extensively studying the issue, the European Food Safety Authority concluded,

Celebrating Animals | Confronting Cruelty

Printed on recycled paper.    2100 L Street, NW   Washington, DC 20037    **t** 202.452.1100   **f** 202.778.6132   humanesociety.org

RJN 268

## THE **HUMANE** SOCIETY
### OF THE UNITED STATES

"Cage flock holdings are more likely to be contaminated with Salmonella." Several additional studies have concluded the same, with one study finding that operations confining caged hens have up to 20 times the odds of harboring Salmonella than cage-free facilities.

According to the prestigious Pew Commission on Industrial Farm Animal Production—chaired by former Kansas governor John Carlin and including esteemed members such as former agriculture secretary Dan Glickman—farm animals who are treated well and provided with at least minimum accommodation of their natural behaviors and physical needs are healthier and safer for human consumption.

Indeed, AB 1437 is supported by numerous animal welfare groups such as The Humane Society of the United States and the ASPCA, by food safety leaders like the Center for Science in the Public Interest and Center for Food Safety, and by environmental groups such as Sierra Club California and the Planning and Conservation League. More than 40 California veterinarians and dozens of California business owners, farmers, medical professionals and religious leaders have also submitted support letters.

We urge you to vote yes on AB 1437. Thank you.

Celebrating Animals | Confronting Cruelty

Printed on recycled paper.     2100 L Street, NW   Washington, DC 20037     t 202.452.1100   f 202.778.6132   humanesociety.org     RJN num 269

The documents following this page were
photocopied from the files of the
Senate Republican Caucus.

# AB 1437 – CALIFORNIA EGG-LAYING HEN WELFARE ACT

## Assemblymember Jared Huffman

Principal-Coauthor: Senator Dean Florez
Co-Authors: Assemblymembers Tom Berryhill, Galgiani, Lieu, Nava, Solorio; Senators Hancock and Maldonado

### IN BRIEF

Requires all shelled eggs sold in California to meet the animal care standards established by Proposition 2, Health and Safety Code § 25990.

### BACKGROUND

AB 1437 is intended to ensure standardized basic animal welfare standards for the production of shelled eggs consumed in California.

A key finding from the World Health Organization and Food and Agricultural Organization of the United Nations Salmonella Risk Assessment states that reducing flock prevalence results in a direct proportional reduction in human health risk. Egg-laying hens subjected to stress are more likely to have higher levels of pathogens in their intestines and poor conditions increase the likelihood that consumers will be exposed to higher levels of food-borne pathogens.

According to the Pew Commission on Industrial Farm Production, food animals that are treated well and provided with at least minimum accommodation of their natural behaviors and physical needs are healthier and safer for human consumption.

Californians have a history of establishing basic animal welfare standards for the products they consume. In 1996, California voters banned the consumption, sale and transport of horse meat. In 2004, the California Legislature banned the sale of foie gras by prohibiting the sale of a product that is the result of force feeding a bird.

In November 2008, Californians overwhelmingly supported Proposition 2 by a 63.5 percent margin. Proposition 2 was favored by voters in 47 of California's 58 counties and received more "yes" votes than any other citizen initiative in California history. This legislation will ensure the hens that provide our shelled eggs are raised to the same animal welfare standards to meet the expectations for animal care and food safety of the California consumer.

### EXISTING LAW

Health and Safety Code § 25990, prohibits the confinement of an egg-laying hen which prevents her ability to stand up, turn around, and spread her wings.

### THE SOLUTION

AB 1437 will require that all shelled eggs sold in California as of January 1, 2015 be in compliance with the basic animal care standards set forth in Health and Safety Code § 25990.

### SUPPORT

Animal Place
Animal Protection and Rescue League
Animal Welfare Advocacy
ASPCA
Bay Animal Hospital
Bon Appétit Management Company
California Animal Association
Center for Food Safety
Center for Science in the Public Interest
Compassionate Carnivores
Farm Sanctuary
Humane Society of the United States
Humane Society Veterinary Medical Association
Marin Vegetarian Education Group
The New School of Cooking
Noah's Ark Veterinary Hospital
Orange County People for Animals
Physicians Committee for Responsible Medicine
Planning and Conservation League
Sierra Club California
Tamalpais Pet Hospital
Dozens of California veterinarians, family farmers, religious and business leaders, and many others.

### OPPOSITION

None

### FOR MORE INFORMATION

Paige Brokaw (916) 319-2006
Paige.Brokaw@asm.ca.gov

# Consumer Egg Prices For One Dozen Large Eggs          2008

Based upon the USDA Weekly Retail Shell Egg Feature Report for 17,000 Retail Grocery Stores Across the U.S.

|  | Jan. | Feb. | Mar. | Apr. | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. | Ave. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cage | $1.59 | 1.62 | 1.64 | 1.42 | 1.44 | 1.16 | 1.35 | 1.10 | 1.26 | 1.32 | 1.30 | 1.11 | 1.36 |
| Cage-Free | $2.50 | 2.64 | 2.62 | 3.05 | 3.04 | 2.82 | 2.78 | 2.88 | 2.75 | 2.78 | 2.85 | 2.79 | 2.79 |
| Organic | $3.55 | 3.48 | 3.50 | 3.51 | 3.92 | 3.69 | 3.93 | 3.96 | 3.98 | 3.95 | 3.42 | 3.59 | 3.71 |



RJN - 272

# Consumer Egg Prices For One Dozen Large Eggs

**2007**

Based upon the USDA Weekly Retail Shell Egg Feature Report for 17,000 Retail Grocery Stores Across the U.S.

| | Jan. | Feb. | Mar. | Apr. | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. | Ave. |
|---|------|------|------|------|-----|------|------|------|-------|------|------|------|------|
| Cage | 0.99 | 1.10 | 0.95 | 1.01 | 1.01 | 0.98 | 1.04 | 0.98 | 1.18 | 1.28 | 1.32 | 1.44 | 1.10 |
| Cage-Free | $2.48 | 2.53 | 2.72 | 2.55 | 2.16 | 2.38 | 2.45 | 2.50 | 2.58 | 2.57 | 2.49 | 2.37 | 2.48 |
| Organic | $3.45 | 3.34 | 3.30 | 3.19 | 3.44 | 3.05 | 3.20 | 3.09 | 3.53 | 3.45 | 3.77 | 3.43 | 3.35 |



Case 2:14-cv-00341-KJM-KJN   Document 37-1   Filed 04/09/14   Page 123 of 163

 MayoClinic.com

**MayoClinic.com reprints**
This single copy is for your personal, noncommercial use only. For permission to reprint multiple copies or to order presentation-ready copies for distribution, use the reprints link below.

· Order reprints of this article now.

# Organic foods: Are they safer? More nutritious?
By Mayo Clinic staff

**Original Article:**http://www.mayoclinic.com/health/organic-food/NU00255

## Organic foods: Are they safer? More nutritious?

**Learn the difference between organic foods and their traditionally grown counterparts. Decide which is best for you, considering nutrition, quality, taste, cost and other factors.**

By Mayo Clinic staff

You're in a bit of a dilemma standing in front of the produce section of your local supermarket. In one hand, you're holding a conventionally grown Granny Smith apple. In your other hand, you have one that's labeled organically grown. Both apples are firm, shiny and green. Both provide vitamins and fiber, and both are free of fat, sodium and cholesterol.

The conventionally grown apple costs less and is a proven family favorite. But the organic apple has a label that says "USDA Organic." Does that mean it's better? Safer? More nutritious? Several differences between organic and nonorganic foods exist. Become a better informed consumer for your next trip to the supermarket.

### Conventional vs. organic farming



**RJN - 274**
02/23/2010

Case 2:14-cv-00341-KJM-KJN   Document 37-1   Filed 04/09/14   Page 124 of 163

The word "organic" refers to the way farmers grow and process agricultural products, such as fruits, vegetables, grains, dairy products and meat. Organic farming practices are designed to encourage soil and water conservation and reduce pollution. Farmers who grow organic produce and meat don't use conventional methods to fertilize, control weeds or prevent livestock disease. For example, rather than using chemical weedkillers, organic farmers may conduct sophisticated crop rotations and spread mulch or manure to keep weeds at bay.

