J. ANDREW HIRTH (*pro hac vice*)
OFFICE OF THE MISSOURI ATTORNEY GENERAL
P.O Box 899
Jefferson City, Missouri 65102
(573) 751 – 0818
(573) 751 – 0774 (fax)
andy.hirth@ago.mo.gov
*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel., CHRIS KOSTER, Attorney General, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KAMALA D. HARRIS, Attorney General, et al., <br><br> Defendants. | 2:14-CV-00341-KJM-KJN <br><br> **JOINT STIPULATION TO CONSOLIDATE BRIEFING SCHEDULES AND HEARING DATES FOR MOTIONS TO INTERVENE AND TO DISMISS/FOR JUDGMENT ON THE PLEADINGS** <br><br> Courtroom: 3, 15th floor <br> Judge: Hon. Kimberly J. Mueller <br> Action Filed: 02/03/2014 |

Plaintiffs Missouri, Nebraska, Kentucky, Oklahoma, Alabama, and Governor Branstad; Defendants Attorney General Kamala D. Harris and Secretary Karen Ross; and Proposed Defendant-Intervenors Humane Society of the United States (HSUS) and Association of California Egg Farmers (ACEF), through their attorneys of record, stipulate as follows:

WHEREAS, Proposed Defendant-Intervenor HSUS filed its Motion to Intervene and Proposed Motion to Dismiss on March 26, 2014 and noticed its motion to intervene for hearing on April 25, 2014;

WHEREAS, Proposed Defendant-Intervenor ACEF filed its Motion to Intervene on April 8, 2014 and noticed the motion for hearing on May 9, 2014;

1

Joint Stipulation to Consolidate Briefing Schedules and Hearing Dates for Motions to Intervene and To Dismiss/for Judgment on the Pleadings
(2:14-CV-00341-KJM-KJN)

ActiveUS 126821544v.1

WHEREAS, Defendants filed their Motion to Dismiss on April 9, 2014, and noticed that motion for hearing on June 6, 2014;

WHEREAS Proposed Defendant-Intervenor ACEF intends to file on or before April 25, 2014 a Rule 12(c) motion for judgment on the pleadings to be noticed for June 6, 2014;

WHEREAS, the parties and Proposed Intervenors HSUS and ACEF would like to consolidate the briefing and hearing schedules for these motions to the extent practicable;

AND WHEREAS, THE PARTIES AND PROPOSED INTERVENORS HSUS AND ACEF STIPULATE AND AGREE TO THE FOLLOWING:

Plaintiffs will file their opposition, if any, to HSUS's and ACEF's Motions to Intervene by April 25, 2014;

Proposed Intervenors will file their replies by May 2, 2014;

Both Motions to Intervene will be set for hearing on May 9, 2014;

Plaintiffs will file their opposition to California's Motion to Dismiss by May 12, 2014;

If Proposed Intervenor HSUS is granted leave to intervene, Plaintiffs will file their opposition to HSUS's Motion to Dismiss by May 12, 2014 as well;

If Proposed Intervenor ACEF is granted leave to intervene, Plaintiffs will file their opposition to ACEF's anticipated Motion for Judgment on the Pleadings on May 16, 2004;

California and Intervenors HSUS and ACEF will file their replies by May 30, 2014;

Both Motions to Dismiss and the Motion for Judgment on the Pleadings will be set for hearing on June 6, 2014;

The parties and Proposed Intervenor HSUS jointly request that this Court grant the relief sought by this stipulation.

2

**Joint Stipulation to Consolidate Briefing Schedules and Hearing Dates for Motions to Intervene and To Dismiss/for Judgment on the Pleadings**

(2:14-CV-00341-KJM-KJN)

ActiveUS 126821544v.1

Dated: April 11, 2014                                      Respectfully submitted,


/s/ J. Andrew Hirth
J. ANDREW HIRTH
Deputy General Counsel
Office of the Missouri Attorney General
*Lead Counsel for Plaintiffs*


/s/ Susan K. Smith
SUSAN K. SMITH
Deputy Attorney General
*Attorneys for Attorney General Kamala D. Harris and Secretary Karen Ross*


/s/ Bruce A. Wagman
BRUCE A. WAGMAN
SCHIFF HARDIN LLP
*Attorneys for HSUS*


/s/ Brian M. Boynton
BRIAN M. BOYNTON
WILMER CUTLER PICKERING HALE AND DORR LLP
*Attorneys for ACEF*

3

**Joint Stipulation to Consolidate Briefing Schedules and Hearing Dates for Motions to Intervene and To Dismiss/for Judgment on the Pleadings**
(2:14-CV-00341-KJM-KJN)

ActiveUS 126821544v.1

# [PROPOSED] ORDER

Good cause appearing for the requested extension, as set forth in the foregoing Stipulation, it is hereby ordered:

Plaintiffs will file their opposition, if any, to HSUS's and ACEF's Motions to Intervene by April 25, 2014;

Proposed Intervenors will file their replies by May 2, 2014;

Both Motions to Intervene will be set for hearing on May 9, 2014;

Plaintiffs will file their opposition to California's Motion to Dismiss by May 12, 2014;

If Proposed Intervenor HSUS is granted leave to intervene, Plaintiffs will file their opposition to HSUS's Motion to Dismiss by May 12, 2014 as well;

If Proposed Intervenor ACEF is granted leave to intervene, Plaintiffs will file their opposition to ACEF's anticipated Motion for Judgment on the Pleadings on May 16, 2004;

California and Intervenors HSUS and ACEF will file their replies by May 30, 2014;

Both Motions to Dismiss and the Motion for Judgment on the Pleadings will be set for hearing on June 6, 2014;

**IT IS SO ORDERED.**

Dated: _____                              _____
                                                    Honorable Kimberly J. Mueller
                                                    United States District Judge

Joint Stipulation to Consolidate Briefing Schedules and Hearing Dates for Motions to Intervene and To Dismiss/for Judgment on the Pleadings
(2:14-CV-00341-KJM-KJN)

ActiveUS 126821544v.1