**ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):**
SHERRIE M. FLYNN, SBN 240215
499 West Shaw, Suite 116
FRESNO   CA   93704

**TELEPHONE NO.:** (559) 248-4820

**ATTORNEY FOR (Name):** Plaintiff

**Insert of Court Name of Judicial District and Branch Court if any:**
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

**SHORT TITLE OF CASE:** THE STATE OF MISSOURI v HARRIS

2647405   (HEARING) Date   Time   Dept

**Case Number:** 214CV00341KJMKJN
**REFERENCE NO.:** THE STATE OF MISSOURI v

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS & FIRST AMENDED COMPLAINT; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE; STANDING ORDER; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICITION AND APPEAL INSTRUCTIONS; NOTICE OF AVAILIBILITY VOLUNTARY DISPUTE RESOLUTION

3. a. PARTY SERVED: KAREN ROSS, solely in her official capacity as
   Secretary of the California Department of Food and Agriculture
   C/O SUSAN SMITH, ATTORNEY GENERAL

   b. PERSON SERVED: (JANE DOE), CLERK, PERSON AUTHORIZED TO RECEIVE
   AFRICAN AMERICAN FEMALE 26YRS 5'7" 170LBS. BLACK HAIR BROWN EYES

4. c. ADDRESS: 300 South Spring Street, 6th Floor, South Tower
   LOS ANGELES   CA   90013

5. I SERVED THE PARTY NAMED IN ITEM 2
   a. BY PERSONALLY DELIVERING THE COPIES
   ON 3/19/2014 AT 3:00:00 PM

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   a. ON BEHALF OF: AN INDIVIDUAL DEFENDANT
   KAREN ROSS, solely in her official capacity as
   Secretary of the California Department of Food and Agriculture
   C/O SUSAN SMITH, ATTORNEY GENERAL
   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION: CCP 415.10

   d. The fee for service was   $125.70
   e. I am:
   (1)   not a registered California process server:
   (3) X registered California process server:
       (i) Independent Contractor
       (i) Registration No: 5993
       (i) County: LOS ANGELES

7a. Person Serving: Pablo Lopez
b. DDS Legal Support
   2900 Bristol St
   Costa Mesa, Ca 92626
c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.   Pablo Lopez
3/25/2014

X _____ SIGNATURE

Form Approved for Optional Use Judicial Council of California
POS-010 [REV Jan 1 2007]
PROOF OF SERVICE
CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SHERRIE M. FLYNN, SBN 240215<br>499 West Shaw, Suite 116<br>FRESNO   CA   93704 | (559) 248-4820 | |
| ATTORNEY FOR (Name)   Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
THE STATE OF MISSOURI v HARRIS

| 2647405 | (HEARING) Date | Time | Dept | Case Number:<br>214CV00341KJMKJN |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>THE STATE OF MISSOURI v |

## DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: KAREN ROSS, solely in her official capacity as

Secretary of the California Department of Food and Agriculture

DOCUMENTS RECEIVED:

SUMMONS & FIRST AMENDED COMPLAINT; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE; STANDING ORDER; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICITION AND APPEAL INSTRUCTIONS; NOTICE OF AVAILIBILITY VOLUNTARY DISPUTE RESOLUTION

I, Pablo Lopez   DECLARE THAT I MADE THE FOLLOWING ATTEMPTS TO EFFECT SERVICE BY PERSONAL DELIVERY.

BUSINESS:  300 South Spring Street, 6th Floor, South Tower
LOS ANGELES   CA   90013

03/18/14   03:50 PM PER FRONT DESK, "JOHN DOE", SUSAN SMITH NO LONGER WORKS IN THIS DEPARTMENT. NO OTHER INFORMATION GIVEN THEY ONLY ACCEPT SERVICES FOR STATE MATTERS AND NOT FEDERAL MATTERS. FEDERAL MATTERS TO U.S. ATTOURNY GENERAL NUMBER 1(800) 688-9889 OR (213) 894-2434
03/19/14   03:00 PM PER CLERK, "JANE DOE", SUBJECT NOT IN. ADVISED THAT SHE WAS ABLE TO ACCEPT ON HER BEHALF. SERVED (JANE DOE) CLERK. WOULD NOT GIVE NAME PER POLICY. AFRICAN AMERICAN FEMALE 26YRS 5'7" 170LBS. BLACK HAIR BROWN EYES

d. The fee for service was   $125.70
e. I am:
  (1)     not a registered California process server:
  (3) X  registered California process server:
    (i) Independent Contractor
    (i) Registration No:   5993
    (i) County:   LOS ANGELES

7a. Person Serving:   Pablo Lopez

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.   Pablo Lopez
3/25/2014

X_____
SIGNATURE

**PROOF OF SERVICE**