Diane L. McGimsey (SBN 234953)
mcgimseyd@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
Janet Y. Galeria (SBN 294416)
galeriaj@sullcrom.com
Jonathon D. Townsend (SBN 293918)
townsendj@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800

*Attorneys for Amici Curiae Animal Legal Defense Fund, Compassion Over Killing, Inc. and Farm Sanctuary, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel., Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa,<br><br>                    Plaintiffs,<br><br>             v.<br><br>KAMALA D. HARRIS, solely in her official capacity as Attorney General of California; KAREN ROSS, solely in her official capacity as Secretary of the California Department of Food and Agriculture,<br><br>                    Defendants. | Case No. 2:14-cv-00341-KJM-KJN<br><br>**CORPORATE DISCLOSURE STATEMENT OF PROPOSED *AMICI CURIAE* ANIMAL LEGAL DEFENSE FUND, COMPASSION OVER KILLING, INC. AND FARM SANCTUARY, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1, Proposed *Amicus Curiae* Animal Legal Defense Fund, Compassion Over Killing, Inc. and Farm Sanctuary, Inc. (together, *Amici*) hereby state that none of the *Amici* has a parent company and no publicly held corporation owns more than 10% of the stock of any of the *Amici*.

Dated: April 17, 2014

Respectfully submitted,

/s/ Diane L. McGimsey
Diane L. McGimsey (SBN 234953)
mcgimseyd@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonj@sullcrom.com
Janet Y. Galeria (SBN 294416)
galeriaj@sullcrom.com
Jonathon D. Townsend (SBN 293918)
townsendj@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

*Attorneys for Amici Curiae Animal Legal Defense Fund, Compassion Over Killing, Inc. and Farm Sanctuary, Inc.*