BRUCE A. WAGMAN (CSB No. 159987)
BWagman@schiffhardin.com
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:  (415) 901-8700
Facsimile:   (415) 901-8701

J. SCOTT BALLENGER *(Admitted Pro Hac Vice)*
Scott.Ballenger@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Ste. 1000
Washington, D.C.  20004
Telephone:  (202) 637-2145
Facsimile:   (202) 637-2201

PETER A. BRANDT (CSB No. 241287)
pbrandt@humanesociety.org
REBECCA CARY (CSB No. 268519)
rcary@humanesociety.org
THE HUMANE SOCIETY OF THE
UNITED STATES
2100 L Street, NW
Washington, D.C.  20037
Telephone:  (202) 452-1100
Facsimile:   (202) 676-2357

*Counsel for Proposed Defendant-Intervenor
The Humane Society of the United States*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel., Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa,<br><br>Plaintiffs,<br><br>v. | Case No. 2:14-cv-00341-KJM-KJN<br><br>**JOINT STIPULATION REGARDING COURT'S MINUTE ORDER OF MAY 5, 2014, MOTIONS TO INTERVENE AND UPCOMING HEARING**<br><br>Judge:     Kimberly J. Mueller |

KAMALA D. HARRIS, in her official capacity as Attorney General of California; KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture,

          Defendants.

By and through counsel, Plaintiffs, Proposed Intervenor The Humane Society of the United States, Proposed Intervenor Association of California Egg Farmers, and Defendants have conferred regarding the Court's Minute Order of May 5, 2014, regarding the upcoming hearing on Proposed Intervenors' motions to intervene, currently set for May 9, 2014 at 10 a.m., and report the following to the Court:

1. Neither Proposed Intervenors, nor Plaintiffs, nor Defendants, will be assigning the argument on the motions to intervene to an attorney with less than four years of experience out of law school.

2. Proposed Intervenors, Plaintiffs and Defendants defer to the Court's discretion to determine if oral argument on the motions to intervene is necessary.

3. Unless the Court feels differently, neither Proposed Intervenors, nor Plaintiffs, nor Defendants believe oral argument is necessary with respect to the motions to intervene, and all are willing to submit the motions on the briefs.

IT IS SO STIPULATED.

Dated: May 6, 2014                             */s/ Bruce A. Wagman*
                                                     BRUCE WAGMAN
                                                     SCHIFF HARDIN LLP
                                                     *Attorneys for HSUS*

Dated: May 6, 2014                             */s/ J. Andrew Hirth*
                                                     J. ANDREW HIRTH
                                                   Deputy General Counsel
                                                   Office of the Missouri Attorney General
                                                   *Lead Counsel for Plaintiffs*

Dated: May 6, 2014        */s/ Susan K. Smith*
SUSAN K. SMITH
Deputy Attorney General
*Attorneys for Attorney General Kamala D. Harris and Secretary Karen Ross*

Dated: May 6, 2014        */s/ Brian M. Boynton*
BRIAN M. BOYNTON
WILMER CUTLER PICKERING HALE AND DORR LLP
*Attorneys for ACEF*

35026-0014
SF\321036934.1