J. ANDREW HIRTH (*pro hac vice*)
OFFICE OF THE MISSOURI ATTORNEY GENERAL
P.O Box 899
Jefferson City, Missouri 65102
(573) 751 – 0818
(573) 751 – 0774 (fax)
andy.hirth@ago.mo.gov
*Counsel for Plaintiffs*

J. ANDREW HIRTH (*pro hac vice*)
OFFICE OF THE MISSOURI ATTORNEY GENERAL
P.O Box 899
Jefferson City, Missouri 65102
(573) 751 – 0818
(573) 751 – 0774 (fax)
andy.hirth@ago.mo.gov
*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF MISSOURI, ex rel., CHRIS KOSTER, Attorney General, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS, Attorney General, et al.,**<br><br>Defendants. | 2:14-CV-00341-KJM-KJN<br><br>**JOINT STIPULATION TO AMEND PLAINTIFFS' OPPOSITION TO MOTIONS TO DISMISS, TO EXTEND DEFENDANTS' TIME TO REPLY, AND TO RESCHEDULE ORAL ARGUMENT**<br><br>Courtroom:  3, 15th floor<br>Judge:  Hon. Kimberly J. Mueller<br>Action Filed:  02/03/2014 |

Plaintiffs Missouri, Nebraska, Kentucky, Oklahoma, Alabama, and Governor Branstad (Plaintiffs); Defendants Attorney General Kamala D. Harris and Secretary Karen Ross (Defendants); and Proposed Defendant-Intervenor HSUS (HSUS), through their attorneys of record, stipulate as follows:

WHEREAS, Plaintiffs filed their combined Opposition to Defendants' and HSUS's Motions to Dismiss on May 12, 2014, although the Court's order of April 16, 2014 did not require Plaintiffs to file an opposition to HSUS's Motion to Dismiss at that time;

WHEREAS, Plaintiffs would like to amend their combined Opposition to Defendants' and HSUS's motions to dismiss;

1

WHEREAS, Plaintiffs' Opposition to the Association of California Egg Farmers (ACEF)'s Motion To Dismiss or for Judgment on the Pleadings is due on May 16, 2014;

WHEREAS, the arguments asserted in Plaintiffs' Opposition to ACEF's Proposed Motion To Dismiss or for Judgment on the Pleadings are substantially similar to the arguments asserted in Plaintiffs' combined Opposition to Defendants' and HSUS's Motions to Dismiss;

WHEREAS, Defendants and HSUS consent to Plaintiffs filing a combined Amended Opposition to all three pending motions on May 16, 2014;

WHEREAS, Plaintiffs consent to extending by four business days Defendants' and HSUS's deadline to file their replies to Plaintiffs' combined Amended Opposition, up to and including June 5, 2014;

WHEREAS, oral argument on all three motions is currently scheduled for June 6, 2014;

WHEREAS, the parties and HSUS would like to reschedule oral argument for August 22, 2014, the next available hearing date when all counsel are available.[1]

Therefore, the parties and proposed intervenor HSUS stipulate and agree to the following, subject to the Court's approval:

1. Plaintiffs will file their combined Amended Opposition to Defendants' and Proposed Intervenor HSUS's Motions to Dismiss and Proposed Intervenor ACEF's Motion To Dismiss or for Judgment on the Pleadings on May 16, 2014;

2. Defendants, and Proposed Intervenors HSUS, and ACEF will file their proposed replies to Plaintiffs' Amended Opposition on June 5, 2014;

3. Oral argument on all three motions, currently set for June 6, will be moved to August 22, 2014, the next available hearing date when all counsel are available.

4. The Parties and Proposed Defendant-Intervenor HSUS jointly request that this Court grant the relief sought by this stipulation.

---

[1] Proposed Intervenor ACEF has indicated that it does not object to Plaintiffs' filing an amended Opposition to Defendants' and HSUS's motions to dismiss to the extent such relief does not interfere with the existing stipulated schedule.  Proposed Intervenor ACEF opposes moving the oral argument to August 22, 2014.

2

**Joint Stipulation to Amend Plaintiffs' Opposition, Extend Defendants' Deadline to Reply, and Reschedule Oral Argument**
(2:14-CV-00341-KJM-KJN)

Dated: May 15, 2014                                                     Respectfully submitted,

/s/ J. Andrew Hirth
J. ANDREW HIRTH
Deputy General Counsel
Office of the Missouri Attorney General
*Lead Counsel for Plaintiffs*


/s/ Susan K. Smith
SUSAN K. SMITH
Deputy Attorney General
*Attorneys for Attorney General Kamala D. Harris and Secretary Karen Ross*


/s/ Bruce A. Wagman
BRUCE A. WAGMAN
SCHIFF HARDIN LLP
*Attorneys for HSUS*

3

**Joint Stipulation to Amend Plaintiffs' Opposition, Extend Defendants' Deadline to Reply, and Reschedule Oral Argument**
(2:14-CV-00341-KJM-KJN)

**[PROPOSED] ORDER**

Good cause appearing for the requested extension, as set forth in the foregoing Stipulation, it is hereby ordered:

Plaintiffs will file their combined Amended Opposition to Defendants' and HSUS's Motions to Dismiss and ACEF's Motion for Judgment on the Pleadings on May 16, 2014;

Defendants, and Proposed Intervenors HSUS, and ACEF will file their proposed replies to Plaintiffs' Amended Opposition on June 5, 2014;

Oral argument on all three motions, currently set for June 6, will be moved to August 22, 2014.

**IT IS SO ORDERED**.

Dated: _____        _____
                                    Honorable Kimberly J. Mueller
                                    United States District Judge