Diane L. McGimsey (SBN 234953)
mcgimseyd@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
Janet Y. Galeria (SBN 294416)
galeriaj@sullcrom.com
Jonathon D. Townsend (SBN 293918)
townsendj@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

*Attorneys for Amici Curiae Animal Legal Defense Fund, Compassion Over Killing, Inc. and Farm Sanctuary, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel., Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa,<br><br>    Plaintiffs,<br><br>    v.<br><br>KAMALA D. HARRIS, solely in her official capacity as Attorney General of California; KAREN ROSS, solely in her official capacity as Secretary of the California Department of Food and Agriculture,<br><br>    Defendants. | Case No. 2:14-cv-00341-KJM-KJN<br><br>**ANIMAL LEGAL DEFENSE FUND, COMPASSION OVER KILLING, INC. AND FARM SANCTUARY, INC.'S NOTICE TO RESCHEDULE HEARING ON MOTION TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FROM JUNE 6, 2014 TO AUGUST 22, 2014** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Animal Legal Defense Fund, Compassion Over Killing, Inc., and Farm Sanctuary, Inc.'s Motion for Leave to File *Amicus Curiae* Brief in Support of Defendants' Motions to Dismiss [ECF Docket No. 44], currently set for hearing on June 6, 2014, will instead be heard on August 22, 2014 at 10:00 a.m.  The Motion will be heard before the Honorable Kimberly J. Mueller, in the United States District Court for the Eastern District of California, Sacramento Division, located at 501 I Street, Sacramento, California in Courtroom No. 3.

Dated:      May 30, 2014                    Respectfully submitted,

/s/ Diane L. McGimsey
Diane L. McGimsey (SBN 234953)
mcgimseyd@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonj@sullcrom.com
Janet Y. Galeria (SBN 294416)
galeriaj@sullcrom.com
Jonathon D. Townsend (SBN 293918)
townsendj@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

*Attorneys for Amici Curiae Animal Legal Defense Fund, Compassion Over Killing, Inc. and Farm Sanctuary, Inc.*