Paige M. Tomaselli (State Bar No. 237737)
CENTER FOR FOOD SAFETY
303 Sacramento St., 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Email:  ptomaselli@centerforfoodsafety.org

*Counsel for Proposed Amici Curiae*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel., Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel., Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel., E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel., Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel., Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa,<br><br>*Plaintiffs*,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture,<br><br>*Defendants*,<br>and<br><br>THE HUMANE SOCIETY OF THE UNITED STATES, and ASSOCIATION OF CALIFORNIA EGG FARMERS,<br><br>*Defendant-Intervenors*. | Case No. 2:14-cv-00341-KJM-KJN<br><br>**NOTICE OF MOTION AND MOTION OF CENTER FOR FOOD SAFETY, CONSUMERS UNION, FOOD & WATER WATCH, FOOD ANIMAL CONCERNS TRUST, HEALTHY FOOD ACTION, INSTITUTE FOR AGRICULTURE AND TRADE POLICY, AND PUBLIC JUSTICE FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANTS' AND DEFENDANT-INTERVENORS' MOTIONS TO DISMISS**<br><br>Date:  August 22, 2014<br>Time: 10:00 a.m.<br>Judge:  Hon. Kimberly J. Mueller |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 22, 2014, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Kimberly J. Mueller, in the United States District Court for the Eastern District of California, Sacramento Division, located at 501 I Street, Sacramento, California in Courtroom No. 3, Center for Food Safety, Consumers Union, Food & Water Watch, Food Animal Concerns Trust, Healthy Food Action, Institute for Agriculture and Trade Policy, and Public Justice will, and hereby do, move for leave to file a brief as amici curiae in support of Defendants' and Defendant-Intervenors' Motions to Dismiss (ECF Nos. 27-2, 36, 45).

As set forth in the accompanying Motion, the Court should grant leave to file a brief as amici curiae because the Proposed Amici have a substantial interest in the case and will provide unique information to assist the Court in resolving the issues raised by Defendants' and Defendant-Intervenors' Motions to Dismiss. This Motion is based upon this Notice, the points and authorities contained in the Motion, the proposed Brief attached hereto as Exhibit A, and any further evidence and argument that the Court may receive at or before the hearing.

Counsel for proposed Amici has conferred with counsel for the parties to this action before bringing this Motion. All Plaintiffs, Defendants, and Defendant-Intervenors consent to the filing of this Brief.

# MOTION

Center for Food Safety, Consumers Union, Food & Water Watch, Food Animal Concerns Trust, Healthy Food Action, Institute for Agriculture and Trade Policy, and Public Justice (collectively, Proposed Amici) hereby submit this Motion respectfully requesting leave to file a brief as amici curiae in support of the Defendants' and Defendant-Intervenors' Motions to Dismiss (ECF Nos. 27-2, 36, 45) in the above-captioned matter.

The District Court has broad discretion regarding the appointment of amici. *RE2CON, LLC v. Telfer Oil Co.*, No. 2:10-cv-00786-KJM-KJN, 2012 U.S. Dist. LEXIS 178285, at *5-6 (E.D. Cal. Dec. 17, 2012). "Generally, courts have exercised great liberality in permitting an amicus to file a brief in a pending case." *Westlands Water Dist. v. United States*, CV-F-93-5327-OWW, 1994 U.S. Dist. LEXIS 6276, at *7 (E.D. Cal. Apr. 28, 1994) (quoting *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991)). "An amicus brief should normally be allowed when, among other considerations, the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *RE2CON*, 2012 U.S. Dist. LEXIS 178285 at *6 (quotation and citation omitted). Accordingly, this Court has allowed amicus briefs where the proposed amicus is "uniquely situated to provide a perspective the parties before the court are unable to provide," *id.*; *see also Westlands Water Dist.*, 1994 U.S. Dist. LEXIS 6276 at *8, and specifically where the proposed amicus sponsored legislation that the plaintiffs seek to enjoin, *see Pickup v. Brown*, No. CIV-S-12-2497 KJM-EFB, 2012 U.S. Dist. LEXIS 166682, at *4-5 (E.D. Cal. Nov. 21, 2012).

Proposed Amici respectfully suggest that the attached Brief may assist the Court in considering the issues presented in this case. Proposed Amici's Brief provides information beyond the parties' briefs about the association between foodborne illness and the use of battery cages, and the critical role that AB 1437 fulfills in protecting consumers from unnecessary and preventable risks of contracting foodborne illness. This information may aid the Court's decision by illuminating the public health context in which AB 1437 operates and the legitimate interests that it serves in prohibiting the sale of eggs from battery caged–hens in California.

Proposed Amici are uniquely situated in their ability to illuminate for the Court the food safety implications of caged-hen facilities and AB 1437's role in protecting public health. Center for Food Safety (CFS) is a national nonprofit organization committed to protecting consumer rights and health with regard to food and agriculture. CFS consistently works to educate the public about the harmful effects of industrial animal agriculture, protect consumers' right to know how their food is produced, and promote sustainable food systems. CFS has a dedicated animal factories program that addresses food safety and animal welfare. This program utilizes litigation, scientific expertise, grassroots campaigns, educational outreach, legislative and regulatory reform, and information sharing to carry out its mission. CFS seeks to inform legislators, government agencies, medical professionals, and the public about practices that take place in animal factories and the associated effects on public health. Specifically, CFS endorsed Proposition 2 and was a strong supporter of AB 1437.

