UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel., Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel., Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel., E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel., Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel., Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa,<br><br>*Plaintiffs*,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture,<br><br>*Defendants*,<br><br>and<br><br>THE HUMANE SOCIETY OF THE UNITED STATES, and ASSOCIATION OF CALIFORNIA EGG FARMERS,<br><br>*Defendant-Intervenors*. | Case No. 2:14-cv-00341-KJM-KJN<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

Center for Food Safety, Consumers Union, Food & Water Watch, Food Animal Concerns Trust, Healthy Food Action, Institute for Agriculture and Trade Policy, and Public Justice have moved for leave to file a brief as amici curiae in this matter in support of Defendants' and Defendant-Intervenors' Motions to Dismiss.

It is hereby ORDERED that the Motion for Leave to File Brief as Amici Curiae is GRANTED.

SIGNED this _____ day of _____, 2014.            _____
                                                                                            The Honorable Kimberly J. Mueller
                                                                                            United States District Judge