Brian M. Boynton (SBN 222193)
Francesco Valentini (SBN 255264)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
brian.boynton@wilmerhale.com

Randall R. Lee (SBN 152672)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Ave., Suite 2100
Los Angeles, CA  90071
(213) 443-5300
(213) 443-5400 (fax)
randall.lee@wilmerhale.com

Attorneys for Defendant-Intervenor
ASSOCIATION OF CALIFORNIA EGG FARMERS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel. Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa, <br><br>                    Plaintiffs, <br><br>           v. <br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, <br><br>                    Defendants, <br><br>THE HUMANE SOCIETY OF THE UNITED STATES, <br><br>                    Defendant-Intervenor, <br><br>ASSOCIATION OF CALIFORNIA EGG FARMERS, <br><br>                    Defendant-Intervenor. | CASE NO. 2:14-cv-00341-KJM-KJN <br><br> **ASSOCIATION OF CALIFORNIA EGG FARMERS' STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE** <br><br> Date: August 22, 2014 (hearing vacated) <br><br> Before: Hon. Kimberly J. Mueller |

ACEF'S STATEMENT OF NON-OPPOSITION

Pursuant to Local Rule 230(c) and this Court's Minute Order dated June 10, 2014, Defendant-Intervenor Association of California Egg Farmers hereby states that it does not oppose the motion of the Animal Legal Defense Fund, Compassion Over Killing, Inc., and Farm Sanctuary for leave to file their proposed brief *amicus curiae* (Dkt. No. 44).

DATED: June 11, 2014                    Respectfully submitted,

/s/ Brian M. Boynton
Brian M. Boynton            (SBN 222193)
Francesco Valentini         (SBN 255264)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (fax)
brian.boynton@wilmerhale.com

Randall R. Lee             (SBN 152672)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Ave., Suite 2100
Los Angeles, CA 90071
(213) 443-5300
(213) 443-5400 (fax)
randall.lee@wilmerhale.com

Attorneys for Defendant-Intervenor
ASSOCIATION OF CALIFORNIA EGG FARMERS