Brian M. Boynton          (SBN 222193)
Francesco Valentini       (SBN 255264)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
brian.boynton@wilmerhale.com

Randall R. Lee            (SBN 152672)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Ave., Suite 2100
Los Angeles, CA  90071
(213) 443-5300
(213) 443-5400 (fax)
randall.lee@wilmerhale.com

Attorneys for Defendant-Intervenor
ASSOCIATION OF CALIFORNIA EGG FARMERS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel. Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa,<br><br>        Plaintiffs,<br><br>    v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture,<br><br>        Defendants,<br><br>THE HUMANE SOCIETY OF THE UNITED STATES,<br><br>        Defendant-Intervenor,<br><br>ASSOCIATION OF CALIFORNIA EGG FARMERS,<br><br>        Defendant-Intervenor. | CASE NO. 2:14-cv-00341-KJM-KJN<br><br>**NOTICE OF SUPPLEMENTAL INFORMATION** |

In its May 2, 2014 reply brief in support of its motion to intervene, Defendant-Intervenor Association of California Egg Farmers ("ACEF") noted that it had previously filed a lawsuit against the State of California challenging Proposition 2's standards as unconstitutionally vague and that the case remained pending on appeal.  *See* Dkt. No. 47 at 1-2 (citing *Association of California Egg Farmers v. State*, No. 12-CECG-03695 (Cal. Super. Ct.), and *Association of California Egg Farmers v. State*, No. F068496 (5th Dist. Ct. App.)).  In its June 3, 2014 order granting intervention, the Court referenced ACEF's case challenging Proposition 2.  *See* Order, Dkt. No. 57 at 13.  Following receipt of that order, it has come to our attention that on May 29, 2014 ACEF filed a request for voluntary dismissal of its appeal in its case challenging Proposition 2 and that on June 2, 2014 the appeal was dismissed.

DATED:       June 11, 2014            Respectfully submitted,

/s/ Brian M. Boynton
Brian M. Boynton           (SBN 222193)
Francesco Valentini        (SBN 255264)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
brian.boynton@wilmerhale.com

Randall R. Lee             (SBN 152672)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Ave., Suite 2100
Los Angeles, CA  90071
(213) 443-5300
(213) 443-5400 (fax)
randall.lee@wilmerhale.com

Attorneys for Defendant-Intervenor
ASSOCIATION OF CALIFORNIA EGG FARMERS