KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
SUSAN K. SMITH, State Bar No. 231575
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 897-2105
  Fax: (213) 897-1071
  E-mail: Susan.Smith@doj.ca.gov
*Attorneys for Attorney General Kamala D. Harris
and California Department of Food and Agriculture
Secretary Karen Ross*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel., Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa,<br><br>            Plaintiffs,<br><br>   v.<br><br>KAMALA D. HARRIS, solely in her official capacity as Attorney general of California; KAREN ROSS, solely in her official capacity as Secretary of the California Department of Food and Agriculture,<br><br>            Defendants. | 2:14-CV-00341-KJM-KJN<br><br>**STATE DEFENDANTS' NON-OPPOSITION TO MOTIONS FOR LEAVE TO FILE AMICUS CURIAE BRIEFS**<br><br>Courtroom:  3, 15th Floor<br>Judge:        Hon. Kimberly J. Mueller<br>Trial Date:   N/A |

Pursuant to Local Rule 230(c) and this Court's June 10, 2014 Minute Order, defendants

Attorney General Kamala D. Harris and California Department of Food and Agriculture Secretary

1

of Agriculture Karen Ross file this Non-Opposition to the Motions for Leave to File Amicus Curiae Briefs [Docket Nos. 44 and 63].

Dated: June 24, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


/s/ Susan K. Smith
SUSAN K. SMITH
Deputy Attorney General
*Attorneys for Attorney General Kamala D. Harris and California Department of Food and Agriculture Secretary Karen Ross*

SA2014114630
51540763.doc

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **State of Missouri, ex rel., et al., v. Kamala D. Harris, et al.** | No. | **2:14-CV-00341-KJM-KJN** |

I hereby certify that on June 24, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' NON-OPPOSITION TO MOTIONS FOR LEAVE TO FILE AMICUS CURIAE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 24, 2014, at Los Angeles, California.

| Angela Artiga | /s/ Angela Artiga |
|---|---|
| Declarant | Signature |

51541086.doc