1  Paige M. Tomaselli (State Bar No. 237737)
   CENTER FOR FOOD SAFETY
2  303 Sacramento St., 2nd Floor
   San Francisco, CA 94111
3  T: (415) 826-2770 / F: (415) 826-0507
   Email:  ptomaselli@centerforfoodsafety.org
4

5  *Counsel for Amici Curiae*

6

7                UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 THE STATE OF MISSOURI, ex rel., Chris        Case No. 2:14-cv-00341-KJM-KJN
   Koster, Attorney General; THE STATE OF
11 NEBRASKA, ex rel., Jon Bruning, Attorney
   General; THE STATE OF OKLAHOMA, ex          **AMICI CURIAE BRIEF OF CENTER**
12 rel., E. Scott Pruitt, Attorney General; THE  **FOR FOOD SAFETY, CONSUMERS**
   STATE OF ALABAMA, ex rel., Luther Strange,  **UNION, FOOD & WATER WATCH,**
13 Attorney General; THE COMMONWEALTH          **FOOD ANIMAL CONCERNS TRUST,**
   OF KENTUCKY, ex rel., Jack Conway,          **HEALTHY FOOD ACTION,**
14 Attorney General; and TERRY E. BRANSTAD,    **INSTITUTE FOR AGRICULTURE AND**
   Governor of the State of Iowa,              **TRADE POLICY, AND PUBLIC**
15                                             **JUSTICE IN SUPPORT OF**
                    *Plaintiffs,*              **DEFENDANTS' AND**
16                                             **DEFENDANT-INTERVENORS'**
           v.                                  **MOTIONS TO DISMISS**
17
   KAMALA D. HARRIS, in her official capacity
18 as Attorney General of California; KAREN
   ROSS, in her official capacity as Secretary of the
19 California Department of Food and Agriculture,
20                  *Defendants,*
   and
21
   THE HUMANE SOCIETY OF THE UNITED
22 STATES, and ASSOCIATION OF
   CALIFORNIA EGG FARMERS,
23
                    *Defendant-Intervenors.*
24

25

26

27

28

**CORPORATE DISCLOSURE STATEMENT**

Amici Center for Food Safety; Consumers Union, now doing business as Consumer Reports; Food & Water Watch; Food Animal Concerns Trust; Institute for Agriculture and Trade Policy; and Public Justice are nonprofit corporations, have no parent corporations, and do not issue stock. Amicus Healthy Food Action has a parent nonprofit corporation, Trust for Conservation Innovation, which does not issue stock.

Dated: June 10, 2014

Respectfully submitted,

/s/ Paige M. Tomaselli
Paige M. Tomaselli (State Bar No. 237737)
CENTER FOR FOOD SAFETY
303 Sacramento St., 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Email:  ptomaselli@centerforfoodsafety.org

*Counsel for Amici Curiae*

# TABLE OF CONTENTS

CORPORATE DISCLOSURE STATEMENT ........................................................................ i

TABLE OF CONTENTS.................................................................................................... ii

TABLE OF AUTHORITIES ............................................................................................ iii

STATEMENT OF INTEREST .......................................................................................... 1

INTRODUCTION ............................................................................................................ 2

ARGUMENT .................................................................................................................. 3

   I.   Eggborne Illness Presents a Significant Threat to Public Health ........................ 3

   II.   Eggs from Caged Hens Present an Increased Risk of *Salmonella* Poisoning..................... 5

      A.   Risk of *Salmonella* is Closely Tied to the Use of Battery Cages.................................... 5

      B.   Conditions in Industrial Egg Production Facilities Exacerbate the Increased Risk of Eggborne Illness Caused by the Use of Battery Cages. ................................... 7

   III.  AB 1437 Serves a Legitimate State Interest ................................................ 12

   IV.  AB 1437 Serves as a Complement Rather than an Obstacle to Federal Food Safety Regulation ........................................................................................ 14

CONCLUSION.............................................................................................................. 15

# TABLE OF AUTHORITIES

PAGE(S)

FEDERAL CASES

*Florida Lime & Avocado Growers, Inc. v. Paul*,
    373 U.S. 132 (1963)..................................................................13

*McDaniel v. Wells Fargo Invs., LLC*,
    717 F.3d 668 (9th Cir. 2013) .......................................................14

*Merrifield v. Lockyer*,
    547 F.3d 978 (9th Cir. 2008) .......................................................13

*Sporhase v. Neb.*,
    458 U.S. 941 (1982)..................................................................13

*Williamson v. Mazda Motor of Am., Inc.*,
    131 S. Ct. 1131 (2011)...............................................................14

UNPUBLISHED FEDERAL CASES

*Chinatown Neighborhood Ass'n v. Harris*,
    No. 12-cv-03759-WHO, 2014 U.S. Dist. LEXIS 40432 (N.D. Cal. Mar. 25,
    2014) ................................................................................13

STATUTES AND REGULATIONS

21 U.S.C. § 1052(b) ........................................................................14

21 U.S.C. § 342(a)(4)-(5) ..................................................................14

21 C.F.R. § 118.12(d) ......................................................................15

ADMINISTRATIVE MATERIALS

FDA, *FDA Improves Egg Safety*,
    www.fda.gov/ForConsumers/ConsumerUpdates/ucm170640.htm ...........................4

FDA, *Foodborne Illnesses: What You Need to Know,*
    http://www.fda.gov/food/resourcesforyou/consumers/ucm103263.htm .................3

FoodSafety.gov, *Food Poisoning*,
    http://www.foodsafety.gov/poisoning/index.html ................................3

Ctrs. for Disease Control & Prevention (CDC), *CDC Estimates of Foodborne
    Illness in the United States*, http://www.cdc.gov/foodborneburden/2011-
    foodborne-estimates.html.......................................................3

PAGE(S)

**ADMINISTRATIVE MATERIALS, CONT'D**

CDC, *E. coli (Escherichia coli)*, http://www.cdc.gov/ecoli/general/ ...............................................3

CDC, *Making Food Safer to Eat*, http://www.cdc.gov/vitalsigns/foodsafety/ ..............................3

CDC, *Multistate Outbreak of Human* Salmonella *Enteritidis Infections Associated
    with Shell Eggs (Final Update)*, www.cdc.gov/salmonella/enteritidis/.............................5

CDC, *Preliminary FoodNet Data on the Incidence of Infection with Pathogens Transmitted
    Commonly Through Food—10 States, United States, 2009*, 59 Morbidity &
    Mortality Weekly 418 (2010), *available at*
    http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5914a2.htm ..........................................6

CDC, *Tracking and Reporting Foodborne Disease Outbreaks*,
    http://www.cdc.gov/features/dsfoodborneoutbreaks/ .......................................................4

Letter from Kevin W. Techau, U.S. Attorney, to Hon. Leonard T. Strand,
    Magistrate Judge, *United States v. Quality Egg, LLC*,
    No. 14-CR-3024-MWB (N.D. Iowa, June 2, 2014).........................................................8

Letter from John W. Thorsky, FDA Dist. Dir., to Austin Decoster, Owner, Quality
    Egg LLC (Oct. 15, 2010), *available at*
    http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2010/ucm22
    9805.htm ...........................................................................................................................8

Ohio Dep't of Agric., *Livestock Environmental Permitting*,
    http://www.agri.ohio.gov/apps/lepp_permits/dlep_permits.aspx ...........................................10

