1   MICHAEL W. DE VRIES *(SBN 211001)*
    KIRKLAND & ELLIS LLP
2   333 South Hope Street
    Los Angeles, CA 90071
3   Telephone: (213) 680-8400
    Fax: (213) 680-8500
4
    JOHN C. O'QUINN (*Pro Hac Vice Pending*)
5   john.oquinn@kirkland.com
    KIRKLAND & ELLIS LLP
6   655 Fifteenth Street, NW
    Washington, DC 20005
7   Telephone: (202) 879-5000
    Facsimile: (202) 879-5200
8
    JOSHUA HAWLEY (*Pro Hac Vice Pending*)
9   ERIN MORROW HAWLEY (*Pro Hac Vice Pending*)
    MISSOURI LIBERTY PROJECT
10  5215 E. Highway 163
    Columbia, MO 65201
11
    *Counsel for Amicus Curiae Missouri Liberty Project*
12

13              UNITED STATES DISTRICT COURT

14          FOR THE EASTERN DISTRICT OF CALIFORNIA

15

16  THE STATE OF MISSOURI, ex rel.,          )   CASE NO. 2:14-cv-00341-KJM-KJN
    Chris Koster, Attorney General; THE      )
16  STATE OF NEBRASKA, ex rel. Jon           )   **CORPORATE DISCLOSURE**
17  Bruning, Attorney General; THE           )   **STATEMENT OF PROPOSED**
    STATE OF OKLAHOMA, ex rel. E.            )   ***AMICUS* MISSOURI LIBERTY**
18  Scott Pruitt, Attorney General; THE      )   **PROJECT**
    STATE OF ALABAMA, ex rel. Luther         )
19  Strange, Attorney General; THE           )
    COMMONWEALTH OF KENTUCKY,                 )
20  ex rel. Jack Conway, Attorney            )
    General; and TERRY E. BRANSTAD,
21  Governor of the State of Iowa,

22              Plaintiffs,

23      v.

24  KAMALA D. HARRIS, in her official
    capacity as Attorney General of
25  California; KAREN ROSS, in her
    official capacity as Secretary of the
26  California Department of Food and
    Agriculture,
27
                Defendants.
28

                                    CORPORATE DISCLOSURE STATEMENT

1      Pursuant to Federal Rule of Civil Procedure 7.1, Proposed *Amicus Curiae* Missouri

2  Liberty Project hereby states that proposed *Amicus* does not have a parent company and

3  no publicly held corporation owns more than 10% of the stock of proposed *Amicus*.

4

5  DATED:  July 25, 2014                   Respectfully submitted,

6                                     /s/ Michael W. De Vries

7                                   Michael W. De Vries (SBN )
                                 KIRKLAND & ELLIS LLP

8                                   333 South Hope Street
                                 Los Angeles, CA 90071

9                                   Telephone: (213) 680-8400
                                 Fax: (213) 680-8500

10                                  John C. O'Quinn (Pro Hac Vice Pending)
                                 KIRKLAND & ELLIS LLP

11                                  655 Fifteenth Street, NW
                                 Washington, DC 20005

12                                  Telephone: (202) 879-5000
                                 Facsimile: (202) 879-5200

13

14                                  Joshua Hawley (Pro Hac Vice Pending)
                                 Erin Morrow Hawley (Pro Hac Vice Pending)

15                                  *Attorneys for Amicus Curiae Missouri Liberty Project*

16

17

18

19

20

21

22

23

24

25

26

27

28

CORPORATE DISCLOSURE STATEMENT