MICHAEL W. DE VRIES *(SBN 211001)*
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Fax: (213) 680-8500

JOHN C. O'QUINN (*Pro Hac Vice Pending*)
john.oquinn@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

JOSHUA HAWLEY (*Pro Hac Vice Pending*)
ERIN MORROW HAWLEY (*Pro Hac Vice Pending*)
MISSOURI LIBERTY PROJECT
5215 E. Highway 163
Columbia, MO 65201

*Counsel for Amicus Curiae Missouri Liberty Project*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel., Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa,<br><br>    Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture,<br><br>    Defendants. | CASE NO. 2:14-cv-00341-KJM-KJN<br><br>**MISSOURI LIBERTY PROJECT'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Complaint Filed Date:  February 3, 2014<br><br>Judge:    Hon. Kimberly J. Mueller<br>Hearing Date:    August 11, 2014<br>Time:    10:00 a.m.<br>Courtroom:    3, 15th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 11, 2014, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Kimberly J. Mueller, in the United States District Court for the Eastern District of California, Sacramento Division, located at 501 I Street, Sacramento, California in Courtroom No. 3, The Missouri Liberty Project will, and do, move for leave to file an *amicus curiae* brief in opposition to Defendants' Motion to Dismiss.

As explained in *Amicus*'s Motion, the Court should grant leave to file an *amicus* Brief because *Amicus* Missouri Liberty Project has a substantial interest in the pending case and will provide unique information that will assist the Court to resolve the issues raised by Defendants' Motion to Dismiss.

*Amicus* has provided notice to the parties, who do not object to *Amicus* filing its brief. To ensure that consideration of this Motion does not conflict with the hearing calendared for August 11, 2014, the parties and *Amicus* represent that no hearing on this Motion is necessary, and agree in the alternative to expedited consideration of the Motion under Local Rule 144(e).

DATED:  July 25, 2014

Respectfully submitted,

/s/ Michael W. De Vries
Michael W. De Vries (SBN )
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Fax: (213) 680-8500

John C. O'Quinn (Pro Hac Vice Pending)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Joshua Hawley (Pro Hac Vice Pending)
Erin Morrow Hawley (Pro Hac Vice Pending)
MISSOURI LIBERTY PROJECT
5215 E. Highway 163
Columbia, MO 65201

Attorneys for Proposed Amicus Curiae
Missouri Liberty Project

# MEMORANDUM OF POINTS AND AUTHORITIES

The Missouri Liberty Project requests leave of this Court to file the attached *amicus curiae* brief in opposition to Defendants' Motion to Dismiss First Amended Complaint. Dkt. No. 36.

## I.    LEGAL STANDARD.

"The district court has broad discretion to appoint *amici curiae*." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). As such "'[a]n amicus brief should normally be allowed' when, among other considerations, 'the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Re2con, LLC v. Telfer Oil Co.*, No. 2:10-cv-00786-KJM-KJN, 2012 WL 6570902 at *1 (E.D. Cal. Dec. 17, 2012) (quoting *Cmty. Ass'n for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E. D. Wash. 1999) (citing *Northern Sec. Co. v. United States*, 191 U.S. 555, 556 (1903))); *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991) ("[A]n individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable to the court.") (quoting *United States v. Louisiana*, 751 F. Supp. 608, 620 (E.D. La. 1990)). Here *Amicus* fulfills the "classic role" of an *amicus curiae* to "assist[] in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Whol Co., Inc. v. Comm'r of Labor and Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).

## II.   *AMICUS* HAS A SIGNIFICANT INTEREST IN THIS CASE.

Founded by constitutional lawyers and law professors Joshua Hawley and Erin Morrow Hawley, Missouri Liberty Project is a non-profit organization dedicated to promoting constitutional liberty and limited government. A major aspect of that mission is to protect and promote the rights of Missouri farmers as they pursue their time-honored

way of life.  Missouri Liberty Project pursues that mission by defending Missouri farmers against overreaching regulations that interfere with their farming rights.  Consequently, in this case, Missouri Liberty Project has an important interest in defending the rights of Missouri egg farmers under the federal Constitution, which are clearly endangered by the California regulations at issue in this lawsuit.

### III. THE PROPOSED *AMICUS* BRIEF WILL ASSIST THE COURT IN RESOLVING THE MOTIONS BEFORE IT.

Although *Amicus* supports the clear and persuasive arguments of Plaintiffs' Opposition to Defendants' Motion to Dismiss, its proposed Brief will present new insights and arguments not fully addressed in the briefing.

This case presents novel questions of constitutional law under the Commerce Clause, which have historically been underdeveloped in Ninth Circuit and Supreme Court case law.  The Missouri Liberty Project—founded by constitutional law professors and litigators—is well-situated to address those questions here, and considering its perspective would aid this Court in addressing them.

In addition, Missouri Liberty Project is currently the only *amicus* seeking to participate in support of Plaintiffs.  Including the perspective of a private party with special interest in these issues will provide a fuller view to the Court of the matters presented.

## CONCLUSION

For the foregoing reasons the Missouri Liberty Project respectfully requests that this Court grant *Amicus*' Motion for Leave to File and *Amicus Curiae* Brief in Opposition to Defendants' Motion to Dismiss.

DATED: July 25, 2014

Respectfully submitted,

/s/ Michael W. De Vries
Michael W. De Vries (SBN )
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Fax: (213) 680-8500

John C. O'Quinn (Pro Hac Vice Pending)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Joshua Hawley (Pro Hac Vice Pending)
Erin Morrow Hawley (Pro Hac Vice Pending)
MISSOURI LIBERTY PROJECT
5215 E. Highway 163
Columbia, MO 65201

Attorneys for Amicus Curiae Missouri Liberty Project