| | |
|---|---|
| 1 | MICHAEL W. DE VRIES *(SBN 211001)* |
|  | KIRKLAND & ELLIS LLP |
| 2 | 333 South Hope Street |
|  | Los Angeles, CA 90071 |
| 3 | Telephone: (213) 680-8400 |
|  | Fax: (213) 680-8500 |

JOHN C. O'QUINN (*Pro Hac Vice Pending*)
john.oquinn@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

JOSHUA HAWLEY (*Pro Hac Vice Pending*)
ERIN MORROW HAWLEY (*Pro Hac Vice Pending*)
MISSOURI LIBERTY PROJECT
5215 E. Highway 163
Columbia, MO 65201

*Counsel for Amicus Curiae Missouri Liberty Project*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel., Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture,<br><br>Defendants. | CASE NO. 2:14-cv-00341-KJM-KJN<br><br>**[PROPOSED] ORDER GRANTING MISSOURI LIBERTY PROJECT'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

# **ORDER**

This matter is before the Court on Missouri Liberty Project's Motion for Leave to File *Amicus Curiae* Brief in Opposition to Defendants' Motion to Dismiss. Having reviewed all submissions, the Court finds good cause in support thereof.

Accordingly, the Motion is GRANTED.

IT IS HEREBY ORDERED that Missouri Liberty Project may file the proposed *Amicus Curiae* brief attached to its Motion.

DATED: _____, 2014

_____
Honorable Kimberly J. Mueller