MICHAEL W. DE VRIES (SBN 211001)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Fax: (213) 680-8500

JOHN C. O'QUINN (*Pro Hac Vice Pending*)
john.oquinn@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

JOSHUA HAWLEY (*Pro Hac Vice Pending*)
ERIN MORROW HAWLEY (*Pro Hac Vice Pending*)
MISSOURI LIBERTY PROJECT
5215 E. Highway 163
Columbia, MO 65201

*Counsel for Amicus Curiae Missouri Liberty Project*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel., Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa, <br><br>Plaintiffs, <br><br>v. <br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, <br><br>Defendants. | CASE NO. 2:14-cv-00341-KJM-KJN <br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MISSOURI LIBERTY PROJECT'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF** |

**WHEREAS** Missouri Liberty Project has moved for leave to participate in this case as *amicus curiae* and has submitted a proposed *amicus* brief supporting Plaintiffs' opposition to Defendants' motion to dismiss.

**WHEREAS** this Court has calendared a hearing on Defendants' motion to dismiss for August 11, 2014, at 10:00 a.m.

**WHEREAS** all parties, including Missouri Liberty Project, intend that hearing to proceed as scheduled, and do not wish consideration of Missouri Liberty Project's motion for leave to affect its scheduling in any way.

**WHEREAS** Missouri Liberty Project's motion for leave is unopposed by any party subject to it not interfering with the scheduled hearing August 11, 2014.

**WHEREAS** no party seeks a hearing or argument on Missouri Liberty Project's motion for leave, and no party intends to file a response to the motion for leave.

**IT IS HEREBY STIPULATED**, by and between Plaintiffs, Defendants, and proposed *Amicus* Missouri Liberty Project, by and through their respective counsel, that:

1. In accordance with this Court's Rule 230(g), this Court may address proposed *Amicus* Missouri Liberty Project's motion for leave on the record and briefs on file at any time, without a hearing or argument, and without waiting for a response by any party.

2. In the alternative, in accordance with this Court's Rule 144(e), this Court may schedule an expedited hearing on proposed *Amicus* Missouri Liberty Project's motion for leave.

Dated: July 25, 2014
STATE OF MISSOURI
DEPARTMENT OF JUSTICE
By: */s/ John Hirth*    (with permission)
John Hirth
Attorney for Plaintiffs State of Missouri, State of Nebraska, State of Alabama, Commonwealth of Kentucky, State of Oklahoma, and Terry E. Branstad, Governor of Iowa

Dated: July 25, 2014
STATE OF CALIFORNIA,
DEPARTMENT OF JUSTICE
By:    */s/ Susan K. Smith*   (with permission)
Susan K. Smith
Attorneys for Defendants

2
JOINT STIPULATION AND [PROPOSED] ORDER RE *AMICUS CURIAE* BRIEF

| | |
|---|---|
| Dated: July 25, 2014 | LATHAM & WATKINS LLP<br>By:  */s/ J. Scott Ballenger*   (with permission)<br>J. Scott Ballenger<br>Attorneys for Intervenor-Defendant Humane Society of the United States |
| Dated: July 25, 2014 | WILMER CUTLER PICKERING HALE & DORR LLP<br>By:   */s/ Brian Boynton*     (with permission)<br>Brian Boynton<br>Attorneys for Intervenor-Defendant Association of California Egg Farmers |
| Dated: July 25, 2014 | KIRKLAND & ELLIS LLP<br>By:    */s/ Michael W. De Vries*<br>Michael W. De Vries<br>Attorneys for Missouri Liberty Project |

**PROPOSED ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that this Court will address the Motion for Leave filed by proposed *Amicus* Missouri Liberty Project on an expedited basis without a hearing and without awaiting a response by any party.

DATED: July ____, 2014

_____
Honorable Kimberly J. Mueller