CAED 435
(Rev. 1/14)

*You must provide the name of the Reporter.*

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

| 1. NAME Gail Eisnitz | 2. EMAIL hfa@hfa.org | 3. PHONE NUMBER 415-485-1495 | 4. DATE August 19, 2014 |
|---|---|---|---|

| 5. MAILING ADDRESS 76 Belvedere Street, Ste. D | 6. CITY San Rafael | 7. STATE CA | 8. ZIP CODE 94901 |
|---|---|---|---|

| 9. CASE NUMBER 2:14-cv-341 | 10. JUDGE K. Mueller | DATES OF PROCEEDINGS |
|---|---|---|

11. FROM August 11, 2014 | 12. TO August 11, 2014

| 13. CASE NAME Missouri et al vs. Harris | LOCATION OF PROCEEDINGS |
|---|---|

14. CITY Sacramento | 15. STATE CA

**16. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTION(S) | DATE(S) | REPORTER | PORTION(S) | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] VOIR DIRE | | | [ ] TESTIMONY (Specific Witness) | | |
| [ ] ENTIRE TRIAL | | | | | |
| [ ] SENTENCING | | | | | |
| [x] MOTION HEARING | August 11, 2014 | Kathy Swinhart | [ ] OTHER (Specify) | | |
| [ ] STATUS HEARING | | | | | |
| [ ] CHANGE OF PLEA | | | | | |
| [ ] PRE-TRIAL PROCEEDING | | | | | |

**18. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [x] | NO. OF COPIES 1 | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE Gail Eisnitz | PROCESSED BY |
|---|---|
| 20. DATE August 19, 2014 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

**FILED**

AUG 19 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK