**CAED 435** (Rev. 1/14)

**United States District Court, Eastern District of California**

**TRANSCRIPT ORDER**

*You **must** provide the name of the Reporter.*

FOR COURT USE ONLY
DUE DATE:

| 1. NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| J. Andrew Hirth | andy.hirth@ago.mo.gov | 573-751-0818 | 8/21/14 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| Office of the Missouri Attorney General, P.O. Box 899 | Jefferson City | MO | 65102 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 14-341 | Mueller | 11. FROM 8/11/14 | 12. TO 8/11/14 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Missouri v. Harris | 14. CITY Sacramento | 15. STATE California |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [x] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTION(S) | DATE(S) | REPORTER | PORTION(S) | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] VOIR DIRE | | | [ ] TESTIMONY (Specific Witness) | | |
| [ ] ENTIRE TRIAL | | | | | |
| [ ] SENTENCING | | | | | |
| [x] MOTION HEARING | 8/11/2012 | K. Swinhart | [ ] OTHER (Specify) | | |
| [ ] STATUS HEARING | | | | | |
| [ ] CHANGE OF PLEA | | | | | |
| [ ] PRE-TRIAL PROCEEDING | | | | | |

**18. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE /s/ J. Andrew Hirth | PROCESSED BY |
|---|---|
| 20. DATE 8/21/2014 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |