Carl J. Nichols                    (*pro hac vice*)
Francesco Valentini            (SBN 255264)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
carl.nichols@wilmerhale.com

Randall R. Lee                   (SBN 152672)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
(213) 443-5300
(213) 443-5400 (fax)
randall.lee@wilmerhale.com

Attorneys for Defendant-Intervenor
ASSOCIATION OF CALIFORNIA EGG FARMERS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel. Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa,<br><br>           Plaintiffs,<br><br>      v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture,<br><br>           Defendants,<br><br>THE HUMANE SOCIETY OF THE UNITED STATES,<br><br>           Defendant-Intervenor,<br><br>ASSOCIATION OF CALIFORNIA EGG FARMERS,<br><br>           Defendant-Intervenor. | CASE NO. 2:14-cv-00341-KJM-KJN<br><br><br>**DESIGNATION OF CARL J. NICHOLS AS COUNSEL FOR SERVICE AND WITHDRAWAL OF BRIAN M. BOYNTON AS COUNSEL FOR THE ASSOCIATION OF CALIFORNIA EGG FARMERS** |

1        Defendant-Intervenor Association of California Egg Farmers hereby designates the following

2  attorney from Wilmer Cutler Pickering Hale and Dorr LLP as counsel for service in this action:

3        Carl J. Nichols (*pro hac vice*)
         Wilmer Cutler Pickering Hale and Dorr LLP
4       1875 Pennsylvania Avenue N.W.
         Washington, D.C.  20006
5       Tel.: (202) 663-6000
6       Fax: (202) 663-6363
         carl nichols@wilmerhale.com

7        The following attorney from the same law firm, Wilmer Cutler Pickering Hale and Dorr

8  LLP, is withdrawing his appearance and is no longer counsel for Defendant-Intervenor Association

9  of California Egg Farmers in this action:

10       Brian M. Boynton (SBN 222193)
         Wilmer Cutler Pickering Hale and Dorr LLP
11      1875 Pennsylvania Avenue N.W.
12      Washington, D.C.  20006
         Tel.: (202) 663-6000
13      Fax: (202) 663-6363
         brian.boynton@wilmerhale.com
14

DATED:      October 2, 2014      Respectfully submitted,
15

16                 /s/ Carl J. Nichols
                 Carl J. Nichols        (*pro hac vice*)
17            Francesco Valentini    (SBN 255264)
                 WILMER CUTLER PICKERING
18              HALE AND DORR LLP
19           1875 Pennsylvania Avenue, N.W.
                 Washington, D.C.  20006
20           (202) 663-6000
                 (202) 663-6363 (fax)
21           carl.nichols@wilmerhale.com

22           Randall R. Lee      (SBN 152672)
23           WILMER CUTLER PICKERING
                 HALE AND DORR LLP
24           350 South Grand Avenue, Suite 2100
25           Los Angeles, CA  90071
                 (213) 443-5300
26           (213) 443-5400 (fax)
                 randall.lee@wilmerhale.com
27

28           Attorneys for Defendant-Intervenor
                 ASSOCIATION OF CALIFORNIA EGG FARMERS