BRUCE A. WAGMAN (CSB No. 159987)
BWagman@schiffhardin.com
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

J. SCOTT BALLENGER *(pro hac vice pending)*
Scott.Ballenger@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Ste. 1000
Washington, D.C.  20004
Telephone:   (202) 637-2145
Facsimile:    (202) 637-2201

PETER A. BRANDT (CSB No. 241287)
pbrandt@humanesociety.org
REBECCA CARY (CSB No. 268519)
rcary@humanesociety.org
THE HUMANE SOCIETY OF THE
UNITED STATES
2100 L Street, NW
Washington, D.C.  20037
Telephone:   (202) 452-1100
Facsimile:    (202) 676-2357

*Counsel for Defendant-Intervenor The Humane Society of the United States*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel., Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa,<br><br>    Plaintiffs,<br><br>  v. | Case No. 2:14-cv-00341-KJM-KJN<br><br>**DEFENDANT-INTERVENOR'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS**<br><br><br>Date:<br>Time:  10 a.m.<br>Judge:  Kimberly J. Mueller |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -   Case No. 2:14-cv-00341-KJM-KJN
DEFENDANT-INTERVENOR'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS

| | |
|---|---|
| 1 | KAMALA D. HARRIS, in her official capacity as Attorney General of California; |
| 2 | KAREN ROSS, in her official capacity as Secretary of the California Department of |
| 3 | Food and Agriculture, |
| 4 | Defendants. |
| 5 | THE HUMANE SOCIETY OF THE UNITED STATES and THE ASSOCIATION |
| 6 | OF CALIFORNIA EGG FARMERS, |
| 7 | Defendant-Intervenors. |

Defendant-Intervenor The Humane Society of the United States respectfully submits this Notice of Supplemental Authority in support of its pending Motion to Dismiss.

On September 30, 2014, the United States Court of Appeals for the Ninth Circuit issued an opinion in *Pharmaceutical Research and Manufacturers of America v. County of Alameda*, 2014 WL 4814407 (9th Cir. Sept. 30, 2014) ("*PRMA v. Alameda*").  The panel held that the county ordinance at issue (which required all prescription drug manufacturers, regardless of their location, who sell, offer for sale, or distribute "Covered Drugs" in the county to operate and finance a "Product Stewardship Program") did not discriminate against or directly regulate interstate commerce.

The panel found that the Ordinance did not discriminate against interstate commerce on its face or in effect because it "applies to all manufacturers that make their drugs available in Alameda County—without respect to the geographic location of the manufacturer." *Id.* at *2-3. In doing so, the court rejected the notion—central to Plaintiffs' complaint here— that anticipated price increases locally as well as outside the county/state are evidence of a Dormant Commerce Clause violation. *Compare PRMA v. Alameda* 2014 WL 4814407 *3 (finding no discrimination in part because the county program "will result in higher prices for everyone outside of Alameda, but it will also result in higher prices for residents of Alameda") *with* Dkt. 13, Amended Compl. ¶ 99 (alleging that the challenged laws "… further violate the Commerce Clause because they impose a substantial burden on interstate commerce by forcing Plaintiffs' egg producers either to

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -   Case No. 2:14-cv-00341-KJM-KJN
DEFENDANT-INTERVENOR'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS

increase their production costs—*raising the price of eggs not just in California but in our own states as well.*") (emphasis added).

Drawing heavily on *Assoc. des Eleveurs de Canards et d'Oies du Quebec v. Harris*, 729 F.3d 937 (9th Cir. 2013), the *PRMA* panel further determined that Ordinance did not directly regulate interstate commerce. As the court explained, "there is nothing unusual or unconstitutional per se about a state or county regulating the in-state conduct of an out-of-state entity when the out-of-state entity chooses to engage the state or county through interstate commerce." *PRMA v. Alameda*, 2014 WL 4814407 at *4-5.

WHEREFORE, Defendant-Intervenor respectfully requests that this this Court consider this supplemental authority, which was not available at the time of this Court's hearing on the Motions to Dismiss.

Dated:  October 2, 2014                         SCHIFF HARDIN LLP


                                                By: */s/ Bruce A. Wagman*
                                                    Bruce A. Wagman


                                                J. SCOTT BALLENGER
                                                Scott.Ballenger@lw.com
                                                LATHAM & WATKINS LLP
                                                555 Eleventh Street, NW, Ste. 1000
                                                Washington, D.C.  20004
                                                Telephone:  (202) 637-2145
                                                Facsimile:   (202) 637-2201

                                                PETER A. BRANDT
                                                pbrandt@humanesociety.org
                                                REBECCA CARY
                                                rcary@humanesociety.org
                                                THE HUMANE SOCIETY OF THE
                                                UNITED STATES
                                                2100 L Street, NW
                                                Washington, D.C.  20037
                                                Telephone:  (202) 452-1100
                                                Facsimile:   (202) 676-2357

                                                *Counsel for Proposed Defendant-Intervenor*
                                                *The Humane Society of the United States*

35026-0014
SF\321211855.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -                                   Case No. 2:14-cv-00341-KJM-KJN
DEFENDANT-INTERVENOR'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS