# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT CALIFORNIA

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel. Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa, <br><br>                Plaintiffs, <br>   v. <br><br>KAMALA D. HARRIS, solely in her official capacity as Attorney General of California; and KAREN ROSS, solely in her official capacity as Secretary of the California Department of Food and Agriculture, <br><br>                Defendants, <br><br>THE HUMANE SOCIETY OF THE UNITED STATES and THE ASSOCIATION OF CALIFORNIA EGG FARMERS, <br><br>                Defendant-Intervenors. | Case No. 2:14-cv-00341-KJM-KJN <br><br>**NOTICE OF APPEAL and REPRESENTATION STATEMENT** <br><br>Courtroom: 3, 15th floor <br>Judge: Hon. Kimberly J. Mueller <br>Action Filed: 02/03/2014 |

– 1 –   (Case No. 2:14-cv-00341-KJM-KJN)

PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT

1  Notice is given that THE STATE OF MISSOURI, ex rel. Chris Koster, Attorney General; THE STATE OF NEBRASKA, ex rel. Jon Bruning, Attorney General; THE STATE OF OKLAHOMA, ex rel. E. Scott Pruitt, Attorney General; THE STATE OF ALABAMA, ex rel. Luther Strange, Attorney General; THE COMMONWEALTH OF KENTUCKY, ex rel. Jack Conway, Attorney General; and TERRY E. BRANSTAD, Governor of the State of Iowa—Plaintiffs in the above named case—do hereby appeal to the United States Court of Appeals for the Ninth Circuit from (1) the District Court's October 2, 2014 ORDER dismissing Plaintiffs' First Amended Complaint with prejudice and without leave to amend, and (2) from the District Court's October 2, 2014 JUDGMENT IN A CIVIL CASE.

As required by F.R.A.P. 12(b) and Ninth Circuit L.R. 3-2(b), the following is a list of all parties to this action and the information regarding their counsel:

*Plaintiff/Appellant*
**THE STATE OF MISSOURI**
**CHRIS KOSTER, Attorney General**
JAMES R. LAYTON
Solicitor General
J. ANDREW HIRTH*
Deputy General Counsel
PEGGY A. WHIPPLE
Deputy Chief of Litigation
H. ANTHONY RELYS*
Assistant Attorney General
P.O Box 899 • Jefferson City, Missouri 65102
(573) 751 – 0818 • (573) 751 – 0774 (fax)
andy.hirth@ago.mo.gov
***Lead Counsel for Plaintiffs/Appellants***

*Counsel of Record

– 2 –   (Case No. 2:14-cv-00341-KJM-KJN)

|   |   |
|---|---|
| 1 | *Plaintiff/Appellant* |
| 2 | **THE STATE OF ALABAMA** |
|   | **LUTHER STRANGE, Attorney General** |
| 3 | ROBERT D. TAMBLING* |
| 4 | Chief, Environmental Section |
|   | 501 Washington Avenue • Montgomery, Alabama 36104 |
| 5 | 334-242-7445 |
| 6 | rtambling@ago.state.al.us |

*Plaintiff/Appellant*
**THE STATE OF ALABAMA**
**LUTHER STRANGE, Attorney General**
ROBERT D. TAMBLING*
Chief, Environmental Section
501 Washington Avenue • Montgomery, Alabama 36104
334-242-7445
rtambling@ago.state.al.us


*Plaintiff/Appellant*
**TERRY E. BRANSTAD**
**Governor of the State of Iowa**
**THOMAS J. MILLER, Attorney General**
DAVID R. SHERIDAN
Assistant Attorney General
JACOB J. LARSON*
Assistant Attorney General
321 E. 12th St., Ground Flr. • Des Moines, Iowa 50319
(515) 281-5351 • (515) 242-6072 (fax)
jacob.larson@iowa.gov


*Plaintiff/Appellant*
**THE COMMONWEALTH OF KENTUCKY**
**JACK CONWAY, Attorney General**
SEAN J. RILEY*
Deputy Attorney General
JOSEPH A. NEWBERG, II*
Assistant Attorney General
700 Capital Avenue, Suite 118 • Frankfort, KY 40601
(502) 696-5300
joe.newberg@ag.ky.gov

*Counsel of Record

– 3 –            (Case No. 2:14-cv-00341-KJM-KJN)

| | |
|---|---|
| 1 | *Plaintiff/Appellant* |
| 2 | **THE STATE OF NEBRASKA** |
|   | **JON BRUNING, Attorney General** |
| 3 | BLAKE JOHNSON* |
| 4 | Assistant Attorney General |
|   | 2115 State Capitol • Lincoln, NE 68509 |
| 5 | (402) 471 – 1912 |
| 6 | blake.johnson@nebraska.gov |

*Plaintiff/Appellant*
**THE STATE OF NEBRASKA**
**JON BRUNING, Attorney General**
BLAKE JOHNSON*
Assistant Attorney General
2115 State Capitol • Lincoln, NE 68509
(402) 471 – 1912
blake.johnson@nebraska.gov

*Plaintiff/Appellant*
**THE STATE OF OKLAHOMA**
**E. SCOTT PRUITT, Attorney General**
P. CLAYTON EUBANKS*
Deputy Solicitor General
313 NE 21st Street • Oklahoma City, OK 73105
(405) 522-8992
clayton.eubanks@oag.ok.gov