Here are other differences between conventional farming and organic farming:

| Conventional farmers | Organic farmers |
| --- | --- |
| Apply chemical fertilizers to promote plant growth. | Apply natural fertilizers, such as manure or compost, to feed soil and plants. |
| Spray insecticides to reduce pests and disease. | Use beneficial insects and birds, mating disruption or traps to reduce pests and disease. |
| Use chemical herbicides to manage weeds. | Rotate crops, till, hand weed or mulch to manage weeds. |
| Give animals antibiotics, growth hormones and medications to prevent disease and spur growth. | Give animals organic feed and allow them access to the outdoors. Use preventive measures — such as rotational grazing, a balanced diet and clean housing — to help minimize disease. |

## Organic or not? Check the label

The U.S. Department of Agriculture (USDA) has established an organic certification program that requires all organic foods to meet strict government standards. These standards regulate how such foods are grown, handled and processed. Any farmer or food manufacturer who labels and sells a product as organic must be USDA certified as meeting these standards. Only producers who sell less than $5,000 a year in organic foods are exempt from this certification; however, they must follow the same government standards to label their foods as organic.

RJN - 275

Case 2:14-cv-00341-KJM-KJN   Document 37-1   Filed 04/09/14   Page 125 of 163

If a food bears a USDA Organic label, it means it's produced and processed according to the USDA standards and that at least 95 percent of the food's ingredients are organically produced. The seal is voluntary, but many organic producers use it.

Products that are completely organic — such as fruits, vegetables, eggs or other single-ingredient foods — are labeled 100 percent organic and can carry a small USDA seal. Foods that have more than one ingredient, such as breakfast cereal, can use the USDA organic seal or the following wording on their package labels, depending on the number of organic ingredients:



Products certified 95 percent or more organic display this USDA seal.

- **100 percent organic.** Products that are completely organic or made of all organic ingredients.

- **Organic.** Products that are at least 95 percent organic.

- **Made with organic ingredients.** These are products that contain at least 70 percent organic ingredients. The organic seal can't be used on these packages.

Foods containing less than 70 percent organic ingredients can't use the organic seal or the word "organic" on their product label. They can include the organic items in their ingredient list, however.

You may see other terms on food labels, such as "all-natural," "free-range" or "hormone-free." These descriptions may be important to you, but don't confuse them with the term "organic." Only those foods that are grown and processed according to USDA organic standards can be labeled organic.

## Organic food: Buy or bypass?

Many factors may influence your decision to buy — or not buy — organic food. Consider these factors:

- **Nutrition.** No conclusive evidence shows that organic food is more nutritious than is conventionally grown food. And the USDA — even though it certifies organic food — doesn't claim that these products are safer or

RJN - 276

Case 2:14-cv-00341-KJM-KJN   Document 37-1   Filed 04/09/14   Page 126 of 163

more nutritious.

- **Quality and appearance.** Organic foods meet the same quality and safety
  standards as conventional foods. The difference lies in how the food is
  produced, processed and handled. You may find that organic fruits and
  vegetables spoil faster because they aren't treated with waxes or
  preservatives. Also, expect less-than-perfect appearances in some organic
  produce — odd shapes, varying colors and perhaps smaller sizes. In most
  cases, however, organic foods look identical to their conventional
  counterparts.

- **Pesticides.** Conventional growers use pesticides to protect their crops
  from molds, insects and diseases. When farmers spray pesticides, this can
  leave residue on produce. Some people buy organic food to limit their
  exposure to these residues. Most experts agree, however, that the amount
  of pesticides found on fruits and vegetables poses a very small health risk.

- **Environment.** Some people buy organic food for environmental reasons.
  Organic farming practices are designed to benefit the environment by
  reducing pollution and conserving water and soil.

- **Cost.** Most organic food costs more than conventional food products.
  Higher prices are due to more expensive farming practices, tighter
  government regulations and lower crop yields. Because organic farmers
  don't use herbicides or pesticides, many management tools that control
  weeds and pests are labor intensive. For example, organic growers may
  hand weed vegetables to control weeds, and you may end up paying more
  for these vegetables.

- **Taste.** Some people say they can taste the difference between organic and
  nonorganic food. Others say they find no difference. Taste is a subjective
  and personal consideration, so decide for yourself. But whether you buy
  organic or not, finding the freshest foods available may have the biggest
  impact on taste.

## Buying tips

Whether you're already a fan of organic foods or you just want to shop wisely and
handle your food safely, consider these tips:

- **Buy fruits and vegetables in season to ensure the highest quality.**
  Also, try to buy your produce the day it's delivered to market to ensure that
  you're buying the freshest food possible. Ask your grocer what day new

Case 2:14-cv-00341-KJM-KJN   Document 37-1   Filed 04/09/14   Page 127 of 163

produce arrives.

- **Read food labels carefully.** Just because a product says it's organic or contains organic ingredients doesn't necessarily mean it's a healthier alternative. Some organic products may still be high in sugar, salt, fat or calories.

- **Don't confuse natural foods with organic foods.** Only those products with the "USDA Organic" label have met USDA standards.

- **Wash all fresh fruits and vegetables thoroughly with running water to reduce the amount of dirt and bacteria.** If appropriate, use a small scrub brush — for example, before eating apples, potatoes, cucumbers or other produce in which you eat the outer skin.

- **If you're concerned about pesticides, peel your fruits and vegetables and trim outer leaves of leafy vegetables in addition to washing them thoroughly.** Keep in mind that peeling your fruits and vegetables may also reduce the amount of nutrients and fiber. Some pesticide residue also collects in fat, so remove fat from meat and the skin from poultry and fish.

References

Dec. 20, 2008                                                    NU00255

© 1998-2010 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved. A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.com," "EmbodyHealth," "Enhance your life," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

**RJN - 278**



Association of California
Egg Farmers

# PROPOSITION 2'S VAGUE MANDATES

## *California Egg Farmers Need Clear Housing Standards to Implement the Initiative*

California egg farmers have a long history of meeting consumer expectations for a *fresh, affordable and nutritious source of food* that meets food safety and animal care standards. They produce 4.9 billion eggs a year, making California *the fifth largest egg producer in the country*. Most of the state's egg farms are family owned, and they *generate thousands of jobs for Californians*, especially in economically hard-hit rural areas.

In November 2008, California voters approved Proposition 2, a ballot initiative that places new mandates on how egg farmers house their egg-laying hens. California egg farmers *respect the voters' desire to give egg-laying hens more space* and want to implement these new mandates. But *the language in the initiative is so vague* that California egg farmers don't know how much space they need to provide to their hens to comply with Proposition 2.

If they violate any of the provisions of the new law, the farmers and their employees *face fines of up to $1,000 per violation and/or a jail sentence of up to six months.*

California egg farmers *need clear-cut housing standards and guidelines* to determine how they can comply with the law and continue to produce eggs in California under Proposition 2. They need to know *exactly how much space to provide for an egg-laying hen* and what housing systems will comply with the initiative.

They need *enforceable legislation that will provide reasonable and definitive answers* to the following questions – and many more – so they can design new housing systems and obtain the financing they may need for any new housing systems needed to comply with Proposition 2.

### PROPOSITION 2'S VAGUE MANDATES ON HOUSING

Proposition 2 says neither farmers nor their employees may confine any egg-laying hen *"for all or the majority of any day, in a manner that prevents"* the hen from *"lying down, standing up, and fully extending"* her *"limbs"* and *"turning around freely."* The initiative also says a hen must be able to fully extend *"all limbs without touching the side of an enclosure, including, in the case of egg-laying hens, fully spreading both wings without touching the side of an enclosure or other egg-laying hens."* It defines an enclosure as *"any cage, crate, or other structure"* which is *"used to confine"* a hen.

### TOP 10 QUESTIONS RAISED BY PROPOSITION 2'S VAGUE MANDATES

1. What is the exact size and dimension for a cage to comply with the mandates that a hen be able to fully extend her limbs, fully spread both wings and turn around freely without touching the sides of the enclosure or another hen?

2. Does each enclosure need to be specifically tailored to the specific size of each and every hen?

*Proposition 2's Vague Mandates*
*Page 2*

3. Or can farmers use the average size of their hens to determine the size of the enclosures?

4. How many enclosures may be placed in a barn or facility?

5. Can a farmer modify existing cages to comply with Proposition 2?

6. How many hens may be housed together in any given "cage-free" enclosure?

7. Must farmers provide enough space for an entire flock of hens to simultaneously fully extend their limbs, spread their wings and turn around freely in barns or other structures used for cage-free systems?

8. Violations of Proposition 2 result in a misdemeanor, a fine of up to $1,000 and up to six months in jail. Will this penalty be imposed for each hen and/or each day of violation? Or will it apply to the entire egg operation?