Consumer Reports is the world's largest independent product-testing organization. Using its more than fifty labs, auto test center, and survey research center, the nonprofit rates thousands of products and services annually. Founded in 1936, Consumer Reports has over eight million subscribers to its magazine, website, and other publications. Its advocacy division, Consumers Union, works for health reform, product and food safety, financial reform, and other consumer issues in the District of Columbia, the states, and in the marketplace. Consumer Reports has been concerned about the quality and safety of the food supply since its earliest years. It did pioneering research on the presence of nuclear fallout in the American diet (Strontium-90) in the 1950s and 1960s, which helped build support for the 1963 Nuclear Test Ban Treaty. The magazine's 1974 landmark series on water pollution played a role in the Safe Drinking Water Act. The organization has been testing meat and poultry for pathogens and antibiotic resistance for more than fifteen years and has used its research to successfully fight for reforms such as the 2010 campylobacter standard for chicken and turkey, the 2011 Food Safety Modernization Act, and improvements to the *Salmonella* standards. In 2012, Consumer Reports launched a Food Safety and Sustainability Center to fight for sweeping, systemic change and address the root causes plaguing the food system. The Center's work focuses on issues including foodborne

1  illness and antibiotic resistance, pesticide use, heavy metals (mercury, lead, and arsenic), truth
2  and transparency in labeling, and promoting more sustainable agricultural practices that advance
3  the marketplace such as animal welfare, organic, and fair trade. At the core of the Center's work
4  is the principle that there is a clear intersection between animal welfare and its impact on public
5  health, including food safety.

6  Food & Water Watch (FWW) is a national nonprofit public interest consumer advocacy
7  organization with offices throughout the United States, including Los Angeles and San
8  Francisco. FWW advocates for common sense policies that will result in healthy, safe food and
9  access to safe and affordable drinking water, including issues related to agriculture policy, food
10 safety standards, and food labeling regulations.

11 Food Animal Concerns Trust (FACT) is a national nonprofit organization dedicated to
12 improving the welfare of food-producing animals, broadening opportunities for humane farmers,
13 and addressing the food safety problems that come from the production of meat, milk, and eggs.
14 For many years FACT operated a model uncaged egg-laying business, Nest Eggs, with strict
15 monitoring and control of *Salmonella*. FACT currently works with livestock producers,
16 including farms that raise laying hens, through a grant program that funds projects to help family
17 farmers enrich the conditions in which farm animals are raised. FACT has participated in
18 discussions with Congress, industry, and federal agencies during the development and
19 implementation of the 2009 Food and Drug Administration Egg Safety Rule, discussions that
20 began during the late 1990s when *Salmonella* controls were first considered. More generally
21 FACT supports food safety by advocating for appropriate regulation of how food animals are
22 raised and by encouraging food animal producers to voluntarily make food safety improvements.
23 FACT endorsed Proposition 2.

24 Healthy Food Action is a national network of health professionals and others who
25 advocate for healthier food produced in more sustainable ways. Healthy Food Action educates
26 the public via its website, webinars, and publications.

27 Institute for Agriculture and Trade Policy (IATP) is a national, nonprofit organization
28 with headquarters in Minneapolis, Minnesota and an office in the District of Columbia. Its

CASE NO. 2:14-cv-00341-KJM-KJN
NOTICE MOT. & MOT. LEAVE TO FILE BR. AMICI CURIAE                     5

mission states, "The Institute for Agriculture and Trade Policy works locally and globally at the intersection of policy and practice to ensure fair and sustainable food, farm and trade systems." To carry out this mission, IATP engages with a broad array of farmer, rural development, public health, consumer, and environmental organizations. IATP believes that the full implementation and enforcement of animal welfare norms and practices are crucial to sustainable agriculture and to the production of safe and wholesome food. A recent IATP publication, "Measuring Success: Local Food Systems and the Need for New Indicators," details IATP's collaboration with sustainable poultry producers, via the Main Street Project in rural Minnesota. The collaboration has developed animal welfare indicators, among others, that can help poultry producers gain a marketing premium and establish lines of credit for their sustainable agriculture practice. IATP believes that consumers must have the right to know how their food is produced so they can make informed choices about what they consume. To that end, IATP has participated for fourteen years in the Transatlantic Consumer Dialogue (TACD) Food Policy Working Group, which meets with European Union and U.S. officials to discuss TACD resolutions concerning food labeling, food safety, animal welfare, and nutritional guideline issues. IATP also recently released a report on the poultry industry in China, where animal welfare and food safety are major public policy issues.

Public Justice, P.C. (Public Justice) is a national public interest law firm dedicated to holding corporations accountable for the manufacture, distribution, and marketing of food and other products that endanger consumers' safety, health, and nutrition. Public Justice's Food Safety & Health Project helps consumers redress the injustices that cost them their health, their peace of mind, and sometimes their lives.

As public interest advocacy organizations dedicated to protecting consumer rights and health with regard to food and agriculture, Proposed Amici have a strong interest in ensuring that consumers have access to information about how their food is produced, so that they are both empowered to make informed decisions and protected from adulterated foods.

//

//

**REQUEST FOR RELIEF**

For the foregoing reasons, Proposed Amici respectfully request that this Court grant leave to file a brief as amici curiae in this matter.

DATED: June 10, 2014                     Respectfully submitted,

/s/ Paige M. Tomaselli
Paige M. Tomaselli (State Bar No. 237737)
CENTER FOR FOOD SAFETY
303 Sacramento St., 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Email:  ptomaselli@centerforfoodsafety.org

*Counsel for Proposed Amici Curiae*