Press Release, FDA, New Final Rule to Ensure Egg Safety, Reduce Salmonella
    Illnesses Goes Into Effect (July 9, 2010), *available at*
    www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm218461 .............................4

Prevention of *Salmonella* Enteritidis in Shell Eggs During Production, Storage,
    and Transportation, 74 Fed. Reg. 33030, 33091 (July 9, 2009) .....................................15

USDA, Animal & Plant Health Inspection Service, Salmonella *Enterica Serotype
    Enteritidis in Table Egg Layers in the U.S.* (Oct. 2000), *available at*
    http://www.aphis.usda.gov/animal_health/nahms/poultry/downloads/layers99/
    Layers99_dr_Salmonella.pdf..........................................................................................10

**OTHER AUTHORITIES**

A.L. Davis et al., *Validation of Cooking Methods Using Shell Eggs Inoculated
    with* Salmonella *Serotypes Enteritidis and Heidelberg*, 87 Poultry Sci. 1637
    (2008)...............................................................................................................................5

PAGE(S)

**OTHER AUTHORITIES, CONT'D**

A.M. de Passillé & J. Rushen, *Food Safety and Environmental Issues in Animal Welfare*, 24 Revue Scientifique et Technique de l'Office International des Epizooties 757 (2005) ..................................................................................12, 13

A.R. Olsen & T.S. Hammack, *Isolation of* Salmonella *spp. from the Housefly, Musca domestica L., and the Dump fly, Hydrotaea aenescens (Wiedemann) (Diptera: Muscidae), at Caged-layer Houses*, 63 J. of Food Protection 958 (2000) ..................................................................................................................9

A. Ternhag et al., *Short- and Long-Term Effects of Bacterial Gastrointestinal Infections*, 14 Emerging Infectious Diseases 143 (2008) ...........................................4

Associated Press, *Recall Expands to More Than Half a Billion Eggs*, NBCNews.com, http://www.nbcnews.com/id/38741401/ns/health-food_safety/t/recall-expands-more-half-billion-eggs/ ...........................................8

B.R. Jackson et al., *Outbreak-Associated* Salmonella *Enterica Serotypes and Food Commodities, United States, 1998–2008*, 19 Emerging Infectious Diseases 1239 (2013), *available at* http://wwwnc.cdc.gov/eid/article/19/8/12-1511_article.htm ...............................................................................................4

Brian W. Sheldon, *Impact of Laying Hen Cycle and Molting on the Prevalence and Populations of* Salmonella, 4 Zootechnica 42 (2008) ......................................10

C.L. Little et al., *Survey of* Salmonella *Contamination of Raw Shell Eggs Used in Food Service Premises in the United Kingdom, 2005 through 2006*, 71 J. of Food Protection 19 (2008) .............................................................................12

C.L. Little et al., *Survey of* Salmonella *Contamination of Non-UK Produced Shell Eggs on Retail Sale in the North West of England and London. Final report*, (Nov. 15, 2006), *available at* http://multimedia.food.gov.uk/multimedia/pdfs/nonukeggsreport.pdf...................11

Compassion Over Killing, *Dunkin' Donuts' Egg Supplier Exposed!*, http://dunkincruelty.com/investigation ...................................................................8

Dan Flynn, *Egg Recall Grows to 550 Million*, Food Safety News (Aug. 21, 2010), http://www.foodsafetynews.com/2010/08/egg-recalls-grow-to-560-million-second-iowa-producer-involved/ ..........................................................................5

D.J. Henzler et al., *Management and Environmental Risk Factors for* Salmonella *Enteritidis Contamination of Eggs*, 59 Am. J. of Veterinary Research 824 (1998) ................................................................................................................11

D.G. McChesney et al., *FDA Survey Determines* Salmonella *Contamination*, 67 Feedstuffs 20 (1995) ............................................................................................10

**PAGE(S)**

**OTHER AUTHORITIES, CONT'D**

D. Reynolds, *Tenants of the Last 1.5 Metres*, 5 Microbiologist 26 (2004) ...................10

D. Stepień-Pyśniak, *Occurrence of Gram-Negative Bacteria in Hens' Eggs Depending on Their Source and Storage Conditions*, 13 Polish J. of Veterinary Scis. 507 (2010), *available at* www.birdflubook.org/resources/stepien-pysniak_2010_13_507.pdf......................12

European Food Safety Auth. (EFSA), *Report of the Task Force on Zoonoses Data Collection on the Analysis of the Baseline Study on the Prevalence of* Salmonella *in Holdings of Laying Hen Flocks of* Gallus gallus, EFSA J. 97 (2007), *available at* http://www.efsa.europa.eu/en/efsajournal/doc/97r.pdf ........................6, 9

E. Scallan et al., *Foodborne Illness Acquired in the United States—Major Pathogens*, 17 Emerging Infectious Diseases 7 (2011), *available at* http://wwwnc.cdc.gov/eid/article/17/1/pdfs/p1-1101.pdf.........................................3

F.B. Santos et al., *Influence of Housing System, Grain Type, and Particle Size on* Salmonella *Colonization and Shedding of Broilers Fed Triticale or Corn-Soybean Meal Diets*, 87 Poultry Sci. 405 (2008)................................................................10

Food Safety Auth. of Ireland, *Bacteriological Safety of Eggs Produced Under the Bord Bia Egg Quality Assurance Scheme* (2003), *available at* www.fsai.ie/uploadedfiles/monitoring_and_enforcement/monitoring/surveillance/eggs_bacteriological.pdf .....................................................................11

Helena Bottemiller, *Annual Foodborne Illnesses Cost $77 Billion, Study Finds*, Food Safety News (Jan. 3, 2012), http://www.foodsafetynews.com/2012/01/foodborne-illness-costs-77-billion-annually-study-finds ............................................................................................3

H. Kinde et al., Salmonella *Enteritidis, Phage Type 4 Infection in a Commercial Layer Flock in Southern California: Bacteriologic and Epidemiologic Findings*, 40 Avian Diseases 665 (1996), *available at* www.birdflubook.org/resources/kinde_1996_AD_40_665.pdf ...............................11

H. Namata et al., Salmonella *in Belgian Laying Hens: an Identification of Risk Factors*, 83 Preventive Veterinary Med. 323 (2008).............................................11

Humane Soc'y of the U.S. (HSUS), *Cage Confinement of Laying Hens Increases* Salmonella *Risk*, http://www.humanesociety.org/issues/confinement_farm/facts/salmonella.html ...............6, 7

HSUS, *Undercover at the Largest U.S. Egg Producer* (2010), *available at* http://www.humanesociety.org/assets/pdfs/farm/cal-maine_investigation_report.pdf ..............................................................8

PAGE(S)

**OTHER AUTHORITIES, CONT'D**

J.L. Barnett, *Welfare and Productivity of Hens in a Barn System and Cages*
(1998), Final Report to Rural Industries Research & Dev. Corp., *available at*
http://sydney.edu.au/vetscience/apss/documents/1999/APSS1999-barnett-
pp65-68.pdf. .........................................................................................................11

J.J. Carrique-Mas & R.H. Davies, Salmonella *Enteritidis in Commercial Layer
Flocks in Europe: Legislative Background, On-farm Sampling and Main
Challenges*, 10 Brazilian J. of Poultry Sci. 1 (2008) ..........................................9