*Defendants/Appellees*
**KAMALA HARRIS, Attorney General of California**
**KAREN ROSS, Secretary of the California Dept. of Food and Agriculture**
MARK R. BECKINGTON
Supervising Deputy Attorney General
SUSAN K. SMITH*
Deputy Attorney General
300 South Spring Street, Suite 1702 • Los Angeles, California 90013
(213) 897-2105 • (213) 897- 1071 (fax)
susan.smith@doj.ca.gov

*\*Counsel of Record*

– 4 –     (Case No. 2:14-cv-00341-KJM-KJN)

*Defendant-Intervenor/Appellee*
**THE HUMANE SOCIETY OF THE UNITED STATES**
BRUCE A. WAGMAN*
SCHIFF HARDIN LLP
One Market, Spear Street Tower, Thirty-Second Floor
San Francisco, CA 94105
(415) 901-8700 • (415) 901-8701 (fax)
bwagman@schiffhardin.com
J. SCOTT BALLENGER
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Ste. 1000 • Washington, D.C. 20004
(202) 637-2145 • (202) 637-2201 (fax)
scott.ballenger@lw.com
PETER A. BRANDT
REBECCA CARY
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, NW • Washington, D.C. 20037
(202) 452-1100 • (202) 676-2357
pbrandt@humanesociety.org
rcary@humanesociety.org

*Defendant-Intervenor/Appellee*
**THE ASSOCIATION OF CALIFORNIA EGG FARMERS**
CARL J. NICHOLS*
FRANCESCO VALENTINI
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W. • Washington, D.C. 20006
(202) 663-6000 • (202) 663-6363 (fax)
brian.boynton@wilmerhale.com
carl.nichols@wilmerhale.com
RANDALL R. LEE
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Ave., Suite 2100 • Los Angeles, CA 90071
(213) 443-5300 • (213) 443-5400 (fax)
randall.lee@wilmerhale.com

*Counsel of Record

| | | |
|---|---|---|
| 1 | Dated: October 24, 2014 | Respectfully submitted, |
| 2 | | |
| 3 | CHRIS KOSTER | TERRY E. BRANSTAD |
| 4 | Attorney General of Missouri | Governor of the State of Iowa |
| | | THOMAS J. MILLER |
| 5 | */s/ J. Andrew Hirth* | Attorney General of Iowa |
| 6 | J. ANDREW HIRTH | |
| | Deputy General Counsel | */s/ Jacob J. Larson* |
| 7 | (*pro hac vice*) | DAVID R. SHERIDAN |
| 8 | H. ANTHONY RELYS | Assistant Attorney General |
| | Assistant Attorney General | JACOB J. LARSON |
| 9 | (*pro hac vice*) | Assistant Attorney General |
| 10 | P.O Box 899 | (*pro hac vice*) |
| 11 | Jefferson City, Missouri 65102 | Lucas State Office Building |
| | (573) 751 – 0818 | 321 E. 12th St., Ground Flr. |
| 12 | (573) 751 – 0774 (fax) | Des Moines, Iowa 50319 |
| 13 | andy.hirth@ago.mo.gov | Phone: (515) 281-5351 |
| 14 | *Attorneys for Plaintiff* | Fax: (515) 242-6072 |
| | *State of Missouri* | E-mail: jacob.larson@iowa.gov |
| 15 | | *Attorneys for Plaintiff* |
| 16 | | *Terry E. Branstad* |
| 17 | JON BRUNING | *Governor of the State of Iowa* |
| | Attorney General of Nebraska | |
| 18 | | JACK CONWAY |
| 19 | */s/ Blake Johnson* | Attorney General of Kentucky |
| 20 | BLAKE JOHNSON | |
| | Assistant Attorney General | */s/ Sean J. Riley* |
| 21 | (*pro hac vice*) | Deputy Attorney General |
| 22 | Nebraska Department of Justice | (*pro hac vice*) |
| 23 | 2115 State Capitol | JOSEPH A. NEWBERG, II |
| | Lincoln, NE 68509 | Assistant Attorney General |
| 24 | (402) 471 – 1912 | 700 Capital Avenue, Suite 118 |
| 25 | blake.johnson@nebraska.gov | Frankfort, KY 40601 |
| 26 | *Attorneys for Plaintiff* | (502) 696-5300 |
| | *State of Nebraska* | sean.riley@ag.ky.gov |
| 27 | | *Attorneys for Plaintiff* |
| 28 | | *Commonwealth of Kentucky* |

| | | |
|---|---|---|
| 1 | E. SCOTT PRUITT<br>Oklahoma Attorney General | LUTHER STRANGE<br>Attorney General of Alabama |
| 2 | | |
| 3 | */s/ P. Clayton Eubanks* | */s/ Robert D. Tambling* |
| 4 | P. CLAYTON EUBANKS<br>Deputy Solicitor General | ROBERT D. TAMBLING<br>Chief, Environmental Section |
| 5 | (*pro hac vice*) | (*pro hac vice*) |
| 6 | 313 NE 21st Street | 501 Washington Avenue |
| 7 | Oklahoma City, OK 73105<br>(405) 522-8992 | Montgomery, Alabama 36104<br>334-242-7445 |
| 8 | clayton.eubanks@oag.ok.gov | rtambling@ago.state.al.us |
| 9 | *Attorneys for Plaintiff*<br>*State of Oklahoma* | *Attorneys for Plaintiff*<br>*State of Alabama* |

– 7 –   (Case No. 2:14-cv-00341-KJM-KJN)

# CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2014, I electronically filed **PLAINTIFFS' NOTICE OF APPEAL** and **REPRESENTATION STATEMENT** with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ J. Andrew Hirth*
J. ANDREW HIRTH

– 8 –                                     (Case No. 2:14-cv-00341-KJM-KJN)