9. How will Proposition 2 be enforced? Will police, district attorneys and other law enforcement officers be required to take time and resources from traditional law enforcement duties to enforce Proposition 2? With such vague mandates, how will the various jurisdictions uniformly enforce Proposition 2? Will California egg farmers face differing enforcement from one jurisdiction to the next?

### 

For more information, please contact the Association of California Egg Farmers at 818.760.2121

**RJN - 280**



Association of California
Egg Farmers

# FACTS ABOUT THE
# CALIFORNIA EGG INDUSTRY

**California egg farmers have a long history of meeting consumer expectations for a fresh, affordable and nutritious source of food that meets food safety and animal care standards.**

- California is the nation's *fifth largest producer of eggs*. With 19.4 million egg-laying hens, California farmers produce 4.9 billion eggs per year. With all those eggs consumed within the state, they produce enough to provide *133 eggs annually to each and every California resident*. California egg farmers are so productive that the value of egg production in the state hit more than $300 million in 2007.

- California's egg farms generate *employment for thousands* of the state's residents, especially in economically hard-hit rural areas.

- The majority of the state's egg-producing farms are *family owned, keeping alive the traditions of family farming*.

- By producing eggs locally, these family-owned farms *protect Californians from the additional air pollution* and greenhouse gases that would be generated if the eggs were trucked in from other states and Mexico.

- Most of California's egg industry is located in San Diego, San Bernardino and Riverside counties in Southern California; Merced, Stanislaus and San Joaquin counties in the Central Valley, and Sonoma County on the North Coast.

**California egg farmers are committed to the health and safety of their hens and to the health and safety of consumers. They comply with the most stringent animal protection and egg safety standards in the country.**

- The vast majority of California producers comply with the California Egg Quality Assurance Plan. It protects food safety by *assuring clean chicks, sanitation, vaccination, pest control and education* in the best practices for egg production.

- 95% of California egg producers also comply with the United Egg Producers Certified Animal Welfare Program, a *comprehensive set of animal welfare guidelines* developed and maintained by an independent scientific board to ensure all aspects of bird health and welfare.

- *Egg-laying hens are provided with a nutritionist, a veterinarian, daily housekeeping, vaccinations* for at least 9 diseases by 16 weeks of age and modern housing systems designed with independent, scientifically based input from experts in poultry, health and animal care.

**California egg farmers use the following housing systems:**

- Modern cages: multi-level structures used by 95% of producers

- Cage-free systems: an enclosed barn or structure

- Free-range: enclosures that provide egg-laying hens access to outdoors

For more information, please contact the Association of California Egg Farmers at 818.760.2121



# UNITED EGG PRODUCERS

# ANIMAL HUSBANDRY

# GUIDELINES FOR

# U.S. EGG LAYING FLOCKS




## 2008 EDITION

"Copyright 2003 United Egg Producers All Rights Reserved"

RJN - 282

# THE U.S. EGG INDUSTRY

The commercial egg industry in the U.S. has grown rapidly over the past 50 years, and its growth reflects the changing needs of our society. Today, just 2% of the population lives on farms, producing food for the remaining 98% of us. As people moved into the cities and suburbs with fewer people raising their own food, the demand for eggs increased while the supply diminished. The modern egg industry was born in response to this demand.

As late as the 1940's, small backyard flocks of chickens made up the majority of the egg producing industry. After these chickens had laid a relatively small number of eggs, they were consumed for meat. Then hens entered into a natural molt during the winter months and stopped producing eggs. Consumers wanting to purchase eggs during the winter months had to receive them from cold storage, which quite often meant nothing more than simply the producer's basement. The eggs could be several weeks old by the time the consumer actually received them.

Backyard chickens, continuously subjected to diseases, freezing, predators, poisoning, and infighting, had a precarious existence and a normal mortality rate as high as 40% per year. Average yearly egg production was little more than 100 eggs per year of which many were contaminated by the microbes from poultry diseases.

To meet the growing demand, farmers needed to upgrade their production facilities while keeping in mind the health and welfare of their birds. They also recognized the need to deliver eggs to the market in the most economical manner possible. The modern day cage system was found to be a system that could meet both requirements in a commercial market.

To a large degree, poultry husbandry practices have been researched by land grant colleges and universities and have been adopted by farmers and the allied industry. As a result, today's husbandry practices have been shaped by research and producer innovation.

Today, we would estimate that 95% of the commercial egg production in the U.S. and an estimated 90% of the world's egg production are derived from caged layers.

Alternative systems of egg production continue to develop. In certain European countries there has been a trend away from caged egg production to cage free. In the U.S. approximately 5% of eggs come from cage free systems. Cage free systems vary and include barn raised and free range raised hens. Cage free eggs are niche marketed and provide consumers an alternative choice. The UEP membership includes both caged and cage free egg producers.

Modern egg farms operating in a completely free market system with no government assistance programs or quotas require large capital investments. While these farms have grown to meet the market demand, they are still classified as "Family Farms" with the owner still being on the farm making day-to-day decisions. Only two egg production companies in the U.S. share ownership with publicly traded stocks.

1

RJN - 283

# PUBLIC PERCEPTIONS

Poultry production practices have generated public discussions about the well being of laying hens. Concerns about the welfare of farm animals have arisen because of public interest in, and expectations regarding, the use and treatment of animals. A basic understanding of how welfare concerns are manifested in our society is important when charting courses for future poultry production practices and responses to consumer concerns.

Surveys and polls show that the public has clearly indicated that they retain confidence in farmers and ranchers to make responsible decisions concerning the welfare of animals. They also show that consumers regard the humane treatment of farm animals as important and that their ethical perspectives on and expectations for animal treatment are continuing to evolve.

Maintaining the present level of public trust and consumer confidence is critical to the egg production industry. Therefore, it is the responsibility of the industry to make carefully researched and considered decisions regarding hen welfare. Producers who adopt sound guidelines for the welfare of their hens and incorporate these into their production operations will have a solid base from which to reassure the public that they are practicing good management and care for their birds.

# UEP's MISSION

United Egg Producers developed the first industry guidelines in the early 1980's. Recognizing the growing concern for animal welfare worldwide, UEP commissioned an independent Scientific Advisory Committee for Animal Welfare in 1999. This committee was asked to review the scientific literature on specific topics relevant to the well being of laying hens and to identify areas where further research was needed. Additionally, the committee was asked to develop recommendations based upon existing science for presentation to the UEP Producer Committee for Animal Welfare, Board of Directors, and ultimately to the industry. The Scientific Advisory Committee took no responsibility for mandating these recommendations, recognizing that the producers must voluntarily accept and implement them. This historic step led to the development of a responsible working model for the development and implementation of science-based guidelines to improve the welfare of laying hens managed in caged and cage free production systems.

UEP's mission was to establish animal husbandry guidelines, based upon science that can be implemented voluntarily by all commercial size egg producers regardless of the system of egg production. The recommendations and guidelines found within this document have been accepted and presented by the UEP Producer Committee using the recommendations from the Scientific Committee as a blueprint.

This document will provide recommendations for best management practices for cage and cage free egg production. This is a living document subject to changes as new scientific information becomes available.

RJN - 284

# INDEPENDENT SCIENTIFIC ADVISORY COMMITTEE

The independent committee was comprised of government officials, academicians, scientists, and humane association members with all having been selected by the Chairman of the Committee. The Scientific Advisory Committee meets on a regular basis to review the science and make recommendations to the UEP Producer Committee

Since approximately 95% of U.S. egg production is from hens kept in cages, the logical starting point for the Scientific Advisory Committee was the development of recommendations to ensure caged production was humane. The recommendations and guidelines within UEP's first Animal Husbandry Guidelines published in October 2000, were based upon those recommendations made by the Scientific Advisory Committee. A goal was also set to eventually publish guidelines to cover cage free egg production.

In 2006, the Scientific Committee was requested by UEP to undertake the assembly of recommendations for the production and management of hens housed under cage free conditions. The recommendations would be combined with those for cage egg production to comprise a comprehensive guideline for egg producers. The guidelines presented in this publication represent the recommendations of the Scientific Advisory Committee for best husbandry practices to assure the welfare of hens managed under cage and cage free conditions.