J. De Vylder et al., *Effect of the Housing System on Shedding and Colonization of
Gut and Internal Organs of Laying Hens with* Salmonella *Enteritidis*, 88
Poultry Sci. 2491 (2009) ......................................................................................7

Jeroen Dewulf, Salmonella *Thrives in Cage Housing*, 25 World Poultry 18
(2010), *available at*
http://www.worldpoultry.net/Breeders/General/2010/5/Salmonella-thrives-in-
cage-housing-WP007481W/ .................................................................................7

J.A.D. Barbosa Filho et al., *Egg Quality in Layers Housed in Different Production
Systems and Submitted to Two Environmental Conditions*, 8 Brazilian J. of
Poultry Sci. 23 (2005) ........................................................................................11

J.H. Pennington et al., Salmonella *Virchow in a Chicken-Packing Station and
Associated Rearing Units*, 4 British Med. J. 804 (1968) ...................................10

K.O. Gradel, *Disinfection of* Salmonella *in Poultry Houses* (Feb. 2004)
(unpublished Ph.D. thesis, University of Bristol Department of Clinical
Veterinary Science), *available at*
http://kimorengradel.com/Disinfection%20of%20Salmonella%20in%20poultr
y%20houses_27-4.pdf. ..........................................................................................9

K.O. Gradel et al., *Monitoring the Efficacy of Steam and Formaldehyde
Treatment of Naturally* Salmonella-*Infected Layer Houses*, 96 J. of Applied
Microbiology 613 (2004), *available at*
onlinelibrary.wiley.com/doi/10.1111/j.1365-2672.2004.02198.x/pdf. ................9

Lydia Zuraw, *CDC Acknowledges Role of Farms in Antibiotic Resistance*, Food
Safety News (Sept. 17, 2013), www.foodsafetynews.com/2013/09/drug-
resistant-infections/ ..............................................................................................7

M.T. Bailey et al., *In Vivo Adaptation of Attenuated* Salmonella *Typhimurium
Results in Increased Growth Upon Exposure to Norepinephrine*, 67
Physiology & Behavior 359 (1999) ....................................................................12

Michael Greger, Bird Flu: A Virus of Our Own Hatching (2006), *available at*
http://www.birdflubook.org/a.php?id=70 ...........................................................11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PAGE(S)**

**OTHER AUTHORITIES, CONT'D**

M. Saps et al., *Post-infectious Functional Gastrointestinal Disorders in Children*,
    152 J. Pediatrics 812 (2008)............................................................4

Pew Comm'n on Indus. Farm Animal Prod., *Putting Meat on the Table:*
    *Industrial Farm Animal Production in America* (2008), *available at*
    http://www.ncifap.org/_images/PCIFAPFin.pdf ......................5, 13

P. Chittick et al., *A Summary of National Reports of Foodborne Outbreaks of*
    Salmonella *Heidelberg Infections in the United States: Clues for Disease*
    *Prevention*, 69 J. of Food Protection 1150 (2006)..........................4

P.S. Mead et al., *Food-Related Illness and Death in the United States*, 5 Emerging
    Infectious Diseases 612 (1999)......................................................4

R.C. Axtell & J.J. Arends, *Ecology and Management of Arthropod Pests of*
    *Poultry*, 35 Annual Review of Entomology 101 (1990)..................9

R.H. Davies, *Pathogen Populations on Poultry Farms*, *in* Food Safety Control in
    the Poultry Industry (G.C. Mead, ed., 2005) ...............................9

R.H. Davies & M. Breslin, *Persistence of* Salmonella *Enteritidis Phage Type 4 in*
    *the Environment and Arthropod Vectors on an Empty Free-Range Chicken*
    *Farm*, 5 Envt'l Microbiology 79 (2003) .......................................7

R.K. Gast & C.W. Beard, *Production of* Salmonella *Enteritidis-Contaminated*
    *Eggs by Experimentally Infected Hens*, 34 Avian Diseases 438 (1990)....................4

R.V. Tauxe, *Emerging Foodborne Pathogens*, 78 Int'l J. of Food Microbiology 31
    (2002)............................................................................10

S. Shini et al., *Biological Response of Chickens* (Gallus gallus domesticus)
    *Induced by Corticosterone and a Bacterial Endotoxin*, 149 Comparative
    Biochemistry & Physiology Part B 324 (2008)............................12

S. Van Hoorebeke et al., *Determination of the Within and Between Flock*
    *Prevalence and Identification of Risk Factors for* Salmonella *Infections in*
    *Laying Hen Flocks Housed in Conventional and Alternative Systems*, 94 J.
    Preventive Vet. Med. 94 (2010) ..........................................9, 12

T.W. Hennessy et al., *A National Outbreak of* Salmonella *Enteritidis Infections*
    *from Ice Cream*, 334 New Eng. J. Med. 1281 (1996)......................4

T. Humphrey, *Are Happy Chickens Safer Chickens? Poultry Welfare and Disease*
    *Susceptibility*, 47 British Poultry Sci. 379 (2006) .......................12

PAGE(S)

**OTHER AUTHORITIES, CONT'D**

T.J. Humphrey et al., *Numbers of* Salmonella *Enteritidis in the Contents of
Naturally Contaminated Hens' Eggs*, 106 Epidemiology & Infection 489
(1991), *available at*
http://www.ncbi.nlm.nih.gov/pmc/articles/PMC2271858/pdf/epidinfect00027-
0066.pdf ................................................................................................................12

U.K. Food Standards Agency, *Report of the Survey of* Salmonella *Contamination
of UK Produced Shell Eggs on Retail Sale* (Mar. 18, 2004), *available at*
www.food.gov.uk/multimedia/pdfs/fsis5004report.pdf .........................................11

U. Methner et al., *Effect of Norepinephrine on Colonisation and Systemic Spread of*
Salmonella *Enterica in Infected Animals: Role of Catecholate Siderophore
Precursors and Degradation Products*, 298 Int'l J. of Med. Microbiology 429
(2008) ....................................................................................................................12

Veronica Hirsch, *Legal Protections of the Domestic Chicken in the United States
and Europe*, Animal Legal & Historical Ctr. (2003),
http://www.animallaw.info/articles/dduschick.htm#2D .........................................9

W.A. Knox et al., *A Milk-Borne Outbreak of Food Poisoning Due to* Salmonella
*Heidelberg*, 61 J. of Hygiene 175 (1963) ..............................................................10

World Health Org. & the Food & Agric. Org. of the United Nations, *Risk
Assessments of* Salmonella *in Eggs and Broiler Chickens*
(2002), *available at* www.fao.org/DOCREP/005/Y4392E/Y4392E00.HTM .........................11

## STATEMENT OF INTEREST

Amici Center for Food Safety, Consumers Union, Food & Water Watch, Food Animal Concerns Trust, Healthy Food Action, Institute for Agriculture and Trade Policy, and Public Justice (collectively, amici), through undersigned counsel, respectfully submit this Brief as Amici Curiae in support of Defendants' and Defendant-Intervenors' Motions to Dismiss. Plaintiffs, Defendants, and Defendant-Intervenors consent to this filing.