Current Scientific Advisory Committee Members:

- Jeffrey Armstrong, PhD (Chairman) – Michigan State University
- Donald Bell, MS – Cooperative Extension – University of California/Riverside
- Bill Chase, DVM – Kestrel, Inc. – Private Veterinarian
- Gail Golab, DVM – American Veterinary Medical Association
- Patricia Hester, PhD – Purdue University
- Joy Mench, PhD – University of California/Davis
- Ruth Newberry, PhD – Washington State University
- Janice Swanson, PhD – Michigan State University
- Paul Thompson, PhD – Michigan State University

# A VISUAL PRESENTATION OF GUIDELINES

UEP considers employee training as a vital part of assuring the welfare of laying hens and this training is an important component of the audit process. Therefore, a visual presentation, both in English and Spanish, of these guidelines is provided to all UEP Certified companies for the training of employees to assure personnel involved in bird care are properly trained and qualified to perform their jobs.

RJN - 285

# ANIMAL HUSBANDRY GUIDELINES WHICH ARE REQUIRED FOR BOTH CAGE AND CAGE-FREE SYSTEMS

RJN - 286

# TIMELINE FOR IMPLEMENTATION

**The guidelines for beak trimming, molting, handling and transporation were implemented July 1, 2002.**

# BEAK TRIMMING

Bird behavior, production, physiological measurements of stress, as well as neural transmission and anatomy of the beak have been used as criteria to determine if beak trimming compromises animal well-being. In addition, the welfare of those birds that are pecked by beak-intact birds has been evaluated. Advantages of beak trimming may include reduced pecking, reduced feather pulling, reduced cannibalism, better feather condition, less fearfulness, less nervousness, less chronic stress, and decreased mortality. Welfare disadvantages may include reduced ability to feed following beak trimming, short-term pain, perhaps chronic pain, and acute stress.

Scientific evidence suggests that primary breeders of egg laying birds can select a more docile bird and minimize the need to beak trim from a behavioral point of view. However, under certain management systems (e.g., exposure to high intensity natural lighting) and with some genetic stocks, beak trimming may be required. Whenever possible, genetic stock should be used that require little or no beak trimming. UEP recommends beak trimming only when necessary to prevent feather pecking and cannibalism and only when carried out by properly trained personnel monitored regularly for quality control.

The length of the upper beak distal from the nostrils, which remains following trimming, should be 2 to 3 mm (0.08 to 0.12 inches). The lower beak will be slightly longer than the upper beak.

**Guidelines for Beak Trimming:**
1. The beaks of chicks must be trimmed when chicks are 10 days old or younger with a precision automated beak trimmer.
2. Crews responsible for beak trimming must be properly trained and monitored regularly for quality control.
3. The blade and the guide holes of the beak trimmer should be cleaned regularly.
4. Approximately 2 days before and 2 to 3 days after beak trimming, vitamin K (5 mg/liter or 20 mg/gallon) and sometimes Vitamin C (20mg/liter or 80 mg/gal) should be added to the water to facilitate clotting, alleviate stress, and reduce dehydration.
5. After beak trimming, the levels of feed and water should be increased until beaks are healed.

4

RJN - 287

6. Birds whose beaks were recently trimmed may have difficulty activating watering devices; therefore, caretakers should take actions that will facilitate the bird's ability to drink. Examples include lowering water pressure or manually triggering cup waters for several days following trimming.

7. To minimize weight loss, birds should be fed a prestarter, starter, or high-density stress diet for about 1 week following beak trimming.

8. If a trimmed beak grows back, a second trim may be needed when pullets are 5 to 8 weeks old. A second trimming is more permanent in that the beak does not grow back as easily. A preventive second trim is not recommended after birds are 8 weeks old. However, therapeutic beak trimming may be performed at any age if an outbreak of cannibalism occurs.

9. When avoidable, birds should not be subjected to stressful conditions (e.g., handling, moving, vaccination) for two weeks following beak trimming.

## *MOLTING*

Molting is a normal process of chickens and other feathered species. In the wild state, birds usually shed and renew old, worn plumage in preparation for cold weather and their migratory flights. Chickens kept for commercial egg production have a different molting pattern. They have been bred for high performance, and their environment, with respect to temperature and light, is usually modified to remove major seasonal influences.

In commercial egg production, an induced molt provides a way to extend the life of the hen and rejuvenate the reproductive cycle of the hen. The practice of inducing a molt allows the farmer to bring all hens into a molt at the same time rather than waiting for a natural molt to occur thereby, sustaining more efficient rates of egg production and improved egg quality. With respect to the egg production industry, molting results in the need to add approximately 40 to 50% fewer hens each year than would be needed without induced molts. This in turn results in significantly fewer spent hens that have to be handled, transported, and slaughtered. Without molting, a flock's life is usually terminated at about 75 to 80 weeks of age. Under the right economic conditions, the useful life of a flock may be extended to 110 weeks or longer.

UEP's Scientific Advisory Committee began to study the advantages and disadvantages of induced molts in 1999 and in the fall of 2000 published their recommendations. At the time, only induced molt programs that required a fast (feed withdrawal) of approximately 4 – 14 days would accomplish a successful flock molt. The Scientific Advisory Committee recommended that producers and researchers work together to develop alternatives to feed withdrawal molts.

5

RJN - 288

Recognizing the need to introduce new molting procedures, UEP requested proposals from the scientific community to develop practical alternatives to molt programs that required feed removal with emphasis on performance and behavior. Five universities were granted research funds to pursue these objectives including the University of Illinois, University of Nebraska, North Carolina State University, University of California, and University of Arkansas.

After having reviewed the findings of the university research projects for non-feed withdrawal molt programs as well as field trials by egg producers, the Scientific Advisory Committee modified their recommended guidelines in February 2005. Based upon these recommendations, UEP amended the "Animal Husbandry Guidelines for U.S. Egg Laying Flocks" and has adopted the following guidelines for inducing a flock molt.

**Guidelines For Molt Program:**
1. Only non-feed withdrawal molt methods will be permitted after January 1, 2006.
2. Hens should be provided with a feed source that is suitable for non-producing hens.
3. Water must be available at all times.
4. The light period should be reduced to no fewer than 8 hours in closed houses, or to natural day length in open houses, for the duration of the rest period. When the flock is placed back on a layer diet, lights should be returned to the normal layer program.
5. During the molt period, body weight loss should be sufficient so as not to compromise hen welfare in the subsequent laying period.
6. Total mortality during the molt period should not substantially exceed normal variations in flock mortality.

## CATCHING AND TRANSPORT

Leghorn-type hens tend to have relatively weak bones by the end of lay. Bones become weak when structural bone is broken down to obtain calcium for eggshell formation. It is important that all hens are able to consume sufficient calcium and phosphorus to support eggshell formation without loss of structural bone. As a result of this, there is a high risk of bone fractures occurring when they are handled prior to slaughter. Catching appears to be the primary source of injury prior to arrival at the slaughter plant.

Houses should be designed to enable transport vehicles and/or transport containers to be moved close to the locations where birds will be caught or released so that the distance that birds are hand-carried is minimized.

6

RJN - 289

Whenever possible, the same containers used to transport live birds on vehicles, such as pullet carts, mobile racks with drawers, or coops, should be use to move live birds from the house to the transport vehicle, or from the transport vehicle to the house, rather than carrying birds in and out of the house by hand. Doorways, loading ramps, and alleys should be designed to accommodate the safe use of pullet carts or other containers.

Birds must not be abused by being thrown, kicked, crushed, or otherwise mishandled. Escape and dropping of birds must be minimized.

**Guidelines for Catching and Transport:**

1. Catching of pullets and hens must be done in a manner that avoids crowding or piling in corners, which could result in suffocation of birds. Sudden loud noises and other disturbances alarming to birds should be minimized.
2. To minimize the risk of bone breaks and other injuries, all people involved in catching and transport must be trained, knowledgeable and skillful in handling hens. Crews must be supervised by experienced personnel.
3. When catching birds, use the lowest light level possible that will not impinge on worker safety, or use blue lights, which will calm the birds while providing better visibility for catchers. If possible in cage-free houses, catch the birds at night.
4. Hanging racks should not be used to move birds.
5. Birds moving into or out of cage production systems should be handled so as to minimize bone breakage or injury. Therefore, pullet and hen handling methods must include: (a) removing birds from the cage one or two at a time by grasping both legs at the hock; (b) supporting the bird's breast as she is lifted over the feed trough; (c) handle birds in an upright posture.
6. Birds in cage-free systems should be caught individually and held in a comfortable upright position with both hands as they are transferred directly into or out of a transport container. If this is not possible, birds should be carried by both legs with no more than three (3) birds in each hand. Hens should not be carried solely by a single leg or wing, or by the head, neck or tail. Whenever possible, passing birds from one person to another or transferring birds from one container to another should be avoided.
7. The size of openings such as container doors, cage doors, and panels on trucks should be large enough to permit easy passage of hens to avoid bone breakage and other injuries.
8. Containers must not be dropped or tipped such that birds pile up against the side. Stocking density should be such that all birds can sit comfortably at the same time.
9. Birds must be loaded only into clean, well-maintained transport containers and vehicles. The doors of the containers must be closed securely so that birds do not escape during loading or transit. Visibly unfit birds must not be loaded for transport. They should be euthanized.
10. The drivers of transport vehicles must be aware of climate conditions and make necessary adjustments (e.g., to bird density, tarps, fans during standby) to keep birds thermally comfortable.