Amici are all national nonprofit organizations committed to protecting consumer rights and health with regard to food and agriculture. Amici consistently work to educate the public about the harmful effects of industrial animal agriculture, protect consumers' right to know how their food is produced, and promote sustainable food systems. Each have dedicated programs that address food safety and/or animal factories. Together, these programs utilize litigation, scientific expertise, grassroots campaigns, educational outreach, legislative and regulatory reform, and information sharing to carry out their missions. Amici collectively seek to inform legislators, government agencies, medical professionals, and the public about practices that take place in animal factories and the associated effects on public health. Amici also work to hold corporations and our government accountable for harmful, illegal activity. Amici are thus uniquely suited in their ability to illuminate for the Court the food safety implications of battery cages and *Salmonella* poisoning.

As public interest advocacy organizations dedicated to protecting consumer rights and health with regard to food and agriculture, Amici have a strong interest in ensuring that consumers have access to information about how their food is produced, so that they are both empowered to make informed decisions and protected from adulterated foods.

**INTRODUCTION**

*Salmonella* poisoning is the leading cause of food-related death in the United States, and eggs are the leading cause of human infection by several strains of *Salmonella*. The United States Food and Drug Administration (FDA) recently recognized that the public health impacts of egg-related *Salmonella* poisoning are "serious." *Salmonella* can contaminate any egg. Yet eggs produced in egg production facilities that use battery cages are more likely to harbor *Salmonella* than their cage-free counterparts. Just four years ago *Salmonella* contamination led to the largest egg recall in history—more than half a billion eggs. Not surprisingly, the facility that produced those eggs housed its hens in cages.

Several scientific studies indicate that battery cages increase risk to consumers of contracting egg-related *Salmonella* poisoning. The use of these cages goes hand-in-hand with larger flock sizes and other practices that exacerbate the risk of contamination, including the routine use of antimicrobials, the reuse of cages without cleaning them between production rounds, the high density of animals, inhumane treatment, and diminished air quality due to indoor confinement. These practices can also lead to higher incidences of pest and rodent infestation, which contribute to the spread of *Salmonella*.

In order to address this unnecessarily dangerous situation—and in part to protect the welfare of egg-laying hens—California voters passed Proposition 2. The Proposition recognized that the industrialization of our food system, including the intensive confinement of farm animals within that system, has increased the prevalence of foodborne illnesses, thereby posing a serious threat to public health. Shortly after, with AB 1437, the state of California acted to protect animal and human health by mandating that all eggs sold in California be manufactured in such a way as to ensure their safety and minimize contamination. This legislation addresses the causes of *Salmonella* contamination at their source, thereby protecting California consumers from the known and preventable risk of potentially fatal or life-threatening *Salmonella* poisoning. By doing so, AB 1437 serves a legitimate state interest and serves as an important complement to federal food safety regulation.

**ARGUMENT**

**I.      Eggborne Illness Presents a Significant Threat to Public Health**

Foodborne illness kills an estimated 3000 American consumers every year.[1] Even when not deadly, foodborne illness is a serious threat to public health. One in six Americans—47.8 million people—fall sick and 128,000 people are hospitalized annually as a result of foodborne illness.[2] Even mild cases of foodborne illness can involve five to seven days of severe stomach cramps, diarrhea (often bloody), fever, and vomiting.[3] Some cases cause serious long-term effects such as chronic arthritis and brain and nerve damage.[4] Infections can be severe or even life-threatening.[5] The annual national economic loss from just the resulting medical costs and loss of productivity is over $77 billion,[6] and *Salmonella* infection accounts for $365 million in direct medical costs each year.[7]

   *Salmonella* poisoning is the leading cause of food-related death in the United States.[8] Researchers at the Centers for Disease Control and Prevention (CDC) have estimated that *Salmonella* poisoning—the most commonly diagnosed foodborne bacterial illness in the United States[9]—kills ten times more Americans every year than *E. coli* O157:H7.[10] Eggs are particularly

---

[1]  Ctrs. for Disease Control & Prevention (CDC), *CDC Estimates of Foodborne Illness in the United States*, http://www.cdc.gov/foodborneburden/2011-foodborne-estimates.html (last updated Jan. 8, 2014).
[2]  *Id.*
[3]  FDA, *Foodborne Illnesses: What You Need to Know,* http://www.fda.gov/food/resourcesforyou/consumers/ucm103263.htm (last updated May 27, 2014).
[4]  FoodSafety.gov, *Food Poisoning*, http://www.foodsafety.gov/poisoning/index.html (last visited June 10, 2014).
[5]  CDC, *E. coli (Escherichia coli)*, http://www.cdc.gov/ecoli/general/ (last visited June 10, 2014).
[6]  Helena Bottemiller, *Annual Foodborne Illnesses Cost $77 Billion, Study Finds*, Food Safety News (Jan. 3, 2012), http://www.foodsafetynews.com/2012/01/foodborne-illness-costs-77-billion-annually-study-finds.
[7]  CDC, *Making Food Safer to Eat*, http://www.cdc.gov/vitalsigns/foodsafety/ (last updated June 2011).
[8]  E. Scallan et al., *Foodborne Illness Acquired in the United States—Major Pathogens*, 17 Emerging Infectious Diseases 7, 7-15 (2011), *available at* http://wwwnc.cdc.gov/eid/article/17/1/pdfs/p1-1101.pdf.
[9]  P. Chittick et al., *A Summary of National Reports of Foodborne Outbreaks of* Salmonella *Heidelberg Infections in the United States: Clues for Disease Prevention*, 69 J. of Food Protection 1150, 1150-53 (2006).

to blame. As FDA concluded in 2010, "Egg-associated illness caused by *Salmonella* is a serious public health problem."[11] Eggs are the leading cause of human infection by several strains of *Salmonella*,[12] with *Salmonella*-tainted eggs causing an estimated 142,000 Americans to suffer from foodborne illness every year.[13] In 1994, a single egg-related outbreak sickened more than 200,000 Americans.[14] The threat has not lessened since: between 2009 and 2010, *Salmonella* associated with eggs led to the most outbreak-related foodborne illnesses in the United States.[15]

Infants and young children are at a particularly high risk of contracting *Salmonella* poisoning and suffering from its long-term effects. For example, *Salmonella* poisoning can result in chronic arthritic joint inflammation and is commonly implicated in persistent irritable bowel syndrome in children.[16] The risk posed by *Salmonella* infection to consumers is further exacerbated by the difficulty of destroying the disease-causing pathogens through cooking. Indeed, *Salmonella* can infect the ovaries of hens, resulting in infected hens laying eggs with the bacteria already inside.[17] According to research funded by the American Egg Board, *Salmonella* can then survive multiple cooking methods.[18]

Moreover, the risk of contracting *Salmonella* from contaminated eggs is prevalent.

---

[10]  P.S. Mead et al., *Food-Related Illness and Death in the United States*, 5 Emerging Infectious Diseases 612, 612-25 (1999).

[11]  Press Release, FDA, New Final Rule to Ensure Egg Safety, Reduce Salmonella Illnesses Goes Into Effect (July 9, 2010), *available at* www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm218461.

[12]  *See* B.R. Jackson et al., *Outbreak-Associated* Salmonella *Enterica Serotypes and Food Commodities, United States, 1998–2008*, 19 Emerging Infectious Diseases 1239, 1239-44 (2013), *available at* http://wwwnc.cdc.gov/eid/article/19/8/12-1511_article.htm.

[13]  FDA, *FDA Improves Egg Safety*, www.fda.gov/ForConsumers/ConsumerUpdates/ucm170640.htm (last updated Dec. 17, 2013).