RJN - 290

11. Catching and transport must be planned so that feed is withdrawn no more than 24 hours prior to slaughter or depopulation.
12. Water must not be withdrawn prior to catching.

# EUTHANASIA AND ON-FARM DEPOPULATION OF ENTIRE FLOCKS

When euthanasia of a chick or grown bird is necessary, the industry's best management practices support only those approved methods that are instantaneous and painless.

It is the producer's responsibility to ensure that euthanasia of sick or injured birds during the production cycle , and on-farm depopulation of spent hens, are conducted in a humane manner and that workers treat birds with respect. A person with authority should be assigned by the producer to be in charge of continuous monitoring during on-farm depopulation to ensure that bird welfare is protected by adherence to these guidelines.

All producers should have a written Standard Operating Procedure (SOP) for emergency depopulation for use in the event of a disease outbreak or other disaster requiring emergency culling of the entire flock. The SOP should be developed in consultation wtih a veterinarian and updated as new and better methods are approved. The SOP should adhere to the humane principles established by the World Organization for Animal Health (OIE).

All workers should be trained on euthanasia and this training should include information about the ability of hens to experience pain and fear, the risk of bone fractures when handling spent hens, proper use of equipment, methods of identifying unconsciousness and death, worker safety, biosecurity procedures, and proper carcass disposal.

Water-based foam may only be used for depopulation in accord with performance standards issued by the U.S. Department of Agriculture's Animal and Plant Health and Inspection Service (available at: www.ava.org/issues/policy/poultry_depopulation.asp) for depopulation of floor-reared poultry. Use of water-based foam may be acceptable for poultry infected with a potentially zoonotic disease; or that are experiencing an outbreak of a rapidly spreading infectious disease that, in the opinion of state or federal regulatory officials, cannot be contained by conventional or currently accepted means of depopulation; or that are housed in structurally unsound buildings that would be hazardous for human entry, such as those that may result from a natural disaster.

8

**Guidelines for Euthanasia and On-Farm Depopulation of Entire Flocks:**

1. All workers involved in euthanasia and on-farm depopulation must receive training and be evaluated for their ability to carry out the method(s) in use on the farm in a skillful, safe, and compassionate manner in accord with these guidelines.

2. Methods must cause rapid death or rapid loss of consciousness lasting until death or, if loss of consciousness occurs more slowly, it must be induced in a manner that does not cause pain or panic. Methods currently considered acceptable for euthanasia and on-farm depopulation when properly applied include modified atmosphere killing (MAK), cervical dislocation, non-penetrating captive bolt, and electrocution.

3. Birds must be confirmed to be dead prior to disposal. Any birds found to be still alive must be rapidly euthanized in an acceptable manner.

4. When using a modified atmosphere killing (MAK) cart or similar system (e.g. barrels on dollies) to kill birds using $CO_2$ gas in air, the following additional points should be observed:

   - The container should be moved into close proximity to the birds, and birds should be placed directly into the container with a minimum of handling as described in the catching and handling section above.

   - The system must be designed to ensure that all birds are exposed to sufficient vaporized $CO_2$ to rapidly induce and maintain unconsciousness until death.

   - To render birds rapidly unconscious, the container should be pre-charged with vaporized $CO_2$ prior to introducing birds. Because $CO_2$ escapes when birds are introduced to the container, and $CO_2$ tends to stratify over time, containers should be designed and equipped to enable addition of $CO_2$ during and after loading as needed to ensure that the birds do not revive. (A two-phase system may be used whereby a lower $CO_2$ concentration is used to induce loss of consciousness, followed by a higher $CO_2$ concentration to kill the birds.)

   - $CO_2$ should be added to the container slowly so that it does not freeze. The gas distribution system should be designed such that $CO_2$ is evenly distributed throughout the container.

   - The process should include observations that permit determination of the effectiveness of the system. For example, the container could include a window or transparent door or be constructed of material that enables visual monitoring of bird movement inside without opening it.

   - Birds inside the container must be unconscious before introducing any additional birds on top of them.

   - Containers should not be tipped or dropped while they contain conscious birds. The slope of the container floor must not be so great that conscious birds pile up against the wall.

9

RJN - 292

- After the last birds have been placed in the container and sufficient gas has been added to kill the birds, the container should be left closed for at least 2 minutes to ensure that all birds are dead. Birds must be confirmed to be dead before removal from the container.
- Producers must document the amount of $CO_2$ used and the number of birds killed for each house that is depopulated. Use of containers to kill birds without adding an adequate amount of gas is unacceptable.

# *Biosecurity and Animal Health*

Biosecurity continues to be one of the most important requirements in a laying hen operation.

- Each company should have a biosecurity and animal health plan.
- Houses must be kept in good repair and all areas to which the birds have access should be kept free of materials hazardous to the birds.
- Poultry houses must be cleaned following each flock.
- Facilities must practice pest, rodents, small animals, wild birds, insects, and predator control.
- All birds should be inspected at least daily.

**Guidelines For Biosecurity and Animal Health:**

1. Only necessary personnel should be allowed in poultry buildings. If it is necessary to enter more than one building, personnel should move from the youngest to the oldest birds, and from the healthiest to the least healthy birds.
2. Access to property by visitors should be restricted. Visitors must not be allowed into the poultry house without proper supervision.
3. Birds should not be exposed to disturbing noises or visual stimuli or strong vibrations. All caretaking activity should be conducted with slow deliberate movements to avoid birds "piling" into corners or around equipment.
4. Wild birds, rodents, pets, and other animals should not be permitted in poultry houses.

RJN - 293

# GUIDELINES
# FOR
# CAGE PRODUCTION

**RJN - 294**

# HOUSING AND SPACE GUIDELINES

Numerous studies have shown that decreasing space allowance in cages to below a range of 67-86 square inches per hen significantly reduces hen-housed egg production and increases mortality.

Cage space will vary depending on type of cages and birds being housed. For example, space allowance can be at the low end of the range in shallow cages in which small Leghorn strains are housed, but should be at the higher end of the range in deep cages housing larger strains like Brown hens. (Science has shown that additional space may be more stressful as more aggressive tendencies become manifest.)

Housing for chicks, pullets, and hens should be constructed and maintained to provide protection for the birds from environmental extremes and predators. The birds should be managed in a manner that minimizes transmission of disease, infection with parasites, and vermin infestation in accordance with accepted principles for disease prevention. House and cage design must facilitate optimal daily care and inspection of the birds.

Cages should be designed and maintained so as to avoid injury to the birds. Cage, feeder, and waterer construction should take into account proven advantages for bird comfort and health, and facilitate the safe removal of birds.

## GUIDELINES FOR CAGE PRODUCTION SYSTEMS

While most of these guidelines are currently being used or can be implemented rather quickly, the recommendations dealing with cage configuration and size are intended for new construction and are to be implemented along the recommended phase-in schedule found later in this document. Variances due to unalterable features of existing equipment will be permitted for the useful life of that equipment.

1. Cage configuration and equipment maintance should be such that manure from birds in upper cage levels does not drop directly on birds in lower level cages.

2. All hens should be able to stand comfortably upright in their cage. The slope of the cage floor should not exceed 8 degrees.

3. Space allowance should be in the range of 67 to 86 square inches of usable space per bird to optimize hen welfare.

4. Feeder space should be sufficient to allow all birds to eat at the same time.

RJN - 295

5. Chicks, pullets and hens should have continuous access to clean drinking water. However, water may be shut off temporarily in preparation for administration of vaccines or medication in the water. The manufacturer's guidelines for the number and placement of drinkers should be consulted, but general recommendations for watering space for layers are as follows:

| Age | Linear trough space/bird | Maximum number of birds Per cup or nipple |
|---|---|---|
| 0-6 wks. | 0.6 inches | 20 |
| 6-18 wks. | 0.8 inches | 15 |
| older than 18 wks. | 1.0 inches | 12 |

Perimeter space needed for round waterers can be determined by multiplying linear trough space by .8.