[14]  T.W. Hennessy et al., *A National Outbreak of* Salmonella *Enteritidis Infections from Ice Cream*, 334 New Eng. J. Med. 1281, 1281-86 (1996).

[15]  CDC, *Tracking and Reporting Foodborne Disease Outbreaks*, http://www.cdc.gov/features/dsfoodborneoutbreaks/ (last updated Mar. 29, 2013).

[16]  A. Ternhag et al., *Short- and Long-Term Effects of Bacterial Gastrointestinal Infections*, 14 Emerging Infectious Diseases 143, 143-48 (2008); M. Saps et al., *Post-infectious Functional Gastrointestinal Disorders in Children*, 152 J. Pediatrics 812, 812-16 (2008).

[17]  R.K. Gast & C.W. Beard, *Production of* Salmonella *Enteritidis-Contaminated Eggs by Experimentally Infected Hens*, 34 Avian Diseases 438, 438-46 (1990).

[18]  A.L. Davis et al., *Validation of Cooking Methods Using Shell Eggs Inoculated with* Salmonella *Serotypes Enteritidis and Heidelberg*, 87 Poultry Sci. 1637, 1637-42 (2008).

Because of the large numbers of animals in a typical industrial facility and the limited hands-on husbandry, pathogens can infect tens of thousands of animals and still go undetected. *Salmonella enterica*, for instance, can colonize the intestinal tract of birds without causing obvious disease, although infected hen ovaries then transfer the organism to eggs.[19] The frequency of contamination with *Salmonella enterica* in eggs may be relatively low, but the large number of eggs produced in the United States each year—65 billion—means that contaminated eggs represent a significant source for human exposure.[20] The 2010 multistate outbreak of *Salmonella* underscored this point, as it led to the largest egg recall in history—550 million eggs.[21]

## II.    Eggs from Caged Hens Present an Increased Risk of *Salmonella* Poisoning

Eggs from hens that are raised in battery cages present serious risks of *Salmonella* contamination. Inhumane treatment of egg-laying hens in battery cages often overlaps with unsanitary conditions in industrial egg production facilities that, together, exacerbate contamination. Pathogens not only spawn in facilities that use battery cages, but spread and thrive in those conditions, thus increasing public health risk.

### A.    Risk of *Salmonella* is Closely Tied to the Use of Battery Cages.

Caged hens have consistently presented a higher risk of *Salmonella* than cage-free hens, indicating a strong connection between cages and pathogen contamination.[22] The European Food Safety Authority (EFSA)—using the best available data set comparing *Salmonella* infection risk between different hen housing systems—found, without exception, significantly higher

---

[19] Pew Comm'n on Indus. Farm Animal Prod., *Putting Meat on the Table: Industrial Farm Animal Production in America* 13 (2008), *available at* http://www.ncifap.org/_images/PCIFAPFin.pdf  (*citing* S. Suzuki, *Pathogenicity of* Salmonella *Enteritidis in Poultry*, 21 Int. J. Food Microbiology 89, 89-105 (1994)).

[20] *Id.*

[21] CDC, *Multistate Outbreak of Human* Salmonella *Enteritidis Infections Associated with Shell Eggs (Final Update)*, www.cdc.gov/salmonella/enteritidis/ (last updated Dec. 2, 2012); Dan Flynn, *Egg Recall Grows to 550 Million*, Food Safety News (Aug. 21, 2010), http://www.foodsafetynews.com/2010/08/egg-recalls-grow-to-560-million-second-iowa-producer-involved/.

[22] Humane Soc'y of the U.S. (HSUS), *Cage Confinement of Laying Hens Increases* Salmonella *Risk*, http://www.humanesociety.org/issues/confinement_farm/facts/salmonella.html (last visited June 10, 2014).

1    *Salmonella* rates among caged hens for every *Salmonella* serotype grouping reported and for

2    every type of production system examined.[23] EFSA's analysis indicated that, compared with

3    cage production, the odds of *Salmonella* Enteritidis contamination were 43% lower in cage-free

4    production, 95% lower in organic egg production, and 98% lower in free-range production.[24] For

5    *Salmonella* Typhimurium, the second most common source of *Salmonella* poisoning in the

6    United States,[25] odds of contamination were 77% lower when hens were raised in barns

7    compared to cages and 93% lower in organic and free-range systems.[26] For the other *Salmonella*

8    serotypes, the odds of contamination were 96% lower in barn-raised flocks, 98% lower in

9    organic flocks, and 99% lower in free-ranging birds as compared to cage facilities.[27] Thus, the

10   odds of contamination are at least twenty five-times greater at egg production facilities that

11   confine hens in cages compared to those that use cage-free production methods. The EFSA

12   analysis expressly concluded that "[c]age flock holdings are more likely to be contaminated with

13   *Salmonella*."[28]

14        Since this comprehensive survey was completed, at least sixteen scientific studies

15   comparing *Salmonella* risk in caged and cage-free egg production facilities have found higher

16   rates of *Salmonella* in cage production units.[29] Even industry acknowledges that the risk is

17   greater. Simply put, as in the 2010 article "*Salmonella* Thrives in Cage Housing," in the trade

18   publication *World Poultry*: "the majority of the studies clearly indicate that a cage housing

19   system has an increased risk of being *Salmonella*-positive in comparison to non-cage housing

20

21   [23]  European Food Safety Auth. (EFSA), *Report of the Task Force on Zoonoses Data Collection*
22   *on the Analysis of the Baseline Study on the Prevalence of* Salmonella *in Holdings of Laying Hen*
     *Flocks of* Gallus gallus, EFSA J. 97 (2007), *available at*
23   http://www.efsa.europa.eu/en/efsajournal/doc/97r.pdf.
     [24]  *Id.*
24   [25]  CDC, *Preliminary FoodNet Data on the Incidence of Infection with Pathogens Transmitted*
25   *Commonly Through Food—10 States, United States, 2009*, 59 Morbidity & Mortality Weekly
     418, 418-422 (2010), *available at*
26   http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5914a2.htm.
     [26]  EFSA, *supra* note 23.
27   [27]  *Id.*
     [28]  *Id.* at 46.
28   [29]  HSUS, *supra* note 22.

systems."[30] Cage-free hens experimentally infected with *Salmonella* may even clear the infection faster than caged hens.[31]

        B.     Conditions in Industrial Egg Production Facilities Exacerbate the Increased Risk of Eggborne Illness Caused by the Use of Battery Cages.