6. Water pressure must be regulated carefully with some automatic devices and watering cups. Manufacturer recommendations should be used initially and adjusted if necessary to obtain optimal results. Automatic watering devices may require frequent inspection to avoid malfunctions.

7. Poultry houses should be designed to provide a continuous flow of fresh air for every bird. Sufficient ventilation to minimize levels of carbon monoxide, ammonia, hydrogen sulfide and dust is critically important. The ammonia concentration to which the birds are exposed should ideally be less than 10 ppm and should not exceed 25 ppm, but temporary excesses should not adversely affect birds health.

8. Lights should be provided to allow effective inspection of all birds. Inspection of the birds should be conducted daily. Light intensity should be 0.5 to 1 foot candle for all birds at feeding levels during production.

9. Birds should not be exposed to disturbing noises or visual stimuli or strong vibrations, whether originating inside or outside the house. Visitors should not be allowed without proper supervision, because they could cause birds to panic and injure themselves in their rush to escape and for biosecurity reasons. Wild birds, pets, and other animals should, likewise, not be allowed in the poultry house.

10. Environmental conditions within the house should allow the birds to maintain their normal body temperature without difficulty.

11. Nutritionally adequate fresh feed must be easily accessible to all birds and care shall be taken at each rehousing of flocks to insure that the birds find the feed.

12. In pullet or layer houses that require mechanized ventilation stand-by generators with alarm systems must be provided and tested regularly. Such systems should be sufficient to supply emergency power for lighting, watering, ventilation, and feeding.

12

RJN - 296

# BACKFILLING

Other than a catastrophic event, backfilling of cages to replace mortality is prohibited under the United Egg Producers Certified program. A catastrophic event is defined as a natural disaster, disease problem, or other event beyond the control of the producer. Under these circumstances, backfilling of hens up to 90% of the original flock capacity shall be permitted. The event causing the excess mortality shall be documented on the company's monthly compliance report along with the calculation for backfilling hen numbers and the source of the new birds backfilled including the house number and flock number. Prior approval for backfilling must be submitted to UEP.

# INCOMPLETE FLOCK

A house that is not completely filled on the original date of housing will be considered as an incomplete flock and may accept additional pullets at a later date to complete the filling of the house to the UEP Certified allowable cage space allowance. Mortality that may occur during the period of the original date of housing and the date of new pullets being added may not be replaced in the count. Company records must document when the layer house was supplied with pullets and when additional pullets were added. Empty cages at the date of original housing must be set aside to accept the additional pullets to assure that no commingling of the original pullets and additional pullets occurs.

RJN - 297

# TIME PERIOD FOR IMPLEMENTATIONS

In regard to the space allowance per hen, the required egg supply to meet the market demand could be disrupted by immediate changes. Therefore a phase-in period is necessary to assure no disruption to the market needs as well as to allow egg producers the opportunity to complete the current production cycle including replacement pullets currently being grown. The house average phase-in schedule shown below should accomplish these goals as well as create a level playing field for both producers and the market place. The square inches of space is based upon using the total cage space within existing houses to arrive at an average space per hen on the date of housing hens at 18 or 20 weeks of age.

| Day Old Chicks Hatched After | House in Layer Houses at Square Inches | |
| --- | --- | --- |
| | White Leghorn Hen | Brown Egg Layers |
| April 1, 2002 | 56 inches | 63 inches |
| October 1, 2003 | 59 inches | 66 inches |
| April 1, 2005 | 61 inches | 68 inches |
| October 1, 2006 | 64 inches | 72 inches |
| April 1, 2008 | 67 inches | 76 inches |

The ultimate goal is to meet the minimum cage space per hen as recommended within the Housing and Space Allowance section of these guidelines. Therefore it is recommended that all new houses or remodeled houses be constructed to accommodate minimum standards rather than the house average concept.

The "house average" space allowance will be permitted for all equipment installed by December 31, 2003. Any equipment purchased or contracted for or built after this date must accomodate the placement of hens after August 1, 2008 at a minimum of 67 square inches per hen for White Leghorn hens and 76 square inches for Brown Egg Layers.

14

RJN - 298

# GUIDELINES
# FOR
# CAGE FREE
# PRODUCTION

RJN - 299

# GUIDELINES FOR CAGE-FREE EGG PRODUCTION

A variety of production and management programs can be used to raise egg-laying hens humanely. All systems currently available can present challenges to animal welfare if good management practices are not employed. Understanding the scientific basis for hen welfare and identifying systems features that promote good welfare are as important to cage-free production as they are to caged production. The UEP Cage-Free guidelines are science-based recommendations for keeping laying hens humanely in cage-free systems. Please note that for the purpose of this document cage-free refers to all floor, aviaries and systems with access to the outdoors.

Compared with research available concerning cage systems, relatively little research has been conducted on the welfare of modern hen strains in the wide variety of cage-free systems used in the United States today. Many factors can affect bird welfare in cage-free indoor housing systems and systems providing access to covered and open outdoor areas. Whereas new cage-free equipment is appearing on the market at a rapid rate, much of the published research on cage-free space allowances dates back to a half-century ago or reflects small pen experiments. Nevertheless, reasonable standards are necessary and these must be based on the best knowledge currently available. Future adjustments will be needed in light of new research findings.

The guidelines for cage-free production have been established for UEP Certified companies that have all or at least some production in cage-free systems. Compliance with these guidelines is required for a UEP Certified company that has cage-free production.

## Guidelines For Hens in Cage-Free Systems:

For the production of cage-free eggs, UEP guidelines are provided for 1) floor systems completed bedded with litter; floor systems consisting of a combination of 2) litter and wire; or 3) litter and slats; or 4) litter, wire, and slats; and 5) multi-tiers that utilize vertical space. With systems 2-5, the littered area should cover at least 15% of the useable floor area of the house (including the floor area of tiers).

# INCOMPLETE FLOCKS

A house that is not completely filled on the original date of housing will be considered as an incomplete flock and may accept additional pullets up to a maximum of 3 weeks later to complete the filling of the house to the UEP Certified space allowance. Birds added after this period must be segregated so that commingling of birds from multiple ages does not occur. Company records must document when the layer house was originally supplied with pullets and when additional pullets were added.

RJN - 300

# FLOOR SPACE PER HEN

A minimum of 1.5 sq. ft. per hen must be allocated to allow normal behavior. In a house with perching/roosting area over a droppings pit/belt, the minimum space can be 1.2 sq. ft. for Brown Egg Layers and 1.0 sq. ft. for White Leghorns. In multi-tier systems with feeders and drinkers on overhead perches/platforms, and in which the overhead perches/platforms provide sufficient space for at least 55% of the hens to perch, then a minimum of 1.0 sq. ft. of available space must be provided.

Usable floor space consists of the combined litter and drop-through area including elevated tiers, and covers over belts, but excludes nest space.

Please note that outdoor areas are not included as usable floor space.

**Time Period for Implementation of Floor Space**: All pullets hatched for cage-free layer houses by April 1, 2008 will be allowed to determine eligible floor space per hen by measurements of the total interior width by interior length of the house including that space that nest occupy. Beginning with the following schedule, floor space will be counted by reducing the space occupied by nest as follows:

| Hatch Date | Percentage of Nest Space Included In Total House Floor Space |
|---|---|
| January 1, 2010 | 75% |
| January 1, 2011 | 50% |
| January 1, 2012 | 25% |
| January 1, 2013 | 0% |

16

RJN - 301

# FEED & WATER

**The guidelines for feed and water must be fully implemented for all flocks hatched after April 1, 2008.**

Diets for producing hens must be formulated and fed to promote good health and normal production. To minimize the risk of bone fractures, hens in lay should be able to consume enough calcium and phosphorus daily to support eggshell formation without loss of structural bone.

**Guidelines for Feed:**
1. Access to fresh feed must be provided at all times. Feed must not become stale, moldy, rodent or insect infested, or contaminated with litter or feces.
2. A minimum of 1.5 linear inches of feed trough must be provided per hen when straight troughs are used (3 inches per hen when only one side of the feeder is accessible) or 1.5 perimeter inches of circular feeder space when round pans are used.
3. Hens should not need to travel more than 26 feet within the house to reach feeders.