Industrial egg production facilities use many practices in conjunction with battery cages that can exacerbate the risks that battery cages pose to consumer health. Together, these practices create stressful conditions that cause hens to shed bacteria they may be harboring, and an unsanitary environment that causes these bacteria to spread. For example, excessive use of antimicrobial feed additives and non-therapeutic antibiotics—common at industrial egg production facilities—contributes to the emergence of resistant strains of pathogens. In turn, resistant bacteria proliferate and spread among animals that are then introduced into the food supply, which directly impacts public health. CDC recently recognized that "there are specific situations in which the widespread use of antimicrobials in agriculture has resulted in an increase in resistant infections in humans."[32] In fact, six antibiotic-resistant microorganisms have been linked to foodborne illness.[33]

Hens at industrial egg production facilities are often kept under unsanitary and inhumane conditions. Defendant-Intervenor the Humane Society of the United States (HSUS) has conducted numerous undercover investigations at battery cage facilities, documenting that hens are often confined in overcrowded cages with the rotting corpses of other birds or birds suffering bloody injuries, covered in feces from birds in overhead cages, and prone to drown in manure trenches that run underneath the cages and into pipes leading to outside lagoons.[34] Decaying

---

[30]  Jeroen Dewulf, Salmonella *Thrives in Cage Housing*, 25 World Poultry 18, 18-19 (2010), *available at* http://www.worldpoultry.net/Breeders/General/2010/5/Salmonella-thrives-in-cage-housing-WP007481W/.
[31]  J. De Vylder et al., *Effect of the Housing System on Shedding and Colonization of Gut and Internal Organs of Laying Hens with* Salmonella *Enteritidis*, 88 Poultry Sci. 2491, 2494-95 (2009).
[32]  Lydia Zuraw, *CDC Acknowledges Role of Farms in Antibiotic Resistance*, Food Safety News (Sept. 17, 2013), www.foodsafetynews.com/2013/09/drug-resistant-infections/.
[33]  *Id.*
[34]  HSUS, *Undercover at the Largest U.S. Egg Producer* (2010), *available at*

dead hens are customarily left in cages and on cage ledges and tops, often in direct contact with live hens and eggs.[35] A 2009 undercover investigation at one of the largest egg suppliers in the United States revealed mummified bird corpses disintegrating in cages with live birds, and eggs rolling over rotting carcasses.[36] In 2010, HSUS conducted an undercover investigation that revealed hens and eggs in a battery cage operation exposed to dead birds, manure, and blood in their cages.[37] That same year, FDA called for a nationwide egg recall when eggs from an Ohio plant tested positive for *Salmonella*,[38] and similar conditions that FDA documented at an Iowa egg processing plant led to one of the largest egg recalls in United States history.[39]  In fact, the Iowa facility's food safety violations were so egregious that the operators pleaded guilty to criminal charges and agreed to a $6.8 million fine.[40]

When animals are not only exposed to feces and decaying carcasses but live in and among them, the risk of contamination with pathogens is dire. Exposure to feces is particularly problematic given that *Salmonella* can survive for more than two years in dried chicken feces.[41] Cages are notoriously difficult to clean and disinfect; even the "gold standard" treatment of saturating cages with formaldehyde-laden steam for 24 consecutive hours at more than 140

---

http://www.humanesociety.org/assets/pdfs/farm/cal-maine_investigation_report.pdf.
[35]  *Id.*
[36]  Compassion Over Killing, *Dunkin' Donuts' Egg Supplier Exposed!*, http://dunkincruelty.com/investigation (last visited June 10, 2014).
[37]  HSUS, *supra* note 34.
[38]  *Id.*
[39]  Letter from John W. Thorsky, FDA Dist. Dir., to Austin Decoster, Owner, Quality Egg LLC (Oct. 15, 2010), *available at* http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2010/ucm229805.htm; Associated Press, *Recall Expands to More Than Half a Billion Eggs*, NBCNews.com, http://www.nbcnews.com/id/38741401/ns/health-food_safety/t/recall-expands-more-half-billion-eggs/ (last updated Aug. 20, 2010).
[40]  Letter from Kevin W. Techau, U.S. Attorney, to Hon. Leonard T. Strand, Magistrate Judge, *United States v. Quality Egg, LLC*, No. 14-CR-3024-MWB (N.D. Iowa, June 2, 2014), ECF No. 15.
[41]  R.H. Davies & M. Breslin, *Persistence of* Salmonella Enteritidis *Phage Type 4 in the Environment and Arthropod Vectors on an Empty Free-Range Chicken Farm*, 5 Envt'l Microbiology 79, 79-84 (2003).

degrees Fahrenheit may not effectively disinfect battery cage sheds.[42] Some operations do not even attempt to disinfect cages or clear manure pits between flocks.[43] This compounds the problem, as flocks are replaced annually.[44] Battery cage operations also create more rodent and insect disease vectors than cage-free counterparts.[45] Manure pits attract disease-carrying rodents, flies, and other pests that are closely tied to *Salmonella* rates, which can nest in the pits without interference from confined birds.[46] As a result, these pests exist in greater abundance and become more of a nuisance in egg production facilities that use battery cages.[47]

Studies link the use of slaughterhouse waste such as "spent hen meal" to *Salmonella* outbreaks. Spent hen meal consists of the rendered parts of slaughtered hens, which are fed back to other hens. In 1995, FDA tests revealed that over half the samples of feed that contained slaughterhouse waste were contaminated with *Salmonella*,[48] and numerous human *Salmonella* outbreaks have been specifically tied to feeding farm animals contaminated meat and bone

---

[42]  K.O. Gradel, *Disinfection of* Salmonella *in Poultry Houses* (Feb. 2004) (unpublished Ph.D. thesis, University of Bristol Department of Clinical Veterinary Science), *available at* http://kimorengradel.com/Disinfection%20of%20Salmonella%20in%20poultry%20houses_27-4.pdf; K.O. Gradel et al., *Monitoring the Efficacy of Steam and Formaldehyde Treatment of Naturally* Salmonella-*Infected Layer Houses*, 96 J. of Applied Microbiology 613, 613-22 (2004), *available at* onlinelibrary.wiley.com/doi/10.1111/j.1365-2672.2004.02198.x/pdf.

[43]  *See* S. Van Hoorebeke et al., *Determination of the Within and Between Flock Prevalence and Identification of Risk Factors for* Salmonella *Infections in Laying Hen Flocks Housed in Conventional and Alternative Systems*, 94 J. Preventive Vet. Med. 94, 99 (2010).

[44]  Veronica Hirsch, *Legal Protections of the Domestic Chicken in the United States and Europe*, Animal Legal & Historical Ctr. (2003), http://www.animallaw.info/articles/dduschick.htm#2D ("A laying hen will lay about 300 eggs during her economic lifespan of about one year, after which she will usually be slaughtered.").

[45]  EFSA, *supra* note 23.

[46]  *See* J.J. Carrique-Mas & R.H. Davies, Salmonella *Enteritidis in Commercial Layer Flocks in Europe: Legislative Background, On-farm Sampling and Main Challenges*, 10 Brazilian J. of Poultry Sci. 1, 1-9 (2008); R.H. Davies, *Pathogen Populations on Poultry Farms, in* Food Safety Control in the Poultry Industry 122 (G.C. Mead, ed., 2005).

[47]  *See* A.R. Olsen & T.S. Hammack, *Isolation of* Salmonella *spp. from the Housefly, Musca domestica L., and the Dump fly, Hydrotaea aenescens (Wiedemann) (Diptera: Muscidae), at Caged-layer Houses*, 63 J. of Food Protection 958, 958-60 (2000); R.C. Axtell & J.J. Arends, *Ecology and Management of Arthropod Pests of Poultry*, 35 Annual Review of Entomology 101, 101-26 (1990).

[48]  D.G. McChesney et al., *FDA Survey Determines* Salmonella *Contamination*, 67 Feedstuffs 20, 20-23 (1995).