Clean, fresh water must be accessible at all times, except when water is shut off temporarily in preparation for administration of vaccines or therapeutic medications in the water. Water must be provided in quantities sufficient to promote normal hydration, health, and productivity. Water must not become contaminated with litter or feces.

Drinkers should be designed to prevent water spillage.

Birds should be monitored closely for their ability to find and obtain water when first moved to the layer house, especially if the type of watering device differs from that used previously by the birds. Water cups should be filled manually for a few days (or even a few weeks) until the birds learn how to operate the drinker. Birds need to learn to use watering devices that require them to press a lever or other releasing mechanism. If birds are not familiar with these types of drinkers when they are moved to the layer house, adjustments to the drinkers should be made as needed to ensure adequate water intake. It is recommended that pullets be raised with the same type of drinker that will be supplied in the layer house.

Water pressure must be carefully regulated when using automatic watering devices. Pressure regulators and pressure meters should be located close to the level at which water is being delivered. Water meters should be used to measure consumption. Manufacturer recommendations should be used initially and adjusted if necessary to obtain optimal results.

Water being consumed by hens should be tested at least once per year to ensure the water is potable.

RJN - 302

---

**Guidelines For Water:**

1. Hens should not need to travel more than 26 feet within the house to reach drinkers.
2. Access to water must be provided at a minimum rate of:
   - 1 bell drinker per 100 hens (0.4 inch of circular space per hen) (or)
   - 0.5 linear inch of water trough per hen when straight troughs are used (1 inch per hen when only one side of the trough is accessible) (or)
   - 1 nipple drinker or cup per 10 hens

## NEST SPACE

**The guidelines for nest space must be fully implemented for all flocks hatched after April 1, 2008.**

Nest are provided in cage-free systems to facilitate egg collection, to minimize the risk of cloacal cannibalism, and for food safety and sanitary reasons. Every effort should be made to avoid eggs being laid outside nests. All eggs laid outside nests should be gathered at least once daily. It is permissible to use management tools (e.g., electric wire) to discourage eggs being laid near the wall/outside nest.

Pullets should be transferred to the layer house before the onset of lay to give sufficient time for birds to explore the house and find the nest prior to onset of lay. Pullets should be reared with access to raised areas and perches from an early age to become adept at moving up and down in space. (Research indicates that access to perches by 4 weeks of age reduces the risk of eggs being laid on the floor during the laying period).

Nest should be draft-free and dark inside. Research indicates that lights in nest boxes increase the risk of cannibalism. Nest should be constructed and maintained to protect hens from external parasites and disease organisms. Nest should be closed to bird access at night and re-opened prior to lay early in the morning.

**Guidelines For Nest Space:**

1. A minimum of 9 square feet of nest space per 100 hens must be provided
2. Nest should be provided with a suitable floor substrate (e.g., Astroturf or dimpled rubber mats) that encourages nesting behavior. Nests with wire floors or plastic-coated wire floors alone should be avoided. The provision of loose litter material in nests (e.g., fresh straw) can be useful for training pullets to use nests.
3. Nest should be regularly inspected and cleaned as necessary to ensure that manure does not accumulate.

18

RJN - 303

# *PERCHES*

**For pullets hatched after January 1, 2010 all cage-free houses will be required to provide 6 inches of elevated perch space per hen at a minimum of 16 inches above the adjacent floor space for 20% of the birds within the house. This timeline is established with recognition that further research projects are needed to determine the benefits of perches and therefore may change when research warrants a change.**

Perches are designed to allow hens living in large flocks to roost comfortably with a minimum of disturbance, to provide hens with a refuge from injurious pecking, and to minimize flightiness.

Hens should be able to wrap their toes around the perch and balance evenly on the perch in a relaxed posture for an extended period. There should be sufficient space on either side of any perch to allow hens to grip the perch without risk of trapping their claws.

Perches should be constructed of a material that does not harbor mites. Perch height should not be greater than 3.3 feet above the adjacent floor to minimize the risk of bone fractures when landing off perches. Sufficient space should be provided to allow birds to jump down from perches at an angle no steeper than 45 degrees. When possible, perches should be placed over slats or manure belts to avoid build-up of manure on the floor below.

**Guidelines For Perches:**
1. A minimum of 6 inches of usable linear perch space should be provided per hen so that all hens are able to perch at the same time.
2. At least 20% of the perch space must be elevated a minimum of 16 inches above the adjacent floor and at least 1 horizontal foot away from adjacent perches and walls, to allow hens to get away from aggressors and avoid injurious pecking.
3. Perches must be positioned to minimize fecal fouling of birds, feeders or drinkers below.

RJN - 304

# LITTER

**For pullets hatched after January 1, 2010 all cage-free houses will be required to provide a minimum 15% of the total space for litter. Further research projects are needed as to the requirement for the amount of litter space and may change when research warrants a change.**

Scratch areas covered with litter are provided for hens living in large flocks to reduce the risk of feather pecking and cannibalism, and to minimize flightiness. Many types of litter can work in an egg production system. The most important feature of keeping hens on litter is proper management of litter condition. Litter entering the house should be free of visible mold or soiled areas. Litter with stale or "off" odors should not be used.

Litter should be of adequate depth throughout the scratch area to insulate birds form direct contact with the floor and to mix with the manure but not so deep as to encourage egg laying on the floor. Litter should be removed and replaced with fresh litter between cycles.

If the scratch area provided does not allow for adequate claw wear, surfaces that hens scratch with their claws when feeding should be covered with an abrasive material that helps to prevent overgrown claws.

Litter should be provided during rearing of pullets to minimize the risk of birds developing injurious pecking behavior.

A ramp between the scratch area and the slats aids movement between these areas and may help to reduce the risk of floor eggs, injurious pecking and bone fractures.

**Guidelines For Litter:**
1. Hens must have continual access to a scratch area covered with litter. (Note: restriction of access during the early morning hours to prevent floor laying is permitted.)
2. The scratch area should cover at least 15% of the useable floor area of the house (including the floor area of tiers).
3. The litter must be maintained in a loose, friable condition. When wet and hard packed areas occur, they must be corrected daily.

20

**RJN - 305**

# LIGHTING

Lighting should be brighter in the scratch area than elsewhere in the house to reduce the risk of eggs being laid on the floor. Light intensity should be lowered gradually or in steps prior to lights going out for the night to encourage hens to move up onto slats, tiers and perches and get settled for the night. Natural light during dawn or dusk is adequate to meet this recommendation.

**Guidelines For Lighting:**
1. Light intensity must be at least 0.5 foot candle at feeders and drinkers throughout the house during the daytime.
2. Sufficient lighting must be provided to allow for effective inspection of all birds at least once daily.

# TEMPERATURE AND AIR QUALITY

Housing should protect birds from exposure to anticipated adverse environmental conditions, including excessive heat, cold, and precipitation. Bird movement and litter in cage-free systems can result in higher concentrations of bacteria, fungi, internal and external parasites, noxious gases, and dust in the air when compared with cage systems. Air quality can deteriorate rapidly when the ventilation rate is reduced in winter to conserve heat. Good husbandry, appropriate house construction, proper ventilation, and careful attention to sanitation are needed to ensure acceptable temperature and air quality.

House temperature should be adjusted in a timely manner if bird behavior indicates that birds are too hot (panting, sitting with wings held out) or too cold (huddling and ruffling of feathers).

**Guidelines For Temperature and Air Quality:**
1. Housing must allow birds to maintain their normal body temperature without difficulty.
2. Houses must be designed and operated so that a continuous flow of fresh air is provided for every bird. Sufficient ventilation must be maintained at all times to avoid excessive concentrations of carbon monoxide, methane, ammonia, hydrogen sulfide and dust.
3. The ammonia concentration to which birds are exposed should ideally be less than 10 ppm and should rarely exceed 25 ppm.

21

RJN - 306

# MULTI-TIER SYSTEMS

The following are additional guidelines specific to multi-tier systems. For topics not covered in this section, refer to other relevant sections of these guidelines.

For tiers above head height, access must be provided to allow animal caretakers to access the hens without having to climb on the side of the multi-tier configuration.

**Guidelines for Multi-Tier Systems**

1. Multi-Tier Systems must be designed to allow proper inspection of hens at all levels, and must permit personnel to access sick and injured birds and remove dead birds.

2. Only the floor area and the tiers (defined as the slatted area that may provide water, food, or perches for the hens) can be counted as usable space when calculating stocking density.