1  meal.[49] This practice has been implicated in the worldwide spread of *Salmonella* along with

2  other cost-cutting practices that are commonplace in industrial animal production, such as forced

3  starvation molting.[50] Hens raised in incubators and confined in barren wire cages also lack

4  natural gut flora that help prevent *Salmonella* infection, which chicks normally obtain from their

5  mothers or from being raised on bedding.[51]

6       Additionally, egg production facilities that use battery cages confine greater numbers of

7  birds in a single building.[52] A national USDA survey of the domestic egg industry found that

8  sheds confining more than 100,000 birds were four times more likely to be contaminated with

9  *Salmonella*.[53] Cage-free operations typically hold much fewer birds, while a single caged facility

10  in the United States can cage millions of hens.[54] Such high densities of birds can produce a larger

11  volume of contaminated airborne fecal dust.[55] USDA researchers have found that "[f]locks with

12  high levels of manure contamination were [ten] times as likely to produce contaminated eggs as

13  were flocks with low levels," concluding that flocks with the highest levels of contamination

---

[49] *Id.*; W.A. Knox et al., *A Milk-Borne Outbreak of Food Poisoning Due to* Salmonella *Heidelberg*, 61 J. of Hygiene 175, 175-85 (1963); J.H. Pennington et al., Salmonella *Virchow in a Chicken-Packing Station and Associated Rearing Units*, 4 British Med. J. 804, 804-06 (1968).
[50] Brian W. Sheldon, *Impact of Laying Hen Cycle and Molting on the Prevalence and Populations of* Salmonella, 4 Zootechnica 42, 42-55 (2008).
[51] F.B. Santos et al., *Influence of Housing System, Grain Type, and Particle Size on* Salmonella *Colonization and Shedding of Broilers Fed Triticale or Corn-Soybean Meal Diets*, 87 Poultry Sci. 405, 405-20 (2008); D. Reynolds, *Tenants of the Last 1.5 Metres*, 5 Microbiologist 26, 26-30 (2004).
[52] *See generally* R.V. Tauxe, *Emerging Foodborne Pathogens*, 78 Int'l J. of Food Microbiology 31, 31-41 (2002).
[53] USDA, Animal & Plant Health Inspection Service, Salmonella *Enterica Serotype Enteritidis in Table Egg Layers in the U.S.* (Oct. 2000), *available at* http://www.aphis.usda.gov/animal_health/nahms/poultry/downloads/layers99/Layers99_dr_Salmonella.pdf.
[54] *See, e.g.,* Ohio Dep't of Agric., *Livestock Environmental Permitting*, http://www.agri.ohio.gov/apps/lepp_permits/dlep_permits.aspx (last visited May 30, 2014) (listing ten permits for egg production facilities with over one million hens).
[55] H. Namata et al., Salmonella *in Belgian Laying Hens: an Identification of Risk Factors*, 83 Preventive Veterinary Med. 323, 323-36 (2008); *see also* Michael Greger, Bird Flu: A Virus of Our Own Hatching (2006), *available at* http://www.birdflubook.org/a.php?id=70.

CASE NO. 2:14-cv-00341-KJM-KJN
AMICI CURIAE BR.      10

"appeared to pose the greatest public health threat."[56]

Increased flock density is directly linked to an increased food safety risk. A key finding of a joint World Health Organization and Food and Agriculture Organization of the United Nations *Salmonella* risk assessment was that "[r]educing flock prevalence results in a directly proportional reduction in human health risk. For example, reducing flock prevalence from 50% to 25% results in a halving of the mean probability of illness per serving [of eggs]."[57] As mentioned above, infected hens can lay infected eggs. Of the nine published studies comparing *Salmonella* contamination rates between eggs from battery cage production versus cage-free systems, not a single one showed more *Salmonella* in cage-free eggs. All nine studies either found no *Salmonella* in eggs from either system or a trend towards higher infection rates in eggs from caged hens compared to barn-raised birds.[58]

---

[56]  D.J. Henzler et al., *Management and Environmental Risk Factors for* Salmonella *Enteritidis Contamination of Eggs*, 59 Am. J. of Veterinary Research 824, 824-29 (1998).

[57]  World Health Org. & the Food & Agric. Org. of the United Nations, *Risk Assessments of* Salmonella *in Eggs and Broiler Chickens* (2002), *available at* www.fao.org/DOCREP/005/Y4392E/Y4392E00.HTM.

[58]  J.L. Barnett, *Welfare and Productivity of Hens in a Barn System and Cages* (1998), Final Report to Rural Industries Research & Dev. Corp., *available at* http://sydney.edu.au/vetscience/apss/documents/1999/APSS1999-barnett-pp65-68.pdf; J.A.D. Barbosa Filho et al., *Egg Quality in Layers Housed in Different Production Systems and Submitted to Two Environmental Conditions*, 8 Brazilian J. of Poultry Sci. 23, 23-28 (2005); Food Safety Auth. of Ireland, *Bacteriological Safety of Eggs Produced Under the Bord Bia Egg Quality Assurance Scheme* (2003), *available at* www.fsai.ie/uploadedfiles/monitoring_and_enforcement/monitoring/surveillance/eggs_bacteriol ogical.pdf ; H. Kinde et al., Salmonella *Enteritidis, Phage Type 4 Infection in a Commercial Layer Flock in Southern California: Bacteriologic and Epidemiologic Findings*, 40 Avian Diseases 665, 665-71 (1996), *available at* www.birdflubook.org/resources/kinde_1996_AD_40_665.pdf; U.K. Food Standards Agency, *Report of the Survey of* Salmonella *Contamination of UK Produced Shell Eggs on Retail Sale* (Mar. 18, 2004), *available at* www.food.gov.uk/multimedia/pdfs/fsis5004report.pdf; C.L. Little et al., *Survey of* Salmonella *Contamination of Non-UK Produced Shell Eggs on Retail Sale in the North West of England and London. Final report*, (Nov. 15, 2006), *available at* http://multimedia.food.gov.uk/multimedia/pdfs/nonukeggsreport.pdf; C.L. Little et al., *Survey of* Salmonella *Contamination of Raw Shell Eggs Used in Food Service Premises in the United Kingdom, 2005 through 2006*, 71 J. of Food Protection 19, 19-26 (2008); T.J. Humphrey et al., *Numbers of* Salmonella *Enteritidis in the Contents of Naturally Contaminated Hens' Eggs*, 106 Epidemiology & Infection 489, 489-96 (1991), *available at* http://www.ncbi.nlm.nih.gov/pmc/articles/PMC2271858/pdf/epidinfect00027-0066.pdf; D. Stepień-Pyśniak, *Occurrence of Gram-Negative Bacteria in Hens' Eggs Depending on Their*

1   One recent study, conducted in 2010, reported that housing laying hens in conventional

2   battery cages is a significant risk factor for *Salmonella* Enteritidis and/or Typhimurium, and that

3   *Salmonella* shedding in caged flocks was more likely than in non-caged flocks.[59] The study

4   attributed this to several factors, including larger hen flocks on cage farms, reusing cages without

5   cleaning them between production rounds, the high density of animals, and low air quality due to

6   indoor confinement.[60]

7   These practices together result in more psychological stress to egg-laying hens, which is

8   generally thought to render birds more susceptible to infectious disease.[61] Stress hormones can

9   increase *Salmonella* colonization and systemic spread in chickens.[62] The stress hormone

10  noradrenaline can boost the growth rate of *Salmonella* bacteria by orders of magnitude, and

11  stress-related corticosteroids can impair the immune system.[63] Overall, flatly contrary to

12  Plaintiffs' assertions, the use of battery cages in egg production is clearly connected to food

13  safety and has serious and well-documented negative implications for public health.