3. Each tier must allow hens to safely access other vertical tiers, including the littered floor. For example, a ramp can be used to allow birds to move from the littered floor area to the first raised tier. Hens must have free access to the entire littered floor area, including the area under the raised tiers.

4. Raised tiers must have a system for removal of manure.

5. Vertical distances between tiers, which also includes the floor to the first tier, must be between 1.6 and 3.3 feet. Measurements are taken from the floor or slat area to the underside of the manure belt.

6. When adjacent tiers are staggered to allow for diagonal access to tiers at different heights, the hen's angle of descent from one tier to another should not be steeper than 45 degrees.

7. It is recommended that the horizontal distance between tiers should not be more than 2.6 feet. Where design discourages horizontal movement between different tiers, there should be a minimum distance between tiers of 6.6 feet.

22

RJN - 307

# OUTDOOR ACCESS

The following are additional guidelines specific to provisions of an outdoor range or semi-enclosed porch (verandah or winter garden) attached to the house. For topics not covered in this section, refer to the relevant sections of these guidelines.

> **Guidelines for Outdoor Access:**
> 1. If an outdoor porch and/or range area is provided to the hens.
>    - The area should be designed and managed to ensure it is kept in good condition and does not become infested with parasites, rodents or insects.

# HENS KEPT IN ORGANIC PRODUCTION SYSTEMS

Producers keeping hens for organic production must meet all UEP husbandry guidelines for cage-free production, including guidelines on access to the outdoors, in addition to meeting requirements set by the National Organic Program Standards Board and state organic standards, as applicable.

# FULL IMPLEMENTION OF GUIDELINES

**Beginning January 1, 2018, all cage-free houses, including existing houses, must fully comply with all requirements of the UEP Certified Cage-Free guidelines.**

Any new house or any house conversion that takes place after April 1, 2008 must conform with all the cage-free guidelines. If a company acquires an existing cage-free layer facility at any time, they must meet the phase-in schedule for floor space identified above. If an company acquires an existing house that has not in the past been used for commercial egg production, they must meet the floor space guidelines without a phase-in period.

> **Conclusion**
> For areas not covered by these guidelines, please refer to equipment and/or breeder guidelines.

23

RJN - 308

# UNITED EGG PRODUCERS CERTIFIED COMPLIANCE

## CERTIFICATION

A company desiring to be recognized as "United Egg Producers Certified" must file an "Application for Certification", sign a dispute resolution, successfully pass an audit and pay the annual administrative and public relation fees. Upon completion of a successful audit, the company will be fully certified and UEP will issue an annual **Certificate**. To maintain this certification, the company must continue to meet all guidelines and pass future annual audits.

## AUDIT

To assure compliance with the Animal Husbandry Guidelines, each UEP Certified company will be audited annually by independent auditors (USDA/AMS or Validus), designated and approved by UEP. Audit guidelines, audit score sheet, and a point scoring system have been developed by the auditors and will be used for all compliance audits, thereby assuring consistency for all participants. The auditing firms will provide the company with seven (7) days advanced notice of when the audit will be conducted. Results of the audit will be provided directly to UEP and the UEP Certified company. Copies of the audits may not be shared by UEP with anyone else without written approval by the UEP Certified company.

Audits require 170 points of a 200 total for a passing score. Failure to meet the space allowance guidelines, evidence of backfilling cages, and commingling Certified and non-certified eggs and use of a feed withdrawal molt will be cause for failure of the audit regardless of the total points achieved. The audit of cage-free guidelines will require 140 points for a passing score in 2008 and 170 points each year thereafter.

## UNITED EGG PRODUCERS CERTIFIED LOGO

To identify eggs in the marketplace as having been produced by **UEP Certified** companies, a logo has been developed and made available for use on egg packaging.

A Certified company may use the **United Egg Producers Certified** logo only on those eggs or egg products produced by UEP Certified companies. The company may authorize the use of the logo by their retail customer only for those eggs produced from UEP Certified companies.

All egg packaging displaying the **United Egg Producers Certified** logo must display the *www.uepcertified.com* website and the tag line *"Produced in Compliance with the United Egg Producers' Animal Husbandry Guidelines"* on the package. All must be printed in close proximately to the logo. For example, directly below, above, or to either side of the logo.

24

RJN - 309

## MARKETING OF UNITED EGG PRODUCERS CERTIFIED EGGS

Only UEP Certified companies (or non-certified marketers that have signed a license agreement) and are meeting the requirements of those agreements are authorized to sell "United Egg Producers Certified" eggs or egg products.

No one owning egg production flocks may market eggs as "UEP Certified" unless they are a UEP Certified company. This policy also applies to egg producers that may purchase eggs from UEP Certified companies.

A "License Agreement" has been approved and available for companies that do not own layers in company owned, contract farms, or affiliate facilities as well as for companies having made a commitment to meet the 100% rule while implementing the cage space requirements of UEP's hatch schedule. An annual audit will be conducted of companies using the "License Agreement".

## RETURNING TO THE UEP CERTIFIED PROGRAM

Any company that was once a **"UEP Certified"** company and has dropped off the program may return by meeting UEP's hatch schedule for repopulating houses or may depopulate houses to meet the required cage space allowance, meet all other guidelines, have an audit and pay required program fees.

25

RJN - 310

# ADDITIONAL
# REQUIREMENTS FOR UNITED EGG PRODUCERS CERTIFIED COMPANIES

UEP's Board of Directors has established additional requirements for companies that have filed applications to be recognized as an **UEP Certified** company.

1.  A **UEP Certified** company must implement the animal husbandry guidelines on 100% of the company owned, contract, or affiliate facilities (site or location) regardless of where or how eggs may be marketed. The term *"affiliate"* for this purpose will mean that the affiliate must be subject to the control of the party with which it is affiliated, typically as a result of interlocking or related ownership or corporate control. For example, two corporations that are owned by the same group of shareholders – even if the corporations are not in a parent-subsidiary relationship would be affiliates. Business entities that share only a contractual relationship (vendor and customer), for example would not be within the meaning of the term affiliate as it is commonly understood. Supplier-customer relationships, even those that may be long term and based on fixed-price terms, would not be affiliates for the purpose of the 100% rule.

2.  Effective June 1, 2006 any new company wanting to become a **UEP Certified** company will have two options for entering the program.

    - **The company may depopulate all existing houses to the required cage space allowance, meet all other program requirements, pass an audit and then be immediately recognized as a UEP Certified company.**

    ### (Or)

    - **The company may repopulate houses based upon the UEP hatch schedule and meet all other program requirements. Eggs may not be marketed as "UEP Certified" until the company has met the 100% rule for all company owned, contract, and affiliate facilities. During this transition a Non-Certified License Agreement will be authorized for the marketing of "UEP Certified" eggs purchased from other UEP Certified companies.**

3.  A Certified company must file **Monthly Compliance Reports** with UEP.

26

4. A certified company or any marketer <u>may not commingle and sell as certified any eggs or egg products purchased from a non-certified producer</u>.

5. A certified company or any certified marketer may not pack eggs from cage production into packages marketed as cage-free or organic.

6. Every UEP Certified company as well as those making an application for the repopulation hatch schedule must pay the annual administrative and public relation fees as established by the UEP Board of Directors.



**Produced in Compliance with United Egg Producers' Animal Husbandry Guidelines**

**www.uepcertified.com**

27



## ACKNOWLEDGEMENTS

*United Egg Producers wishes to thank:*

★    American Egg Board (AEB) for their financial support of research project.

★    The independent Scientific Advisory Committee members for their professional expertise and research of the scientific literature.

★    UEP's Animal Welfare Producer Committee members for establishing a set of guidelines for the industry.

★    UEP's Board of Directors for their proactive initiative of establishing a Scientific Advisory Committee and ultimately adopting the committees recommendations.

★    Food Marketing Institute (FMI) and National Council of Chain Restaurants (NCCR) for reviewing the cage guidelines and providing their endorsement.

★    Egg producers with ownership of approximately 85% of the laying hens in the U.S. for their commitment to the United Egg Producers Certified program.

★    USDA-AMS Poultry Programs and Validus for their independent audits.

RJN - 313



**Produced in Compliance with United Egg
Producers' Animal Husbandry Guidelines**

**www.uepcertified.com**

*United Egg Producers*
*1720 Windward Concourse*
*Suite 230*
*Alpharetta, GA  30005*
*(770) 360-9220 Fax (770) 360-7058*
*info@unitedegg.com*

RJN - 314