14  **III.    AB 1437 Serves a Legitimate State Interest**

15  Farm animal well-being and food safety are inextricably linked. Improvements in animal

16  welfare of the kind required by AB 1437 improve food safety by reducing the effects of the

17  combination factors described above, including stress-induced immunosuppression, infectious

---

20  *Source and Storage Conditions*, 13 Polish J. of Veterinary Scis. 507, 507-13 (2010), *available at* www.birdflubook.org/resources/stepien-pysniak_2010_13_507.pdf.

21  [59]  S. Van Hoorebeke et al., *supra* note 43.

    [60]  *Id.* at 99.

22  [61]  *See* T. Humphrey, *Are Happy Chickens Safer Chickens? Poultry Welfare and Disease*

23  *Susceptibility*, 47 British Poultry Sci. 379, 379-91 (2006); A.M. de Passillé & J. Rushen, *Food Safety and Environmental Issues in Animal Welfare*, 24 Revue Scientifique et Technique de l'Office International des Epizooties 757, 757-66 (2005).

24  [62]  U. Methner et al., *Effect of Norepinephrine on Colonisation and Systemic Spread of*

25  Salmonella *Enterica in Infected Animals*: *Role of Catecholate Siderophore Precursors and Degradation Products*, 298 Int'l J. of Med. Microbiology 429, 429-39 (2008).

26  [63]  M.T. Bailey et al., *In Vivo Adaptation of Attenuated* Salmonella *Typhimurium*

27  *Results in Increased Growth Upon Exposure to Norepinephrine*, 67 Physiology & Behavior 359, 359-64 (1999); S. Shini et al., *Biological Response of Chickens* (Gallus gallus domesticus)

28  *Induced by Corticosterone and a Bacterial Endotoxin*, 149 Comparative Biochemistry & Physiology Part B 324, 324-33 (2008).

1    disease incidence, pathogen shedding, and antibiotic use and resistance.[64]

2          As a result, AB 1437 serves a legitimate state interest of protecting consumers from

3    known and preventable causes of foodborne illness. AB 1437 explicitly recognizes the

4    connection between battery cages and public health, and regulates the former in order to protect

5    the latter. It is beyond question that protecting the public health is a legitimate state interest. *See*

6    *Merrifield v. Lockyer*, 547 F.3d 978, 986 (9th Cir. 2008); *Chinatown Neighborhood Ass'n v.*

7    *Harris*, No. 12-cv-03759-WHO, 2014 U.S. Dist. LEXIS 40432, *23 (N.D. Cal. Mar. 25, 2014);

8    *see also Florida Lime & Avocado Growers, Inc. v. Paul*, 373 U.S. 132, 144 (1963) ("[T]he

9    supervision of the readying of foodstuffs for market has always been deemed a matter of

10   peculiarly local concern."). Despite Plaintiffs' claims that AB 1437 was economically motivated,

11   the fact remains that in terms of potential *Salmonella* contamination, eggs from caged hens are

12   simply more dangerous than their cage-free counterparts. *Cf. Sporhase v. Neb.*, 458 U.S. 941,

13   956 (1982) (stating that state regulation of "a vital resource" such as water "for the purpose of

14   protecting the health of its citizens—and not simply the health of its economy—is at the core of

15   [a state's] police power").

16         Prohibiting the sale of eggs from caged hens within California has the effect of making

17   our food supply safer by ensuring that California consumers are not unnecessarily exposed to

18   eggs that carry an increased risk of contamination. The studies upon which AB 1437 was based

19   support this conclusion. The Pew Commission on Industrial Farm Animal Production detailed

20   the link between animal and human health, noting many of the factors described above.[65] The

21   *Salmonella* Risk Assessment conducted by the World Health Organization and Food and

22   Agricultural Organization of the United Nations found that reducing the prevalence of

23   *Salmonella* pathogens within a flock lessens consumers' risk of contracting *Salmonella*

24   poisoning.[66] In addition to these studies, the best available science suggests that cage-free

25   operations increase the safety of the American food supply. Because egg production facilities

26

27   [64]  A.M. de Passillé, *supra* note 61.
     [65]  Pew Comm'n on Indus. Farm Animal Prod., *supra* note 19.
28   [66]  World Health Org. & the Food & Agric. Org. of the United Nations, *supra* note 57.

1   that use battery cages present a more serious risk of *Salmonella* contamination, prohibiting the

2   use of cages translates directly into safer food for consumers.

3   **IV.   AB 1437 Serves as a Complement Rather than an Obstacle to Federal Food
        Safety Regulation**

4

5   AB 1437 is not preempted by federal law. To the contrary, it directly supports the

6   objectives of federal regulation of our food supply. *See McDaniel v. Wells Fargo Invs., LLC*, 717

7   F.3d 668, 674 (9th Cir. 2013) (explaining standard for obstacle preemption); *Williamson v.*

8   *Mazda Motor of Am., Inc.*, 131 S. Ct. 1131, 1139-40 (2011) (holding state statute did not stand as

9   obstacle to federal regulation). The Egg Products Inspection Act (EPIA) unambiguously allows

10  states to exercise their jurisdiction to prevent the distribution of any eggs or egg products for

11  human consumption that are in violation of federal law. 21 U.S.C. § 1052(b) ("[A]ny State or

12  local jurisdiction may exercise jurisdiction with respect to eggs and egg products for the purpose

13  of preventing the distribution for human food purposes of any such articles which are . . . in

14  violation of any of said Federal Acts or any State or local law consistent therewith."). Eggs

15  contaminated with *Salmonella* are adulterated under the Federal Food, Drug, and Cosmetic Act

16  (FFDCA), *see id.* § 342(a)(4)-(5), bringing them squarely within the type of state regulation that

17  the EPIA permits.

18  Moreover, FDA has delegated authority to the states to pass laws that further reduce

19  *Salmonella* contamination in shell eggs as long as the laws are "consistent with" the FFDCA. *Id.*

20  § 1052(b). These laws are not preempted as long as they are more stringent than the federal

21  standards. Prevention of *Salmonella* Enteritidis in Shell Eggs During Production, Storage, and

22  Transportation, 74 Fed. Reg. 33030, 33091 (July 9, 2009) (regulations are only "minimal

23  national prevention measures" and "do not preempt . . . more stringent [state] requirements"); *see*

24  *also* 21 C.F.R. § 118.12(d) (prohibiting only *Salmonella*-related state regulations that are "less

25  stringent" than FDA regulations).

26  It is thus well within the states' jurisdiction to adopt regulations aimed at keeping

27  contaminated eggs out of the food supply.

28

1

**CONCLUSION**

2      The use of battery cages in egg production creates a serious but preventable risk to the

3 health of California consumers. AB 1437 addresses this risk and therefore protects consumers by

4 prohibiting the conditions that cause foodborne illness pathogens to proliferate. In doing so, AB

5 1437 serves a legitimate state interest and complements federal food safety regulation.

6

7

8 DATED: June 10, 2014                     Respectfully submitted,

9

                                          /s/ Paige M. Tomaselli
10                                         Paige M. Tomaselli (State Bar No. 237737)
                                          CENTER FOR FOOD SAFETY
11                                         303 Sacramento St., 2nd Floor
                                          San Francisco, CA 94111
12                                         T: (415) 826-2770 / F: (415) 826-0507
                                          Email:  ptomaselli@centerforfoodsafety.org
13

14                                         *Counsel for Amici Curiae*

15

16

17

18

19

20

21

22

23

24

25

26

27

28